UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24013-RNS

CHENMING ZHOU,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF FILING UNDER SEAL DECLARATION OF
PLAINTIFF CHENMING ZHOU**

Plaintiff Chenming Zhou ("Plaintiff"), by and through undersigned counsel, hereby notices his filing under seal, pursuant to Court Order (ECF No. 7), of Declaration of Plaintiff in Support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets.

Respectfully Submitted this 20th day of December, 2022.

                **LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
                Attorneys for Plaintiff
                8950 SW 74 Ct., Suite 1804
                Miami, Fl 33156
                Telephone: (786) 220-2061
                Facsimile: (786) 220-2062
                Email: hrubio@rubiolegal.com
                Email: frubio@rubiolegal.com
                Email: apuentes@rubiolegal.cm
                Email: info@rubiolegal.com
                By:*/s/ Humberto Rubio*
                Humberto Rubio, Jr., Esq.
                Florida Bar No. 36433
                Felipe Rubio, Esq.
                Florida Bar No. 123059
                M. Arabella Puentes, Esq.
                Florida Bar No. 26825