Defendant No.: **156**

Store Name:  **Menolana**

 Back to item

# Menolana

    See all 55 reviews

3.1 stars out of 5

**47%**    Overall Positive Rating

🏠    Business Name: shenzhen maiyi maoyi youxian gongsi

✉    Contact seller

📞    (+86) 18938068249

📍    shenzhenshi futianqu xiangmihujiedao xiangganshequ antuoshanqilu1hao yuhedasha1019
shenzhen, Guangdong 518000, China

About seller

Tax policy

## More items from this seller







+ Add

+ Add

+ Add



Pets / Dogs / Dog Carriers / All Dog Carriers

How do you want your items? | 33142

Sponsored

Reduced price

menolana

**Dog Car Carrier Seat Travel Car Seat Carrier for Car Dark Gray**

**Now $35.10** $51.28 ⓘ

Price when purchased online ⓘ

**Buy now**    Add to cart

**Actual Color:** Dark Gray

$35.10

🚚 Freight shipping, **arrives by Fri, Dec 23** to 2960 NW 31st   Details
More options

🏪 Sold and shipped by Menolana | shenzhen maiyi maoyi youxian gongsi
★★★☆☆ 55 seller reviews

🔄 **Free Holiday returns until Jan 31** Details

♡ Add to list      🎁 Add to registry

Sponsored

$20.99

SWIHELP Dog Car Seat Breathable Folding Travel Bags for Dogs Cats



Small Pet Puppy Booster Seat

★★★★★ 1

3+ day shipping

+ Add

















Roll over image to zoom in

Best seller





2 pieces





## Free shipping, arrives by Fri, Dec 23

Edit

33142

**Delivery instructions**   Edit

Ring the bell at the door and some...

**Items details**   View details

1 item

**Place order for $37.56**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | ~~$51.28~~ |
| **Savings** | **-$16.18** |
| | $35.10 |
| Shipping | Free |
| **Estimated taxes** | $2.46 |
| **Estimated total** | **$37.56** |

Have a promo code?   ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

93          $37.56

Defendant No.: **157**

Store Name:  **Baoblaze**

‹ **Back to item**



# Baoblaze

    See all 207 reviews

3.5 stars out of 5

    **Overall Positive Rating**

🏠   Business Name: shenzhen luzheng keji youxian gongsi

✉️   Contact seller

📞   (+86) 18026962575

📍   shenzhenshi longgangqu henggangjiedao xinyijinxiuhuayuan
5haolou shangpuS104-1
Shenzhen, Guangdong 518000, China

**About seller**

**Tax policy**

## More items from this seller





Auto & Tires  /  Exterior Car Parts & Accessories  /  Exterior Car Decoration  /  All Car Decoration

**Castrol**  **Ride with carfidence**  Shop now

Sponsored

Baoblaze

## Multipurpose Dog Console Car Seat Puppy Cat Mat Interactive

How do you want your items?  |  33142

**$64.41**

Price when purchased online ⓘ

| Buy now | Add to cart |

🚚  Free shipping, **arrives by Thu, Dec 15** to 2960 NW 31st
More options

🏪  Sold and shipped by Baoblaze | shenzhen luzheng keji youxian gongsi
★★★☆  207 seller reviews

🔄  Free Holiday returns until Jan 31  Details

♡ Add to list          🎁 Add to registry



**Reduced price**

Sponsored

**Now $26.13**  $30.36

Motor Trend Car Seat Covers for Auto Truck SUV, Beige Faux Leather Front Seat Covers for Cars, 2-Pack Padded Car Seat Protector Cushion

3+ day shipping

+ Add













Roll over image to zoom in



Best seller



+ Add

+ Add



+ Add



## Free shipping, arrives by Thu, Dec 15

Edit

33142

**Delivery instructions**    Edit

Ring the bell at the door and some...

**Items details**    View details

1 item



### Place order for $68.92

By placing this order, you agree to our _Privacy Policy_ and _Terms of Use_

| | |
|---|---|
| **Subtotal** (1 item) | $64.41 |
| Shipping | Free |
| **Estimated taxes** | $4.51 |

**Estimated total**    **$68.92**

Have a promo code?    ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

3    $68.92

Defendant No.: **158**

Store Name:  **yotijar |**

‹ Back to item

# yotijar



See all 16 reviews

2.8 stars out of 5

**44%** Overall Positive Rating

🏠 Business Name: shenzhen jianhe keji youxian gongsi

✉ Contact seller

📞 (+86) 13302317806

📍 shenzhenshi baoanqu xixiangjiedao gushushequ hangchengdadao guangfenggongyeyuan B1dong201 shenzhen, Guangdong 518000, China

About seller

Tax policy

## More items from this seller







＋ Add

＋ Add

＋ Add

Auto & Tires  /  Exterior Car Parts & Accessories  /  Exterior Car Decoration  /  All Car Decoration

**Castrol**  **Ride with carfidence**  Shop now

Sponsored

♡

yotijar

# Dog Console Car Seat Puppy Bag Interactive Doghouse Dog

How do you want your items?  |  33142

Price when purchased online ⓘ

| Buy now | Add to cart |

🚚  Free shipping, **arrives by Thu, Dec 15** to 2960 NW 31st
More options

🏪  Sold and shipped by yotijar | shenzhen jianhe keji youxian gongsi
★★★☆☆  16 seller reviews

🔄  Free Holiday returns until Jan 31  Details

♡ Add to list        🎁 Add to registry

Sponsored

**$24.49**

Motoforti Water Resistant Dog Car Seat Cover for Back Seat Protector for Cars Trucks 58"x54" Oxford Cloth Black Orange

**2-day shipping**

+ Add










Roll over image to zoom in






+ Add




+ Add

Best seller



+ Add



## Free shipping, arrives by Thu, Dec 15

33142    Edit

**Delivery instructions**    Edit

Ring the bell at the door and some...

**Items details**    View details

1 item

### Place order for $69.40

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $64.86 |
| Shipping | Free |
| **Estimated taxes** | $4.54 |
| **Estimated total** | **$69.40** |

Have a promo code?    ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

93    $69.40

Defendant No.: **159**

Store Name:  **SunniMix**

‹ Back to item



# SunniMix



See all 372 reviews

3.4 stars out of 5

**57%**    Overall Positive Rating

---

🏠  Business Name: Strade Fareast Limited

✉️  Contact seller

📞  (+86) 18194069054

📍  RMS 1318-19,13/F HOLLYWOOD PLAZA 610 NATHAN RD MONGKOK KL
    Hongkong, Kowloon City 999077, Hong Kong

---

About seller

---

Tax policy

---

## More items from this seller







⊕ Add          ⊕ Add          ⊕ Add

Pets  /  Dogs  /  Dog Carriers  /  All Dog Carriers

 **Pull off the holidays**  Shop now

Sponsored

SM SunniMix

How do you want your items?  | 33142

$73.69

Price when purchased online ⓘ

**Buy now**    Add to cart

🚚  Free shipping, **arrives by Fri, Dec 23** to 2960 NW 31st
   More options

🏪  Sold and shipped by SunniMix | Strade Fareast Limited
   ★★★½☆  372 seller reviews

🔄  Free Holiday returns until Jan 31  Details

♡ Add to list        🎁 Add to registry

Sponsored



$38.53

Minthouz Pet Carrier, Pet Travel Carrier, Collapsible Carrier, Easy Explorer Travel Pet Carrier, Washable, Airline Approved, with Safty Leash and...

★★★★★ 12

3+ day shipping

＋ Add










Roll over image to zoom in



Best seller



Add



Options

Sponsored



Add



**Free shipping, arrives by Fri, Dec 23**

33142                           Edit

---

**Delivery instructions**          Edit

Ring the bell at the door and some...

---

**Items details**          View details

1 item

**Place order for $78.85**

By placing this order, you agree to our Privacy Policy and Terms of Use

---

**Subtotal** (1 item)                $73.69

Shipping                              Free

**Estimated taxes**                  $5.16

---

**Estimated total**            **$78.85**

---

Have a promo code?               ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

93          $78.85

Defendant No.: **160**

Store Name:  **HOMYL |**

‹ [Back to item](#)

# HOMYL



[See all 40 reviews](#)

3.5 stars out of 5



Overall Positive Rating

🏠   Business Name: shenzhen shangren keji youxian gongsi

✉   [Contact seller](#)

📞   [(+86) 18098960440](#)

📍   shenzhenshi nanshanqu taoyuanjiedao xili longzhudadaobei meizhoudasha 1409-A
shenzhen, Guangdong 518000, China

[About seller](#)

[Tax policy](#)

## More items from this seller



+ Add        + Add        + Add



Pets / Dogs / Dog Carriers / Dog Car Seats

How do you want your items? | 33142

Sponsored

Reduced price

Homyl

**Car Control Console Cat Small Secure Carrier Washable**

**Now $50.97** ~~$68.32~~ ⓘ

Price when purchased online ⓘ

**Buy now**    Add to cart

Freight shipping, **arrives by Fri, Dec 23** to 2960 NW 31st    Details
More options

Sold and shipped by HOMYL | **shenzhen shangren keji youxian gongsi**
★★★½☆    40 seller reviews

Free Holiday returns until Jan 31    Details

♡ Add to list        🎁 Add to registry



Best seller

Sponsored

**Now $30.99** ~~$37.99~~

PAWZ Road Pet Booster Seat Control Console Car Seat for Small Medium Dogs up to 35lb,Medium Dark Gray

★★★★½    2

2-day shipping

+ Add



Roll over image to zoom in

Best seller







Options

Options

Options



## Free shipping, arrives by Fri, Dec 23

33142    Edit

---

**Delivery instructions**    Edit

Ring the bell at the door and some...

---

### Items details    View details

1 item

### Payment method



**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

### Place order for $54.54

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

| | |
|---|---|
| **Subtotal** (1 item) | ~~$68.32~~ |
| **Savings** | **-$17.35** |
| | $50.97 |
| Shipping | Free |
| **Estimated taxes** | $3.57 |
| **Estimated total** | **$54.54** |

Have a promo code?    ⌄

93    $54.54

Defendant No.: **161**

Store Name:  **perfk**

‹ Back to item

# perfk

★★★☆☆    See all 32 reviews

3 stars out of 5



**44%**    Overall Positive Rating

⌂    Business Name: shenzhenshi ximing keji youxian gongsi

✉    Contact seller

📞    (+86) 19991825659

📍    shenzhenshi futianqu futianjiedao shennanzhonglu nanguangjiejiadasha2417-F
     shenzhen, Guangdong 518000, China

About seller

Tax policy

## More items from this seller





Pets / Dogs / Dog Carriers / All Dog Carriers

How do you want your items? | 33142

Sponsored

perfk

**Dog Car Seat Middle Console Arm Rest Seat Non Slip for s**

**$70.75**

Price when purchased online ⓘ

**Buy now**    Add to cart

🚚 Free shipping, **arrives by Thu, Dec 15** to 2960 NW 31st
More options

🏪 Sold and shipped by perfk | **shenzhenshi ximing keji youxian gongsi**
★★★☆☆  32 seller reviews

♡ Add to list        🎁 Add to registry

Sponsored

**$45.99**

Yidarton Portable Puppy Car Seat, Comfortable and Soft Dog Car Seat
Dog Booster Seat Navy Blue

★★★★★ 33

**2-day shipping**

+ Add










Roll over image to zoom in



**25+ people viewing now**



+ Add

$15.99

2 pieces



Options

Sponsored

$10.99



+ Add

$43.57



## Free shipping, arrives by Thu, Dec 15

Edit

33142

**Delivery instructions**    Edit

Ring the bell at the door and some...

### Items details    View details

1 item



### Place order for $75.70

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                 $70.75

Shipping                              Free

**Estimated taxes**                   $4.95

**Estimated total**                   **$75.70**

Have a promo code?                    ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

                              93        $75.70

# Defendant No.: **162**

## Store Name:

# **Shenzhenshihaikuodongshang maoyouxiangongsi**

‹  Back to item

# Shenzhenshihaikuodongshangmaoyouxiangongsi

    See all 16 reviews

2.9 stars out of 5

**44%**    Overall Positive Rating

---

⌂    Business Name: Shenzhenshihaikuodongshangmaoyouxiangongsi

✉    Contact seller

📞    (+86) 18529563465

📍    luohuququingshuihejiedaojinbilu2006hao sijiqingdayuanBzuo2lou203shi
Shenzhenshi, Guangdong 518000, China

---

About seller

---

Tax policy

---

## More items from this seller







+ Add          + Add          + Add

<u>Auto & Tires</u> / <u>Interior Parts & Accessories</u> / <u>Car Consoles, Console Parts & Accessories</u> /

How do you want your items? | 33142

HALEON Kleenex **Prepare to be well** <u>Learn more</u>

Sponsored

Sukalun

# Sukalun Car Armrest Box Pet Carrier | Breathable Comfortable Car Center Console Pet Bag Nest | Booster Seats for Small Dogs Cats-Pet Accessories

## $999.00

**$51/mo** with **affirm** <u>Learn how</u>

Price when purchased online ⓘ

**Buy now** | Add to cart

**Actual Color:** A (single opening, the same length as the bottom fixing strap)

**A (single opening, the same length as the bottom fixing strap)**
$999.00

B (Double opening, one long and one short fixing belt at the bottom)
$999.00

🚚 Free shipping, **arrives by Tue, Dec 27** to <u>2960 NW 31st</u>
<u>More options</u>

🏪 Sold and shipped by <u>Shenzhenshihaikuodongshangmaoyouxiangongsi</u> |
**Shenzhenshihaikuodongshangmaoyouxiangongsi**
★★★☆☆ 16 seller reviews

♡ <u>Add to list</u> | 🎁 <u>Add to registry</u>



Sponsored

**$39.90**

YIYIBYUS Car Central Container Armrest Center Console Storage Box Leather Rotatable Case for 2007-2011 Nissan Versa Tiida Black

3+ day shipping

+ Add















Roll over image to zoom in



Best seller









## Free shipping, arrives by Tue, Dec 27

33142                                    Edit

---

**Delivery instructions**                 Edit

Ring the bell at the door and some...

---

**Items details**              View details

1 item



## Place order for $1,068.93

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $999.00 |
| Shipping | Free |
| **Estimated taxes** | $69.93 |

| | |
|---|---|
| **Estimated total** | **$1,068.93** |

Have a promo code?                        ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

$1068.93                   **$1068.93**

Defendant No.: **163**

Store Name:  **Krisimil Walrt Fashion Grocery |**

‹  Back to item

# Krisimil Walrt Fashion Grocery

★★★★★  See all 7 reviews
5 stars out of 5

 **100%**   Overall Positive Rating

🏠  Business Name: zhuhaishixinsenjiedianzishangwuyouxianzerengongsi

✉️  Contact seller

📞  (+86) 13428908141

📍  zhuhaishixiangzhouquxaingzhoucuixianglu93hao3dong2danyuan1708fang
Zhuhai, Guangdong 519000, China

About seller

Tax policy

## More items from this seller







+ Add                    + Add                    + Add



Dog Car Safety Seat for Small Dogs Road Trips Soft Foldable Pet Car Basket, Pet Dog Car Portable Seat Pets Kennel(Black, Un...

Pets / Dogs / Dog Carriers / All Dog Carriers

 How do you want your items? | 33142

 Sponsored

Reduced price

Krisimil

## Dog Car Safety Seat for Small Dogs Road Trips Soft Foldable Pet Car Basket, Pet Dog Car Portable Seat Pets Kennel(Black, Under 15lb Puppy)

**Now $33.99** ~~$40.99~~ ⓘ

Price when purchased online ⓘ

**Buy now**     Add to cart

🚚 Free shipping, **arrives by Thu, Dec 22** to <u>2960 NW 31st</u>
More options

🏬 Sold and shipped by <u>Krisimil Walrt Fashion Grocery |
zhuhaishixinsenjiedianzishangwuyouxianzerengongsi</u>
★★★★★ 7 seller reviews

🔄 Free Holiday returns until Jan 31  Details

♡ Add to list     🎁 Add to registry

---



Sponsored

**$45.99**

Yidarton Portable Puppy Car Seat, Comfortable and Soft Dog Car Seat Dog Booster Seat Navy Blue

★★★★★ 33

2-day shipping

+ Add











Roll over image to zoom in



Best seller









## Free shipping, arrives by Thu, Dec 22

Edit

33142

**Delivery instructions**    Edit

Ring the bell at the door and some…

**Items details**    View details

1 item

### Place order for $36.37

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                      $40.99

**Savings**                           **-$7.00**

                                           $33.99

Shipping                              Free

**Estimated taxes**                      $2.38

**Estimated total**                  **$36.37**

Have a promo code?                      ⌄

## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.



3          $36.37

Defendant No.: **164**

Store Name:

**chongqinganuticanyinyouxian gongsi |**

‹ Back to item

# chongqinganuticanyinyouxiangongsi

☆☆☆☆☆

No reviews yet

---

🏠 Business Name: chongqinganuticanyinyouxiangongsi

✉ Contact seller

📞 (+86) 15899170552

📍 yubeiqiulianglujiedaohanyuluerxiang47hao1zhuang1-11
chongqing, Chongqing 401120, China

---

About seller

Tax policy

## Seller reviews

This seller doesn't have any reviews yet.

## About seller

> ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Our clothes are made of good materials, comfortable and breathable, with novel styles and are deeply loved by consumers. We will work harder to bring better products to everyone

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

Pets / Dogs / Dog Carriers / All Dog Carriers



Mmtcq

## Dog Car Seat, Dog and Cat Carrier Bag Non-Slip Comfortable Car Booster Seat Pet Booster Seat for Small Dogs(Blue Plaid ， 47x25x23cm)

### $57.64

How do you want your items? | 33142

**Buy now**    Add to cart

Free shipping, **arrives by Thu, Dec 22** to 2960 NW 31st
More options

Sold and shipped by chongqinganuticanyinyouxiangongsi | chongqinganuticanyinyouxiangongsi

Free Holiday returns until Jan 31    Details

♡ Add to list        🎁 Add to registry



Sponsored

**$45.99**

Yidarton Portable Puppy Car Seat, Comfortable and Soft Dog Car Seat Dog Booster Seat Navy Blue

★★★★★ 33

2-day shipping

＋ Add



Roll over image to zoom in



Best seller



+ Add



Options



+ Add



## Free shipping, arrives by Thu, Dec 22

Edit

33142

**Delivery instructions**     Edit

Ring the bell at the door and some...

**Items details**     View details

1 item



Place order for $61.67

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                           $57.64

Shipping                                              Free

**Estimated taxes**                            $4.03

**Estimated total**                        **$61.67**

Have a promo code?                          ⌄



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

3          $61.67

Defendant No.: **165**

Store Name:  **1st.ing**

Hi **Hilda**!    Sell    Watchlist    My eBay    🛒 1

    🔍 Search for anything    | All Categories ▼ |





# 1st.inging

**99.1%** Posit...    **1.0M** It...    **3.6K** F...    📤 Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    **Shop**    About    Feedback    | 🔍 Search all 44,068 items |

## All items

Sort:    Best Match ▼

 ♡

Students Ball-point Pens Short Spin Office School Teens Roller...
*$1.04*

 ♡

Erasable Pen Creative Student Gel Pens Pens Signature Cute Scho...
*$1.14*

 ♡

Autumn Winter Universal Plush Car Front Seat Cover...
$13.70 to $22.27

 ♡

1Pcs Automatic Needle Threader Thread Guide Elderly...
*$1.04*

 ♡

 ♡

♡

 ♡



Hi Hilda!                                                                                     Sell    Watchlist    My eBay

Search for anything                                                    All Categories ▾

Back to home page | Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                              Share | ⁝

ⓢ SAVE UP TO **15%** WHEN YOU BUY MORE



Have one to sell?   **Sell now**



**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For Z1D7**

Condition : New

Color:  Grey ▾

Bulk savings:

| Buy 1 $24.61/ea | Buy 2 $23.13/ea |
|---|---|
| Buy 3 $22.89/ea | |

4 or more for $20.92/ea

Quantity:  1       19 available / 3 sold

Price:  **US $24.61/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**            5 watchers

Shipping:  **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery:  Estimated between **Tue, Jan 3** and **Fri, Jan 27** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G
Get the item you orde
your money back.
Learn more

**Seller information**
1st.ing (198926
991% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○     Google Pay

## Ship to

█████████████

Miami, FL 33142-5844
United States

████████████

[Change](#)

## Review item and shipping

Seller: 1st.ing  |  [Message to seller](#)

 Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Safety
Secure For Z1D7

Color: Grey

**$24.61**

Quantity
1  ⌄

**Delivery**
Est. delivery: Jan 3 – Jan 27

| | |
|---|---|
| Subtotal (1 item) | $24.61 |
| Shipping | Free |
| Tax* | $1.72 |

**Order total**          **$26.33**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

[ Confirm and pay ]

**Select a payment option**

[See details](#)

Defendant No.: **166**

Store Name:  **amiraabe-0**

Hi **Hilda**!                                                                    Sell   Watchlist   My eBay

 ebay

| Search for anything | All Categories ▾ |

Home > Community > Feedback forum > Feedback profile

## Feedback profile



**amiraabe-0** (155  ) ⓘ

**Positive Feedback (last 12 months): 100%** ⓘ

Member since: Jan-14-16 in Israel

**Member Quick Links**

Contact member

View items for sale

### Feedback ratings ⓘ

| | 1 month | 6 months | 12 months |
|---|---|---|---|
| ⊕ Positive | 12 | 15 | 15 |
| ◷ Neutral | 2 | 2 | 2 |
| ⊖ Negative | 0 | 0 | 0 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description (14) | Reasonable shipping cost (16) |
|---|---|
| Shipping speed (16) | Communication (14) |

All received Feedback   Received as buyer   **Received as seller**   Left for others

116 Feedback received (viewing 1-25)                                          Revised Feedback: 1 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

| e.g. Vintage 1970's Gibson Guitars  🔍 |

Period:   All

| FEEDBACK | FROM BUYER/PRICE | WHEN |
|---|---|---|
| ⊕ **great thanks!!! always a pleasure buying from you.**<br>100pcs/lot Random Mix Sew-on Iron On Patches Fashion Embroidered Badge Clothes (#115518822760) | u***a (20  )<br>US $12.99 | Past month |
| ⊕ .<br>100pcs/lot Random Mix Sew-on Iron On Patches Fashion Embroidered Badge Clothes (#115518822760) | 3***2 (908  )<br>US $12.99 | Past month |
| ⊕ **Fast and friendly service! A++++**<br>Women Sexy Chain Thong Panties Rhinestone Crystal Body Waist Jewelry Silver Gold (#115524719287) | s***i (private)<br>US $9.89 | Past month |
| ⊕ **Fast Shipping!**<br>Arlo Camera Charger Cable Cord W/ Adapter Arlo Pro 2/pro/go/light Waterproof 6ft (#115526549627) | n***a (102  )<br>US $25.95 | Past month |
| ⊕ **+++++ Received in excellent condition + ThankYou +++++**<br>Creative Gold Man Lighter Refillable Butane Gas Jet Torch Flame Cigarette Cigar (#115524711879) | 0***1 (12832  )<br>US $20.00 | Past month |
| ⊕ .<br>Fashion Wristwatch Wide Leather Strap Watch Band Men's Punk Vintage Style Watch (#115530806987) | _***a (217  )<br>US $14.98 | Past month |
| ⊕ **Received good packing**<br>Fluorocarbon Incredible Fishing Line 300m Monofilament Strong Nylon Fluro Carbon (#115499801945) | s***s (2752  )<br>US $10.59 | Past month |



12/6/22, 2:05 PM — 2022 Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier | eBay

Hi Hilda!                                                                                                          Sell    Watchlist    My eBay

eBay        🔍 Search for anything                                                          All Categories ▾

Back to home page | Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers                                    Share | Δ



### 2022 Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier

Condition : **New**

Dog Size :  - Select - ▾

Quantity:  [ 1 ]   Last one

Price:  **US $26.49**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:  **FREE** Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  Estimated between **Fri, Dec 30** and **Tue, Feb 28** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

**Seller information**
amirabe-0 ([155](#))
**100% Positive feedback**

♡ Save this seller
Contact seller
See other items

---

Sponsored items customers also bought                                                                Feedback on d...

 **Checkout**

Ho...

| | |
|---|---|
| Subtotal (1 item) | $33.49 |
| Shipping | Free |
| Tax* | $2.34 |
| **Order total** | **$35.83** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

See details

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to



Miami, FL 33142-5844

Change

## Review item and shipping

Seller: amiraabe-0   |   Message to seller

 2022 Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier

Dog Size: Beige

**$33.49**

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Feb 28
Economy Shipping from outside US
**Free**

Defendant No.: **167**

Store Name:  **amireuxu**

Hi **Hilda!**                                                                        Sell    Watchlist    My eBay                    🛒 2

ebay    [🔍 Search for anything                                          ]    [All Categories ▾]

Home > Community > Feedback forum > Feedback profile

## Feedback profile



**amireuxu** (1798   )   ⓘ

**Positive Feedback (last 12 months): 98.4%** ⓘ

Member since: Dec-01-20 in China

**Top-rated seller:** One of eBay's most reputable sellers.

Consistently delivers outstanding customer service.

[Learn more](#)

### Member Quick Links

[Contact member](#)

[View items for sale](#)

[View seller's Store](#)

### Feedback ratings ⓘ

|          | 1 month | 6 months | 12 months |
|----------|---------|----------|-----------|
| ➕ Positive | 267 | 1157 | 1407 |
| ⊙ Neutral | 5 | 19 | 26 |
| ➖ Negative | 6 | 12 | 21 |

### Detailed seller ratings ⓘ

Average for the last 12 months

| Accurate description (1213) | Reasonable shipping cost (1273) |
|---|---|
| Shipping speed (1241) | Communication (1243) |

All received Feedback   Received as buyer   **Received as seller**   Left for others

2,011 Feedback received (viewing 1-25)                                 Revised Feedback: 4

Search Feedback received as seller with an item title or ID: ⓘ

[e.g. Vintage 1970's Gibson Guitars              🔍]

Period: [All ▾]

| FEEDBACK | FROM BUYER/PRICE | WHEN |
|---|---|---|
| ➕ **Item arrived EXACTLY as described; EXTREMELY fast delivery; I would buy again from this seller**<br>1:12 Dollhouse Miniature Furniture Black Metal Bicycle Toy T4V0 R4G6 For B9Z4 (#[384810692806](#)) | c***b (1864   )<br>US $5.87 | Past month |
| ➕ **My grandson and I liked them very much.**<br>Wooden Hanging Hummingbird House Chalet Outdoor Garden Decoration Patio V4H7 (#[384818950181](#)) | 1***h (752   )<br>US $24.99 | Past month |
| ➕ **1**<br>20 Sheets Instant Films Photo StickerFor FujiFilm Instax Mini8 50s 25 7s O2E6 (#[384848792460](#)) | _***l (61   )<br>US $2.30 | Past month |
| ➕ **thank you**<br>High Pressure Water Spray Gun Garden Hose Car Foam Cleaning Tool. Water Gun J0S5 (#[384818947333](#)) | h***t (792   )<br>US $19.08 | Past month |
| ➕ **Arrived quickly.**<br>Christmas Tree LED DIY Project Electronic Learning Kit NEW Gift Decoration L0D0 (#[384818877676](#)) | i***k (115   )<br>US $6.34 | Past month |
| ➕ **Super fast shipping, great item quality and awesome communication**<br>Under Desk Laptop Holder Mount With Screw, Universal Under SHIPP Desk Mount O4Y2 (#[385019652786](#)) | y***p (914   )<br>US $11.03 | Past month |

Hi Hilda!                                                                              Sell    Watchlist    My eBay

eba**y**

🔍 Search for anything                                                              All Categories ▾

Back to home page  | Listed in category:  Pet Supplies ›  Dog Supplies ›  Transport & Travel ›  Car Seats & Barriers                Share |

🅢 BUY 1, GET 1 AT **10%** OFF (add 2 to cart)    See all eligible items and terms



**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV**

| Condition : | New |
| Color : | - Select - ▾ |
| Quantity : | 1    More than 10 available / 18 sold |
| Price: | US $24.48 |

Buy It Now

Add to cart

♡ Add to Watchlist



Shop with confidence

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

Seller information
amireuxu (1798
98.4% Positive feedback

Save this seller
Contact seller
Visit store
See other items

**Returns accepted**          24 watchers

Shipping:  **FREE** Economy Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: shanghai, China

Delivery:  Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 21 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?   Sell now

Similar sponsored items                                                             Feedback on o

 **Checkout**

Checkout Home

| | |
|---|---|
| Subtotal (1 item) | $27.15 |
| Shipping | Free |
| Tax* | $1.90 |

| | |
|---|---|
| **Order total** | **$29.05** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( Confirm and pay )

**Select a payment option**

[See details](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○ Google Pay

## Ship to

██████████

Miami, FL 33142-5844
United States
██████████

[Change](#)

## Review item and shipping

Seller: amireuxu  |  [Message to seller](#)

  Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV

Color: Grey

**$27.15**

 Quantity
1  ⌄

### Delivery
Est. delivery: Jan 13 – Mar 13

Defendant No.: **168**

Store Name:  **anasteams48**

Hi **Hilda!**

Sell    Watchlist    My eBay





# anasteams48

98.3% Posit...    13K It...    316 F...    □ Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    **Feedback**    🔍 Search all 39,984 items

## All items

Sort:    Best Match ⌄



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
$24.61 to $24.90

2022 Earphone Incase Lanyard For Airpods Pro 2nd Generation
$1.18

Portable Dog Car Seat Belt Booster Travel Carrier Folding Bag...
$20.66

Portable Dog Car Seat Belt Booster Travel Carrier Folding Pet...
*$26.36*



Microwave Egg Poacher Saves Time Eggs Made Easy No...
$2.61

2022 NEW Electric Razor for Men,MINI-SHAVE PORTABLE...
$12.34

Hira Darkening Shampoo Bar, Archic Organic Hair...
$4.90

2022 Wrinkle Bounce Multi-Moisture Balm Stick US
$2.60

Hi Hilda!                                                                                                    Sell    Watchlist    My eBay

 ebay    [ Search for anything ]    [ All Categories ]

Back to home page | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                    Share |

💰 BUY 2, GET 1 AT **15%** OFF (add 3 to cart)  See all eligible items and terms





### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure J7W0

| | |
|---|---|
| Condition : | New |
| Color : | - Select - |
| Quantity : | 1   Last one |

**Price:**    US $24.61

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:    **FREE** Economy Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: shanghai, China

Delivery:    Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 21 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G[...] Get the item you order[...] your money back.
Learn more

**Seller information**

anasteams48 (1698
**98.3% Positive feedback**

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?    [ Sell now ]

---

## Similar sponsored items                                                                Feedback on o[...]

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○ Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States
███████████

[Change](#)

## Review item and shipping

Seller:  anasteams48    |    [Message to seller](#)

  c

Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Safety
Secure J7W0
Color: Brown

**$24.90**

Quantity 1

**Delivery**
Est. delivery: Jan 9 – Mar 7
Economy Shipping from Greater
China to worldwide
**Free**

---

Subtotal (1 item)          $24.90
Shipping                     Free
Tax*                        $1.74

**Order total            $26.64**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

( Confirm and pay )

Select a payment option

[See details](#)

Defendant No.: **169**

Store Name:  **atril45**

Hi Hilda!

Sell    Watchlist    My eBay



Search for anything    | All Categories ⌄ |

Back to home page | Listed in category:    Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers    Share | ⚑

💲 SAVE UP TO **8%**    See all eligible items and terms





### NEW Safety Pet Dog Puppy Booster Car Seat Carrying Secure Console Travel Seat

| | |
|---|---|
| Condition : | New |
| Color : | - Select - ⌄ |
| Quantity : | [ 1 ]    2 available / 6 sold |

Price:    **US $25.30**

Was US $27.50 ⓘ
Save US $2.20 (8% off)

**Buy It Now**

Add to cart

♡ Add to Watchlist

Have one to sell?    **Sell now**

**Returns accepted**    |    11 watchers

| | |
|---|---|
| Shipping: | **FREE** SpeedPAK Standard | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shenzhen, China |
| Delivery: | Estimated between **Tue, Dec 20** and **Tue, Dec 27** to 33142 ⓘ |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu...
Get the item you order...
your money back.
Learn more

**Seller information**
atril45 (3539)
94.3% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Similar sponsored items    Feedback on o...

Hi **Hilda**!                                                                                    Sell    Watchlist    My eBay                    🛒 ₁



Search for anything                                                                         All Categories ▾

Home > Community > Feedback forum > Feedback profile

## Feedback profile

**atril45** (3539 )    ⓘ

**Positive Feedback (last 12 months): 94.3%** ⓘ

Member since: May-15-10 in Israel

### Member Quick Links

Contact member

View items for sale

View seller's Store

### Feedback ratings ⓘ

|          | 1 month | 6 months | 12 months |
|----------|---------|----------|-----------|
| ➕ Positive | 59 | 221 | 556 |
| ⊙ Neutral | 3 | 7 | 23 |
| ➖ Negative | 0 | 8 | 35 |

### Detailed seller ratings ⓘ

**Average for the last 12 months**

| Accurate description | Reasonable shipping cost |
|----------------------|--------------------------|
| (455) | (492) |
| Shipping speed | Communication |
| (467) | (445) |

All received Feedback    Received as buyer    **Received as seller**    Left for others

3,745 Feedback received (viewing 1-25)                                          Revised Feedback: 8 ⓘ

Search Feedback received as seller with an item title or ID: ⓘ

e.g. Vintage 1970's Gibson Guitars    🔍

Period: **All**

| FEEDBACK | FROM BUYER/PRICE | WHEN |
|----------|------------------|------|
| ➕ **great seller to work with**<br>Women Beautiful Floral Embroidered Vintage Handkerchief Soft Fabric Hankies 18Pc (#192383937129) | i***b (3640 )<br>US $51.36 | Past month |
| ➕ **fast delivery**<br>Paint By Numbers Kit For Adult Kids Gift Acrylic Paint Superhero BATMAN 40X50cm (#192537624850) | e***d (347 )<br>US $16.41 | Past month |
| ➕ **Item as described . Great shipping time.**<br>Digital Guitar Tuner Metronome Tuner Clip On for Chromatic Guitar Bass Ukulele (#192956946480) | o***7 (435 )<br>US $12.21 | Past month |
| ➕ **super - vielen Dank**<br>The Avengers Paint By Numbers Kit For Adult Kids Gift Acrylic Paint IRON MAN (#192975235015) | t***t (3220 )<br>US $16.41 | Past month |
| ➕ **Thank You**<br>Diamond Painting Cross Stitch 5D Full Square Autumn Fall Cute Animals DIY Gift (#192704144173) | 1***t (2973 )<br>US $12.06 | Past month |
| ➕ **great seller to work with**<br>Women Beautiful Floral Embroidered Vintage Handkerchief Soft Fabric Hankies 18Pc (#192383937129) | i***b (3640 )<br>US $25.68 | Past month |
| ➕ **Great product, will buy again!**<br>3D Silicone Christian Praying Hands Cake Fondant Mold Chocolate Baking Diy Soap (#193691826706) | 7***a (84 )<br>US $8.24 | Past month |

 **Checkout**

Ho

| | |
|---|---|
| **Subtotal (1 item)** | **$43.63** |
| Shipping | Free |
| Tax* | $3.05 |

---

| **Order total** | **$46.68** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( **Confirm and pay** )

**Select a payment option**

---

[See details](#)

## Pay with

○  Add new card

○

○  Special financing available.
   Apply now. [See terms](#)

○        Google Pay

## Ship to


▮▮▮▮▮▮▮▮▮▮▮
Miami, FL 33142-5844
United States
▮▮▮▮▮▮▮▮▮
[Change](#)

## Review item and shipping

Seller: atril45  |  [Message to seller](#)



NEW Safety Pet Dog Puppy Booster Car Seat Carrying Secure Console Travel Seat

Color: Strap

**$43.63**

Quantity
1 ▾

**Delivery**
Est. delivery: Dec 20 – Dec 27

Defendant No.: **170**

Store Name:  **babyshowtime**

Hi **Hilda**!                                        Sell          Watchlist          My eBay                          🛒 1

 ebay

| 🔍 Search for anything | | All Categories ▼ |



# babyshowtime

**97.6% Positi...**    **41K Ite...**    **97 Fo...**        ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback          🔍 Search all 46 items

## All items

Sort:    Best Match ⌄



Pet Dog Cat Puppy Booster Car Seat Outdoor Console SU...
**$17.98 to $19.98**

Pet Dog Cat Puppy Booster Car Seat Outdoor Console SU...
**$19.98 to $21.98**

Pet Disposable Car Seat Cover for Cars SUV Dog Front Seat
**$5.99**

Pet Costume Lion Mane Wig for Cat Dog Halloween Clothes...
**$6.59 to $7.99**



Pet Costumes Dog Cat Sherlock Hound Outfit Clothes...
**$14.99**

Pet Costume Lion Mane Wig for Dog Halloween...
**$6.98 to $10.98**

Sugar Glider Bonding Mitt Glove for Touch and Train Your Sugar...
**$5.98**

Bearded Dragon Reptile Clothes Lizard Costume Accessorie...
**$5.98**





Hi Felipe! ∨    Sell    Watchlist ∨    My eBay ∨

**eBay** | Search for anything | All Categories ∨

‹ Back to search results | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers    Share |

### Pet Dog Cat Puppy Booster Car Seat Outdoor Console SUV Secure Safety Travel Seat

Condition : New

Size : - Select -

Color : - Select -

Quantity : 1    More than 10 available
32 sold / See feedback

Price : US $19.98

**Buy It Now**

**Add to cart**

Add to Watchlist ∨

32 sold | Returns accepted | 29 watchers

Shipping : FREE SpeedPAK Standard | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery : Estimated between **Fri, Dec 30** and **Fri, Jan 6** to 33156 ⓘ
Please allow additional time if international delivery is subject to customs processing.

Returns : 30 day returns | Buyer pays for return shipping | See details

Payments : PayPal | G Pay | VISA | Mastercard | AMEX | Discover

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu...
Get the item you ordere...
your money back.
Learn more

**Seller information**
babyshowtime (9613 ⭐)
97.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell? **Sell now**

---

## Similar sponsored items

Feedback on o...


Pet Booster Seat Lookout Car Safety Dog Carrier Leash Belt Adjustable Travel !
New
**$29.96**


Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure For SUV P4K8
New
**$25.75**


Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For .Prof
New
**$23.11**


Console Dog Car Seat for Small Dogs Pet Car Seat Safety Travel Seat Dog Booster
New
**$33.99**


Dog Booster Seat – Do... Seat For Small Dogs – Seat
New
**$24.56**

$59.96 50% off
Free shipping
**26 watchers**

$27.11 5% off
Free shipping

$24.59 5% off
Free shipping
**5 watchers**

Free shipping
Seller 100% positive

$25.85 5% off
Free shipping
🔷 Top Rated Plus

---

## Sponsored items customers also bought

Feedback on o











Console Dog Car Seat for Small Dogs Pet Car Seat Safety Travel Seat Dog Booster
New
**$33.99**
Free shipping
Seller 100% positive

Pets Dog Cat Car Belt Booster Travel Carrier Folding Bag for Dog Cat Puppy
New
**$18.99**
$19.99 5% off
+ $3.00 shipping
**284 sold**

2022 Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier
New
**$32.99**
Free shipping
Seller 99.3% positive

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For N7R7
New
**$24.59**
Free shipping
Seller 99.2% positive

Winter Pet Vest Jacke Puppy Dog Waterproo Small/Large Padded C
New
**$7.43**
$7.99 7% off
Free shipping
**997 sold**

---

| Description | Shipping and payments |
|---|---|

R

Seller assumes all responsibility for this listing.                                    eBay item number:    165

Last updated on Nov 09, 2022 07:09:23 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type: | Booster Seat |
| Model: | Safety Travel Seat | Brand: | Babyshowtime |
| MPN: | Does Not Apply | Country/Region of Manufacture: | China |

- Material: Dog booster seat is made of polyester cotton, soft and comfortable. The dog car seat is very comfortable and fluffy. Your pet joints and you can feel at ease.
- Note: The Arm Rest Dog Car Seat has sponges on both sides. It is recommended to place it in a central control position or a place wh
- Size for Small Dog: Console pet car seat is 16.5X9.8X7.9 inches(42x25x20cm )OR17.3X9.5X9.5 inches(44x24x24cm ) , our dog bed this is not the most accurate, you can judge according to the actual situation
- Easy to install and disassemble: Our dog seat can be quickly installed and uninstalled. There is a rope with a hook inside the seat, wh easily. To facilitate the in and out of your pet. It fits most types of car seats but the length of the console armrest should be more than
- Washing: Car booster seat is easier to wash. When not in use, it can be folded up without taking up much space.
- Answer: The belt of the central control bag is not adjustable, but it is elastic and suitable for most models. The inside is equipped with put in and out before

### Business seller information

Value Added Tax Number: GB 369337264 ⌄

### Return policy

| After receiving the item, contact seller within | Refund will be given as | Returns shipping |
|---|---|---|
| 30 days | Money Back, Replacement | Buyer pays for return shipping |

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.



## babyshowtime

**97.7%** Positive Feedback
**41K** Items sold

Visit store

Contact

### Popular categories from this store    See all

for Pets

Back to search results

More to explore :  Pet Gear Car Booster Seats for Dogs,   Pet Gear S Dog Car Booster Seats,   Dog Car Booster Seats,   K&H Pet Products Car Booster Seats for Dogs,  Solvit Car Booster Seats for Dogs,   Kurgo Car Booster Seats for Dogs,   S Dog Car Booster Seats,   Animal Planet Dog Car Booster Seats,   Pet Gear Dog Car Seats & Barriers,  Puppy Dog Pet Waterers

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2022 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Do not sell my personal information and AdChoice ⓘ

 Checkout

Ho                                                                    Check out as a

| | |
|---|---|
| Subtotal (1 item) | $19.98 |
| Shipping | Free |
| Tax* | $1.40 |

**Order total**                                    **$21.38**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment option

[See details](#)

## Pay with

○  Add new card

○

○  Special financing available.
Apply now. [See terms](#)

○       Google Pay

## Ship to



Miami, FL 33142-5844
United States



[Change](#)

## Review item and shipping

Seller:  babyshowtime   |   [Message to seller](#)

   Pet Dog Cat Puppy Booster Car Seat Outdoor Console SUV Secure Safety Travel Seat
Size: 16.5x9.8x7.9", Color: Black
**$19.98**

Quantity
1  ⌄

**Delivery**
Est. delivery: Dec 19 – Dec 23

Defendant No.: **171**

Store Name:  **beach_waves**

Hi **Hilda**!                                                Sell    Watchlist    My eBay                🛒 1

 ebay    🔍 Search for anything    | All Categories ⌄ |



# beach_waves

**100%** Positive feedba…    **292** Items …    **34** Follo…    💬 Contact    ♡ Save

**Shop**      About      Feedback

## All items



| | | | |
|---|---|---|---|
| Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat… | Dog Seatbelts Safety Pet Car Seat Belt Nylon Adjustable Do… | Dog Cat Pet Kennel Bed Large Warm Kennel | Pet Cage Portable Pet Tent Folding Dog House Cage Cat Tent… |
| **$44.00 to $58.00** | **$18.00** | **$36.00 to $66.00** | **$46.00 to $54.00** |

| | | | |
|---|---|---|---|
| Dog Coat Jacket Winter Warm Small Dog Clothes Coat… | Robotic Swimming Lures Auto Electric Lure Bait USB Fishing… | Security Cat Clothes Pet Cat Dog Coat Jacket Hoodies For… | Conch Straw Shoulder Crossbody Bag For Women Clutch Wove… |
| **$14.90 to $16.90** | **$30.00 to $59.00** | **$7.99 to $10.69**  | **$59.00 to $66.00** |

Hi **Hilda!**                                                                    Sell    Watchlist    My eBay


Back to home page

| 🔍 Search for anything | All Categories ▾ |

Share | A

### SAVE UP TO **15%** WHEN YOU BUY MORE



Have one to sell?    **Sell now**

## Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Carrie

Condition : New

Color:  - Select - ▾

Size:  - Select - ▾

Bulk savings:
| Buy 1 $44.00/ea | Buy 2 $41.80/ea |
| Buy 3 $39.60/ea | |

Quantity: [ 1 ]   3 available

Price:  **US $44.00/ea**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:  **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery:  Estimated between **Wed, Dec 28** and **Fri, Feb 24** to 33142 ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

Seller information
beach_waves (95
100% Positive feedback

♡ Save this seller
Contact seller
See other items

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○    Add new card

○

○    Special financing available.
       Apply now. See terms

○    Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States

███████████

Change

## Review item and shipping

Service: amireuxu

You removed: Pet Dog Cat Travel Seat Puppy Booster
Car Seat Console Secure Safety For SUV
Add item

Seller: beauty_land...  |  Message to seller

 Cat Dog Bed Travel Central Control
Car Safety Pet Seat Transport Dog
Carrier
Size: 42x20x22cm, Color: Wave point
**$41.76**
Quantity 1

---

Subtotal (1 item)        $41.76
Shipping        Free
Tax*        $2.92

**Order total**        **$44.68**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

See details

Defendant No.: **172**

Store Name:  **beauty_land-572**

Hi **Hilda**!                                                                                   Sell    Watchlist    My eBay                      🛒 1



Search for anything                    | All Categories ⌄ |



# beauty_land-572

__86.8% Positive feedb...__    736 Items ...    51 Follo...        💬 Contact    ♡ Save

**Shop**    About    Feedback

## All items



Cat Dog Bed Travel Central Control Car Safety Pet Seat...
$35.68 to $41.76

Super Soft Pet Bed Winter Warm Cute Bear Hug Cat Sleepin...
$26.76 to $46.87

Soft Animal Cartoon Pillow Cushion Cute Fat Dog Cat Toy...
$13.78

8ML Portable Mini Refillable Perfume Bottle With Spray...
$4.78

Dog Winter Warm Clothes Cute Plush Coat Hoodies Pet...
$11.56

RC Car Stunt Infrared Laser Tracking Wall Ceiling Climbing...
$28.89

26 PCS Baby Soft Alphabet Cards, ABC Learning Flash Cards...
$19.86

Multifunctional Soft-bristled Shoe Brush Clothes Long Handle...
$7.89

Hi Hilda!

Sell    Watchlist    My eBay

# ebay

Search for anything

All Categories

Back to home page | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Carriers & Totes

Share |



## Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier

| | |
|---|---|
| Condition: | New |
| Color: | - Select - |
| Size: | - Select - |
| Quantity: | 1    Last one / 1 sold |
| Price: | US $35.68 |

Buy It Now

Add to cart

♡ Add to Watchlist

**Free shipping and returns**

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping from Greater China to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Beijing, China |
| Delivery: | Estimated between **Wed, Dec 21** and **Wed, Jan 18** to 33142 ⓘ |
| | Please note the delivery estimate is **greater than 10 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Seller pays for return shipping | See details |
| Payments: | |

### Shop with confidence

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

### Seller information

beauty_land-572 (62
86.8% Positive feedback

♡ Save this seller

Contact seller

See other items

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?    Sell now

## Similar sponsored items

Feedback on

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

█████████████
Miami, FL 33142-5844
United States
██████████████
<u>Change</u>

## Review item and shipping

Seller: beauty_land... | <u>Message to seller</u>

 Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier
Size: 42x20x22cm, Color: Wave point
**$41.76**
Quantity 1

**Delivery**
Est. delivery: Dec 29 – Jan 25
Standard Shipping from Greater China to worldwide

| | |
|---|---|
| Subtotal (1 item) | $41.76 |
| Shipping | Free |
| Tax* | $2.92 |

**Order total**                     **$44.68**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **173**

Store Name:  **best.office.dealz**

Hi **Hilda!**

Sell   Watchlist   My eBay   🛒 1



Search for anything       All Categories ⌄



# Best.Office.Dealz

**97.7%** Posit...    **2.6K** It...    **232** F...    ⤴ Share    💬 Contact    ♡ Save Seller

☰ Categories       **Shop**    About    Feedback       🔍 Search all 21,079 items

## All items

Sort:    Best Match ⌄



Dog Bed Kennel Pad
Crate Mat Chew Proof
Car Anti Dirty...
*EUR 95.02*

Dog Car Booster Seat
Bag Pet Safety Puppy
Travel Cat Carrier...
*EUR 82.06*

Dog Car Seat Cover
Waterproof Protector
Rear Back Mat Travel...
*EUR 94.60*

Dog Car Booster Seat
Bag Pet Safety Puppy
Travel Cat Carrier...
*EUR 82.06*



Pet Dog Car Back Seat
Cover Waterproof
Hammock Cushion...
*EUR 98.03*

Pet Dog Car Back Seat
Cover Waterproof
Hammock Travel Mat...
*EUR 120.28*

Dog Car Seat Cover
Waterproof Pet
Protector Rear Back...
*EUR 133.36*

Pet Travel Carrier Bag
Cat Dog Breathable
Outdoor Sling With...
*EUR 118.93*



Hi Hilda!



Sell   Watchlist   My eBay

Search for anything    All Categories

Back to home page | Listed in category:  Pet Supplies  >  Dog Supplies  >  Other Dog Supplies

Share |



Travel time☀
舒适感受超广角视野

### Dog Bed Kennel Pad Crate Mat Chew Proof Car Anti Dirty Universal Safety Seat

**Condition:** New

**Color:** - Select -

**Size:** - Select -

**Quantity:** 1    Last one

**Price:** US $100.03

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

**Shipping:** FREE Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: China, China

**Delivery:** Estimated between **Wed, Dec 28** and **Fri, Feb 24** to 33142 ⓘ
Please note the delivery estimate is **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 60 day returns | Buyer pays for return shipping | See details

**Payments:**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G
Get the item you order
your money back.
Learn more

**Seller information**
best.office.dealz (439
97.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

**Similar sponsored items**

Feedback on o

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○

○ No Interest if paid in full in 6 months.
  Apply now. See terms

○ Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
████████

Change

## Review item and shipping

Seller: best.office...  |  Message to seller

 Dog Bed Kennel Pad Crate Mat Chew Proof Car Anti Dirty Universal Safety Seat
Size: 42X20X22cm, Color: Gray colour
**$100.03**
Quantity 1

### Delivery

● Est. delivery: Dec 28 – Feb 24
  Economy Shipping from

---

Subtotal (1 item)          $100.03
Shipping                       Free
Tax*                          $7.00

**Order total**            **$107.03**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

See details

# Defendant No.: **174**

# Store Name: **bodiyabadanuradha**



Hi **Hilda**! Sell Watchlist My eBay 1

Search for anything All Categories

# bodiyabadanuradha_0

100% Positive feedbac... 8 Items s... 1 Follo... Contact Save

**Shop** About Feedback

## All items

Portable Dog & Cat Car Seat Dog Kennel Bed Nonslip Dog...
**$43.97**

Comfortable Cute Adjustable Portable Baby Crib Full Cotton...
**$32.27**

24PCS Blackboard Stickers For Kitchen Jars Storage Box Lab...
**$12.34**

Cute Sponge Storage Holder For Kitchen Bathroom Sink Soap...
**$5.76**

Adjustable Mattress Connector Bed Bridge Twin To King Convert...
**$35.89**

Elegant Classic Crystal Cuff Bangle Rose Gold Bracelet...
**$19.97**

Portable Foldable Stool Picnic Camping Fishing Chair Outdoo...
**$32.46**

Modern Simple Portable Bamboo Wood Coffee Table...
**$35.63**





Hi **Hilda**!

Sell   Watchlist   My eBay

Back to home page | Listed in category:   Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Carriers & Totes

Share



Hover to zoom

Have one to sell?   **Sell now**

### Portable Dog & Cat Car Seat Dog Kennel Bed Nonslip Dog Carrier Pet Safety Seat

Condition : New

Price :   **US $43.97**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping :  **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Hong Kong, China

Delivery :  Estimated between **Fri, Dec 30** and **Tue, Feb 28** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns :  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

**Seller information**
bodiyabadanuradha_0 (1)
100% Positive feedback

♡ Save this seller
Contact seller
See other items

---

### Sponsored items inspired by your views

Feedback on o...

Dog Bed Kennel Pad Crate   Cat Dog Bed Travel Central   Pet Dog Cat Travel Seat Puppy   2022 Dog Safety Car Seat Puppy   Pet Dog Cat Travel Sea

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
███████████
<u>Change</u>

## Review item and shipping

Seller: bodiyabadan... | <u>Message to seller</u>

  Portable Dog & Cat Car Seat Dog Kennel Bed Nonslip Dog Carrier Pet Safety Seat
**$43.97**
Quantity 1

**Delivery**
Est. delivery: Dec 30 – Feb 28
Economy Shipping from Greater China to worldwide
**Free**

| | |
|---|---|
| Subtotal (1 item) | $43.97 |
| Shipping | Free |
| Tax* | $3.08 |

**Order total**   **$47.05**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ Confirm and pay ]

**Select a payment option**

<u>See details</u>

Defendant No.: **175**

Store Name:  **buddvis_0**

Hi **Hilda**!                                        Sell        Watchlist        My eBay                     1

      Search for anything        | All Categories ▾ |

# buddvis_0

**97.3%** Positive feedba...        **289** Items ...        **11** Follo...        💬 Contact        ♡ Save

**Shop**        About        Feedback

## All items

| | |
|---|---|

Pet Car Booster Seat Puppy Dog Cat Travel Carrier Bed Central...
**$55.49 to $64.49**

Portable Cat Dog Carrier Bed Safe Pet Central Control Car...
**$52.99 to $70.49**

Pet Dog Puppy Carrier Comfort Travel Tote Shoulder Bags Sling...
**$25.99 to $35.99**

Pet Dog Cat Bed Puppy Cushion House Soft Warm Kennel Ma...
**$38.99 to $48.99**

Round Plush Donut Pet Dog Cat Bed Fur Cuddler Warm Soft...
**$38.99 to $88.99**

Pet Cooling Mat Cool Pad M/l/xl Summer Comfortable Cushio...
**$19.99 to $31.99**

Pet Cat House Sleeping Bed Kennel Puppy Cave Super...
**$45.49 to $61.49**

Petkit Portable Pet Dog Water Bottle Travel Outdoor...
**$24.99 to $30.99**

12/6/22, 5:45 PM    Pet Car Booster Seat Puppy Dog Cat Travel Carrier Bed Central Control Nonslip US | eBay

# ebay

| Search for anything | | All Categories ⌄ |
|---|---|---|

Back to home page | Listed in category: **Pet Supplies** › **Dog Supplies** › **Transport & Travel** › **Carriers & Totes**

Share | ⌄



## Pet Car Booster Seat Puppy Dog Cat Travel Carrier Bed Central Control Nonslip Us

| | | |
|---|---|---|
| Condition | : | New |
| Color | | - Select - ⌄ |
| Size | | - Select - ⌄ |
| Quantity | | [ 1 ]  Last one |

Price:   **US $55.49**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

**Ships from United States**

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping | See details |
| | Located in: Los Angeles, California, United States |
| Delivery: | Estimated between **Sat, Dec 10** and **Wed, Dec 14** to 33142 ⓘ |
| | Includes **5 business days** handling time after receipt of cleared payment. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

### Seller information
buddvis_0 (46
97.3% Positive feedback

♡ Save this seller

Contact seller

See other items

Have one to sell?  [ Sell now ]

---

## Similar sponsored items

Feedback on o...

Portable Dog Car Seat Belt      Portable Dog Car Pets Booster      Pet Carrier Roller dog Small      Portable Dog Car Seat Belt      Portable Dog Car Pets

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to

[redacted]

Miami, FL 33142-5844
United States
[redacted]

Change

## Review item and shipping

Seller: bodiyabadan... | Message to seller

 Portable Dog & Cat Car Seat Dog Kennel Bed Nonslip Dog Carrier Pet Safety Seat

**$43.97**

Quantity 1

**Delivery**
Est. delivery: Dec 30 – Feb 28
Economy Shipping from Greater China to worldwide
**Free**

| | |
|---|---|
| Subtotal (1 item) | $43.97 |
| Shipping | Free |
| Tax* | $3.08 |

| | |
|---|---|
| **Order total** | **$47.05** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

See details

h

2

Defendant No.: **176**

Store Name:
**butterprint1979_6**

Hi **Hilda**!

Sell    Watchlist    My eBay    🛒 1



🔍 Search for anything          | All Categories ▾ |





# Brooke s Fabulous Finds

**100%** Positi...    **2.1K** It...    **85** Fo...    ⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |      **Shop**    About    Feedback    | 🔍 Search all 315 items |

## Newly Listed                                                             _See all_



| Feur Fest Saale Glas Teapot Clear Glass German Hand Blown... | Shoe Glass Figurine Amber Mini Sized Vintage MCM | Bucilla Cross Stitch Kit Visions of Sugar Plums Blue 84289... | Bucilla Alma Lynne Counted Cross Stitch Stocking Kit Heavenl... |
| $57.67 | $11.92 | $16.42 | $12.42 |
| Was: ~~$76.89~~ **25% off** | Was: ~~$15.89~~ **25% off** | Was: ~~$21.89~~ **25% off** | Was: ~~$16.56~~ **25% off** |

## All items

Sort:    Best Match ▾

♡              ♡              ♡              ♡
      

Hi **Hilda!**



Sell    Watchlist    My eBay

Search for anything                    All Categories

Back to home page | Listed in category:    Pet Supplies > Dog Supplies > Transport & Travel > Carriers & Totes

Share



## Kamapulo Pet Carrier Bed Portable Cat Puppy Dog Polka Dot Grey White Car Safety

| Condition: | Used |
| --- | --- |

**Price:**   **US $21.81**
Was US $29.08 ⓘ
Save US $7.27 (25% off)

Buy It Now

Add to cart

**Best Offer:**

Make offer

♡ Add to Watchlist

**Returns accepted** | Ships from United States

| Pickup: | Free local pickup from Kissimmee, Florida, United States. | See details |
| --- | --- |
| Shipping: | US $12.54 Economy Shipping | See details Located in: Kissimmee, Florida, United States |
| Delivery: | Estimated between **Sat, Dec 10** and **Tue, Dec 13** to 33142 ⓘ |
| Returns: | 60 day returns | Seller pays for return shipping | See details |
| Payments: | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

**Seller information**
butterprint1979_6 (883
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Have one to sell?    Sell now

## Similar sponsored items

Feedback on c

 **Checkout**

Ho...

| | |
|---|---|
| Subtotal (1 item) | $21.81 |
| Shipping | $12.54 |
| Tax* | $2.40 |
| **Order total** | **$36.75** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

**Select a payment option**

[See details](#)

## Pay with

○  Add new card

○

○  Special financing available.
Apply now. [See terms](#)

○  Google Pay

## Ship to

[REDACTED]

Miami, FL 33142-5844
United States

[REDACTED]

[Change](#)

## Review item and shipping

Seller: butterprint...  |  [Message to seller](#)

  Kamapulo Pet Carrier Bed Portable Cat Puppy Dog Polka Dot Grey White Car Safety

**$21.81**
~~$29.08~~

Quantity 1

⦿  **Delivery**
Est. delivery: Dec 17 – Dec 21
USPS Parcel Select Ground
**$12.54**

○

Defendant No.: **177**

Store Name:  **byunghyumi_0**

Hi **Hilda**!                                        Sell        Watchlist        My eBay                    🛒 1



# byunghyumi_0

0% Positive feedback ...        **3** Items so...        **1** Follow...        💬 Contact        🤍 Save

**Shop**        About        Feedback

## All items

🤍

Console Dog Car Seat
for Small Dogs Pet Car
Seat Safety Travel Se...
**$29.99**

See All



12/6/22, 9:31 PM                    Console Dog Car Seat for Small Dogs Pet Car Seat Safety Travel Seat Dog Booster | eBay

Hi **Hilda**!                                                                                        Sell    Watchlist    My eBay

🔍 Search for anything                                                        All Categories ▾

Back to home page | Listed in category:  Pet Supplies ›  Dog Supplies ›  Transport & Travel ›  Car Seats & Barriers                    Share | ...



Hover to zoom

Have one to sell?   **Sell now**

**Console Dog Car Seat for Small Dogs
Pet Car Seat Safety Travel Seat Dog
Booster**

Condition : New

Quantity:  [ 1 ]   More than 10 available / 3 sold

Price:   **US $29.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted** | Ships from United States | 12 watchers

Pickup:    Free local pickup from Owasso,
           Oklahoma, United States. | See details

Shipping:  **FREE** Economy Shipping | See details
           Located in: Owasso, Oklahoma, United States

Delivery:  Estimated between **Sat, Dec 10** and
           **Tue, Dec 13** to 33142 ⓘ

Returns:   30 day returns | Buyer pays for return
           shipping | See details

Payments :

Special financing available. | See terms and
apply now

Earn up to 5x points when you
use your eBay Mastercard®.
Learn more

Shop with confidence

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

**Seller information**
byunghyumi_0 (4)

♡ Save this seller
Contact seller
See other items



**Similar sponsored items**                                                           Feedback on o...

Pet Dog Cat Travel Seat        Pet Dog Cat Puppy Booster Car    K&H pet products- dog bed /    Dog Booster Seat – Dog Car    Pet Dog Cat Trave Sea...
Puppy Booster Car Seat         Seat Outdoor Console SUV         car seat for small to medium   Seat For Small Dogs – Pet    Booster Car Seat Con
Console Secure Safety For...    Secure Safety Travel Seat        size dog                       Car Seat                     Secure Safety For SU
New                            New                              Pre-owned                      New                          New

https://www.ebay.com/itm/374350710327?hash=item57290a8637:g:LNsAAOSwnl5jbyFP&amdata=enc%3AAQAHAAAA4LWIj9fWWWtRxo2dsY3946v...    1/3

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

**Pay with**

○    Add new card

○

○    Special financing available.
     Apply now. <u>See terms</u>

○    Google Pay

**Ship to**

███████████

Miami, FL 33142-5844
United States
██████████

<u>Change</u>

**Review item and shipping**

Seller: byunghyumi_0   |   <u>Message to seller</u>

 Console Dog Car Seat for Small Dogs
Pet Car Seat Safety Travel Seat Dog
Booster
**$29.99**

Quantity
1 ▾

🔵 **Delivery**
    Est. delivery: Dec 10 – Dec 13
    USPS Retail Ground
    **Free**

| | |
|---|---|
| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| Tax* | $2.10 |
| **Order total** | **$32.09** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment option

<u>See details</u>

Defendant No.: **178**

Store Name:  **Liu Junhao**







Deliver to HILDA
Miami 33142
All
EN Hello, Hilda Account & Lists Returns & Orders 1
Subtotal $28.13
All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video
prime THURSDAY NIGHT FOOTBALL 01:56:37

# Liu Junhao

Visit the Liu Junhao storefront

**100% positive** lifetime (4 total ratings)

## About Seller

Liu Junhao is committed to providing each customer with the highest standard of customer service.

**Have a question for Liu Junhao?**

Ask a question

## Feedback

4.8 out of 5
4 ratings

Lifetime

| | |
|---|---|
| 5 star | 75% |
| 4 star | 25% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

4 total feedbacks in Lifetime

"As advertised and shown on website. Pleased with purchase. Would buy from this seller again."

By G Bragg on November 30, 2022.

"Not very thick so freshly cured resin should set for a day or two because it's really bendy if you don't"

By Angel Disher on October 2, 2022.

"Product not as effective as I thought !"

By Joe Tillman on October 1, 2022.

"Gave it a 4 only because it had a chip in the bracelet."

By Lele G. on September 1, 2022.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Liu Junhao
**Business Address:**
晋祠路一段8号中海寰宇4幢
21层-0219(入驻创大业商务秘书)
太原市
万柏林区
山西省
030000

Deliver to HILDA Miami 33142 | All | Console+Dog+Car+Seat | EN | Hello, Hilda Account & Lists | Returns & Orders | 1

Subtotal $29.99

All | Epic Deals | Holiday Gift Guide | Customer Service | Buy Again | Prime Video | prime THURSDAY NIGHT FOOTBALL 01 : 55 : 13

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips

amazon pharmacy The pharmacy that really delivers Learn more ›

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Roll over image to zoom in

afety Car Seat Dog Cat Pet
eat, Console Dog Car Seat,
avel Seat Puppy Booster

ijunh

2 ratings

$27.99 ($27.99 / Count)

back every day at Amazon with your Prime
d.

-size

ık

$29.99 ($29.99 / Count) | $29.99 ($29.99 / Count)

$27.99 ($27.99 / Count)

| | |
|---|---|
| **Color** | Pink |
| **Material** | Cotton |
| **Brand** | Liujunh |
| **Strap Type** | Adjustable |
| **Target Species** | Dog |

### About this item

- 【Pet Car Seat】: specially designed for small dogs and cats, it can be placed on the armrest of the car, this car pet seat can effectively protect the safety of pets when they travel. 17.7X9.84X8.66 inches size, suitable for small pets.
- 【Advantages of Pet Car Seat】: The pet car seat is surrounded by four sides, effectively reducing the bumps caused by the collision between the pet and the seat and reducing the pet's anxiety. Perfect for pets traveling long distances. It protects your dog well and keeps them safe in the seat, driving without worrying about pets disturbing you, so it also helps to improve your driving safety
- 【Design】: The Dog Booster features a zipper closure so pets can easily get in and out of the seat. Includes pet harness and pet cotton pad for easy cleaning. The front of the kennel can be opened, which can ensure the convenience of pets entering and leaving the kennel, and also ensure the safety of pets.
- 【Guaranteed Pet Safety】: The pet seat is equipped with a safety lanyard that easily attaches to the pet collar to help keep your pet stable. And it works with most cars, trucks, cars and SUVs.
- 【Washable Material】: PP cotton + cotton and linen blended material, the shape is stable and firm, not easy to deform. You can hand wash or machine wash. Please do not dry with high temperature.

Report incorrect product information.

$27.99 ($27.99 / Count)

FREE delivery **December 30 - January 24**. Details

**Arrives after Christmas. Need a gift sooner?** Send an Amazon Gift Card instantly by email or SMS.

Deliver to HILDA - Miami 33142

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Liu Junhao
Sold by Liu Junhao

Return policy: Returnable until Jan 31, 2023

Add to List

New (3) from
$27.88 & **FREE Shipping**

**Other Sellers on Amazon**

$27.88 ($27.88 / Count) Add to Cart
& **FREE Shipping**
Sold by: liuhuanguangshidedian

$23.79 ($23.79 / Count) Add to Cart
+ $7.99 shipping
Sold by: jackUS 7-15day(bei an Tiyano)

Have one to sell?

Sell on Amazon

# Checkout (1 item)



| | | |
|---|---|---|
| 1 | **Shipping address** |  MIAMI, FL 33142 Add delivery instructions |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected:* | $2.10 |

**Order total:** **$32.09**

*Change* (Shipping address)

| | | |
|---|---|---|
| 2 | **Payment method** | VISA **Visa** ending in ⬛27 |

**Billing address:** Same as shipping address.

*Change* (Payment method)

**Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

3  **Review items and shipping**

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 30, 2022 - Jan. 24, 2023**
Items shipped from Liu Junhao

 **Liujunh Dog Cat Pet Car Seat, Console Dog Car Seat, Pet Travel Seat Puppy Booster**
**$29.99**
Qty: 1
Sold by: Liu Junhao
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Friday, Dec. 30 - Tuesday, Jan. 24**
  FREE Standard Shipping

**Place your order**

**Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **179**

Store Name:  **cici965**

Hi **Hilda**!                                     Sell     Watchlist     My eBay                    🛒 1



| 🔍 Search for anything | All Categories ⌄ |



## cici965

98.9% Posit...   9.7K It...   297 F...      🔗 Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback          🔍 Search all 6,231 items

## All items

Sort:  Best Match ⌄

♡                    ♡                    ♡                    ♡

Car Central Control     **GREAT PRICE**         Spacer for Bafang BBS    Skateboard Lights
Nest Pet Safety Dog     Round Rattan            Bottom Bracket Fitting   Underglow Led
Kennel Removable...     Box,Wicker Fruit        (8 Pieces/2 Set)...      Longboard Lights...
$18.60                  Basket with Lid Bread... $7.76                   $7.03
Was: $25.95 28% off     $24.43                  Was: $8.26 6% off        Was: $7.48 6% off
                        Was: $25.99 6% off

♡                    ♡                    ♡                    ♡

**GREAT PRICE**         Multi-Function          **GREAT PRICE**          **GREAT PRICE**
4Pcs Release            Woodworking Ruler       10 Pack .355 Golf Tip    Suitable for
Connector with Base     Multi-Function...       Metal Ferrules Irons     Dyson/Airwrap Curling
for Camera Shoulder...  $11.27                  Golf Club Accessori...   Iron Accessories-...
$10.33                  Was: $11.99 6% off      $9.39                    $15.97
Was: $10.99 6% off                              Was: $9.99 6% off        Was: $16.99 6% off

https://www.ebay.com/str/cici965                                                          1/5

Hi Hilda!



Sell    Watchlist    My eBay

🔍 Search for anything     All Categories ▾

Back to home page | Listed in category:   Pet Supplies › Dog Supplies › Transport & Travel › Carriers & Totes      Share | 

**BUY 1, GET 1 AT 7% OFF** (add 2 to cart)   See all eligible items and terms



Hover to zoom

Have one to sell?   **Sell now**

## Car Central Control Nest Pet Safety Dog Kennel Removable Washable Pet Bed f K8U1

Be the first to write a review

| | |
|---|---|
| Condition | **New** |
| Quantity | 1    More than 10 available |
| Price: | **US $18.60** |

Was US $25.95 ⓘ
Save US $7.35 (28% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** SpeedPAK Standard | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shenzhen, China |
| Delivery: | Estimated between **Thu, Dec 22** and **Thu, Dec 29** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 11 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments: | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

### Seller information

cici965 (2330)
98.9% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

### Sponsored items inspired by your views

Feedback on

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States

███████████

<u>Change</u>

## Review item and shipping

Seller: cici965 | <u>Message to seller</u>

 Car Central Control Nest Pet Safety
Dog Kennel Removable Washable Pet
Bed f K8U1

**$18.60**
~~$25.95~~

Quantity
1 ▼

**Delivery**
Est. delivery: Dec 22 – Dec 29
SpeedPAK Standard

| | |
|---|---|
| Subtotal (1 item) | $18.60 |
| Shipping | Free |
| Tax* | $1.30 |

**Order total** **$19.90**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Confirm and pay

**Select a payment option**

<u>See details</u>

Defendant No.: **180**

Store Name:  **cickicyy**

Hi **Hilda**!

Sell    Watchlist    My eBay    🛒 1

ebay

| Search for anything | All Categories ⌄ |



# cickicyy

99% Positi...    7.2K It...    204 F...    📤 Share    💬 Contact    ♡ Save Seller

**Shop**    About    Feedback    🔍 Search all 35,254 items

## All items

Sort: **Best Match** ⌄



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
**$24.59 to $24.93**

Bluetooth Media Audio Music Remote Control Button Car Wheel Bik...
**$5.76 to $6.79**

Pet Dog Cat Bed Fluffy Soft Warm Calming Bed Sleeping Cushio...
**$9.57**

400ML Car Smart Travel Mug LCD Display Temperature...
**$25.29**

♡

Funny Wireless Remote Control Fart Machine Remote Ga...
**$10.14**

LCD Digital Thermometer Aquarium Fish Tank...
**$2.96**

Washable Fluffy Dog Bed Cat Cave Donut Calming Pet Nest...
*$16.99 to $22.98*

NEW Eye Tattoo Microblading Pigment Semi Permanent Inks...
**$2.95 to $3.08**



♡    ♡



Hi Hilda!

Sell    Watchlist    My eBay

Search for anything    All Categories

Back to home page | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers

Share

**BUY 1, GET 1 AT 10% OFF** (add 2 to cart)   See all eligible items and terms



### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For N7R7

| | |
|---|---|
| Condition : | New |
| Color : | - Select - |
| Quantity : | 1    88 available / 3 sold |
| Price : | **US $24.59** |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted** | 8 watchers

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping from Greater China to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: shanghai, China |
| Delivery: | Estimated between **Tue, Jan 3** and **Fri, Jan 27** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 17 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu Get the item you orde your money back. Learn more

**Seller information**
cickicyy (864
99% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Similar sponsored items    Feedback on o

 Checkout

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○        Google Pay

## Ship to

▮▮▮▮▮▮▮▮▮

Miami, FL 33142-5844
United States

▮▮▮▮▮▮▮▮

[Change](#)

## Review item and shipping

Seller: cickicyy    |    [Message to seller](#)



Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Secure
Safety For N7R7
Color: Brown

**$24.79**

| Quantity |
| --- |
| 1 ⌄ |

**Delivery**
Est. delivery: Jan 3 – Jan 27

---

| Subtotal (1 item) | $24.79 |
| --- | --- |
| Shipping | Free |
| Tax* | $1.74 |

**Order total**        **$26.53**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

Confirm and pay

Select a payment option

[See details](#)

Defendant No.: **181**

Store Name:  **comm1a**



Hi **Hilda!**                                                    Sell    Watchlist    My eBay                              🛒 ¹



 **kude1**

94.3% Posit...    7.9K It...    58 F...    📤 Share    💬 Contact    🤍 Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 77 items

## All items

Sort:    Best Match ⌄

Pet Dog Cat Puppy Booster Car Seat Outdoor Console...
**$33.99 to $36.99**

Donut Plush Pet Dog Cat Bed With Zipper Fluffy Calming Bed...
**$24.00 to $45.00**

Detachable Dog Bed With Zipper For Dog Cat Round Mat...
**$23.99 to $44.99**
Save up to 15% when you buy more

Portable Pet Tent House Foldable Kennel Dog Cat Bed With...
**$40.00 to $50.00**

        

5 Pairs Rectangular Rimless Blue Light Blocking Reading...
**$7.99**

LED Amber Turn Signal Light for Jeep Wrangler JK 07-18 Ha...
**$22.00**

2 Front Fender Side Marker LED Light w/ Halo Ring DRL for Je...
**$22.00**

1121840261 Oil Filter Housing Seal Kit for Mercedes Benz W16...
**$7.00**

Hi Hilda!



| Search for anything | All Categories |

Sell    Watchlist    My eBay

Back to home page  |  Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers

Share | A



Hover to zoom

Have one to sell?   **Sell now**

## Pet Dog Cat Puppy Booster Car Seat Outdoor Console Secure Safety Travel Seat

Condition: New

Color: - Select -

Quantity: 1    More than 10 available / 7 sold

Price: **US $33.99**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**    13 watchers

Shipping: **FREE** SpeedPAK Standard | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shanghai, China

Delivery: Estimated between **Tue, Dec 27** and **Tue, Jan 3** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 13 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



### Shop with confidence

eBay Money Back G
Get the item you orde
your money back.
Learn more

### Seller information

comm1a (874
94.3% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

## Similar sponsored items

Feedback on o

 Checkout

Ho

| Subtotal (1 item) | $33.99 |
|---|---|
| Shipping | Free |
| Tax* | $2.38 |

**Order total** **$36.37**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

See details

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to

████████████
Miami, FL 33142-5844
United States
████████████
Change

## Review item and shipping

Seller: comm1a | Message to seller

 Pet Dog Cat Puppy Booster Car Seat Outdoor Console Secure Safety Travel Seat
Color: Gray
**$33.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 27 – Jan 3

Defendant No.: **182**

Store Name:  **damdasan-73**

Hi **Hilda**!  Sell  Watchlist  My eBay  1

 [Search for anything]  All Categories ▼

# damdasan-73

**100%** Positive feedba…  **67** Items s…  **4** Follow…  💬 Contact  🤍 Save

**Shop**  About  Feedback

## All items



**Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog…**
$27.50 to $48.35

**Fold-able Pet Dog House Deep Sleep Cat Bed Kennel…**
$52.00 to $61.00

**Pet Dog Clothes Dogs Overalls Pet Jumpsuit Puppy Cat Clothing…**
$23.20 to $25.80

**Pet Dog Clothes Dogs Overalls Pet Jumpsuit Puppy Cat Clothing…**
$21.80 to $26.30

**Round Dog Bed Mat Pet Sleeping Bed For Dog Cat Fluffy Plush…**
$20.00 to $24.00

**Dog Car Seat Cover Foldable Waterproof Car Mat Universal Do…**
$33.50 to $58.50

**Coffee Gnome Dolls Gnomes Plush Coffee Bar Decoration for…**
$18.50 to $19.75

**New S-L Dog Mat Cooling Summer Pad Mat Ice Pad Dog…**
$34.40 to $48.30

Hi **Hilda**!    Sell    Watchlist    My eBay



🔍 Search for anything | All Categories ▾

Back to home page | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers

Share | ...



### Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog Carrier for Small Dogs

| | |
|---|---|
| Condition | New |
| Colour | - Select - ▾ |
| Size | - Select - ▾ |
| Quantity | 1  Last one |

Price: **US $27.50**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

**Shop with confidence**

eBay Money Back G...
Get the item you order...
your money back.
Learn more

**Seller information**
damdasan-73 ([1])
100% Positive feedback

♡ Save this seller
Contact seller
See other items

| | |
|---|---|
| | Ships from United States |
| Shipping: | **FREE** Economy Shipping \| See details <br> Located in: Los Angeles, California, United States |
| Delivery: | Estimated between **Sat, Dec 10** and **Thu, Dec 15** to 33142 ⓘ |
| Returns: | 30 day returns \| Buyer pays for return shipping \| See details |
| Payments: | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? **Sell now**

---

## Similar sponsored items

Feedback on o...

Dog Booster Seat – Dog Car Seat For Small Dogs – Pet Car Seat

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV

Dog Carrier Bag for Small Dogs

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For N7R7

Dog Safety Car Seat P... Booster Seat Center C... Portable Pet Carrier B...

 **Checkout**

How do you like our checkout? [Give us feedback](#)

To add more items, [go to cart](#).

## Pay with

○ Add new card

○

○ Special financing available.
   Apply now. [See terms](#)

○　　　Google Pay

## Ship to

████████████████

United States

████████████

[Change](#)

## Review item and shipping

Seller: damdasan-73   |   [Message to seller](#)

 Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog Carrier for Small Dogs
Size: 42x22x20 CM, Colour: Gray
**$46.90**
Quantity 1

**Delivery**
Est. delivery: Dec 10 – Dec 15
Economy Shipping
**Free**

| | |
|---|---|
| Subtotal (1 item) | $46.90 |
| Shipping | Free |
| Tax* | $3.28 |

**Order total**　　　**$50.18**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

**Select a payment option**

[See details](#)

Defendant No.: **183**

Store Name:  **danlover**

Hi **Felipe!** ∨   Sell   Watchlist ∨   My eBay ∨   🔔   🛒

 🔍 Search for anything | All Categories ∨ |



# danlover

**96.3% Positive feedba...**   **196 Items ...**   **13 Follo...**   💬 Contact   ♡ Save

**Shop**   About   Feedback

## All items


2022 Dog Safety Car Seat Puppy Booster Seat Center Console...
**$25.90 to $33.90**


For Samsung Galaxy Buds+ Plus Wireless Earbuds Bluetooth...
**$34.99**


🎁Early Christmas Sale-49% OFF - DYNAMIC SCAN...
**$17.99 to $47.99**


LED Outdoor Headlamp Mining Camping Biking Divin...
**$34.99**


New Firehand Feuerhand Hurricane Galvanized Silver...
**$21.90**


6000w Power Inverter Pure Sine Wave Lcd Display Dc To Ac USB...
**$73.00 to $103.00**


Same Like Anest Iwata Spray Gun W-101 Gravity Paint Spray...
**$46.90**


Case For Oculus Quest 2 Cover Vr Touch Controller She...
**$28.90**



 Hi Hilda! Sell Watchlist My eBay

Search for anything | All Categories

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers

Share |

Have one to sell? Sell now

## 2022 Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier

Condition: **New**

Dog Size: - Select -

Quantity: 1 2 available / 4 sold

Price: **US $25.90**

Buy It Now

Add to cart

Add to Watchlist

Returns accepted | 11 watchers

Shipping: **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Multiple Locations, China

Delivery: Estimated between Tue, Jan 3 and Fri, Jan 27 to 33142
This item has an extended handling time and a delivery estimate greater than 17 business days.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back G
Get the item you orde
your money back.
Learn more

### Seller information

danlover (29
90.9% Positive feedback

Save this seller
Contact seller
See other items

Similar sponsored items

Feedback on

**Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○    Add new card

○

○    Special financing available.
Apply now. <u>See terms</u>

○      Google Pay

## Ship to

▮▮▮▮▮▮▮▮▮

Miami, FL 33142-5844
United States

▮▮▮▮▮▮

<u>Change</u>

## Review item and shipping

Seller: danlover | <u>Message to seller</u>



2022 Dog Safety Car Seat Puppy
Booster Seat Center Console
Portable Pet Carrier

Dog Size: Beige

**$33.90**



**Delivery**
Est. delivery: Jan 3 – Jan 27

| Subtotal (1 item) | $33.90 |
| --- | --- |
| Shipping | Free |
| Tax* | $2.37 |

**Order total**          **$36.27**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

       Confirm and pay

**Select a payment option**

<u>See details</u>

Defendant No.: **184**

Store Name:  **dayandhan**

Hi **Hilda**!                                           Sell      Watchlist        My eBay           1

   🔍 Search for anything                          | All Categories ▾ |



   **dayandhan**

98.6% Posit...    24K It...    847 F...      ⬆ Share      💬 Contact      ♡ Save Seller

| ☰ Categories |    **Shop**     About     Feedback      | 🔍 Search all 48,711 items |

## All items

Sort:    Best Match ⌄



Double Head Sheet Metal Nibbler Saw Cutter Power Drill...
**$15.18**
Was: $15.98 **5% off**

Double Shoulder Portable Travel Backpack Outdoor P...
**$12.25 to $15.44**
Was: $14.58 **5% off**

Adjustable Pet Control Harness Collar Safety Straps Mesh Vest For...
**$2.29 to $3.19**
Was: $3.13 **5% off**

Pet Dog Puppy Carrier Comfort Tote Shoulder Travel Bags Portable...
**$10.03 to $12.09**
Was: $11.43 **5% off**





Hi **Hilda!**                                                    Sell   Watchlist   My eBay

Search for anything                                         All Categories ▾

Back to home page  | Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers          Share  |

# SAVE UP TO **10%** WHEN YOU BUY MORE



**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure For SUV P4K8**

| Condition : | New |
| --- | --- |
| Sale ends in : | **12h 42m** |
| Color : | - Select - ▾ |

Bulk savings:

| Buy 1 $24.23/ea | Buy 2 $23.50/ea |
| --- | --- |
| Buy 3 $23.02/ea | |

**4 or more for $21.81/ea**

| Quantity: | 1 | 5 available / **4 sold** |
| --- | --- | --- |

| Price: | US $24.23/ea |
| --- | --- |
| | Was US $25.50 ⓘ |
| | Save US $1.27 (5% off) |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| Shipping: | **FREE** Standard Shipping from Greater China to worldwide | See details |
| --- | --- |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: shanghai, China |
| Delivery: | Estimated between **Fri, Dec 23** and **Fri, Jan 20** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 12 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments : | |

Special financing available. | See terms and apply now

**Shop with confidence**

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

**Seller information**
dayandhan (3330 )
98.6% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?  Sell now

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to

██████████
██████████
Miami, FL 33142-5844
United States
████████████

Change

## Review item and shipping

Seller: dayandhan  |  Message to seller



Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Secure For
SUV P4K8

Color: Grey

**$24.43**
$25.50

Quantity
1

## Delivery

---

Subtotal (1 item)                          $24.43
Shipping                                       Free
Tax*                                            $1.71

**Order total**                          **$26.14**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

See details

Defendant No.: **185**

Store Name:  **delicate1987**

Hi **Felipe!** ∨                                            Sell    Watchlist ∨    My eBay ∨    🔔    🛒



Search for anything    |    All Categories ∨    |    



# delicate1987

98.8% Posit...    4.6K It...    150 F...        ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback          🔍 Search all 8,100 items

## All items

Sort:    Best Match ∨



**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...**
$26.54 to $26.89



**Dog Cat Rhinestone Diamante Collar Necklace Puppy...**
$5.94 to $6.49



**Pet Dog Adjustable Travel SEAT BELT Car Safety Harnesses Lea...**
*$4.58*
Was: $4.87  6% off



**Car Anti-Rust Chassis Rust Converter Water-Based Primer Metal...**
$6.38



**Natural Labradorite Quartz Obelisk Crystal Column Wand Point...**
$5.05



**Annoying Beeping Office Prank / Joke / Noise Maker / Annoy...**
$5.23



**2-in-1 Car Cup Holder Expander Dual Cup Holder Expander for...**
$9.71



**Crystal-Quartz Ionix Ring, Therapy Quartz Crystal Ring for Weig...**
$1.76 to $1.83

Hi Hilda!                                                                    Sell   Watchlist   My eBay

**ebay**          [ Search for anything                                          ]  All Categories ▾

Back to home page  | Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                      Share | ⋯

🅢 BUY 1, GET 1 AT **10%** OFF (add 2 to cart)   See all eligible items and terms



Central control long distance kennel        PP COTTON

Have one to sell?   **Sell now**

### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV

| | |
|---|---|
| Condition : | New |
| Color : | - Select - ▾ |
| Quantity : | [ 1 ]  19 available / 3 sold |
| Price : | **US $24.61** |

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping from Greater China to worldwide \| See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: shanghai, China |
| Delivery: | Estimated between **Fri, Dec 30** and **Tue, Feb 28** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 16 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns \| Buyer pays for return shipping \| See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G—
Get the item you ord—
your money back.
Learn more

**Seller information**
delicate1987 (374
98.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Similar sponsored items                                            Feedback on c—

 Checkout

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○ Google Pay

## Ship to

███████████
████████████
Miami, FL 33142-5844
United States
███████████████
[Change](#)

## Review item and shipping

Seller: delicate1987  |  [Message to seller](#)



**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV**

Color: Pink

**$24.81**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 30 – Feb 28

---

| | |
|---|---|
| Subtotal (1 item) | $24.81 |
| Shipping | Free |
| Tax* | $1.74 |

**Order total**          **$26.55**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment option

[See details](#)