Defendant No.: **231**

Store Name:  **power-ful**

Hi **Hilda**!

Sell    Watchlist    My eBay     1



Search for anything | All Categories ▾





# power-ful

**98.7%** Posi...    **206K** I...    **1.4K** F...    ⬆ Share    💬 Contact    ♡ Save Seller

**Shop**    About    Feedback    🔍 Search all 3,097 items

☰ Categories

## Featured items

Handheld Stainless
Steel Bidet Spray
Shower Head...
**$8.78**
Save up to 10% when you buy more

Face Mask Maker
Machine Facial 5 Min
Automatic Fruit...
**$36.08**
Save up to 7% when you buy more

Toilet Aid Wiping
Folding Comfort Wipe
Self Toilet Aid for...
**$16.99**

## All items

Sort:    Best Match ⌄

♡    ♡    ♡

Hi **Hilda!**                                                                    Sell      Watchlist      My eBay

# ebay

| Search for anything | All Categories |

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Carriers & Totes                    Share |

💲 **SAVE UP TO 11% WHEN YOU BUY MORE**



Hover to zoom

Have one to sell?    **Sell now**

## Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier US

Condition : New

Bulk savings:

| Buy 1 $58.72/ea | Buy 2 $55.78/ea |
| Buy 3 $54.61/ea | |

4 or more for $52.26/ea

Quantity: | 1 |    More than 10 available

Price:    US $58.72/ea

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to Watchlist**

| **Returns accepted** | Ships from United States |

Shipping:    **FREE** Standard Shipping | See details
Located in: Monroe Township, New Jersey, United States

Delivery:    Estimated between **Sat, Dec 10** and **Tue, Dec 13** to 33142 ⓘ

Returns:    30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

**Seller information**
power-ful (32640 )
98.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Similar sponsored items                                                          Feedback on o

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
███████████
<u>Change</u>

## Review item and shipping

Seller: power-ful  |  <u>Message to seller</u>

 Dog Safety Car Seat Puppy Booster
Seat Center Console Portable Pet
Carrier US
**$58.72**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 10 – Dec 13
Standard Shipping
**Free**

| | |
|---|---|
| Subtotal (1 item) | $58.72 |
| Shipping | Free |
| Tax* | $4.11 |

**Order total**          **$62.83**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Confirm and pay

Select a payment option

<u>See details</u>

Defendant No.: **232**

Store Name:  **pressbuy**

Hi **Hilda!**



Sell    Watchlist    My eBay        🛒 1

🔍 Search for anything    | All Categories ▾ |

# pressbuy

**100%** Positive feedba…    **300** Items …    **37** Follo…        💬 Contact    ♡ Save

**Shop**    About    Feedback

## All items



Portable Dog Car Seat Cat Bed Pet Carrier Travel Armrest Safety…
$69.58

Pet Dog Carrier Car Seat Cover Pad Hammock Booster C…
$54.86

Pet Carrier Bag Cat Dog Breathable Backpack Travel Tote…
$58.51

Dog Cat Rabbit Carrier Breathable Bag Pet Travel Transport Cag…
$54.86 to $64.86

Dog Cat Carrier Breathable Bag Comfort Pet Travel…
$68.32 to $75.95

Pet Carrier Bag Cat Dog Breathable Backpack Comfort…
$86.85

Pet Carrier Bag Cat Dog Breathable Travel Backpack Comfort…
$54.15

Dog House Pet Bed Puppy Basket Warm Dogs Nest Cat Cave…
$49.95 to $73.93

Hi Hilda!                                                                                    Sell    Watchlist    My eBay

eb**a**y            🔍 Search for anything                                          All Categories ▾

Back to home page  | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers              Share  |

🅢 SAVE UP TO **10%** WHEN YOU BUY MORE



Hover to zoom

Have one to sell?    **Sell now**

### Portable Dog Car Seat Cat Bed Pet Carrier Travel Armrest Safety Central Booster

Condition: New

Color:      - Select -  ▾

Quantity:   [ 1 ]    Last one

Price:      **US $69.58**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:   **FREE** Economy Shipping from Greater China to worldwide | See details
            International shipment of items may be subject to customs processing and additional charges. ⓘ
            Located in: China, China

Delivery:   Estimated between **Wed, Dec 28** and **Fri, Feb 24** to 33142 ⓘ
            Please note the delivery estimate is **greater than 14 business days.**
            Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns | Buyer pays for return shipping | See details

Payments:

            Special financing available. | See terms and apply now

            Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

**Seller information**
pressbuy (118 )
100% Positive feedback

♡ Save this seller
Contact seller
See other items

Similar sponsored items                                                      Feedback on o

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○  Add new card

○

○  Special financing available.
   Apply now. See terms

○  Google Pay

## Ship to



Miami, FL 33142-5844
United States

Change

## Review item and shipping

Seller:  pressbuy  |  Message to seller

Portable Dog Car Seat Cat Bed Pet
Carrier Travel Armrest Safety Central
Booster
Color: Plaid
**$69.58**
Quantity 1

**Delivery**
Est. delivery: Dec 28 – Feb 24
Economy Shipping from Greater
China to worldwide
**Free**

| | |
|---|---|
| Subtotal (1 item) | $69.58 |
| Shipping | Free |
| Tax* | $4.87 |
| **Order total** | **$74.45** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

See details

Defendant No.: **233**

Store Name:  **reeleat**



Hi **Hilda!**
Sell    Watchlist    My eBay    🛒 1



## reeleat

98.5% Posit...    11K Ite...    320 F...    📤 Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 36,006 items

# All items

Sort:    Best Match ⌄



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For...
$24.88 to $25.10

Car Chassis Anti-Rust Rust Converter Water-Based Metal Rust...
$6.95

Coasters For Drinks Holder Cat Butt Cup Mat Pad Handmade...
$3.37 to $3.40

12V/24V Heavy Duty Smart Car Battery Charger Automatic...
$26.46



It's a Wonderful Life Christmas Angel Bell Ornament Tree Angel...
$2.33

Handmade Archic Organic Hira Darkening Shampoo...
$4.91

360° Magnetic Car Mount Cell Phone Holder Stand For...
$2.64

Christmas Tree Top Figurine LED Lighted Angel Topper Pendan...
$10.14





Hi **Hilda**!                                                                    Sell    Watchlist    My eBay

Back to home page  |  Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers                    Share  |

💲 **SAVE UP TO** **8%** **WHEN YOU BUY MORE**





**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For SUV Safety J6W3**

Condition : New

Color : - Select -

Bulk savings:
| Buy 1 $24.88/ea | Buy 2 $24.13/ea |
| Buy 3 $23.64/ea | |

4 or more for $22.89/ea

Quantity: 1    10 available / 1 sold

Price:    US $24.88/ea

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping:    **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery:    Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu... Get the item you orde... your money back.
Learn more

**Seller information**
reeleat (1091)
98.5% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?  Sell now

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○     Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
███████████
[Change](#)

## Review item and shipping

Seller: reeleat   |   [Message to seller](#)

 Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console For SUV
Safety J6W3
Color: Grey

**$24.88**



### Delivery
Est. delivery: Jan 9 – Mar 7

---

| | |
|---|---|
| Subtotal (1 item) | $24.88 |
| Shipping | Free |
| Tax* | $1.74 |

**Order total**    **$26.62**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment option

[See details](#)

Defendant No.: **234**

Store Name:  **rizikr**



Hi **Hilda**!                                                          Sell      Watchlist      My eBay                    🛒 1

![ebay]





# Discount Eagle Store

**98.3%** Posi...      **8.7K** It...      **306** F...      🔗 Share      💬 Contact      🤍 Save Seller

                          **Shop**      About      Feedback      🔍 Search all 4,454 items

## Featured categories

Toys & Games          3D printers          Spinning Reels          Women Accessories> Sunglasses

## Featured items

Hi **Hilda**!                                                                                                        Sell     Watchlist     My eBay

# ebay

Search for anything                                                                            All Categories

Back to home page  | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers                    Share  |

## 🅢 SAVE UP TO **15%** WHEN YOU BUY MORE



Hover to zoom

Have one to sell?    **Sell now**

### Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport

| Condition : | New |
| --- | --- |

Color:  - Select -

Size:  - Select -

Bulk savings:
- Buy 1 $27.99/ea
- Buy 2 $26.59/ea

Quantity:  1     2 available

Price:  **US $27.99/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

Shipping:  **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Multiple Locations, China

Delivery:  Estimated between **Wed, Dec 21** and **Wed, Jan 18** to 33142 ⓘ
Please note the delivery estimate is **greater than 10 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G
Get the item you orde
your money back.
Learn more

**Seller information**
rizikr (3018
98.3% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

## Sponsored items inspired by your views

Feedback on c

12/6/22, 3:09 PM Case 1:22-cv-24013-RNS    Document 12-7    Entered on FLSD Docket 12/20/2022    Page 16 of
157
Checkout about | eBay

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○      Google Pay

## Ship to



Miami, FL 33142-5844
United States

<u>Change</u>

## Review item and shipping

Seller: rizikr   |   <u>Message to seller</u>

Portable Cat Dog Bed Travel Central
Control Car Safety Pet Seat Transport
Size: 42x20x22cm, Color: Green
**$47.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 21 – Jan 18
Standard Shipping from Greater

| | |
|---|---|
| Subtotal (1 item) | $47.99 |
| Shipping | Free |
| Tax* | $3.36 |

**Order total**     **$51.35**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Confirm and pay

Select a payment option

<u>See details</u>

Defendant No.: **235**

Store Name:  **rose_store88**

Hi **Hilda**!                                    Sell        Watchlist        My eBay                                    🛒 1



🔍 Search for anything                                    All Categories ⌄



# rose_store88

**98.5%** Posi...        **166K** It...        **1.3K** F...                    ⬆ Share        💬 Contact        ♡ Save Seller

☰ Categories            **Shop**        About        Feedback                    🔍 Search all 40,317 items

## All items

Sort:    Best Match ⌄



♡                                    ♡

**Thunderbolt 3 USB 31 To Thunderbolt 2 Adapter Cables OS...**

$5.66

**2.4GHz Cordless Wireless Optical Mouse Mice Laptop...**

$3.68 to $4.88

**Portable Power 3 LED Lamp Flashlight Torch Key Chain NEW**

$2.14

**Thumbs Up Mobile Cell Phone Holder Lazy Bed Desktop...**

$2.26 to $2.65

♡                    ♡                    ♡                    ♡

        

**Curved Highlighter Pen Set Dual Tip Pens with 6-Different Curv...**

$4.89

**I forking love you Engraved Fork Set Best Gift For Husban...**

$2.86 to $3.56

**Silicone Pan Scraper Kitchen Utensil Cleaning Spatula Too...**

$1.50

**NEW Hira Darkening Shampoo Bar, Archic Organic Hair...**

$4.96

♡



Hi Hilda!                                                                    Sell    Watchlist    My eBay

# ebay

Search for anything                                        All Categories ▾

Back to home page  |  Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                    Share | ♥



## Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For K9L8

| | |
|---|---|
| Condition | New |
| Color: | - Select - ▾ |
| Quantity: | 1    4 available |

| | |
|---|---|
| Price: | **C $37.91** |
| | Approximately **US $28.04** |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping from Greater China to worldwide | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: shanghai, China |
| Delivery: | Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 21 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments: | |

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Gu...
Get the item you orde...
your money back.
Learn more

### Seller information
rose_store88 (19544
98.5% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

## Similar sponsored items                                                   Feedback on o...

 **Checkout**

How do you like our checkout? [Give us feedback](#)

To add more items, [go to cart](#).

| | |
|---|---|
| **Pay with** | |

○ Add new card

○

○                                                          ⌄

○ Google Pay

**Ship to**

■■■■■■

Miami, FL 33142-5844
United States

■■■■■■

[Change](#)

**Review item and shipping**

Seller: rose_store88   |   [Message to seller](#)

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For K9L8

Color: Pink

**C $37.91**

Quantity
1  ⌄

**Delivery**

Est. delivery: Jan 9 – Mar 7
Economy Shipping from Greater China to worldwide



Subtotal (1 item)          C $37.91
Shipping                   Free
Tax*                       C $2.65

**Order total          C $40.56**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( **Confirm and pay** )

**Select a payment option**

[See details](#)

Defendant No.: **236**

Store Name:
**sammiraculousshop**

Hi **Hilda**!

Sell    Watchlist    My eBay     1



Search for anything

All Categories ▼





# sammiraculousshopsammiraculous...

**93.5%** Posit...    **1.2K** It...    **82** Fo...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 735 items

## All items

Sort:    Best Match ▼

♡

Dog Safety Car Seat Puppy Booster Center Console Portable Pet...
**$49.11**
Was: ~~$51.69~~ **5% off**

Luxury Men Women Winter Ski Hat Knit Warm Billed Visor...
**$8.73**
Was: ~~$9.19~~ **5% off**

Pet Carrier Dog Backpack Puppy Shoulder Bag Cat...
**$20.42 to $24.22**
Was: ~~$21.49~~ **5% off**

Car Divider Curtain Sun Shades Isolation Taxi Partition Privacy...
**$9.68**
Was: ~~$10.19~~ **5% off**

 ♡

 ♡



Hi Hilda!                                                                                                    Sell    Watchlist    My eBay

Search for anything                                                          All Categories

Back to home page | Listed in category:   Pet Supplies ›  Dog Supplies ›  Transport & Travel ›  Car Seats & Barriers                    Share | 

SAVE UP TO 5%   See all eligible items and terms



**Dog Safety Car Seat Puppy Booster Center Console Portable Pet Cat Carrier Gift**

| | |
|---|---|
| Condition : | New |
| Sale ends in: | 1d 21h |
| Color : | - Select - |
| Quantity: | 1    Last one |
| Price: | US $49.11 |

Was  US $51.69  ⓘ
Save US $2.58 (5% off)

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** SpeedPAK Standard | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Wuhan, China |
| Delivery: | Estimated between **Thu, Dec 22** and **Thu, Dec 29** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate greater than 11 business days. |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments : | |

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

eBay Money Back G
Get the item you orde
your money back.
Learn more

Seller information
sammiraculousshop (108
93.5% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?    Sell now

**Similar sponsored items**                                                          Feedback on o

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○    Add new card

○

○    Special financing available.
      Apply now. [See terms](#)

○      Google Pay

## Ship to

██████████████

Miami, FL 33142-5844
United States

████████████

[Change](#)

## Review item and shipping

Seller:  sammiraculo...  |  [Message to seller](#)

 Dog Safety Car Seat Puppy Booster
Center Console Portable Pet Cat
Carrier Gift

Color: Beige

**$49.11**
~~$51.69~~

Quantity 1

**Delivery**
Est. delivery: Dec 22 – Dec 29
SpeedPAK Standard
**Free**

| | |
|---|---|
| Subtotal (1 item) | $49.11 |
| Shipping | Free |
| Tax* | $3.44 |

**Order total**     **$52.55**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment option

[See details](#)

Defendant No.: **237**

Store Name:  **satisfaction.store**

Hi **Hilda**!

Sell          Watchlist          My eBay

 1



Search for anything                        All Categories



# The Honor to Serve You

**100% Positi...**    **1.6K It...**    **71 Fo...**    ⬆ Share    💬 Contact    ♡ Save Seller

Categories          **Shop**    About    Feedback          🔍 Search all 243 items

## Featured items

S-9XL Dog Clothes Winter Warm Pet Jacket For Small...
**$15.95**

Women's Vintage Cropped Hippie Biker Cardigan Outwears...
**$29.90**

Embroidery Machine Computer Household Automatic...
**$890.99**

Leather Women Totes Large Multi-Pocket Top-Handle Organiz...
**$72.06**

## All items

Sort:    Best Match ⌄



Hi **Hilda!**                                                      Sell   Watchlist   My eBay

Search for anything                                        All Categories

Back to home page | Listed in category:   Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers          Share |





### Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector

Condition: New

Color:  - Select -

Bulk savings:

| Buy 1 $32.89/ea | Buy 2 $31.90/ea |
| Buy 3 $30.92/ea | |

Quantity: 1     3 available

Price:  **US $32.89/ea**



Buy It Now

Add to cart

♡ Add to Watchlist

**Free shipping and returns**

Shipping:  **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: CN, China

Delivery:  Estimated between **Tue, Dec 27** and **Thu, Feb 23** to 33142 ⓘ
Please note the delivery estimate is **greater than 13 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Seller pays for return shipping | See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you ordered your money back.
Learn more

**Seller information**
satisfaction.store (78
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?   **Sell now**

Similar sponsored items                                    Feedback on o...

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○       Google Pay

## Ship to

████████████

Miami, FL 33142-5844
United States
████████████

<u>Change</u>

## Review item and shipping

Seller: satisfactio...  |  <u>Message to seller</u>

 Bed Travel Central Control Car Safety
Pet Seat Transport Dog Carrier
Protector
Color: Grey

**$32.89**



**Delivery**
Est. delivery: Dec 27 – Feb 23

---

Subtotal (1 item)     $32.89
Shipping     Free
Tax*     $2.30

**Order total**     **$35.19**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment option

<u>See details</u>

Defendant No.: **238**

Store Name:  **shawashop**

Hi **Hilda**!                                                  Sell          Watchlist          My eBay                                  1

          Search for anything                              All Categories ⌄

                    

          **Shawashop**

**95.5%** Posit...          883 It...          74 Fo...          ⬆ Share          💬 Contact          ♡ Save Seller

☰ Categories          **Shop**          About          Feedback          🔍 Search all 2,172 items

## All items                                                              Sort:          Best Match ⌄

                               

New Dog Safety Car          5pc Car Seat Cover          New Warm Winter          Men's Long Sleeve
Seat Puppy Booster         PU Leather Interior       Indoor Large Dog         Cardigan Sweater
Seat Center Console...     Accessories Protect...    House Removable A...     Jacket Coat Outwear...
**$32.49 to $34.49**       **$42.99**                **$45.49**               **$31.99**

                              

Hi Hilda!                                                                    Sell    Watchlist    My eBay

eBay

Search for anything                                                    All Categories ▾

Back to home page  | Listed in category:  Pet Supplies ›  Dog Supplies ›  Transport & Travel ›  Car Seats & Barriers

Share  |



### New Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier

**Condition:** New

**Color:** - Select -

**Quantity:** 1    Last one

**Price:** US $32.49

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

**Shipping:** FREE Economy Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shanghai, China

**Delivery:** Estimated between **Wed, Dec 28** and **Fri, Feb 24** to 33142 ⓘ

Please note the delivery estimate is **greater than 14 business days**.

Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 day returns | Buyer pays for return shipping | See details

**Payments:**

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back Gu...
Get the item you orde...
your money back.
Learn more

Seller information
shawashop (208
95.5% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

## Similar sponsored items

Feedback on o...

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○  Add new card

○

○  Special financing available.
   Apply now. <u>See terms</u>

○  Google Pay

## Ship to

███████████████
Miami, FL 33142-5844
United States
███████████████

<u>Change</u>

## Review item and shipping

Seller:  shawashop  |  <u>Message to seller</u>



New Dog Safety Car Seat Puppy
Booster Seat Center Console
Portable Pet Carrier
Color: Green
**$32.49**
Quantity 1

**Delivery**
Est. delivery: Dec 28 – Feb 24
Economy Shipping from outside US
**Free**

---

Subtotal (1 item)                    $32.49
Shipping                               Free
Tax*                                   $2.27

**Order total**                      **$34.76**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

    Confirm and pay

**Select a payment option**

---

<u>See details</u>

Defendant No.: **239**

Store Name:  **shelviwebb-thoma_0**



Hi **Hilda**!                                                        Sell    Watchlist      My eBay                    🛒 1

# shelviwebb-thoma_0

0% Positive feedback (0)    0 Follower                              💬 Contact    ♡ Save

**Shop**      About      Feedback

## All items



Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat...
$34.99

USB Portable Wireless Charger for IWatch 7 6 SE 5 4 Charging Doc...
$24.99

New Hat Women Summer Outdoor Sun Visor Women...
$22.99

Firework Lights LED Strip Music Sound Sync Color Changing...
$44.99

Hair Catcher for Washing Machine Accessories Wash...
$19.99

Bluetooth Earbuds for iPhone Samsung Android Wireless...
$54.99

12/6/22, 3:25 PM    Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport | eBay

Hi Hilda!                                                                    Sell    Watchlist    My eBay

ebay    | Search for anything                                          | All Categories ∨ |

Back to home page | Listed in category:  Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers                    Share | △



### Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport

| Condition : | New |
| --- | --- |
| Price: | US $34.99 |

Buy It Now

Add to cart

♡ Add to Watchlist

**Ships from United States**

| Shipping: | US $8.49 Economy Shipping \| See details |
| --- | --- |
| | Located in: Detroit, Michigan, United States |
| Delivery: | Estimated between **Sat, Dec 10** and **Tue, Dec 13** to 33142 ⓘ |
| Returns: | Seller does not accept returns \| See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?    Sell now

**Shop with confidence**

eBay Money Back G
Get the item you ord
your money back.
Learn more

**Seller information**
shelviwebb-thoma_0 (0)

♡ Save this seller
Contact seller
See other items

---

## Similar sponsored items                                               Feedback on o

Pet Dog Cat Puppy Booster
Car Seat Outdoor Console
SUV Secure Safety Travel Seat
New
**$32.99**
Free shipping
13 watchers

Dog Safety Car Seat Puppy
Booster Seat Center Console
Portable Pet Carrier Box
New
**$43.69**
$45.99 5% off
Free shipping

K&H pet products- dog bed /
car seat for small to medium
size dog
Pre-owned
**$37.00**
4 bids
+ $13.65 shipping

Dog Safety Car Seat Puppy
Booster Center Console
Portable Pet Cat Carrier Gift
New
**$49.11**
$51.69 5% off
Free shipping

Portable Cat Dog Bed
Central Control Car Sa
Seat For Small Dog√
New
**$25.74**
+ $0.15 shipping

https://www.ebay.com/itm/284938440482?hash=item4257a78f22:g:s7UAAOSwoNZjAOmn&amdata=enc%3AAAQAHAAAA4B4VSzx6sVJyAOfBVbePn...    1/3

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

⊙ Add new card

⊙

⊙ Special financing available.
Apply now. [See terms](#)

⊙ Google Pay

## Ship to

▬▬▬▬▬

Miami, FL 33142-5844
United States

▬▬▬▬

[Change](#)

## Review item and shipping

Seller: shelviwebb-...    |    [Message to seller](#)



Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport

**$34.99**

Quantity 1

**Delivery**
Est. delivery: Dec 10 – Dec 13
USPS Parcel Select Ground
**$8.49**

| | |
|---|---|
| Subtotal (1 item) | $34.99 |
| Shipping | $8.49 |
| Tax* | $3.04 |

**Order total**    **$46.52**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment option

[See details](#)

Defendant No.: **240**

Store Name:  **shunheheqiao**

Hi **Hilda**!

Sell    Watchlist    My eBay



Search for anything          All Categories ▾



## shunheheqiao

100% Positi...    589 It...    27 Fo...    🔗 Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback          🔍 Search all 217 items

### All items

Sort:    Best Match ▾

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
**$26.18 to $26.61**

Pet Portable Carrier Backpack Space Capsule Travel Dog...
**$25.84 to $27.13**



for magsafe Portable Magnetic Ring Holder Phone Magnet Grip...
**$6.41 to $6.71**

2022 New Pets Motorcycle Safety Helmet Small For Littl...
**$16.49**

15 Colors Pearlescent Mica Powder Epoxy Resin Dye Pearl...
**$10.54**



Solar 1000MAH Keychain Mini Power Bank FAST Q9S0
**$9.84 to $10.37**

Professional Make Up Eyelash Extension Pillow Memory Lash...
**$12.34**

Portable Aluminum Alloy Mini 3.5mm Wired Microphone Fo...
**$2.81**







Hi Hilda!                                                                    Sell    Watchlist    My eBay

    [Search for anything                                    ]  All Categories ▾

Back to home page | Listed in category:  Pet Supplies ›  Dog Supplies ›  Transport & Travel ›  Car Seats & Barriers                     Share |



### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For Z1J3

Hover to zoom

Have one to sell?  | Sell now

Condition:  New

Color:  [ - Select - ▾ ]

Bulk savings:
| Buy 1 $26.18/ea | Buy 2 $25.13/ea |
| Buy 3 $24.87/ea | |

Quantity:  [ 1 ]    3 available / 3 sold

Price:  US $26.18/ea

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:  **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  Estimated between **Tue, Jan 3** and **Fri, Jan 27** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back.
Learn more

Seller information
shunheheqiao (53
100% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Similar sponsored items                                                         Feedback on o...

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
  Apply now. <u>See terms</u>

○ Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
███████████
<u>Change</u>

## Review item and shipping

Seller: shunheheqiao   |   <u>Message to seller</u>

   Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Safety
Secure For Z1J3

Color: Pink

**$26.61**

Quantity
1 ⌄

**Delivery**
Est. delivery: Jan 3 – Jan 27

---

Subtotal (1 item)               $26.61
Shipping                          Free
Tax*                             $1.86

**Order total**              **$28.47**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment option

<u>See details</u>

Defendant No.: **241**

Store Name:  **sinpast**



Hi **Hilda**!                                    Sell        Watchlist        My eBay                          🛒 1

 **sinpast**

100% Positi...    2.5K It...    64 F...        📤 Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback        🔍 Search all 20,050 items



## All items

                                                                                Sort:    Best Match ⌄



Pet Dog Cat Travel
Seat Puppy Booster
Car Seat Console...
$24.48 to $25.48

Mini COB Work Light
Rechargeable LED
Flashlight Keychain...
$3.92

Durable OCedar
EasyWring Microfiber
Spin Mop Bucket Flo...
$12.49

Tip Pivoting Steel Drill
Swivel Bit Impact
Magnetic Holder sale...
$4.48



Hira Darkening
Shampoo Bar, Archic
Organic Hair...
$5.03

Stylus S-pen For
Samsung Galaxy Z
Fold 4 5G Screen...
$7.34

Realistic Yorkie Dog
Simulation Toy Dog
Puppy Lifelike Stuffe...
$17.15

3pcs Liquid Mirror
Chrome Marker Set
DIY Car Paint Pens...
$2.75 to $2.76





Hi Hilda!

Sell    Watchlist    My eBay

Search for anything [All Categories]

Back to home page | Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers

Share | A...

**BUY 1, GET 1 AT 8% OFF** (add 2 to cart)    See all eligible items and terms





### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV

**Shop with confidence**

eBay Money Back G...
Get the item you order...
your money back.
Learn more

| | |
|---|---|
| Condition : | New |
| Color: | - Select - |
| Quantity: | 1    3 available / 2 sold |

**Seller information**
sinpast (224
100% Positive feedback

Save this seller
Contact seller
Visit store
See other items

| | |
|---|---|
| Price: | US $24.48 |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: shanghai, China |
| Delivery: | Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 21 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell?  Sell now

---

**Similar sponsored items**    Feedback on o...

| Pet Dog Cat Puppy Booster | Dog Safety Car Seat Puppy | K&H pet products- dog bed / | Pet Dog Cat Travel Seat Puppy | Pet Dog Cat Travel Sea... |

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to

[REDACTED]

Miami, FL 33142-5844
United States

[REDACTED]

Change

## Review item and shipping

Seller: sinpast | Message to seller

 Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Secure
Safety For SUV
Color: Pink

**$24.74**


Quantity
1

**Delivery**
Est. delivery: Jan 9 – Mar 7

| | |
|---|---|
| Subtotal (1 item) | $24.74 |
| Shipping | Free |
| Tax* | $1.73 |
| **Order total** | **$26.47** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

See details

Defendant No.: **242**

Store Name:  **sktrnds**

Hi **Hilda!**                                            Sell    Watchlist    My eBay



ebay          Search for anything                          All Categories ⌄



# sktrnds

**97.6%** Positiv…   853 Ite…   30 Fo…        ⬆ Share   💬 Contact   ♡ Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 242 items

## All items

Sort:  Best Match ⌄



Dog Safety Car Seat Small Puppy Booster Seat Center Console…
**$34.27 to $34.28**

Baby Girl Clothes Monkey Animal Baby Rompers Costume…
**$25.99**

Fidget Spinner Metal Hand Spinner Adult Toys Anti-stress…
**$17.09 to $18.32**

AF1 Shoelace Buckle Shoelaces Accessories Sneaker…
**$2.58**



Electric Cigarette Rolling Machine Automatic Tobacco…
**$35.97**

Beads Luminous Acrylic Glow Dark Fishing Round DIY…
**$1.59 to $2.09**

Replacement Watch Band MDV-106 MDV-106D Stainless Steel…
**$21.37**

Car Headrest Pillow Set Leather Seat Back Supports Cushion…
**$19.91 to $41.85**



Hi Hilda!                                                                                           Sell    Watchlist    My eBay

Search for anything                                                          All Categories

Back to home page  | Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                    Share |



LOVE DELIVERS    72 Hours Shipping    Hover to zoom    FEBRUARY 9TH

Have one to sell?    **Sell now**

## Dog Safety Car Seat Small Puppy Booster Seat Center Console Portable Pet Carrier

| | |
|---|---|
| Condition : | New |
| Color: | - Select - |
| Size: | - Select - |
| Quantity: | 1    Last one / 3 sold |
| Price: | US $34.27 |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**        5 watchers

Shipping:   **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:   Estimated between **Fri, Dec 30** and **Tue, Feb 28** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   60 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

**Seller information**
sktrnds (149 
97.6% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

## Similar sponsored items                                                      Feedback on d

 Checkout

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○    Google Pay

## Ship to

▬▬▬▬
▬▬▬▬▬
Miami, FL 33142-5844
United States
▬▬▬▬▬▬
<u>Change</u>

## Review item and shipping

Seller:  sktrnds    |    <u>Message to seller</u>


Dog Safety Car Seat Small Puppy
Booster Seat Center Console
Portable Pet Carrier
Size: 42X20X22Cm, Color: Printing
**$34.28**
Quantity 1

**Delivery**

● Est. delivery: Dec 30 – Feb 28
Economy Shipping from
Greater China to worldwide

| | |
|---|---|
| Subtotal (1 item) | $34.28 |
| Shipping | Free |
| Tax* | $2.40 |

**Order total**            **$36.68**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Confirm and pay

Select a payment option

<u>See details</u>

Defendant No.: **243**

Store Name: **supermarket8882016**

Hi **Hilda**!

Sell  Watchlist  My eBay  🛒 1

 ebay

🔍 Search for anything | All Categories ⌄





# supermarket8882016

**99.3%** Posi...  **408K** I...  **2.1K** F...  ⬆ Share  💬 Contact  ♡ Save Seller

☰ Categories  **Shop**  About  Feedback  🔍 Search all 9,029 items

## All items

Sort: Best Match ⌄

♡



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
**$24.59 to $24.93**

♡

Multi-Function Eyebrow Brush
**$2.78**
Was: ~~$2.96~~ **6% off**

♡

SATA M.2 SSD to 2.5" SATA NVMe M.2 NGFF SSD to SFF-8639...
*$4.99*

Small/Large Pet Dog Clothes Vest Jacket Warm Puppy...
**$10.33 to $11.07**
Was: ~~$11.45~~ **6% off**

♡  ♡

Hi Hilda!                                                                    Sell    Watchlist    My eBay

 ebay          Search for anything                                              All Categories ▾

Back to home page  |  Listed in category:   Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers              Share  |



Have one to sell?    Sell now

**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For .Prof**

| | |
|---|---|
| Condition : | New |
| Color: | - Select - ▾ |
| Quantity: | 1    5 available / 2 sold |

Price:    US $24.59

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping:   **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:   Estimated between **Tue, Jan 3** and **Fri, Jan 27** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

**Seller information**
supermarket8882016  (57190
99.3% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Similar sponsored items                                                Feedback on c

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

████████████
Miami, FL 33142-5844
United States
████████████
<u>Change</u>

## Review item and shipping

Seller: supermarket... | <u>Message to seller</u>

 C    Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Secure
Safety For .Prof
Color: Brown
**$24.79**


Quantity
1

**Delivery**
Est. delivery: Jan 3 – Jan 27

| | |
|---|---|
| Subtotal (1 item) | $24.79 |
| Shipping | Free |
| Tax* | $1.74 |

**Order total**        **$26.53**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **244**

Store Name:  **teenport**

Hi **Hilda**!                                                        Sell      Watchlist      My eBay                🛒 1



[  🔍  Search for anything                                    ]  [ All Categories  ⌄ ]





# teenport

**97.1%** Positi...      **3.4K** It...      **106** F...        📤 Share       💬 Contact       🤍 Save Seller

[ ☰ Categories ]          **Shop**      About      Feedback          [ 🔍 Search all 1,040 items ]

## Newly Listed                                                                        _See all_

| | | | |
|---|---|---|---|
| | | | |

Gnome Dwarf Silicone Molds Resin Candle Mould...

**$14.43 to $14.53**
Was: ~~$15.29~~ **5% off**
Save up to 15% when you buy more

27pcs Magic Ruler Kaleidoscope Painting Set Ruler...

**$15.48**
Was: ~~$16.29~~ **5% off**
Save up to 15% when you buy more

50PCS Christmas Bags Candy Cookies Wrapping-Bag Bunn...

**$13.29**
Was: ~~$13.99~~ **5% off**
Save up to 15% when you buy more

Fabulous Sewing Star 60°&120° Wedge Ruler, Non-Slip Clear...

**$18.99**
Was: ~~$19.99~~ **5% off**
Save up to 15% when you b

## Best Sellers

Case 1:22-cv-24013-RNS Document 12-7 Entered on FLSD Docket 12/20/2022 Page 55 of 157

Hi **Hilda**!                                                                    Sell    Watchlist    My eBay



🔍 Search for anything                                                    All Categories ▾

Back to home page | Listed in category:  Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                Share | ⌄

💲 **SAVE UP TO 15%** WHEN YOU BUY MORE



Hover to zoom

Have one to sell?    **Sell now**

### Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier Box

| | |
|---|---|
| Condition | New |
| Select: | - Select - ▾ |

| Bulk savings: | Buy 1 $43.69/ea | Buy 2 $41.51/ea |
|---|---|---|
| | Buy 3 $39.32/ea | |

Quantity:  [ 1 ]     3 available / **4 sold**

Price:    **US $43.69/ea**

Was ~~US $45.99~~ ⓘ
Save US $2.30 (5% off)

( Buy It Now )

( Add to cart )

( ♡ Add to Watchlist )

| **Returns accepted** | Ships from United States | 8 watchers |
|---|---|---|

Shipping:   **FREE** Standard Shipping | See details
Located in: Dayton, New Jersey, United States

Delivery:   Estimated between **Sat, Dec 10** and **Thu, Dec 15** to 33142 ⓘ

Returns:    60 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back G...
Get the item you orde...
your money back.
Learn more

**Seller information**
teenport (443 )
97.1% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

**Sponsored items customers also bought**                                    Feedback on o...

 Checkout

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○ Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States

███████████

[Change](#)

## Review item and shipping

Seller: teenport    |    [Message to seller](#)



Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier Box
Select: without portable

**$43.69**
$45.99

Quantity
1 ▼

### Delivery

| | |
|---|---|
| Subtotal (1 item) | $43.69 |
| Shipping | Free |
| Tax* | $3.06 |
| **Order total** | **$46.75** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment option

[See details](#)

Defendant No.: **245**

Store Name:  **thazoda-shop**



Hi **Hilda**!                                                      Sell      Watchlist      My eBay                    🛒 1

Search for anything                          All Categories ▼

# thazoda-shop

**93.3% Positive feedb...**    **132 Items ...**    **32 Follo...**       💬 Contact    🤍 Save

**Shop**    About    Feedback

## All items



🤍

Deluxe Puppy Booster
Dog Car Seat Bed
Safety Seat Comfort...
**$99.99**

9 pack Chandanalepa
Lemongrass Herbal
soap bars with Natur...
**$32.99**

Modern Wall Art
Sunset Photograp Print
Canvas Picture Hom...
**$64.90**

Portable Stand
Adjustable Height
Basketball System...
**$137.00**



Funny T Shirt
Halloween T-Shirt
Adult Ultra Cotton Te...
**$47.99**

Lizards Reptile Printed
On Canvas Gallery
Wrap Wall Art Picture...
**$99.35**



12/19/22, 4:06 PM    Deluxe Puppy Booster Dog Car Seat Bed Safety Seat Comfort for Small Cat Dog Size

Hi Felipe! ⌄                                                          Sell    Watchlist ⌄    My eBay ⌄

ebay    [Search for anything                                    ]  All Categories ⌄

‹ Back to search results | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers          Share | ⤤






Hover to zoom

$ Have one to sell?  [Sell now]

## Deluxe Puppy Booster Dog Car Seat Bed Safety Seat Comfort for Small Cat Dog Size

Condition : New

Price:    US $99.99

**No Interest if paid in full in 6 mo on $99+***

[        Buy It Now        ]

[        Add to cart        ]

Best Offer :

[        Make offer        ]

[ Add to Watchlist      ⌄ ]

Returns accepted    Ships from United States

Shipping:  FREE Economy Shipping | See details
Located in: Norwalk, California, United States

Delivery:  📦 Estimated between **Fri, Dec 23** and **Fri, Dec 30** to 33156 ⓘ
Includes **5 business days** handling time after receipt of cleared payment.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments :  PayPal  G Pay  VISA  Mastercard  AMEX  DISCOVER

PayPal **CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

  Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back G...
Get the item you order...
your money back.
Learn more

### Seller information

thazoda-shop (27 ⭐)
93.3% Positive feedback

♡ Save this seller
Contact seller
See other items

---

## Similar sponsored items                                          Feedback on o...

                

Dog Car Seat for Small Dogs, Soft Pet Dog Booster Car Seat Bed, Portable Puppy    Pet Dog Cat Puppy Booster Car Seat Outdoor Console SUV Secure Safety Travel Seat    Small Dog Cat Booster Seat ON Car Center Console Perfect for Small Pets    Dog Car Booster Seat Bag Pet Safety Puppy Travel Car Carrier Portable Outdoor    Console Dog Car Seat... Small Dogs Pet Car Se... Travel Seat Dog Boost...

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ No Interest if paid in full in 6 months.
Apply now. [See terms](#)

○ Google Pay

## Ship to

████████████

Miami, FL 33142-5844
United States

████████████

[Change](#)

## Review item and shipping

Seller: thazoda-shop    |    [Message to seller](#)

    Deluxe Puppy Booster Dog Car Seat
Bed Safety Seat Comfort for Small
Cat Dog Size

**$99.99**

Quantity 1

**Delivery**
Est. delivery: Dec 10 – Dec 15
Economy Shipping
**Free**

| | |
|---|---|
| Subtotal (1 item) | $99.99 |
| Shipping | Free |
| Tax* | $7.00 |

**Order total**    **$106.99**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment option

[See details](#)

Defendant No.: **246**

Store Name:  **tlpsandco**

Hi **Hilda**!                                    Sell      Watchlist      My eBay                    🛒 ¹



# tlpsandco

**96%** Positive feedbac...    **120** Items ...    **7** Follow...        💬 Contact    ♡ Save

**Shop**      About      Feedback

## All items



New Portable Cat Dog Central Control Car Seat Travel Bed Safe...
**$39.95**

New Portable Cat Dog Central Control Car Seat Travel Bed Safe...
**$44.95**

New Portable Cat Dog Central Control Car Seat Travel Bed Safe...
**$44.95 to $59.95**

New Portable Cat Dog Central Control Car Seat Travel Bed Safe...
**$44.95**

New Portable Cat Dog Central Control Car Seat Travel Bed Safe...
**$45.95**

NEW Pet Calming Bed Dog Cat Sleeping Kennel Puppy Super...
**$16.49 to $26.95**

NEW Cat Dog Bed Sweet Cute Pet Basket Cozy Warm Kitten...
**$34.95 to $54.95**

NEW Pet Calming Bed Dog Cat Sleeping Kennel Puppy Fluffy...
**$22.95 to $49.95**



Hi Hilda!

Sell   Watchlist   My eBay

Search for anything | All Categories

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Other Dog Supplies

Share | 



Hover to zoom

Have one to sell?  Sell now



### New Portable Cat Dog Central Control Car Seat Travel Bed Safe Armrest Pet Kennel

Condition: New

Color: - Select -

Quantity: 1   More than 10 available / 1 sold

Price: US $39.95

Buy It Now

Add to cart

♡ Add to Watchlist

**Ships from United States**

Shipping: FREE Economy Shipping | See details
Located in: New Rochelle, New York, United States

Delivery: Estimated between **Sat, Dec 10** and **Wed, Dec 21** to 33142 ⓘ

Returns: Seller does not accept returns | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

**Seller information**
tlpsandco (23)
96% Positive feedback

♡ Save this seller
Contact seller
See other items

---

### Sponsored items inspired by your views

Feedback on o

Deluxe Puppy Booster Dog Car Seat Bed Safety Seat Comfort for Small Cat Dog...
New
**$99.99**
Free shipping

Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier Box
New
$45.99 5% off **$43.69**
Free shipping
8 watchers

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For .Prof
New
**$24.59**
Free shipping
Seller 99.3% positive

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV
New
**$24.48**
Free shipping
Seller 100% positive

Pet Dog Cat Travel Sea Booster Car Seat Con Safety Secure For Z1J3
New
**$26.18**
Free shipping
Seller 100% positive

 Checkout

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

██████████
Miami, FL 33142-5844
United States
████████████

<u>Change</u>

## Review item and shipping

Seller: tlpsandco  |  <u>Message to seller</u>

 New Portable Cat Dog Central
Control Car Seat Travel Bed Safe
Armrest Pet Kennel
Color: Beige Plaid

**$39.95**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 10 – Dec 21

| | |
|---|---|
| Subtotal (1 item) | $39.95 |
| Shipping | Free |
| Tax* | $2.80 |

**Order total**                    **$42.75**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **247**

Store Name:  **top.electronics**



Hi **Hilda**!

Sell    Watchlist    My eBay



# ABEL - A Brilliant Equipment Label

**96.9%** Posit...    **39K** It...    **311** F...    🔗 Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 8,768 items

## All items

Sort:    Best Match ⌄



Pet Dog Cat Travel
Seat Puppy Booster
Car Seat Console...
**$89.00**

Travel Makeup Case
with LED Mirror
Cosmetic Organizer...
**$64.22**

HOT! New Pump
Camping Pet Caravan
Car Festival 12v Trave...
**$59.00**

Amazing Stash Car
Key Fob Secret Hidden
Compartment Box...
**$7.99**







Hi Hilda!                                                                                           Sell   Watchlist   My eBay

Back to home page | Listed in category:   Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers                    Share | ⋯

**$ SAVE UP TO 20% WHEN YOU BUY MORE**



Hover to zoom

Central control long distance travel        PP COTTON

Have one to sell?   **Sell now**

**Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console Secure
Safety For .FAST**

Condition :   New

Color :   - Select -

Bulk savings:
| Buy 1 $89.00/ea | Buy 2 $80.10/ea |
| Buy 3 $75.65/ea | |

4 or more for $71.20/ea

Quantity:   1      5 available

Price:   US $89.00/ea

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Returns accepted**

Shipping:   FREE SpeedPAK Standard | See details
International shipment of items may be subject to
customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:   Estimated between **Tue, Dec 20**
and **Fri, Dec 30** to 33142 ⓘ
This item has an extended handling time
and a delivery estimate **greater than 9
business days.**
Please allow additional time if international
delivery is subject to customs processing.

Returns:   30 day returns | Buyer pays for return
shipping | See details

Payments :

Special financing available. | See terms and
apply now

Earn up to 5x points when you
use your eBay Mastercard®.
Learn more

### Shop with confidence

eBay Money Back Gu
Get the item you order
your money back.
Learn more

**Seller information**
top.electronics (7055 )
96.9% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○     Google Pay

## Ship to

████████████
Miami, FL 33142-5844
United States
████████████

<u>Change</u>

## Review item and shipping

Seller: top.electro...  |  <u>Message to seller</u>

 Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For .FAST

Color: Grey

**$89.00**



Quantity
1

### Delivery
Est. delivery: Dec 20 – Dec 30

| | |
|---|---|
| Subtotal (1 item) | $89.00 |
| Shipping | Free |
| Tax* | $6.23 |

**Order total**      **$95.23**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

⬭ Confirm and pay

Select a payment option

<u>See details</u>

Defendant No.: **248**

Store Name:  **top_luxury_story**

Hi **Hilda**!      Sell    Watchlist    My eBay      🛒 1



### top_luxury_story

**100%** Positive feedbac...    **26** Items ...    **2** Follow...      💬 Contact    ♡ Save

**Shop**    About    Feedback

## All items



Dog Portable Pet Car
Seat Travel Bed
Control Safety Centr...
**$47.99**

36V 30Ah 30000mah
10S3P Li-Ion Battery
Pack Electric Scoote...
**$129.99**

White Laser Flashlight
Lep 1500 Meter Built In
21700 Battery Type C...
**$113.99**

Leather Men Travel
Bag Shoulder Genuine
Vintage Gym...
**$99.99 to $109.99**

Battery 12v 30000mah
30ah Rechargeable
Pack Charger Li-Ion...
**$64.99**

Leather Men Travel
Bag Shoulder Genuine
Vintage Gym...
**$99.99 to $109.99**

Seat Winter Cushion
Car Plush Warm Fur
Cover Pad Front Bac...
**$19.99**

3x44 Optics Tactical
Scope Red Dot Green
Sight Riflescope...
**$42.99 to $58.89**



Hi Hilda!                                                                                    Sell    Watchlist    My eBay

Search for anything                                             All Categories

Back to home page | Listed in category:   Pet Supplies >   Dog Supplies >   Transport & Travel >   Car Seats & Barriers                    Share |



### Dog Portable Pet Car Seat Travel Bed Control Safety Central Cat Small Transport

| Condition : | New |

| Price: | **US $47.99** |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| Shipping: | **FREE** Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: China, China |

| Delivery: | Estimated between **Wed, Jan 4** and **Thu, Mar 2** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 18 business days**. |
| | Please allow additional time if international delivery is subject to customs processing. |

| Returns: | 30 day returns | Buyer pays for return shipping | See details |

| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G
Get the item you orde
your money back.
Learn more

**Seller information**
top_luxury_story ( 30
100% Positive feedback

♡ Save this seller
Contact seller
See other items

Have one to sell?    Sell now

---

### Similar sponsored items                                                              Feedback on o

Dog Safety Car Seat Puppy        Pet Dog Cat Puppy Booster Car        Dog Car Seat for Back Seat Pet        Pet Dog Cat Travel Seat Puppy        2022 Dog Safety Car S

 Checkout

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○  Add new card

○

○  Special financing available.
    Apply now. <u>See terms</u>

○        Google Pay

## Ship to

[redacted]

Miami, FL 33142-5844
United States

[redacted]

<u>Change</u>

## Review item and shipping

Seller:  top_luxury_...  |  <u>Message to seller</u>

  Dog Portable Pet Car Seat Travel Bed
Control Safety Central Cat Small
Transport

**$47.99**

Quantity 1

**Delivery**
Est. delivery: Jan 4 – Mar 2
Economy Shipping from outside US
**Free**

---

| | |
|---|---|
| Subtotal (1 item) | $47.99 |
| Shipping | Free |
| Tax* | $3.36 |
| **Order total** | **$51.35** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment option

<u>See details</u>

Defendant No.: **249**

Store Name:  **twomendelu**

Hi **Hilda!**

Sell    Watchlist    My eBay

 

🛒 1



## twomendelu

98.7% Posit...    12K It...    358 F...    🔗 Share    💬 Contact    ♡ Save Seller

≡ Categories    **Shop**    About    Feedback    🔍 Search all 32,986 items

### All items

Sort:    Best Match ⌄



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For...
**$25.72 to $25.90**

Humping Spot Dog Charging Cable Line Fast Charger Cable f...
**$5.57 to $5.62**
Was: $5.92 5% off

Clear Transparent Tape Sealing Packing Stationery Self-...
**$1.68 to $5.75**
Was: $1.77 5% off

Handmade Crochet Cat Butt Knitted Coaster Black Novelt...
**$3.50 to $3.91**
Was: $4.12 5% off

♡

♡

♡

Upgraded Adjustable Z-axis Lead Screw Mount For CR-10...
**$2.75**
Was: $2.89 5% off

1X Pen Replacement For LG Stylo 6 5 4 3 Plus G4 LMQ710...
**$2.45 to $2.58**
Was: $2.58 5% off

1X Turkey Baster Clear Tube Syringe Oil Suck Pump Pipe BBQ...
**$3.04**
Was: $3.20 5% off

16Pcs Funny Sweary Affirmation Cards My Little Bag of Sweary...
**$2.90**
Was: $3.05 5% off

♡

12/6/22, 5:06 PM    Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For SUV Safety W1H0 | eBay



Hi Hilda!

Sell    Watchlist    My eBay

Search for anything    All Categories

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers

Share



Hover to zoom

Have one to sell?    Sell now

**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For SUV Safety W1H0**

Condition: New

Color: - Select -

Quantity: 1    8 available / 1 sold

Price: US $25.72

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping: FREE Economy Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: shanghai, China

Delivery: Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 21 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu Get the item you orde your money back.
Learn more

**Seller information**

twomendelu (I360 )

98.7% Positive feedback

♡ Save this seller

Contact seller

Visit store

See other items

Similar sponsored items    Feedback on c

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○        Google Pay

## Ship to

███████████
███████████
Miami, FL 33142-5844
United States
██████████████

[Change](#)

## Review item and shipping

Seller: twomendelu  |  [Message to seller](#)



Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console For SUV
Safety W1H0
Color: Grey

**$25.72**

Quantity
1 ⌄

**Delivery**
Est. delivery: Jan 9 – Mar 7

---

| | |
|---|---|
| Subtotal (1 item) | $25.72 |
| Shipping | Free |
| Tax* | $1.80 |

**Order total**      **$27.52**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

( Confirm and pay )

Select a payment option

---

[See details](#)

Defendant No.: **250**

Store Name:  **u1net88**

Hi **Hilda!**                                                    Sell    Watchlist    My eBay                    🛒 1




**u1net88**

90.9% Posi...    7.7K It...    206 F...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 1,193 items

# All items

Sort:    Best Match ⌄

1pcs Dog Bed Pet Car Seat Puppy Cat Auto Carrier Travel...
**$43.29 to $47.99**

1/2Pcs Cat Dog Pet Safety Seat belt Clip for Car Vehicle...
**$3.99 to $5.99**

1*Pet Dog Cat Bed Round Plush Cave House Winter Warm...
**$28.59 to $55.29**

1pcs Dog Clothes Winter Warm Pet Dog Coat Hoodies For...
**$21.99 to $43.99**

Women Hair Shaver Touch Hair Epilator Finishing Remover...
**$7.79**
Was: $8.29 **6% off**

Christmas Dog Clothes Winter Coat Clothing Santa...
**$7.60 to $9.86**
Was: $8.09 **6% off**

♡

Mini GPS Tracker Locator For Kids Elderly Pet w/ Googl...
**$13.34**
Was: $14.19 **6% off**

Women Sling Bag Chest Bag Packs PU Leather Crossbody...
**$21.19**



Hi Hilda!                                                                                                    Sell    Watchlist    My eBay

Search for anything                              All Categories ▾

Back to home page  |  Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Carriers & Totes                    Share  |



### 1pcs Dog Bed Pet Car Seat Puppy Cat Auto Carrier Travel Protector Safety Basket

**Shop with confidence**

eBay Money Back Gu...
Get the item you orde...
your money back.
Learn more

**Seller information**
u1net88 ([026
90.9% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

| | |
|---|---|
| Condition : | New |
| style: | - Select - ▾ |
| Quantity: | 1    10 available |
| Price: | US $43.29 |

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| | |
|---|---|
| Shipping: | FREE SpeedPAK Standard \| See details |
| | International shipment of items may be subject to ⓘ customs processing and additional charges. |
| | Located in: Shanghai, China |
| Delivery: | Estimated between **Tue, Dec 20** and **Tue, Jan 3** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 9 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns \| Buyer pays for return shipping \| See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell?    **Sell now**

---

## Similar sponsored items                                                    Feedback on o

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

| | |
|---|---|
| **Pay with** | |

○    Add new card

○

○    Special financing available.
      Apply now. <u>See terms</u>

○       Google Pay

**Ship to**

<span style="background:black">████████████</span>
Miami, FL 33142-5844
United States
<span style="background:black">████████████</span>
<u>Change</u>

**Review item and shipping**

Seller: u1net88   |   <u>Message to seller</u>

 1pcs Dog Bed Pet Car Seat Puppy Cat Auto Carrier Travel Protector Safety Basket

style: C

**$46.39**

Quantity
1 ▾

**Delivery**
Est. delivery: Dec 20 – Jan 3

---

Subtotal (1 item)     $46.39
Shipping     Free
Tax*     $3.25

**Order total**     **$49.64**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

(    Confirm and pay    )

**Select a payment option**

<u>See details</u>

Defendant No.: **251**

Store Name:  **Moving&I**







prime THURSDAY NIGHT FOOTBALL 04 : 03 : 40

# Moving&I

Visit the Moving&I storefront

61% positive in the last 12 months (28 ratings)

## About Seller

Moving&I is committed to providing each customer with the highest standard of customer service.

**Have a question for Moving&I?**

Ask a question

## Feedback

3.5 out of 5

28 ratings

12 months

28 total feedbacks in 12 months

| Rating | Percent |
|---|---|
| 5 star | 54% |
| 4 star | 7% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 32% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"Exactly as described and arrived before estimated time."

By Amazon Customer on November 21, 2022.

"This purse is so freaking cute! Quality? Spot on Item arrived fast! PRICE? Can't beat it You will NOT be disappointed girl!"

By Ariel on November 19, 2022.

"first one i got was broken //to hard to get any help from the shipper//"

By Amazon Customer on October 16, 2022.

"have not used it but it looks good"

By Linda Metzer on October 13, 2022.

"It was not cast iron as stated it works but let down."

By Amazon Customer on October 13, 2022.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** SHENYANG MOLI BAIHUO SHANGMAO YOUXIANGONGSI
**Business Address:**
LIAONINGSHENG SHENYANGSHI YUHONGQU BAISHANLU

$24.99 ($24.99 / Count)

$7.99 delivery January 5 - 23. Details

**Arrives after Christmas.** Need a gift sooner? Send an Amazon Gift Card instantly by email or SMS.

Deliver to Felipe - Miami 33156

In Stock.

Qty: 1

**Add to Cart**

**Buy Now**

Secure transaction

| Ships from | Huaqianglianghu |
| Sold by | Huaqianglianghu |

Return policy: Returnable until Jan 31, 2023

Add to List

Add to Baby Registry

Add to Registry & Gifting



Have one to sell? Sell on Amazon

Petbobi

**Petbobi small dog car seat pink/black/grey /leopard**

OAKZIP Upgrade Pet Car Booster Seat for Dog Cat Portable and Breathabl...

★★★★☆ 7,653

$21.99 ✓prime

Sponsored

t for Small/Medium Safety Cats Car Seat llow Car Control Booster Seat g Habitat Bed for ion, Pink,

★★★★★ ratings

$24.99 $24.99 / Count

Coupon: 5% coupon applied to one item per order at checkout Terms

S Best price S+

**Unwrap savings** - pay $24.99 **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Pattern Name: Pink**

| Beige $23.99 ($23.99 / Count) |
| Brown $24.99 ($24.99 / Count) |
| Gray $24.99 ($24.99 / Count) |
| Gray with Handle $25.99 ($25.99 / Count) |
| Light Yellow with Handle $25.99 ($25.99 / Count) |
| **Pink $24.99 ($24.99 / Count)** |

| Color | Pink |
| Brand | Generic |
| Maximum Weight Recommendation | 13 Pounds |

Checkout (**1 item**)



| | | |
|---|---|---|
| **1** | **Shipping address** |  **Change** |

MIAMI, FL 33142
Add delivery instructions

---

| | | |
|---|---|---|
| **2** | **Payment method** | VISA Visa ending i⬛⬛27    **Change** |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code    Apply

---

**3**    **Review items and shipping**

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 30, 2022 - Jan. 24, 2023**
Items shipped from Moving&I

 **Dog Car Seat for Small/Medium Dogs Travel Safety Cats Car Seat with Soft Pillow Car Control Console Pet Booster Seat Portable Dog Habitat Bed for Travel Vacation (Beige)**
**$29.33**
Qty: 1
Sold by: Moving&I
Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:
○ **Wednesday, Dec. 14 - Monday, Dec. 19**
   $59.98 - Expedited Shipping
● **Friday, Dec. 30 - Tuesday, Jan. 24**
   FREE Standard Shipping

---

Place your order    **Order total: $31.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages or contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

---

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

**Order Summary**

| | |
|---|---|
| Items: | $29.33 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.33 |
| Estimated tax to be collected:* | $2.05 |
| **Order total:** | **$31.38** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

Defendant No.: **252**

Store Name:  **wallacegaoo**





Hi **Hilda**!

Sell Watchlist My eBay 1

Hilda Pena
hipe3667 (0)

Account settings

Sign out

earch for anything | All Categories

# llacegaoo

96.7% Posit... 31K It... 844 F... Share Contact Save Seller

Categories | **Shop** | About | Feedback | Search all 24,660 items

## All items

Sort: Best Match

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
**$26.13**
Was: ~~$27.51~~ **5% off**

For NGC SD2SP2 PRO GameCube Console Adapters SDLoad SD...
**$2.46**
Was: ~~$2.65~~ **7% off**

Universal Torx-Wrench Double-head Self--tightening Adjustabl...
**$3.81 to $5.35**
Was: ~~$5.69~~ **6% off**

800 Lumens LED COB Mini Keychain Flashlights Bright...
**$3.48**
Was: ~~$3.74~~ **7% off**

Car Truck Tire Tread Depth Gauge Tester Standards Metric...
**$1.35**
Was: ~~$1.45~~ **7% off**

Wrench Ratchet Combination Metric Wrench Tooth Torque...
**$3.27 to $6.40**
Was: ~~$3.99~~ **8% off**

MAGA Make America Great Again Hat Donald Trump Caps...
**$4.44**

NEW Small Mini Adjustable Spanner Wrench Alloy Steel...
**$2.78**
Was: ~~$2.99~~ **7% off**

Hi Hilda!                                                                                                Sell    Watchlist    My eBay

Search for anything                                          All Categories

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers                    Share |

## SAVE UP TO **9%** WHEN YOU BUY MORE



Central control long distance kennel        PP COTTON

Have one to sell?    Sell now

### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For U5X4

Condition :    New

Sale ends in:    2d 9h

Color :    - Select -

Bulk savings:
| Buy 1 $26.13/ea | Buy 2 $25.35/ea |
| Buy 3 $24.82/ea | |

4 or more for $23.78/ea

Quantity:    1       6 available / 1 sold

Price:    US $26.13/ea
Was US $27.51 ⓘ
Save US $1.38 (5% off)

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping:    **FREE** Standard Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery:    Estimated between **Tue, Jan 3** and **Fri, Jan 27** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 17 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

### Shop with confidence

eBay Money Back Gu
Get the item you order
your money back.
Learn more

**Seller information**
wallacegaoo (3053
96.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available. Apply now. [See terms](#)

○ Google Pay

## Ship to

▮▮▮▮

Miami, FL 33142-5844
United States
▮▮▮▮
[Change](#)

## Review item and shipping

Seller:  wallacegaoo   |   [Message to seller](#)

 C   Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Safety Secure For U5X4

Color: Brown

**$26.13**
~~$27.51~~

Quantity
1 ⌄

### Delivery

---

Subtotal (1 item)  $26.13
Shipping  Free
Tax*  $1.83

**Order total**  **$27.96**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment option

[See details](#)

Defendant No.: **253**

Store Name:  **wannaaone11**



Hi **Hilda**!　　　　　　　　　　　　Sell　　Watchlist　　My eBay





# wannaaone11

**99.2% Posit...**　**48K It...**　**357 F...**　　☐ Share　　💬 Contact　　♡ Save Seller

☰ Categories　　　**Shop**　　About　　Feedback　　🔍 Search all 27,966 items

## All items

Sort: **Best Match** ⌄



Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For...
**$26.50 to $26.87**

1PCS Brown Human Hair Wigs Brazilian Full Long Straight Wig...
**$10.19**

Electric Domino Train Toy Automatic Laying Domino Building...
**$8.71 to $22.01**

1/5X Kitchen Sponge Holder Adhesive Sink Sponge Drain Drying...
**$2.15 to $6.17**



2023 Mini Desk Calendar Portable Standing Flip Small...
**$1.48 to $1.53**

OH Christmas Tree! Snack Cake, 2022 Cute Funny Christmas...
**$2.14**

Portable Dog Car Seat Belt Booster Travel Carrier Folding Pupp...
**$22.26**

12V-24V Male Car Cigarette Lighter Socket Plug...
**$3.30 to $5.17**



Hi **Hilda!**                                                                 Sell    Watchlist    My eBay



🔍 Search for anything                                                        | All Categories ▾ |

Back to home page | Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers

Share |



Hover to zoom

Have one to sell?    **Sell now**

**Pet Dog Cat Travel Seat Puppy Booster Car Seat Console For SUV Safety P9C0**



| Condition : | New |
|---|---|
| Color: | - Select - ▾ |
| Quantity: | 1    4 available |

Price:    **US $26.50**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping: **FREE** Economy Shipping from Greater China to worldwide | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: shanghai, China

Delivery: Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 21 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you order...
your money back.
Learn more

**Seller information**
wannaaone11 (5592
99.2% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○      Google Pay

## Ship to

<span style="background-color:black;color:black">████████████████</span>
Miami, FL 33142-5844
United States
<span style="background-color:black;color:black">████████████</span>
<u>Change</u>

## Review item and shipping

Seller: wannaaone11  |  <u>Message to seller</u>


B

Pet Dog Cat Travel Seat Puppy
Booster Car Seat Console For SUV
Safety P9C0
Color: Pink

**$26.87**

Quantity
1 ⌄

**Delivery**
Est. delivery: Jan 9 – Mar 7

| | |
|---|---|
| Subtotal (1 item) | $26.87 |
| Shipping | Free |
| Tax* | $1.88 |

**Order total**      **$28.75**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

**Confirm and pay**

**Select a payment option**

<u>See details</u>

Defendant No.: **254**

Store Name:  **was_eshop**





Hi **Hilda**! Sell Watchlist My eBay 1

Search for anything | All Categories

# was_eshop

100% Positive feedba... 23 Items s... 0 Follo... Contact Save

**Shop** About Feedback

## All items

Portable Travel Cat Dog Bed Safety Pet Seat Car Transport...
**$67.92**

Transparent Bag Women Laser Handbag Holographi...
**$51.69**

Teddy Bear color Light Up Teddy Bear LED Christmas Gift For...
**$25.47**

Square Diamond Women Watches Leather band...
**$6.49**

Small Daisy Transparent PVC Bucket Handbag...
**$29.76**

Portable Toilet Folding Commode Car Toilet Camping Toilet Trave...
**$99.99**

Trending Fashionable Female Small Dial Quartz Luxury Golde...
**$10.25**

Colander Fruit Vegetable Washing Basket Strainer...
**$6.29 to $13.49**

Hi Hilda!

Sell    Watchlist    My eBay

Search for anything                                          All Categories

Back to home page  |  Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Carriers & Totes                    Share  |



Hover to zoom

Have one to sell?    Sell now

**Portable Travel Cat Dog Bed Safety Pet Seat Car Transport Dog Carrier Protector**

Condition : New

Price:  **US $67.92**

Buy It Now

Add to cart

Best Offer:

Make offer

♡ Add to Watchlist

Shipping:  **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:  Estimated between **Thu, Dec 29** and **Mon, Feb 27** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 15 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

**Seller information**
was_eshop (3)
100% Positive feedback

♡ Save this seller
Contact seller
See other items

**Similar sponsored items**                                        Feedback on c

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States
███████████

<u>Change</u>

## Review item and shipping

Seller: was_eshop    |    <u>Message to seller</u>



Portable Travel Cat Dog Bed Safety Pet Seat Car Transport Dog Carrier Protector

**$67.92**

Quantity 1

**Delivery**
Est. delivery: Dec 29 – Feb 27
Economy Shipping from Greater China to worldwide
**Free**

---

| | |
|---|---|
| Subtotal (1 item) | $67.92 |
| Shipping | Free |
| Tax* | $4.75 |

**Order total**    **$72.67**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

h                                                                                                                2

Defendant No.: **255**

Store Name:  **whereshop.4**

Hi **Hilda**!

Sell    Watchlist    My eBay



🔍 Search for anything | All Categories ⌄



## whereshop.4

**97.9%** Posit...    **8.5K** It...    **271** F...    📤 Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 74,374 items

## All items

Sort:    Best Match ⌄

Clip-On Dog Collar LED Lights for Waterproof Safety...
*$1.76 to $2.06*

Lucky Jewelry Wood Carving Buckle Buddha Pendant...
*$1.59 to $1.83*

Crystal Butterfly Fake Nose Ring Non Piercing Clip On Nos...
*$1.58 to $1.70*

10pcs Capsule Shoelace Buckle No Need Tie Flat Anchor...
*$3.40 to $3.62*

1PC Bracelet Tool Buddy Jewelry Helper Fastening Aid For...
*$2.30 to $2.44*

Pet Carrier Backpack Adjustable Pet Front Cat Dog Carrier Trav...
*$7.56 to $10.89*

Sponge Filter for Pet Cat Water Fountain Replacement Cat...
*$1.43 to $2.63*

Waste Bag Dispenser for Dog Waste Carrier Pet Supply Clean Too...
$2.89 to $3.01

♡

Hi Hilda!                                                                    Sell    Watchlist    My eBay



Search for anything                                          All Categories ▾

Back to home page  | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers                    Share  |



Hover to zoom

Have one to sell?   **Sell now**

### Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small Dog√

| Condition: | New |
|---|---|
| Color: | - Select - ▾ |
| Quantity: | 1    3 available |

| Price: | **C $34.80** |
|---|---|
|  | Approximately US $25.74 |

**Buy It Now**

**Add to cart**

♡ **Add to Watchlist**

**Returns accepted**

| Shipping: | C $0.20 (approx US $0.15) Economy Shipping from Greater China to worldwide | See details |
|---|---|---|
|  | International shipment of items may be subject to customs processing and additional charges. ⓘ |  |
|  | Located in: Shanghai, China |  |
| Delivery: | Estimated between **Fri, Dec 30** and **Tue, Feb 28** to 33142 ⓘ |  |
|  | This item has an extended handling time and a delivery estimate **greater than 16 business days.** |  |
|  | Please allow additional time if international delivery is subject to customs processing. |  |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |  |
| Payments: |  |  |
|  | Earn up to 5x points when you use your eBay Mastercard®. Learn more |  |

**Shop with confidence**

eBay Money Back G…
Get the item you orde…
your money back.
Learn more

**Seller information**
whereshop.4  (1176
97.9% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

### Similar sponsored items                                              Feedback on c…

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○                                                    ⌄

○ Google Pay

## Ship to

██████████████
Miami, FL 33142-5844
United States
████████████
<u>Change</u>

## Review item and shipping

Seller:  whereshop.4  | <u>Message to seller</u>

 Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small Dog√

Color: Gray

**C $34.80**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 30 – Feb 28
Economy Shipping from Greater China to worldwide



| | |
|---|---|
| Subtotal (1 item) | C $34.80 |
| Shipping | C $0.20 |
| Tax* | C $2.45 |

**Order total**          **C $37.45**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **256**

Store Name:  **winvery**



Hi **Hilda**!

Sell    Watchlist    My eBay    🛒 1



## winvery

**98.9% Posit...**    **3.3K It...**    **88 F...**    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 1,107 items

## All items

Sort:    Best Match ⌄

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console...
**$24.64 to $25.50**

Pet Dog Adjustable Travel SEAT BELT Car Safety Harnesses Le...
**$5.96 to $6.30**

♡
For AirTag Bicycle Bike Mount Bow Hidden Bracket Mount Fixed...
**$6.72**

♡
Portable Outdoor Pocket Knife Sharpener Mini...
**$2.24 to $2.29**
Was: ~~$2.41~~ 5% off

♡
800 Lumens Mini COB Flashlights Bright Rechargeable...
**$3.77**

The Indoor Casual Golf Game Set,Golf Putting,Royale Golf...
**$3.58 to $18.70**

Pet Cat Toys Mouse Hanging Automatic Funny Cat Teaser for...
**$5.15 to $5.68**
Was: ~~$5.98~~ 5% off

♡
360° Rotatable Car Phone Mount Holder Car Accessories...
**$7.05**
Was: ~~$7.42~~ 5% off

♡

Hi Hilda!                                                Sell    Watchlist    My eBay

eBay    [Search for anything                                    ]  All Categories ▾

Back to home page | Listed in category:  Pet Supplies  >  Dog Supplies  >  Transport & Travel  >  Car Seats & Barriers          Share |

🅂 BUY 1, GET 1 AT **10%** OFF (add 2 to cart)    See all eligible items and terms



### Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety



Condition :  New

Color :  - Select - ▾

Quantity :  [1]    90 available / 2 sold

Price :  **US $24.64**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping :  **FREE** Economy Shipping from outside US | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery :  Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns :  30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Gu
Get the item you orde
your money back.
Learn more

**Seller information**
winvery (504
98.9% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?  [ Sell now ]

Sponsored items inspired by your views                Feedback on o

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. See terms

○ Google Pay

## Ship to

[REDACTED]

Miami, FL 33142-5844
United States
[REDACTED]

Change

## Review item and shipping

Seller: winvery  |  Message to seller

 Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety

Color: Grey

**$24.64**

| Quantity |
| 1 ⌄ |

**Delivery**
Est. delivery: Jan 9 – Mar 7

---

| | |
|---|---|
| Subtotal (1 item) | $24.64 |
| Shipping | Free |
| Tax* | $1.72 |

**Order total** **$26.36**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

See details

# Defendant No.: **257**

# Store Name: **wonderfulbuying36588**

Hi **Hilda**!                                      Sell    Watchlist    My eBay





# wonderfulbuying36588

98.5% Posi...    1.4M It...    4.2K ...    ⬆ Share    💬 Contact    ♡ Save Seller

Categories    **Shop**    About    Feedback    🔍 Search all 39,735 items

## All items

Sort:    Best Match ⌄



Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat F...
$24.71 to $25.92

Universal Magazine Holster Mag Carrier compatible For...
*$6.27*

U Shape Traditional Resin Hair Pins Stick Original Retro Wome...
*$1.48 to $1.52*

4 Inch 78W LED Work Light 12V 24V Off Road Flood Spot Lamp For...
$11.56



Universal Car Steering Wheel Remote Control Stalk Button For...
$9.51

Cute Sushi Neko Cat Club Capsule Meow Mini Figure Kitty...
*$1.71*

Small Mini Strong Steel Padlock Travel Tiny Suitcase Lock with 2...
*$1.86 to $1.95*

Bright 9005 9006 Halogen Lamp Car Headlight H1 H3 H4 H...
$1.49 to $2.92

Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat for Small WB | eBay



Hi Hilda!                                                                                    Sell    Watchlist    My eBay

Search for anything                                           All Categories ▾

Back to home page | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers          Share | A

**SAVE UP TO 7% WHEN YOU BUY MORE**



Hover to zoom

Have one to sell?   **Sell now**

### Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small WB

Condition : New

Color:  - Select - ▾

Bulk savings:
| Buy 1 $24.71/ea | Buy 2 $23.97/ea |
| Buy 3 $23.47/ea | |

4 or more for $22.98/ea

Quantity: 1    More than 10 available

Price:  **US $24.71/ea**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping:  US $6.12 SpeedPAK Standard |
See details
International shipment of items may be subject to
customs processing and additional charges.  ⓘ
Located in: Shanghai, China

Delivery:  Estimated between **Tue, Dec 20**
and **Fri, Dec 30** to 33142  ⓘ
This item has an extended handling time
and a delivery estimate **greater than 9
business days.**
Please allow additional time if international
delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return
shipping | See details

Payments :

Special financing available. | See terms and
apply now

Earn up to 5x points when you
use your eBay Mastercard®.
Learn more



Shop with confidence

eBay Money Back G
Get the item you orde
your money back.
Learn more

**Seller information**
wonderfulbuying36588  (236
98.5% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○  Add new card

○

○  Special financing available.
   Apply now. <u>See terms</u>

○     Google Pay

## Ship to

███████████

Miami, FL 33142-5844
United States

███████████

<u>Change</u>

## Review item and shipping

Seller:  wonderfulbu...   |  <u>Message to seller</u>

Portable Cat Dog Bed Travel Central
Control Car Safety Pet Seat For Small
WB

Color: Khaki

**$25.92**

| Quantity |
| 1 ⌄ |

**Delivery**
Est. delivery: Dec 20 – Jan 3

---

| Subtotal (1 item) | $25.92 |
| Shipping | $6.12 |
| Tax* | $2.24 |

**Order total**      **$34.28**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

**Confirm and pay**

**Select a payment option**

<u>See details</u>

Defendant No.: **258**

Store Name:  **xshcyg9**

Hi **Felipe!** ∨

Sell    Watchlist ∨    My eBay ∨    🔔    🛒 **1**



Search for anything    All Categories ∨







# Xshcyg9

**98.2%** Posit...    **30K** It...    **197** F...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    **Shop**    About    Feedback    🔍 Search all 42,283 items

## All items

Sort:    Best Match ∨



4 PCS Three-Dimensional Cute Cat Bookmark Acrylic...
*$5.10*



for Raspberry Pi 4 Case Shell Box Enclosure Installable...
$6.99



GREAT PRICE

Aluminum Stee Bellcranks and Servo Saver Set with Beas f...
**$10.99**



Replacement Charger Dock+USB Cable for PAX 3 PAX 2...
*$9.07*



Hi Felipe! ˅                                                                                      Sell    Watchlist ˅    My eBay ˅

| ⟨ Back to search results | Listed in category: **Harnesses** | Share | /





Hover to zoom

**Car Central Control Nest Pet Safety Dog Kennel Removable Washable Pet Bed forH6**

☆ ☆ ☆ ☆ ☆  Be the first to write a review.

Condition : **New**

Quantity: [ 1 ]    More than 10 available

Price:  **C $22.99**
Approximately US $16.79

[ **Buy It Now** ]

[ **Add to cart** ]

[ Add to Watchlist ▾ ]

**Returns accepted**

Shipping:  C $0.99 (approx US $0.72) Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:  ⚑ Estimated between **Wed, Jan 11** and **Thu, Mar 9** to 33156 ⓘ
This item has an extended handling time and a delivery estimate **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 day returns | Buyer pays for return shipping | See details

Payments:  PayPal  G Pay  VISA  ●● Mastercard  AMEX

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

💲 eBay Money Back G...
Get the item you order...
your money back.
Learn more

**Seller information**
xshcyg9 (7932 ⭐)
98.2% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?  [ Sell now ]

## Similar sponsored items

Feedback on o...



Car Central Control Pet Safety Dog Kennel Removable Washable Pet Bed forD4
New
**$16.79**



Anti-slip Bottom Colorful Canvas Padded Pet Bolster Bed Kennel Crate Carrier Mat
New
**$14.97**



Car Central Control Nest Pet Safety Dog Kennel Removable Washable Pet Bed V2A5
New
**$17.41**



Shark Dog Cat Pet Canopy Teepee Tent House Bed Kennel With on-sale Cooling Pad
New
**$15.99**



Shark Dog Cat Pet Ca... Teepee Tent House Be... With on-sale Cooling ...
New
**$13.99**

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ ⌄

○ Google Pay

## Ship to

Hilda Pena
2960 NW 31st St
Miami, FL 33142-5844
United States
(305) 498-4317
<u>Change</u>

## Review item and shipping

Seller: xshcyg9   |   <u>Message to seller</u>

 Car Central Control Nest Pet Safety Dog Kennel Removable Washable Pet Bed forH6

**C $22.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 29 – Feb 27
Economy Shipping from Greater China to worldwide
C $0.99

| | |
|---|---|
| Subtotal (1 item) | C $22.99 |
| Shipping | C $0.99 |
| Tax* | C $1.68 |

**Order total**        **C $25.66**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **259**

Store Name:  **yadi-001**



Hi **Hilda**!    Sell    Watchlist    My eBay

Search for anything | All Categories



# Valinksmart

98.8% Posit...    7.5K It...    187 F...    📤 Share    💬 Contact    🤍 Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 148 items

## All items

Sort:    Best Match ⌄

🤍

Pet Cat Booster Car Seat on Car Armrest with Safety Cord for...
$37.99

🤍

Pet Stairs 4 Non-slip Steps Dog Cat Puppy Ladder for High Bed...
$38.69
Was: $42.99 10% off

🤍

Orthopedic Dog Bed with Blanket Memory Foam Pet Sofa...
$29.69
Was: $32.99 10% off

🤍

Universal Mobile Phone Holder Spotting Scope Cellphone...
$9.99

🤍

Dog Cat Bed w/ Hooded Blanket Donut Round Calming Anti-...
$35.09
Was: $38.99 10% off

🤍

12 Oz Stainless Steel Insulated Tumbler Travel Mug For Hot...
$13.49
Was: $14.99 10% off

🤍

Black Anti-Fog Lens Over Glasses Ski Snowboard Snow...
$18.89
Was: $20.99 10% off
Save up to 10% when you buy more

🤍

5"&10" Contour Gauge Shapes Duplicator Woodworking...
$15.29
Was: $16.99 10% off

Pet Cat Booster Car Seat on Car Armrest with Safety Cord for Small Dog Cat Puppy | eBay

12/6/22, 2:59 PM

Hi Hilda!

Sell · Watchlist · My eBay



Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers

Share | 



## Pet Cat Booster Car Seat on Car Armrest with Safety Cord for Small Dog Cat Puppy

| | |
|---|---|
| Condition : | New |
| Quantity: | 1   1 available / 3 sold |
| Price: | **US $37.99** |

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

**Last item available**   Free shipping and returns   Ships from United States

| | |
|---|---|
| Shipping: | **FREE Standard Shipping** | See details |
| | Located in: South El Monte, California, United States |
| Delivery: | Estimated between **Sat, Dec 10** and **Tue, Dec 13** to 33142 ⓘ |
| Returns: | 30 day returns | Seller pays for return shipping | See details |
| Payments : | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shi easy returns.
Learn more

**eBay Money Back G**
Get the item you orde your money back.
Learn more

**Seller information**
yadi-001 (1786 )
98.8% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

Have one to sell?   **Sell now**

---

## Similar sponsored items

Feedback on

Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier Box
New
**$43.69**

Pet Dog Cat Puppy Booster Central Car Seat Travel Safety Portable Carrier Bed
New
**$74.45**

K&H pet products- dog bed / car seat for small to medium size dog
Pre-owned
**$37.00**
4 bids

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety For SUV
New
**$24.48**

Dog Booster Seat – D Seat For Small Dogs – Seat
New
**$25.85**

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

---

**Pay with**

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

---

**Ship to**

██████████
Miami, FL 33142-5844
United States
████████
<u>Change</u>

---

**Review item and shipping**

Seller: yadi-001  |  <u>Message to seller</u>

 Pet Cat Booster Car Seat on Car Armrest with Safety Cord for Small Dog Cat Puppy
**$37.99**
Quantity 1

**Delivery**
Est. delivery: Dec 10 – Dec 13
Standard Shipping
**Free**

---

| | |
|---|---|
| Subtotal (1 item) | $37.99 |
| Shipping | Free |
| Tax* | $2.66 |

**Order total**  **$40.65**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

[ Confirm and pay ]

Select a payment option

---

<u>See details</u>

---

Defendant No.: **260**

Store Name:  **yoyo4533**

Hi **Hilda**!

Sell    Watchlist    My eBay        1

ebay    Search for anything    |    All Categories    ⌄

# yoyo4533

**87.5%** Positive feedba...    **64** Items ...    **12** Follo...    💬 Contact    ♡ Save

**Shop**    About    Feedback

## All items



Car Armrest Carrier Cage Dog Cat Car Seat Safety Chair...
**$38.99 to $44.99**

Dog Car Seat Armrest Center Console Pet Carrier Bag Crate...
**$39.99**

Pet Dog Cat Backpack Breathable Pet Carrier Travel Transport Airli...
**$59.95**

Portable Shampoo Sink Shampoo Buddy Hair Washing Basin...
**$36.79**

Luxury Genuine Leather Skull Belts for Men Smooth Buckle...
**$48.95**

USB Rechargeable Smart Sensing Snake Toy Cat Dog Pet Ga...
**$23.99**

Panda Pattern Shaggy Carpet Imitation Leather Fur Rug Kids...
**$36.95**

Portable Weekly Pill Storage Medicine Organizer Dispenser...
**$19.95**



Hi Hilda!                                                                                              Sell    Watchlist    My eBay

Back to home page  |  Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers                    Share  |



Have one to sell?   **Sell now**

### Car Armrest Carrier Cage Dog Cat Car Car Seat Safety Chair Portable Pet Car

Condition : New

Color : - Select -

Quantity : 1    Last one

Price : **US $38.99**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

Shipping : **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai , China

Delivery : Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns : 30 day returns | Buyer pays for return shipping | See details

Payments :

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more



Shop with confidence

eBay Money Back G...
Get the item you ord...
your money back.
Learn more

**Seller information**
yoyo4533 (9)
87.5% Positive feedback

♡ Save this seller
Contact seller
See other items

Similar sponsored items                                                                               Feedback on o

 Checkout

How do you like our checkout? **Give us feedback**

## Pay with

○  Add new card

○

○  Special financing available.
    Apply now. **See terms**

○        Google Pay

## Ship to

▆▆▆▆▆▆▆▆▆

Miami, FL 33142-5844
United States
▆▆▆▆▆▆▆▆

**Change**

## Review item and shipping

Seller:  yoyo4533   |   **Message to seller**

    Car Armrest Carrier Cage Dog Cat
Car Seat Safety Chair Portable Pet
Car
Color: Gray
**$38.99**
Quantity 1

**Delivery**
Est. delivery: Jan 9 – Mar 7
Economy Shipping from Greater
China to worldwide
**Free**

| Subtotal (1 item) | $38.99 |
| --- | --- |
| Shipping | Free |
| Tax* | $2.73 |

| **Order total** | **$41.72** |
| --- | --- |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. **Learn more**

[ **Confirm and pay** ]

**Select a payment option**

**See details**

Defendant No.: **261**

Store Name:  **yuenuli**



Hi **Hilda**!                                          Sell      Watchlist      My eBay                🛒 1



## yuenuli

**97.6% Positi...**    **21K It...**    **761 F...**        🔗 Share    💬 Contact    ♡ Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 21,259 items

# All items

Sort:    Best Match ⌄



Portable Pet Dog Car Seat Puppy Central Control Nonslip...
*$27.55 to $27.75*

Funny 3D BallBalls Christmas Tree Hanging Ornament...
$5.05
Was: $5.32 5% off

Polish Plush Doll Country ball USA FRANCE UK...
$4.24
Was: $4.46 5% off

Buttock Enhancement Cream Butt Enlargement Booty H...
$2.22
Was: $2.34 5% off



12V Heater for Auto Car Heater Cup Shape Car Warm Air Blower...
$14.62 to $17.26

UV Resin Hard Acrylic Ultraviolet Clear Transparent Craft...
$3.56 to $8.51
Was: $8.96 5% off

Steel Impact Magnetic Pivoting Bit Tip Holder Drill Swivel Bit Screw...
$2.26 to $4.77

15.4cm Metal Gel Pen Student School Office Stationery pen...
$1.19
Was: $1.25 5% off



Hi **Hilda!**                                                                                                 Sell   Watchlist   My eBay

**ebay**      [ Search for anything                                                    ]  [ All Categories ▾ ]

Back to home page | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers                                            Share | 



Hover to zoom

Have one to sell?   **Sell now**

## Portable Pet Dog Car Seat Puppy Central Control Nonslip Secure Carriers Dog L8S7

Condition : New

Color :  [ - Select - ▾ ]

Quantity :  [ 1 ]   6 available

Price :  **C $37.25**
Approximately US $27.55

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping :  **FREE** Economy Shipping from Greater China to worldwide | See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery :  Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 21 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns :  30 day returns | Buyer pays for return shipping | See details

Payments :

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

eBay Money Back G
Get the item you order
your money back.
Learn more

**Seller information**
yuenuli (1565
97.6% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

---

## Sponsored items inspired by your views                                                        Feedback on

Pet Cat Booster Car Seat on Car Armrest with Safety Cord for Small Dog Cat Puppy
New
**$37.99**

Pet Dog Cat Travel Seat Puppy Booster Car Seat Console Secure Safety
New
**$24.64**

Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small WB
New
**$24.71**

Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small Dog√
New
**$25.74**

Pet Dog Cat Travel Se Booster Car Seat Con Safety Secure For U5X
New
**$26.13**

 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card

○

○ ⌄

○ Google Pay

## Ship to

████████
████████████
Miami, FL 33142-5844
United States
████████████
Change

## Review item and shipping

Seller: yuenuli | Message to seller

 Portable Pet Dog Car Seat Puppy Central Control Nonslip Secure Carriers Dog L8S7

Color: Grey

**C $37.25**

Quantity
1 ⌄

**Delivery**
Est. delivery: Jan 9 – Mar 7
Economy Shipping from Greater China to worldwide

Subtotal (1 item)                C $37.25
Shipping                              Free
Tax*                                C $2.61

**Order total**              **C $39.86**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

( Confirm and pay )

**Select a payment option**

See details

Defendant No.: **262**

Store Name:  **zacklove**

12/6/22, 2:28 PM
Case 1:22-cv-24013-RNS    Document 12-7    Entered on FLSD Docket 12/20/2022    Page 126 of 157
lovemiabella | eBay Stores

Hi **Hilda**!                                    Sell    Watchlist    My eBay     1



Search for anything                          All Categories ▾



# LoveMiaBella

**89.2% Positi...**    674 It...    59 Fo...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories        **Shop**    About    Feedback        🔍 Search all 4,622 items

## All items

Sort:    Best Match ⌄

Cat Dog Bed Travel Portable Car Safety Seat Chihuahua...
$37.99

Pet Seat Car Bag Dog Cover Travel Carrier Waterproof Hammoc...
$27.99 to $29.99

Bag Chest Phone Unisex Waist Pack Fanny Shoulder Belt...
$18.65

Truck Car Dinosaur Transport Carrier Toy Toys Dinosaurs Gift...
$15.99 to $39.99

Flat Skull Cap Hat Baseball Snapback Hats Adjustable Hip...
$14.99

Shaper Body Fajas Colombianas Post Surgery Reductoras...
$49.99

Toys Dog Cute Squeaky Small Plush Medium Toy Pet Pup...
$24.99 to $169.99

Stool Retractable Chair Folding Portable Telescopic Outdoor...
$14.99 to $48.99



12/6/22, 2:38 PM
Case 1:22-cv-24013-RNS Document 19-7 Cat Dog Bed Travel Portable Car Safety Seat Chihuahua Carrier Travel Super Comfy | eBay
Entered on FLSD Docket 12/30/2022 Page 127 of 157

Hi Hilda!                                                                                        Sell    Watchlist    My eBay



Back to home page | Listed in category:   Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers                    Share  |



**Cat Dog Bed Travel Portable Car Safety Seat Chihuahua Carrier Travel Super Comfy**

| Condition: | New |
|---|---|
| Color/Type: | - Select - |
| Size/Type: | - Select - |
| Quantity: | 1    Last one |

Price:    **US $37.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

Shipping: **FREE** Economy Shipping from outside US | See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shanghai, China

Delivery: Estimated between **Thu, Dec 29** and **Mon, Feb 27** to 33142 ⓘ

This item has an extended handling time and a delivery estimate **greater than 15 business days.**

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 day returns | Buyer pays for return shipping | See details

Payments:

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G... Get the item you orde... your money back. Learn more

**Seller information**
zacklove (99
89.2% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?   [ Sell now ]

**Sponsored items inspired by your views**                                                      Feedback on o

 **Checkout**

How do you like our checkout? **Give us feedback**

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. **See terms**

○ Google Pay

## Ship to

██████████████

Miami, FL 33142-5844
United States
██████████████

**Change**

## Review item and shipping

Seller: zacklove    |    **Message to seller**

 Cat Dog Bed Travel Portable Car
Safety Seat Chihuahua Carrier Travel
Super Comfy
Color/Type: Grey, Size/Type:
42x20x22cm
**$37.99**
Quantity 1

**Delivery**
Est. delivery: Dec 29 – Feb 27
Economy Shipping from outside US
**Free**

| | |
|---|---|
| Subtotal (1 item) | $37.99 |
| Shipping | Free |
| Tax* | $2.66 |

**Order total**    **$40.65**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. **Learn more**

( **Confirm and pay** )

**Select a payment option**

**See details**

Defendant No.: **263**

Store Name:  **zed deals**

Hi **Hilda**!                                    Sell    Watchlist    My eBay                    🛒 ¹





# Zed_deals

**94.7% Posi...**   **4.6K It...**   **363 F...**      📤 Share    💬 Contact    ♡ Save Seller

☰ Categories          **Shop**    About    Feedback          🔍 Search all 1,099 items

## All items

Sort:   Best Match ⌄



New Dog Safety Car Seat Puppy Booster Seat Center Console...
**$31.02 to $48.76**

14-65mm Valve Seat Reamer Special Tool Holder Connecting...
**$21.77**

Large Cat Cave Soft Cushion Igloo Kitten Cat Bed Mat House...
**$30.06 to $32.05**

Blue Sapphire Silver Gemstone Round Chain Tennis Bracele...
**$10.71**



Barrel End Threaded Adapter 1/2 UNF Adapter For 13-16MM...
**$18.28**

Stainless Steel Ring Naruto Cosplay Leaf Konoha Village...
**$6.99**

Vintage John Lennon style Round Sunglasses Retro...
**$9.99**

925 Sterling Silver Purple Amethyst Stones White Topaz...
**$12.85**



Hi Hilda!    Sell    Watchlist    My eBay

Back to home page | Listed in category: Pet Supplies > Dog Supplies > Transport & Travel > Car Seats & Barriers    Share |



Hover to zoom

Have one to sell?    **Sell now**

### New Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier

| | |
|---|---|
| Condition : | New |
| Color: | - Select - |
| Size: | - Select - |
| Quantity: | 1    Last one / 1 sold |

Price:    **US $31.02**

Buy It Now

Add to cart

♡ Add to Watchlist

**Returns accepted**

| | |
|---|---|
| Shipping: | **FREE** Economy Shipping from outside US | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shanghai, China |
| Delivery: | Estimated between **Mon, Jan 9** and **Tue, Mar 7** to 33142 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 21 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 30 day returns | Buyer pays for return shipping | See details |
| Payments: | |

Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you order...
your money back.
Learn more

**Seller information**
zed_deals (649
94.7% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

### Similar sponsored items    Feedback on o

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. [See terms](#)

○ Google Pay

## Ship to

███████████
Miami, FL 33142-5844
United States
███████████
[Change](#)

## Review item and shipping

Seller: zed_deals  |  [Message to seller](#)

 New Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier
Size: 42x20x22cm, Color: Wave Point
**$48.76**
Quantity 1

**Delivery**
Est. delivery: Jan 9 – Mar 7
Economy Shipping from outside US
**Free**

| | |
|---|---|
| Subtotal (1 item) | $48.76 |
| Shipping | Free |
| Tax* | $3.41 |

**Order total** **$52.17**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment option

[See details](#)

h                                                                                     2

Defendant No.: **264**

Store Name:  **zihua-fighting**

Hi **Hilda**! Sell Watchlist My eBay 🛒 1

 Search for anything | All Categories ▾



# zihua-fighting

**97.4%** Positi... 414 Ite... 16 Fo... ⬆ Share 💬 Contact ♡ Save Seller

☰ Categories   **Shop**   About   Feedback   🔍 Search all 407 items

## All items

Sort: Best Match ▾

Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat F...
*$25.47 to $27.88*

Portable Scissors For Office Students Mini Stainless Scissors...
*$1.81 to $2.29*

Women Crystal Rhinestone Flower Brooch Pin Fashion...
*$1.80 to $2.28*

5Pcs puppy pet clothing clothes rack hanger for small and...
*$3.56 to $3.58*

Sexy Sequin Choker Necklace Chunky Statement Bib Penda...
*$1.59*

Women Adjustable Transparent Invisible Bra Straps Dress...
*$1.50 to $1.66*

Car Toy Dinosaurs Transport Car Carrier Truck Toy Pull Back...
*$11.03 to $21.83*

3pcs Stainless Steel Round Sink Strainer Bathroom Filter Net...
*$1.91 to $3.37*



Hi **Hilda!**                                                                                           Sell   Watchlist   My eBay

| Search for anything | All Categories |

Back to home page | Listed in category: Pet Supplies › Dog Supplies › Transport & Travel › Car Seats & Barriers                    Share |



### Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat For Small Dog}

**Condition:** New

**Color:** - Select -

**Quantity:** 1    5 available / 1 sold

**Price:** US $25.47

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

**Shipping:** US $7.41 SpeedPAK Standard |
See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

**Delivery:** Estimated between **Mon, Dec 19** and **Fri, Dec 30** to 33142 ⓘ
This item has an extended handling time and a delivery estimate **greater than 7 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 day returns | Buyer pays for return shipping | See details

**Payments:**

Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back G...
Get the item you order...
your money back.
Learn more

**Seller information**
zihua-fighting (72
97.4% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?   [ Sell now ]

---

### Sponsored items inspired by your views                                              Feedback on c

| New Dog Safety Car Seat Puppy Booster Seat Center Console Portable Pet Carrier | Cat Dog Bed Travel Portable Car Safety Seat Chihuahua Carrier Travel Super Comfy | Portable Pet Dog Car Seat Puppy Central Control Nonslip Secure Carriers Dog L8S7 | Pet Cat Booster Car Seat on Car Armrest with Safety Cord for Small Dog Cat Puppy | Pet Dog Cat Travel Se... Booster Car Seat Con... Secure Safety |

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart</u>.

## Pay with

○ Add new card

○

○ Special financing available.
  Apply now. <u>See terms</u>

○ Google Pay

## Ship to

▬▬▬▬▬▬

Miami, FL 33142-5844
United States

▬▬▬▬▬▬

<u>Change</u>

## Review item and shipping

Seller: zihua-fighting  |  <u>Message to seller</u>

 Portable Cat Dog Bed Travel Central
Control Car Safety Pet Seat For Small
Dog}

Color: Gray

**$27.88**

Quantity
1 ⌄

**Delivery**
Est. delivery: Dec 19 – Dec 30

| | |
|---|---|
| Subtotal (1 item) | $27.88 |
| Shipping | $7.41 |
| Tax* | $2.47 |

**Order total**  **$37.76**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

( Confirm and pay )

**Select a payment option**

<u>See details</u>

Defendant No.: **265**

Store Name:  **Zhilsy**





Deliver to HILDA
Miami 33142
All

EN
Hello, Hilda
Account & Lists
Returns
& Orders
1

All  Epic Deals  Holiday Gift Guide  Customer Service  Buy Again  Prime Video

THURSDAY NIGHT FOOTBALL 04 : 25 : 10

Subtotal
$47.92

Only 12 left in stock - order soon.

# Zhilsy

Visit the Zhilsy storefront

Just launched    No feedback yet

## About Seller

Zhilsy is committed to providing each customer with the highest standard of customer service.

**Have a question for Zhilsy?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Empanna Enterprises
**Business Address:**
3 Pear Lane
Constantia
Cape Town
Western Cape
7806
ZA

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback    Tell us what you think about this page

Case 1:22-cv-24013-RNS Document 2-7 Entered on FLSD Docket 12/20/2022 Page 139 of 157

Deliver to HILDA
Miami 33142     All ▾     Dog Booster Seat

EN ▾     Hello, Hilda     Returns     Subtotal
        Account & Lists ▾     & Orders     **$47.92**
                              1

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

**prime | THURSDAY NIGHT FOOTBALL**     04 : 26 : 22

Only 12 left in stock - order soon.

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

Yokee Dog Car Seat, Pet Car Booster Seat on Car Armrest, Detachable and Washable Dog Booster Seats for Small Dogs, Console Dog Car Seat with Clip-On Safety Leash, Fit Car Home Travel, Gray          45     $45.99 ✓prime

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats          Sponsored




Roll over image to zoom in

▶ VIDEO

## Zhilsy Center Console Dog seat with Zipper - Non-Slip Waterproof Dog car seat Center Console - Includes lint Roller - Portable and Washable Dog Console car Seats for Small Dogs - Console pet Carrier

Brand: Zhilsy

**$39**99 ($39.99 / Count)

FREE Returns

Apply 30% coupon   Terms

Earn 5% back every day at Amazon with your Prime Store Card.

| | |
|---|---|
| **Color** | Grey white striped |
| **Material** | Polyester |
| **Brand** | Zhilsy |
| **Item Dimensions LxWxH** | 17.7 x 8.3 x 9.1 inches |
| **Maximum Weight Recommendation** | 15 Pounds |

### About this item

- Travel safely - The pet car armrest seat has a safety strap & zip cover to keep the pet secure with optimized air flow. The small dog car seat is sturdy and has a bottom non-collapsible board design.
- Travel with ease - Equipped with side pockets which are great for phone, cards, awesome pet toys, etc. It also has carrier handles. The dog seat console becomes a bag that you take along with you.
- Pets feel secure - Console dog car seat for car that eases pet anxiety. Your dog or cat sits right next to you in the console pet seat as you are driving so they always feel that you are nearby.
- Easy to install - Installs in seconds. The dog car seats for small dogs can be used with a single- or double-door armrest. The car console dog bed is ideal for your adventure with your furry friend.
- Comfortable - Cushioned on all sides of the dog console car seat for ultimate comfort. The puppy car seat also Includes a soft standalone cushion to place at the bottom for your pet to lay on.

Report incorrect product information.

**$39**99 ($39.99 / Count)

FREE Returns

FREE delivery **Saturday, December 10**. Order within **9 hrs 26 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**Only 15 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      Zhilsy

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon





Small Dog Car Seat, Christmas...
45
**$39**99 ✓prime

Sponsored

### Higher rated item to consider

Amazon's Choice ▸

HIFUAR Pet Car Booster Seat Small Dogs Armrest Booster Seat for Car,Middle

# Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 Add delivery instructions | Change |

| 2 | **Payment method** | VISA **Visa** ending in ██27 Billing address: Same as shipping address. | Change |

Add a gift card or promotion code or voucher

[Enter code] [Apply]

| 3 | **Review items and shipping** | |

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 10, 2022** If you order in the next 9 hours and 24 minutes (Details)
Items shipped from Amazon.com



Zhilsy Center Console Dog seat with Zipper - Non-Slip Waterproof Dog car seat Center Console - Includes lint Roller - Portable and Washable Dog Console car Seats for Small Dogs - Console pet Carrier
**$39.99**
& FREE Returns
Qty: 1
Sold by: Zhilsy
Add gift options

**Choose your Prime delivery option:**
- **Saturday, Dec. 10** FREE Prime Delivery
- **Monday, Dec. 12** FREE Amazon Day Delivery Get your orders together in fewer boxes and deliveries. Some orders may arrive a day early. Change delivery day
- **Friday, Dec. 16** FREE No-Rush Shipping Get a $2 reward for select digital purchases. One reward per purchase. Details

**Order total: $42.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order



Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary
Items: $39.99
Shipping & handling: $0.00
Total before tax: $39.99
Estimated tax to be collected: $2.80
**Order total: $42.79**

How are shipping costs calculated?
Prime shipping benefits have been applied to your order.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **266**

Store Name:  **yuhengDirect**



Deliver to HILDA
Miami 33142

All

EN

Hello, Hilda
Account & Lists

Returns
& Orders

1

Subtotal
$29.99

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video

04 : 31 : 41

# yuhengDirect

Visit the yuhengDirect storefront

**86% positive** lifetime (7 total ratings)

## About Seller

yuhengDirect is committed to providing each customer with the highest standard of customer service.

**Have a question for yuhengDirect?**

Ask a question

## Feedback

4.1 out of 5

7 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 57% |
| 4 star | | 29% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 14% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

7 total feedbacks in Lifetime

"Exactly as described. My dog loves the seat!"

By Jude Giampaolo on August 20, 2022.

"Looks great just like the picture however I decided with the grey softer material which fits my SUV better so I would Liem to return it pls. Sorry for the incon..."

Read more

By Arlene L. on August 2, 2022.

"Absolutely disappointed!! This is not as it appears on Amazon. It is not sturdy and is very flimsy. I had high hopes for this. It is terrible. The latch will no..."

Read more

By RA on July 14, 2022.

"Happy with product"

By Anna on May 29, 2022.

"Comfortable for my pup"

By Karen F. on May 9, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xuanenyuhengmaoyiyouxiangongsi
**Business Address:**
珠山镇兴隆社区金典城市之星2-1003
恩施
宣恩县
湖北省
445500
CN

Hello
Select your address | All | B0B35864BZ | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Very Merry Deals | Holiday Gift Guide | Gift Cards | Best Sellers | Amazon Basics | prime THURSDAY NIGHT FOOTBALL 32 : 02 : 49

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips

Yokee
Yokee Christmas Dog Car Seat-Pet Car Seats Small Dogs Up to 12 Lbs, Dogs/Cats Booster Car Seat,Center Console Dog Seat with Fixed Velcro and Straps, Gift for Dog…
700 $44.99 prime
Sponsored

‹ Back to results

Roll over image to zoom in

VIDEO

r Seat, Pet
r Seat for
Medium
nder 60
2 Small
nder 20
he Travel
Bed
e Functions
n Sides
Jerryer
111 ratings

$49.89 (…49.89 / Count)

FREE Returns

Coupon: Apply $10
…ms

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **grey**

$86.99

$86.99

$49.89 ($49.89 / Count)

| | |
|---|---|
| **Color** | grey |
| **Brand** | CuteJerryer |
| **Maximum Weight Recommendation** | 30 Pounds |
| **Strap Type** | Adjustable |
| **Target Species** | Dog |

## About this item

$49.89 ($49.89 / Count)

FREE Returns

FREE delivery **Tuesday, December 20**

Or fastest delivery **Saturday, December 17**. Order within 7 hrs 18 mins

**Arrives before Christmas**

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by yuhengDirect

Return policy: Returnable until Jan 31, 2023

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | [redacted]<br>MIAMI, FL 33142 | Change |

Add delivery instructions

📍 Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | VISA Visa ending in 27 | Change |

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code | Apply

**3** **Review items and shipping**

---

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 9, 2022** If you order in the next 9 hours and 30 minutes (Details)
Items shipped from Amazon.com



CuteJerryer Small Dog Car Seat,Dog Booster Front or Back Seat for Small Dogs , Travel Leather Seat with Storage Pocket ,Good Breathability and Easy to Clean Suitable for Small Dogs Under 30 lbs(Blue

**$39.91**
Exclusive Prime price
& FREE Returns

Qty: 1

Sold by: yuhengDirect

🎁 Add gift options

**Choose your Prime delivery option:**

🔘 **Tomorrow, Dec. 9**
FREE One-Day Delivery

⚪ **Monday, Dec. 12**
FREE Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

⚪ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

---

**Place your order**

**Order total: $42.70**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.91 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.91 |
| Estimated tax to be collected: | $2.79 |
| **Order total:** | **$42.70** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **267**

Store Name:  **YOKEE GO**



Deliver to HILDA
Miami 33142
All
EN
Hello, Hilda
Account & Lists
Returns
& Orders
1
Subtotal
$37.99
All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video
prime THURSDAY NIGHT FOOTBALL 04 : 34 : 09

# YOKEE GO

Visit the YOKEE GO storefront

**100% positive** in the last 12 months (10 ratings)

## About Seller

YOKEE GO is committed to providing each customer with the highest standard of customer service.

**Have a question for YOKEE GO?**

Ask a question

## Feedback

4.8 out of 5
10 ratings

12 months

| | |
|---|---|
| 5 star | 80% |
| 4 star | 20% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

10 total feedbacks in 12 months

"The baby dog loves the bed so much. It looks so beautiful."

By York Sanger on December 4, 2022.

"❤❤ So cute. They do just what I wanted to hold hair out of the eyes."

By Jamie R Peterson on November 29, 2022.

"Ordered for my sister's cats and they LOVE IT !!!!"

By R. G. on November 22, 2022.

"~~It was missing the carrying straps. I am wondering if this seller could send them instead of me having to return the item. Thank you.~~"

By J.D on November 14, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Fabulous seller! Thank you!"

By Barbie J on November 8, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** tangshanshichunmoshangmaoyouxiangongsi
**Business Address:**
建设路90号(北段)瑞德数码城二层M4号
唐山
路北区
河北
063000
CN

Deliver to HILDA Miami 33142 | All | pet seat | EN | Hello, Hilda Account & Lists | Returns & Orders | 1

All | Epic Deals | Holiday Gift Guide | Customer Service | Buy Again | Prime Video | prime THURSDAY NIGHT FOOTBALL 04 : 35 : 00

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips

SWIHELP SWIHELP Dog Car Seat Puppy Portable Pet Booster Car Seat with Clip-On Safety Leash and PVC Support Pipe, Anti-Collapse,Perfect for Small Pets 6,835 $20.99 prime

Sponsored

Subtotal
$37.99

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Roll over image to zoom in

# …ee Small Dog Booster Seat - …g Booster Seats for Small …gs Console Dog Car Seat …dle Console Doggie Car …t Pet Car Booster Seat …ppy Travel Car Carrier Bed

…he Yokee Store
45 ratings

…price in 30 days

…% $29.99 ($29.99 / Count)

…9.99

One-Day
FREE Returns
Exclusive Prime price

Coupon: Apply 10% coupon Terms

Earn 5% back every day at Amazon with your Prime Store Card.

Pattern Name: **RED GRID+GREEN**

| | |
|---|---|
| BLUE $33.99 ($33.99 / Count) | GREY+NAVY $34.99 ($34.99 / Count) |
| GRID $26.99 ($26.99 / Count) | KHAKI+KHAKI $35.99 ($35.99 / Count) |
| **RED GRID+GREEN $29.99 ($29.99 / Count)** | RED+WHITE $39.99 ($39.99 / Count) |

| | |
|---|---|
| **Color** | RED GRID+GREEN |
| **Material** | LINENTYPECLOTH |
| **Brand** | Yokee |
| **Item Dimensions LxWxH** | 20.47 x 9.64 x 9.05 inches |
| **Maximum Weight Recommendation** | 12 Pounds |

## About this item

- 【CONFIRM SIZE】External size: 20.07"Lx9.84"Wx9.05"H; Internal size: 16.53"Lx6.69"Wx9.05"H. The MAX length the bottom Velcro can pull to is about 34inchs. Measure the center console's length, width and circumference, and compare it with the exterior size of the dog car seat and the Velcro's max length. Yokee dog booster seat is more suitable for small pets under 12IB(Max Length≤16.5", Max width≤6.6"), Measure pet the size of sits or lies and

$29.99 ($29.99 / Count)

One-Day
FREE Returns

FREE delivery **Tomorrow, December 9**. Order within 9 hrs 35 mins

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | YOKEE GO |

Return policy: Returnable until Jan 31, 2023

Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

Savings & Sales

**Raised booster with a view. Help with carsickness.**

Save 26%
NOVOLAB Puppy Car Seat Upgrade …
1,128
$36.99 $49.99 prime

Sponsored



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | ████████████  <br>MIAMI, FL 33142  <br>Add delivery instructions  <br>🔶 Or pick up near this address · See nearby pickup locations | Change |

---

| | | |
|---|---|---|
| **2** | **Payment method** | **VISA** **Visa** ending i███27  <br>Billing address: Same as shipping address.  <br>**Add a gift card or promotion code or voucher**  <br>[ Enter code ]  [ Apply ] | Change |

---

**3    Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> ### Delivery option updated
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Dec. 9, 2022** If you order in the next 9 hours and 33 minutes (Details)
Items shipped from Amazon.com



**Pet Dog Car Seat - Console Dog Car Seat with Pocket for Small Dogs, Detachable Washable Center Console Dog Seat with Anti-Slip Bottom, Dog Booster Car Seat Fit for Single/Double Door Armrest, Red Grid**
**$29.99**
Exclusive Prime price
& FREE Returns
Qty: 1
Sold by: YOKEE GO
🎁 Add gift options

**Choose your Prime delivery option:**
- ⦿ **Tomorrow, Dec. 9**
  FREE One-Day Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  **Some orders may arrive a day early.**
  Change delivery day
- ○ **Friday, Dec. 16**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

[ Place your order ]    **Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| | |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Defendant No.: **268**

Store Name:  **Micnaron LLC**

Defendant No.: **269**

Store Name: **Yokee Direct**



Deliver to HILDA
Miami 33142

All ▾

EN ▾    Hello, Hilda
Account & Lists ▾    Returns
& Orders    1

Subtotal
$49.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    04 : 47 : 19

# Yokee Direct

Visit the Yokee Direct storefront

**100% positive** in the last 12 months (144 ratings)

## About Seller

**About Yokee**

Yokee was established in Yuhang China in 2015 and is a brand company that focuses on researching and developing pet-related products. Yokee uses Chinese strong supply chain advantages to expand and rich the variety of products.

This name "Yokee" comes from our founder's cat "Yoke". At first, the reason that our founder Michael Lou founded this brand was that he wanted to provide high-quality, more comfortable, and fashionable pet products for Yoke. As more and more people love Yokee…

See more

### Have a question for Yokee Direct?

Ask a question

## Feedback

4.9 out of 5
144 ratings    12 months

144 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 91% |
| 4 star | | 9% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"Good"

By Jurgis Bekepuris on December 3, 2022.

"Thank you for giving us feedback on your experience with our customer support team. We're delighted to hear that you had such a great experience. Your feedback…"
Read more

By Yokee Direct on December 5, 2022.

"Item as described"

By Erika L on November 27, 2022.

"Thank you for giving us feedback on your experience with our customer support team. We're delighted to hear that you had such a great experience. Your feedback…"
Read more

By Yokee Direct on November 28, 2022.

"Should be advertised as all purpose. As someone going through chemo this works great in the home recliner as well as at infusion treatment. Very comfortable."

By lovemeagoodread on November 21, 2022.

"Thank you for giving us feedback on your experience with our customer support team. We're delighted to hear that you had such a great experience. Your feedback…"
Read more

By Yokee Direct on November 23, 2022.

"~~Package states delivered but unfortunately I never received the package~~"

By juan on November 19, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Very nice quality, soft and cozy"



Deliver to HILDA
Miami 33142

All ▾ pet seat

EN ▾ Hello, Hilda
Account & Lists ▾ Returns
& Orders 1

Subtotal
$37.99

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video

prime THURSDAY NIGHT FOOTBALL 04 : 37 : 16

**Pet Supplies** Pet Profiles Dogs ▾ Cats ▾ Fish & Aquatics ▾ Small Animals ▾ Birds ▾ Reptiles ▾ Horses ▾ Deals & Coupons Pet Care Tips

Yokee Pet Car Booster Seat, Portable Puppy Car Seats for Small Dogs W/ Soft Cushion, Safety Dog Cat Car Seat Travel Bag W/Anti-Slip Bottom, Suitable for Most Car, Blue 45 $45^99 prime

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored

Roll over image to zoom in

e Dog Car Seat, Fully
chable and Washable Dog
ter Seat for Small Pets Up
Lbs, Center Console Dogs
ats Car Seat with Fixed
and Straps, Fits Car,
e, Travel

Yokee Store

678 ratings

Choice for "yokee dog car seat"

-46% $37^99 ($37.99 / Count)

List Price: ~~$70.99~~

One-Day

FREE Returns

**Earn 5% back every day at Amazon** with your Prime Store Card.

Pattern Name: **Grid-2**

| | |
|---|---|
| Blue<br>$35.99 | Christmas Elk<br>$29.99<br>($29.99 / Count) |
| Christmas Grid<br>$37.90<br>($37.90 / Count) | Christmas Tree<br>$33.99<br>($33.99 / Count) |
| Grey<br>$37.99<br>($37.99 / Count) | Grey-No Carry Handle<br>$31.99<br>($31.99 / Count) |
| Grid<br>$37.99 | **Grid-2**<br>**$37.99**<br>**($37.99 / Count)** |

| | |
|---|---|
| **Color** | Grid |
| **Material** | Cotton |
| **Brand** | Yokee |
| **Maximum Weight Recommendation** | 12 Pounds |
| **Strap Type** | Adjustable |

### About this item

- Yokee dog car seat is made of high-quality pure cotton material, not easily damaged and deform. An extra small pillow makes pets more comfortable. They can offer your pets a warm mobile home.
- Yokee dog booster car seat has a clip-on safety leash to keep pets in the car seat safely. and it has two specially designed velcro straps on the bottom that can be adjusted to the size of the armrest console.

$37^99 ($37.99 / Count)

One-Day

FREE Returns

FREE delivery **Tomorrow, December 9**. Order within 3 hrs 22 mins

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Yokee Direct |
| Packaging | Shows what's inside. It… |

Details

Return policy: Returnable until Jan 31, 2023

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Active Pets Car Seat Cover for Dogs - XL Waterproof Dog Seat Cover for…
19,556
$20^00 prime

Sponsored

# Checkout (1 item)



---

| 1 | **Shipping address** | | Change |



MIAMI, FL 33142
Add delivery instructions

🔸 Or pick up near this address · See nearby pickup locations

---

| 2 | **Payment method** | VISA **Visa** ending in ███27 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |

---

| 3 | **Review items and shipping** |

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> **Get a $2 digital reward with FREE No-Rush Shipping.**
> Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 10, 2022** If you order in the next 9 hours and 45 minutes (Details)
Items shipped from Amazon.com



**Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets Up to 12 Lbs, Center Console Dogs and Cats Car Seat with Fixed Velcro and Straps, Fits Car, Home, Travel - Grid**
$37.99
& FREE Returns
Qty: 1
Sold by: Yokee Direct
🎁 Add gift options

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose your Prime delivery option:**
- 🔘 **Saturday, Dec. 10**
  FREE Prime Delivery
- ⚪ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  Some orders may arrive a day early.
  Change delivery day
- ⚪ **Friday, Dec. 16**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

---

| Place your order | **Order total: $40.65** |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

| | |
|---|---|
| Items: | $37.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $37.99 |
| Estimated tax to be collected: | $2.66 |
| **Order total:** | **$40.65** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Defendant No.: **270**

Store Name: **mengyaochenjiancai**

Deliver to HILDA
Miami 33142
All
EN
Hello, Hilda
Account & Lists
Returns
& Orders
1
Subtotal
$39.99

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video
prime THURSDAY NIGHT FOOTBALL 05 : 16 : 56

# mengyaochenjiancai

Visit the mengyaochenjiancai storefront

**0% positive** lifetime (1 total ratings)

## About Seller

mengyaochenjiancai is committed to providing each customer with the highest standard of customer service.

**Have a question for mengyaochenjiancai?**

Ask a question

## Feedback

2 out of 5

1 ratings

Lifetime

1 total feedbacks in Lifetime

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 100% |
| 1 star | | 0% |

"1 of the 3 items damaged, 3 holes on ea lid/cap spray very irregular, thin plastic, cheap product. NO communication for delivery, bad customer service, and not... "

Read more

By Margo on July 22, 2022.

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** xiamenmengyaochenjiancaiyouxiangongsi
**Business Address:**
薛岭北里4号301室
厦门市
湖里区
福建省
361009







amazon prime | Deliver to Felipe Miami 33156 | All | B09ZT76W18 | EN | Hello, Felipe Account & Lists | Returns & Orders | 0

All | Very Merry Deals | Holiday Gift Guide | Gift Cards | Amazon Basics | Groceries | Customer Service | Same-Day Delivery on gifts

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improver

ClicBot Build Your Robot Your Way $699.99 prime 10% off coupon

Sponsored

‹ Back to results

er
ble
Cat

$35.28

Searching •••

**Unwrap savings** - pay ~~$35.28~~ **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Roll over image to zoom in

| | |
|---|---|
| **Brand** | Vepoty |
| **Item Dimensions LxWxH** | 5.91 x 3.94 x 1.97 inches |
| **Strap Type** | Adjustable |

## About this item

- Pet Car Bag Pad with Seat Belts Safe Carry House Cats and Puppy Travel Car Accessories Removable Anti-Dirty Seat Nest Basket
- Removable for cleaning
- Built-in safety belt

Report incorrect product information.

$35.28

$9.99 delivery **January 11 - February 2**. Details

Or fastest delivery **December 21 - 23**. Details

**Arrives before Christmas**

Deliver to Felipe - Miami 33156

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | mengyaochenjiancai |
| Sold by | mengyaochenjiancai |

Return policy: Returnable until Jan 31, 2023

Add to List

Add to Baby Registry

Add to Registry & Gifting

Have one to sell?

Sell on Amazon

ACTIVE PETS

Active Pets Dog Car Seat Cover for Bac…
45,109
$28.79 prime
$10 off coupon

Sponsored

Sponsored

## Buy it with

## Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 Add delivery instructions | Change |

<div></div>

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $35.28 |
| Shipping & handling: | $9.99 |
| Total before tax: | $45.27 |
| Estimated tax to be collected:* | $2.47 |
| **Order total:** | **$47.74** |

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

| 2 | **Payment method** | VISA **Visa** ending in ██27 | Change |

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

| Enter code | Apply |

| 3 | **Review items and shipping** |

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 30, 2022 - Jan. 24, 2023**

Items shipped from mengyaochenjiancai



**Vepoty Dog Booster Car Seat, Removable Auto Console Pet Carrier Bag on Car Armrest for Puppy Cat**

**$35.28**

Qty: 1

Sold by: mengyaochenjiancai

Not eligible for Amazon Prime

(Learn more)

Gift options not available

**Choose a delivery option:**

○ **Monday, Dec. 12 - Wednesday, Dec. 14**
$49.00 - Expedited Shipping

● **Friday, Dec. 30 - Tuesday, Jan. 24**
$9.99 - Standard Shipping

**Place your order**

**Order total: $47.74**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.