Defendant No.: **271**

Store Name:  **SSAWcasa**



Deliver to HILDA
Miami 33142
All
EN
Hello, Hilda
Account & Lists
Returns
& Orders
1
All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video
prime THURSDAY NIGHT FOOTBALL 06 : 28 : 08

Subtotal
$33.99

Only 4 left in stock - order soon.

# SIWODIOG Pet-Supplies

Visit the SIWODIOG Pet-Supplies storefront

**100% positive** lifetime (2 total ratings)

## About Seller

**SWIODIOG Pet Products Co., Ltd**. was founded on November 16, 2021. SWIODIOG Pet Products Co., Ltd. is dedicated to the development of the pet products market in China and overseas.Now the company has a total of more than 30 employees, more than 10 online customer service, with a modern storage area of nearly 2000 square meters, has a good reputation and credibility in the industry. Since its inception, SWIODIOG has been adhering to the corporate value of customer first, careful research and devel...

See more

**Have a question for SIWODIOG Pet-Supplies?**

Ask a question

## Feedback

5 out of 5

2 ratings

Lifetime

2 total feedbacks in Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

"Received earlier than expected. Ordered wrong sz but so adorable so will be gifting and ordering another."

By Mary Russo on November 22, 2022.

"This raincoat is so very cute. I'm very pleased with it."

By Tirzah Matthews on October 28, 2022.

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shanghai Yulejingwei Network Technology Co.,Ltd
**Business Address:**
Niulanshan Zhen
Xiapotun Jiayuan Yiqu 5-1-602 Shi
Beijing
Shunyi Qu
Beijing
101301
CN

## Shipping Policies

12/19/22, 8:01 AM    Amazon.com Seller Profile: SSAWcasa Store — Amazon.com: Console Dog Seat, 4 in 1 Dog Car Seat Armrest Booster Seat for Small Dog, Puppy Car Seat ...

Case 1:22-cv-24013-RNS   Document 12-8   Entered on FLSD Docket 12/20/2022   Page 3 of 122



‹ Back to results



Roll over image to zoom in

   



VIDEO

...er Console Dog Seat,4 in 1
...Pet Armrest Booster Seat
...mall Dog,Puppy Car
...Detachable Washable Cat
...le Console Booster Seat
...Portable Safe Sturdy Travel
...Carrier

**SSAWcasa Store**
⭐⭐⭐⭐☆   19 ratings

**$34**⁹⁹ ($34.99 / Count)
~~$42.99~~ ⓘ
One-Day
FREE Returns ⌄

**Unwrap savings** - pay ~~$34.99~~ **$0.00** for this order.
Get a **$125 Amazon Gift Card** upon approval for
the Amazon Business Prime Card. Terms apply.
Learn more

Material Type: **Oxford Fabric**

| | |
|---|---|
| **Color** | Gray |
| **Material** | Oxford Fabric |
| **Brand** | SSAWcasa |
| **Maximum Weight Recommendation** | 11 Pounds |
| **Strap Type** | Adjustable |

### About this item

- Durable & Comfortable Pet Car Booster Seat: The
  pet car seat uses wear-resistant & bite-resistant
  fabric in external and lined with soft cotton and
  high-density compressible sponges, which is stable
  in shape and firm, no matter how the dog moves, it
  is not easy to deform.
- Safe Travel & Accompany: Use the safety leash to
  keep pet secure; Velcro secure straps can be
  adjusted according to the size of the center console
  to fix the seat on the car armrest tightly and
  stable.Your pet can stay by your side and overcome
  tension and discomfort when riding in a car.
- Easy to Assemble & Clean: The pet car seat with
  zipper & velcro design,can be quickly assembled
  and disassembled. Removable washable, easy to
  clean.The shoulder straps are designed for your to
  carry it on the shoulders as a pet carrier bag or a



# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | [REDACTED] | **Change** |

MIAMI, FL 33142
Add delivery instructions

**2** **Payment method**

VISA **Visa** ending in ■27    **Change**

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

[Enter code]   Apply

**3** **Review items and shipping**

---

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 9, 2022** If you order in the next 11 hours and 27 minutes (Details)
Items shipped from Amazon.com



**Console Dog car seat pet Booster seat on Center armrest Puppy Safety seat for Small Dogs Cats**
**$56.99**
**& FREE Returns**
Qty: 1
Sold by: SIWODIOG Pet-Supplies
🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, Dec. 9**
FREE One-Day Delivery

○ **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
**Change delivery day**

○ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
**Details**

---

[ Place your order ]

**Order total: $60.98**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Sidebar

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $56.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $56.99 |
| Estimated tax to be collected: | $3.99 |
| **Order total:** | **$60.98** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **272**

Store Name:  **SQing**





Hello
Select your address

All

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

All   Very Merry Deals   Holiday Gift Guide   Gift Cards   Best Sellers   Amazon Basics   Customer Service

prime THURSDAY NIGHT FOOTBALL   76 : 27 : 52

# SQing

Visit the SQing storefront

**50% positive** lifetime (2 total ratings)

## About Seller

SQing is committed to providing each customer with the highest standard of customer service.

**Have a question for SQing?**

Ask a question

## Feedback

"Small much smaller than description. Looks like a mini rug. NOT 16x24! It is more like a 12x16. Quality good and picture as described. Kept only because I reall... "

Read more

By Amazon Customer on December 6, 2022.

"Adorable rug. matches a snowman I found perfectly. "

By ajjupiter on October 13, 2022.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 0% | 50% | 50% | 50% |
| Neutral | 100% | 50% | 50% | 50% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 1 | 2 | 2 | 2 |

Leave seller feedback

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shanghaisongqimaoyiyouxiangongsi
**Business Address:**
　共和新路3650弄
　48号301
　上海市
　静安区
　上海
　200435
　CN

## Shipping Policies

## Other Policies

## Help

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 7 of 122



Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips

Small Dog Car Seat, Christmas Console Dog Car Seat on Car Armrest, Detachable Washable Dog Cat Booster Seats for Pets, Center Console Dog Seat with Clip-On Safety Leash, Fit Car Home Travel, Red... 57  $39.99  ✓prime

‹ Back to results

Sponsored



Roll over image to zoom in



VIDEO

...Ming
...Console
...and Cats Car
...aterproof
...r Center
...e Puppy
...at

...k Ming

$   ($33.99 / Count)

Coupon: ☑  Apply $6

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| | Khaki lattice |
| Material | Waterproof oxford cloth |
| Brand | Shank Ming |
| Item Dimensions LxWxH | 18.9 x 7.9 x 9.1 inches |
| Maximum Weight Recommendation | 12 Pounds |

### About this item

- Fully Detachable and Washable: Dog Seat with Zipper Design, Detachable and Easy To Clean. The Pet Seat Is Made of Strong Waterproof Oxford Cloth, Durable and Machine Washable.
- Fixed Leash and Straps Design: Dog Booster Seat with Dog Leash To Keep Dog In Car Seat, elastic Straps on The Bottom That Can Be Adjusted To The Armrest Console.
- Dog/cat Interactive Pet Seat: The Size of Dog Car

$33.99 ($33.99 / Count)

FREE delivery **Sunday, December 18**

Or fastest delivery **Thursday, December 15**. Order within 9 hrs 26 mins

**Arrives before Christmas**

Select delivery location

Only 14 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Amazon
Sold by  SQing

Return policy: Returnable until Jan 31, 2023

prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | <br><br>MIAMI, FL 33142<br>Add delivery instructions | **Change** |

| | | |
|---|---|---|
| **2** | **Payment method** | VISA **Visa** ending in ▮▮27<br><br>**Billing address:** Same as shipping address. | **Change** |

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3**  **Review items and shipping**

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method.**

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 15, 2022** If you order in the next 9 hours and 26 minutes (Details)
Items shipped from Amazon.com



**Shank Ming Center Console Dogs and Cats Car Seat,Waterproof Seat for Center Console Puppy Car Seat**

**$33.99**

 Qty: 1

Sold by: SQing

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Thursday, Dec. 15**
FREE Prime Delivery

○ **Monday, Dec. 19**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
**Change delivery day**

○ **Tuesday, Dec. 20**
FREE  No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
**Details**

**Order total: $36.37**

| Place your order |
|---|

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| | |
|---|---|
| Items: | $33.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $33.99 |
| Estimated tax to be collected: | $2.38 |
| **Order total:** | **$36.37** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

| Place your order |
|---|

**Order total: $36.37**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **273**

Store Name:  **Speusurea**

Hi **Hilda**!

Sell    Watchlist    My eBay







# cavetreasureus

**97.1%** Positi...    **7.7K** It...    **322** F...    Share    Contact    Save Seller

Categories    **Shop**    About    Feedback    Search all 16,893 items

## Featured categories

Home & Garden        Sporting Goods        eBay Motors        Toys & Hobbies

## Newly Listed                                    See all

Hi Hilda!                                                                                        Sell    Watchlist    My eBay

ebay    | Search for anything                                            | All Categories |

Back to home page | Listed in category:  Pet Supplies  ›  Dog Supplies  ›  Transport & Travel  ›  Car Seats & Barriers          Share | 

⬛ SAVE **$8** FOR EVERY $100 WITH CODE **COUPON45423**    See all eligible items and terms



**Interactive Car Armrest Seat Pet Carrier Kennel**

| Condition: | New |
| Sale ends in: | 1d 16h |
| Quantity: | 1    2 available / 1 sold |

Price:    **US $23.84**
Was US $25.09 ⓘ
Save US $1.25 (5% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to Watchlist ]

**Returns accepted**

| Shipping: | **FREE** Economy Shipping from Greater China to worldwide | See details |

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shenzhen, China

| Delivery: | Estimated between **Fri, Dec 23** and **Wed, Feb 22** to 33142 ⓘ |

Please note the delivery estimate is **greater than 11 business days.**

Please allow additional time if international delivery is subject to customs processing.

| Returns: | 30 day returns | Buyer pays for return shipping | See details |

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
cavetreasureus (1399)
97.1% Positive feedback

♡ Save this seller
Contact seller
Visit store
See other items

Have one to sell?    [ Sell now ]

**Sponsored items inspired by your views**                                    Feedback on o

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ Add new card

○

○ Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

## Ship to

█████████

Miami, FL 33142-5844
United States
██████████

<u>Change</u>

## Review item and shipping

Seller: cavetreasureus  |  <u>Message to seller</u>

 Interactive Car Armrest Seat Pet
Carrier Kennel

**$23.84**
~~$25.09~~


Quantity
1  ⌄

### Delivery
Est. delivery: Dec 23 – Feb 22
Economy Shipping from Greater
China to worldwide

| | |
|---|---|
| Subtotal (1 item) | $23.84 |
| Shipping | Free |
| Discount | -$1.43 |
| Tax* | $1.57 |
| **Order total** | **$23.98** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. <u>Learn more</u>

Confirm and pay

Select a payment option

<u>See details</u>

Defendant No.: **274**

Store Name:

**shenzhenshihouzhaobaozhuan gcailiaoyouxiangongsi**

12/19/22, 4:40 PM    Amazon.com : Dog Car Seat,Console Central Control Dog Car Kennel Pet Supply,Booster Bad for C... : Pet Supplies

Case 1:22-cv-24013-RNS   Document 128   Entered on FLSD Docket 12/20/2022   Page 14 of 122



Back to results

HIFUAR Pet Car Booster Seat Small Dogs Armrest Booster Seat for Car,Middle Console Dog Car Seat Center Console Doggie Seat (Grey+Blue)    ★★★★☆ 628    $37.59 ✓prime

‹ Back to results    Sponsored ⓘ



Roll over image to zoom in

  

▶ VIDEO

Car Console Pet Seat,Car Central Control Cat Kennel,Car Center Console Puppy Booster,Pet Bed for Car Kennel,Safety Tethers Included,Suitable for Most Car (round)

Gardensea
★★★☆☆  80 ratings

$23.99 ($23.99 / Count)

Returns ⌄

 Searching ⚬⚬    S+

**Unwrap savings** - pay $23.99 **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

Pattern Name: round

| 2 $23.99 ($23.99 / Count) ✓prime | Rectangle $39.99 |
| round $23.99 ($23.99 / Count) | semicircle $23.99 ($23.99 / Count) ✓prime |

| **Color** | Grey |
| **Brand** | Gardensea |
| **Item Dimensions LxWxH** | 22.83 x 8.27 x 2.76 inches |
| **Maximum Weight Recommendation** | 12 Pounds |
| **Strap Type** | Adjustable |

**About this item**

- Designed for small dogs:This is a dog car seats for small dogs,which solves the problem of no pet seat in the car when traveling. Recommended for pets under 12 lbs. (Below 9 lbs is the most suitable). Pet length is not recommended to exceed 13 in, the width does not exceed 6 in.
- Interaction Safety Seat : This high-end pet car seat equipped with high-quality seat belts and well



$23.99 ($23.99 / Count)

FREE Returns ⌄

FREE Prime delivery
**Wednesday, December 28**

**Arrives after Christmas.** Need a gift sooner? Send an Amazon Gift Card instantly by email or SMS.

Deliver to Felipe - Miami 33156

**Only 3 left in stock - order soon.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by       shenzhenshihouzhaob...

Details

Return policy: Returnable until Jan 31, 2023 ⌄

☐ Add a gift receipt for easy returns

Add to List ⌄

Add to Baby Registry

Add to Registry & Gifting ⌄

Have one to sell?

Sell on Amazon



Cathpetic Dog Car Seat Pet Supplies...
★★★★☆ 1,007
$39.89 ✓prime
10% off coupon

# shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi

Visit the shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi storefront

★★★★★  |  **100% positive** lifetime (16 total ratings)

## About Seller

shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi is committed to providing each customer with the highest standard of customer service.

Have a question for **shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi**?

[ Ask a question ]

## Feedback



★★★★★  4.9 out of  5
16 ratings

[ Lifetime ▾ ]

| | |
|---|---|
| 5 star | 88% |
| 4 star | 13% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

16 total feedbacks in Lifetime

★★★★★  "Excelente "
By Luis Gómez on May 17, 2022.

★★★★★  "great product "
By Amazon Customer on May 10, 2022.

★★★★☆  "Very nice collection of gardening tools , the wife loves it.. "
By Ronald M. Fewster on May 8, 2022.

★★★★★  "Wasn't wireless "
By Katherine on January 23, 2022.

★★☆☆☆  "~~Came and was cracked.~~ "
By Amazon Customer on December 28, 2021.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi
**Business Address:**
longhuaquminzhijiedaoniulanqiancun14dong1lou
shenzhenshi

# Checkout (1 item)



| | | | |
|---|---|---|---|
| 1 | **Shipping address** | HILDA PENA<br>2960 NW 31ST STREET<br>MIAMI, FL 33142<br>Add delivery instructions | Change |

| | | | |
|---|---|---|---|
| 2 | **Payment method** | VISA **Visa** ending in 5627 | Change |

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

| Enter code | | Apply |
|---|---|---|

3    **Review items and shipping**

---

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

---



Earn 5% back every day at Amazon with your Prime Store Card.    Learn more

**Delivery: Dec. 15, 2022**
Items shipped from Amazon.com

**Dog Car Console Pet Seat,Car Central Control Cat Kennel,Car Center Console Puppy Booster,Pet Bed for Car Travel,Safety Tethers Included,Suitable for Most Car (Round)**
$33.99
& FREE Returns
Qty: 1
Sold by:
shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi

Add gift options

**Choose your Prime delivery option:**
- ⦿ **Thursday, Dec. 15**
  FREE Prime Delivery
- ○ **Thursday, Dec. 15**
  FREE Prime Delivery
- ○ **Monday, Dec. 19**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  **Some orders may arrive a day early.**
  Change delivery day

---

Place your order    **Order total: $36.37**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

---

*Why has sales tax been applied? **See tax and seller information**.

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's **Returns Policy**.

Need to add more items to your order? Continue shopping on the **Amazon.com homepage**.

---

### Sidebar

Place your order

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| | |
|---|---|
| Items: | $33.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $33.99 |
| Estimated tax to be collected: | $2.38 |
| **Order total:** | **$36.37** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

Defendant No.: **275**

Store Name:  **SeaFlying**

Deliver to HILDA
Miami 33142    All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders    1

Subtotal
$43.57

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    06 : 48 : 37

Only 14 left in
stock - order
soon.

# SeaFlying

Visit the SeaFlying storefront

**100% positive** in the last 12 months (25 ratings)

## About Seller

SeaFlying is committed to providing each customer with the highest standard of customer service.

Have a question for SeaFlying?

Ask a question

## Feedback

5 out of  5    12 months    25 total feedbacks in 12 months

25 ratings

| | | |
|---|---|---|
| 5 star | | 96% |
| 4 star | | 4% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"My cat loves this tunnel! It is very durable and priced fairly! "

By carolinagirl on December 4, 2022.

"This is my second time ordering. I ordered two and tied them together for a longer tunnel. My cats LOVE IT. It's a great way to bond and interact with your fur... "
Read more

By sparkle on November 18, 2022.

"Looks great. Nice material. Just what I was looking for! "

By Lauren S on November 10, 2022.

"Fast delivery "

By twila eikmeier gonzales on October 20, 2022.

"It's perfect my small dog loves it . She can see out the windows and she feels safe siting in it "

By crhug on October 16, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshi yiyang maoyi youxiangongsi
**Business Address:**
   Meilongdadao 999hao yichengzhongxinhuayuan 7qu 3dongAzuo2003
   longhuaqu longhuajiedao jinglongshequ
   shenzhen
   Guangdong
   518131
   CN

## Shipping Policies



Deliver to HILDA
Miami 33142

All ▾   pet seat

EN ▾   Hello, Hilda
Account & Lists ▾

Returns & Orders   1

Subtotal
$43.57

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

PRIME THURSDAY NIGHT FOOTBALL   06 : 48 : 50

Only 14 left in stock - order soon.

**Dog Car Seat for Comfort and Safe Travel**   608   $39.99 ✓prime   Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



…s Small Dog Cat … Seat ON Car Armrest … for Small Pets , Suitable … t Car Deluxe Deluxe …ve Pet Seat,It's got a …cord

…ms   250 ratings

$35.99   $52.99
One-Day
FREE Returns
**Earn 5% back every day at Amazon** with your Prime Store Card.

Roll over image to zoom in



2 VIDEOS

Color: Black

[ $35.99 ]   [ $32.99 ]

| Color | Black |
|---|---|
| Material | Cotton |
| Brand | Octhems |
| Maximum Weight Recommendation | 16 Pounds |
| Strap Type | Adjustable |

### About this item

- 【Interaction Seat 】： Upgraded detachable and easy to clean high-end pet car seat. It can be placed on the armrest in the car， Or on the armrest of the back seat to increase the intimacy between the pet and you, Your pet can enjoy the scenery and have enough security.( Because of vacuum packaging, please leave the product for 4 hours after receiving it)
- 【Sturdy, Easy To Use 】:The exterior of the pet car seat is made of upgraded cotton linen with thickened high-quality environment-friendly PP cotton. The comfort and stability of the pet seat are enhanced. No matter how the dog moves, it is not easy to deform
- 【Measure centre console Size】 - Since the size of the console will vary from vehicle to vehicle, we recommend that you measure your car's console first, So that the seat you buy can match your center console smoothly. (Note: applicable to cats and dogs under 16 lbs)
- 【Save Space】:With our pet booster seat for car, the car space will no longer be occupied (especially the space car), you can touch or watch your pet at any time, and you can also sit on the copilot to feed him.(note that drivers should not be distracted. Please pay attention to safety at all times)

$35.99
One-Day
FREE Returns

FREE delivery **Tomorrow, December 9.** Order within **1 hr 23 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Amazon
Sold by   SeaFlying
Packaging   Shows what's inside. It…

Details

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]

Savings & Sales



**Raised booster with a view. Help with carsickness.**

**Save 26%**
NOVOLAB Puppy Car Seat Upgrade …
1,128
$36.99 $49.99 ✓prime

Sponsored

# Checkout (2 items)



| | | | |
|---|---|---|---|
| **1** | **Shipping address** |  MIAMI, FL 33142 <br> Add delivery instructions | **Change** |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | | | |
|---|---|---|---|
| **2** | **Payment method** | VISA  Visa ending in ■■27 | **Change** |

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

### Order Summary

| | |
|---|---:|
| Items (2): | $79.56 |
| Shipping & handling: | $0.00 |
| Total before tax: | $79.56 |
| Estimated tax to be collected: | $5.57 |
| **Order total:** | **$85.13** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**3**  **Review items and shipping**

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

**Get a $4 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 12, 2022** (Details)
Items shipped from Amazon.com



**Octhems Upgrade Small Dog Cat Booster Seat ON Car Armrest Perfect for Small Pets, Suitable for Most Car Deluxe Deluxe Interactive Pet Seat, with a Safety Cord, Removable pet seat(Black)**
$35.99
& FREE Returns
Qty: 1
Sold by: SeaFlying
[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging**

[ Ship in Amazon packaging ]

**Choose your Prime delivery option:**

○ **Tomorrow, Dec. 9 and Saturday, Dec. 10**
FREE Prime Delivery

● **Monday, Dec. 12 and Tuesday, Dec. 13**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

○ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $4 reward for select digital purchases. One reward per purchase.
Details

**Delivery: Dec. 13, 2022** (Details)
Items shipped from Amazon.com



**Pet Bed for Car Travel,Small Dog/Cat Booster Seat ON Car,Car Center Console Puppy Booster Armrest Pet Carrier Bed for Small Pets,Safety Tethers Included , Suitable for Most Car**
$43.57
& FREE Returns
Qty: 1

Defendant No.: **276**

Store Name:  **nicaicai**

Amazon.com Seller Profile: nicaicai

Deliver to HILDA
Miami 33142     All ▾

EN ▾   Hello, Hilda
Account & Lists ▾   Returns
& Orders   1

Subtotal
$49.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime | THURSDAY NIGHT FOOTBALL   06 : 57 : 59

Only 16 left in
stock - order
soon.

# nicaicai

Visit the nicaicai storefront

**69% positive** in the last 12 months (29 ratings)

## About Seller

nicaicai is committed to providing each customer with the highest standard of customer service.

Have a question for nicaicai?

[ Ask a question ]

## Feedback

4 out of  5      [ 12 months ]

29 ratings

29 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 7% |
| 3 star | | 10% |
| 2 star | | 7% |
| 1 star | | 14% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

"Lovely!"
By CHRISTINE on September 12, 2022.

"Ordering was a breeze and got it ahead of time. "
By Amazon Customer on July 7, 2022.

"You'll are so sorry that my product never came."
By Deidra Saucier on July 4, 2022.

"Real cute. Perfect fit "
By sharon smykal on June 16, 2022.

"Beautiful "
By Will lara on May 29, 2022.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** chengduxiancaijuxinjiajuyouxiangongsi-zhangxia
**Business Address:**
　　ziyoumaoyishiyanquchengdugaoxinqu
　　tianfuerjie138hao3chuang1ceng102hao
　　chengdushi



Back to results



Roll over image to zoom in

## RIPDNOIP Console Dog car seat car Accessories, Dog Car Nest, Car Control Console Pet Nest Pet Car Booster Seat Portable Dog Habitat Bed for Travel Vacation (Beige)

Brand: RIPDNOIP

  90 ratings

$26⁹⁹

 

**Unwrap savings** - pay $26.99 **$0.00** for this order. Get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

**Color: Beige**

| Beige $26.99 | $26.99 |
|---|---|

| Color | Beige |
|---|---|
| Material | Cotton |
| Brand | RIPDNOIP |
| Maximum Weight Recommendation | 12 Pounds |
| Strap Type | Adjustable |

### About this item

- 【Material】: Made of high-quality cotton and linen blend + PP cotton material, safe and harmless, superb workmanship, wear-resistant, durable.
- 【Practical】: Practical and reasonable design, exquisite and beautiful appearance, a wonderful gift for your dogs, your friend's cats or family's pets.
- 【Durable & Removable】: The Pet car seat is made from waterproof high strength pure cotton, which is hypoallergenic and does not contain any toxic or harmful materials. Zipper design can be separated for easy cleaning.
- 【Dog Seat with a View】: Hanging booster pet car seat elevates smaller pets for a better view, while the firm foam bolster around the edge keeps them in a safe and controlled spot for a distraction-free drive.
- 【Package Content】: 1 x Dog Car Nest. Also used as a pet habitat bed. If you have any questions about the purchase, please feel free to contact us.

### Customer ratings by feature

| | | |
|---|---|---|
| Easy to install | ★★★☆ | 3.7 |
| Sturdiness | ★★★☆ | 3.4 |
| Safety Features | ★★★☆ | 3.3 |
| Value for money | ★★☆ | 2.3 |

See all reviews

$26⁹⁹

$9.99 delivery **January 10 - 17**. Details

**Arrives after Christmas.** Need a gift sooner? Send an Amazon Gift Card instantly by email or SMS.

Deliver to Felipe - Miami 33156

**Usually ships within 9 to 10 days.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

| Ships from | nicaicai |
|---|---|
| Sold by | nicaicai |

Return policy: Returnable until Jan 31, 2023

Add to List

Add to Baby Registry

Add to Registry & Gifting

Have one to sell?

Sell on Amazon



Active Pets Car Seat Cover for Dogs - XL Waterproof Dog Seat Cover for...
★★★★☆ 19,588
$20⁰⁰ prime

Sponsored ⓘ

# Checkout (1 item)



| 1 | Shipping address |  MIAMI, FL 33142 Add delivery instructions | Change |

| 2 | Payment method | VISA Visa ending in ▮▮27 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |

## 3 Review items and shipping

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Estimated delivery: Dec. 29, 2022 – Jan. 5, 2023**
Items shipped from nicaicai



RIPDNOIP Console Dog car seat car Accessories, Dog Car Nest, Car Control Console Pet Nest Pet Car Booster Seat Portable Dog Habitat Bed for Travel Vacation (Beige)
**$26.99**

Qty: 1

Sold by: nicaicai

Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 29 – Thursday, Jan. 5**
$9.99 - Standard Shipping

---

Place your order

**Order total: $38.87**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $9.99 |
| Total before tax: | $36.98 |
| Estimated tax to be collected:* | $1.89 |
| **Order total:** | **$38.87** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **277**

Store Name:  **Petyoung2018**

Deliver to HILDA
Miami 33142      All ▾

EN ▾      Hello, Hilda
Account & Lists ▾      Returns
& Orders      🛒 1

Subtotal
$44.98

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime | THURSDAY NIGHT FOOTBALL    07 : 01 : 58

Only 15 left in
stock - order
soon.

# Petyoung2018

Visit the Petyoung2018 storefront

**90% positive** in the last 12 months (30 ratings)

## About Seller

Petyoung2018 is committed to providing each customer with the highest standard of customer
service.

### Have a question for Petyoung2018?

[ Ask a question ]

## Feedback

**4.5 out of 5**        [ 12 months ]

30 ratings

30 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 13% |
| 3 star | | 0% |
| 2 star | | 3% |
| 1 star | | 7% |

Learn more about how seller feedback works on
Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

"It was too large. Seller requiring me to pay for return shipping.
Beware ordering from this seller "

By Richard D. Lee on December 7, 2022.

"Very good "

By shova t. on December 3, 2022.

"~~The USb charging cord the gloves plug into was not in the bag.
The inner package had been cut open when I got it. Can this be
shipped to me ASAP?~~ "

By Brandy Di Filippo on November 27, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and
we take responsibility for this fulfillment experience.

"It was nice. Looked good while wearing it. "

By carol mallinckrodt on November 23, 2022.

"Fast shipping, item as described "

By Richard C. Getteau II on November 16, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenzhenShi NuoTong Da Wangluo Keji Youxian Gongsi
**Business Address:**
    Shenzhen Shi Longgang Qu Ban Tian Jiedao
    Jinfanghua Dianshang Chanye Yuan 12 Dong 810 Shi
    Shenzhen
    Guangdong
    518129
    CN

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/29/2022 Page 27 of 122



12/8/22, 11:54 AM

Deliver to HILDA
Miami 33142 · All ▾ · Dog Booster Seat · Q

EN ▾ · Hello, Hilda
Account & Lists ▾ · Returns
& Orders · 1 · Subtotal
$44.98

All · Epic Deals · Holiday Gift Guide · Customer Service · Buy Again · Prime Video

Pet Supplies · Pet Profiles · Dogs ▾ · Cats ▾ · Fish & Aquatics ▾ · Small Animals ▾ · Birds ▾ · Reptiles ▾ · Horses ▾ · Deals & Coupons · Pet Care Tips

prime THURSDAY NIGHT FOOTBALL · 07:02:22


Only 15 left in stock - order soon.

Yokee · Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets U… · Save 46% · 678 · $37.99 $70.99 ✓prime · Savings & Sales · Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



Roll over image to zoom in



## Petyoung Pet Car Seat 42*20*22CM, Dog Booster Seat Central Control Car Pet Mat for Small Pet

Visit the Petyoung Store
7 ratings

**-19%** $34.99
Was: $42.99 ⓘ
One-Day
FREE Returns
Earn 5% back every day at Amazon with your Prime Store Card.

**Color:** Square gray

 $34.99 | $56.99
($56.99 / Count)

| Color | Square gray |
|---|---|
| Material | Cotton |
| Brand | Petyoung |
| Maximum Weight Recommendation | 12 Kilograms |
| Strap Type | Adjustable |

### About this item

- 【MEASURE CAR CONSOLE ARMREST BOX】 Recommend you measure your armrest box first, ensure the booster seat fit. Product dimensions: L*W*H : 16.5inch(42cm) * 7.9inch(20cm)*8.7inch (22cm)
- 【PREMIUM MATERIAL】 Made of good quality material and filling with PP cotton, wear-resistant, bite-resistant and durable. Suitable for small pets when you drive out or travel long distances.
- 【WITH SAFETY BUCKLE & SOFT PILLOW】 Equipped with a safety buckle, dont worry about your pet running around while you are driving. Pet car seat has adjustable pillow to make your pet feel comfortable during the journey.
- 【EASY TO INSTALL AND DISASSEMBLE】 Our dog cat booster seat can be quickly installed and uninstalled. There are elastic straps at the seat bottom, which can be firmly tied to the cars central control. Console dog car seat suitable for Most Car/SUV/Pickup.Deluxe Interactive Pet Seat,Universal Single/Double Door Armrest car.
- 【INTERACTION SEAT】 It can be placed on the armrest in the car, or on the armrest of the back seat to increase the intimacy between the pet and you, your pet can enjoy the scenery and have enough security.

Report incorrect product information.



$34.99
One-Day
FREE Returns

FREE delivery **Tomorrow, December 9.** Order within **17 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**Only 7 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from · Amazon
Sold by · Petyoung2018

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



Savings & Sales

Save 39%
Yokee Dog Car Seat, Fully Detachabl…
678
$35.99 $58.99 ✓prime

Sponsored

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | Change |



MIAMI, FL 33142
Add delivery instructions

| | | |
|---|---|---|
| **2** | **Payment method** | Change |

**VISA** Visa ending in ···27
Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code    Apply

**3**    **Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> **Get a $2 digital reward with FREE No-Rush Shipping.**
> Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 12, 2022**
Items shipped from Amazon.com



**Petyoung Pet Car Seat 42*20*22CM, Dog Booster Seat Central Control Car Pet Mat for Small Pet**
$34.99
& FREE Returns
Qty: 1
Sold by: Petyoung2018
🎁 Add gift options

**Choose your Prime delivery option:**

○ **Tomorrow, Dec. 9**
FREE One-Day Delivery

● **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

○ **Friday, Dec. 16**
FREE  No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

Place your order

**Order total: $37.44**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $34.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $34.99 |
| Estimated tax to be collected: | $2.45 |
| **Order total:** | **$37.44** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **278**

Store Name:  **Outamateur**





Deliver to HILDA
Miami 33142
All

EN
Hello, Hilda
Account & Lists
Returns
& Orders
1

Subtotal
$44.99

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video

prime THURSDAY NIGHT FOOTBALL 07 : 08 : 26

# Outamateur

Visit the Outamateur storefront

**100% positive** in the last 12 months (62 ratings)

## About Seller

Outamateur is always devoted to providing each customer best buying experience.

We provide **30 Days Refund Guarantee** for any reason and **18 Months Warranty** for quality-related issues.

If you feel confused with any usage, quality or unhappy issue, please feel free to contact us.

**Have a question for Outamateur?**

Ask a question

## Feedback

4.8 out of 5

62 ratings

12 months

62 total feedbacks in 12 months

| | |
|---|---|
| 5 star | 81% |
| 4 star | 19% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"works perfectly! very happy!"

By dr. yes on December 6, 2022.

"smooth transaction"

By M. J. Smith on December 5, 2022.

"Awesome fountain!!!"

By Jason Prescott on November 29, 2022.

"My chihuahua weighs 3 pounds. Fits perfectly on the center console. He likes it. I think it's overpriced but, I needed it and it's the first one I have been abl..."

Read more

By Terri Peterson on November 28, 2022.

"Don't know haven't received it yet"

By David Sylvia on November 11, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Wu Tian Jian
**Business Address:**
No. 1019, Haitian Road, Futian District
Shenzhen
Guangdong
518026
CN

## Shipping Policies

Deliver to HILDA
Miami 33142

All ▾  Dog Booster Seat

EN ▾   Hello, Hilda
Account & Lists ▾   Returns & Orders   1

Subtotal
$26.09

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

07 : 05 : 22

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

Yokee Dog Car Seat, Fully Detachable and
Washable Dog Booster Seat for Small Pets Up t...

Save 39%

678   $35.99  $58.99  ✓prime   Savings & Sales

Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Upgraded Center Console Dog
r Seat,Waterproof Dog
oster Seats for Small
gs,Pet Cat Booster Car Seat
Car Armrest with Safety
rd and Storage Pocket for
all Dog Cat Puppy Under
lbs

the Outamateur Store

Roll over image to zoom in

VIDEO

)%   $28.99  ($28.99 / Count)

Was: $52.39 ⓘ

FREE Returns

Earn 5% back every day at Amazon with your Prime
Store Card.

Pattern Name: **Grid**

| Dark Blue | **Grid** |
| $31.99 | **$28.99** |
| ($31.99 / Count) | **($28.99 / Count)** |

| Strip |
| $36.99 |
| ($36.99 / Count) |

| Color | Dark Blue/Grid |
|---|---|
| Material | Cotton |
| Brand | Outamateur |
| Maximum Weight Recommendation | 11 Pounds |
| Strap Type | Adjustable |

### About this item

- Premium Material - The pet cat seat is made of high quality cotton material and special oxford cloth, lined with soft cotton and durable foam, ensures pets more comfortable during traveling. Built-in soft comfortable pad for all season use.
- Broad Application - The pet car seat can not only be used on the central car seat, but also used as a pet carrier outside or just as a pet nest at home. Provide strong safety and stability, relieve anxiety for your cat or dog in the car, super practical for relaxing or nap during long-distance travel.
- Fit for Small Kittens & Dogs - Under 11 lbs, Max Length: 42cm/16.5in, Max Width: 12cm/4.72in. Internal space of the pet car seat, 16.5"(L)*4.72"(W)*7.87"(H), External space 18.89"(L)*7.87"(W)*9.05"(H); Measure your pet size before purchase. There are two adjustable straps at the bottom, fit for both top-opening armrest boxes and

$28.99 ($28.99 / Count)

FREE Returns

FREE Prime delivery **Friday, December 16**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   Outamateur

Return policy: Returnable until
Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Savings & Sales



Save 37%

Yokee Dog Car Seat, Fully Detachabl...
678
$37.99  $59.99  ✓prime

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 <br> Add delivery instructions | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| 2 | **Payment method** | VISA Visa ending in 27 <br> Billing address: Same as shipping address. | Change |

Add a gift card or promotion code or voucher

Enter code    Apply

### Order Summary

| | |
|---|---|
| Items: | $26.09 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.09 |
| Estimated tax to be collected: | $1.83 |
| **Order total:** | **$27.92** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

3  **Review items and shipping**

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 12, 2022** If you order in the next 12 hours and 7 minutes (Details)
Items shipped from Amazon.com



**Console Dog Car Seat,Dog Booster Seats for Small Dogs,Pet Cat Booster Car Seat on Car Armrest with Safety Cord and Storage Pocket for Small Dog Cat Puppy Under 11lbs**
**$26.09**
Exclusive Prime price
& FREE Returns

Qty: 1

Sold by: Outamateur

Add gift options

**Choose your Prime delivery option:**

○ **Monday, Dec. 12**
FREE Prime Delivery

○ **Monday, Dec. 19**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
Some orders may arrive a day early.
Change delivery day

○ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

**Place your order**

**Order total: $27.92**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **279**

Store Name:  **OlyPegic**

Deliver to HILDA
Miami 33142

All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders

1

Subtotal
$39.22

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime   THURSDAY NIGHT FOOTBALL    07 : 18 : 39

# OlyPegic

Visit the OlyPegic storefront

**100% positive** in the last 12 months (17 ratings)

## About Seller

OlyPegic is committed to providing each customer with the highest standard of customer service.

**Have a question for OlyPegic?**

Ask a question

## Feedback

5 out of 5

12 months

17 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**17 total feedbacks in 12 months**

"Perfect size. I will order more "

By Amazon Customer on December 1, 2022.

"This is a beautiful blanket. Very soft & warm. "

By Jo Ann Blazer on November 30, 2022.

"item as described, fast shipping "

By Zü on November 12, 2022.

"Item is exactly what I was expecting. "

By Regina Laird on November 4, 2022.

"Good product "

By Sheo shankar prasad keshri on October 26, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** wuhanyuyangzhanyekejiyouxiangongsi

**Business Address:**
武大科技园武大园一路11号
豪迈研发中心1-12层1206
武汉
东湖新技术开发区
湖北
430073
CN

## Shipping Policies

## Other Policies

Case 1:22-cv-24013-RNS Document 12-3 Entered on FLSD Docket 12/20/2022 Page 25 of 122





Car Booster Seat Small
Dogs Cat Armrest Booster Seat
for Car, Middle Console Dog Car
Seat Center Console Doggie
Seat

OlyPegic

$44.99 ($44.99 / Count)

FREE Returns

Coupon: Apply 12% coupon  Terms

5% back every day at Amazon with your Prime Store Card.

| Color | Black |
| --- | --- |
| Brand | OlyPegic |
| Strap Type | Adjustable |
| Target Species | Dog |

## About this item

- 【Solve the problem of pet car ride】Most pets are not used to riding in a car, so many pet will experience tension and discomfort when riding in a car. Pet safety seats are designed to let your dog accompany in a position closer to the owner.At the same time,the ultra-wide-angle field of view can make it more at ease,reduce the anxiety of riding a car.When you have to take your pet go out by car,it can protect your pet from harm to a greater degree.
- 【New upgrade version】To solve the problem of instability on the side of the pet car armrest seat,we launched this new pet car booster set.This pet car armrest seat is stable,can be placed alone and not easily collapsed.Pillows in front of the seat can be provided for pets to rest,and is adjustable.It can be used whether it is a center console that opens and closes up and down,or a center console that opens and closes left and right.
- 【Safe and stable】Most pet car seat only had one fixing strap,but our arm rest car seat has 2 fixing straps.And the fixing straps is a Velcro design,can be adjusted according to the size of the center console。This allows the seats more fits tightly on the car armrest to prevent shaking and falling off,improve stability and better protect the safety of your pet.
- 【Suitable for small dogs and cats】This is a pet car booster seat.Due to individual differences in pet,before buying,please measure your pet back length and other dimensions.Then refer to the dimensions of the car seat mentioned in the picture to confirm whether it can accommodate your pet.Recommendation:Small pet weighing less than 12 pounds.

$44.99 ($44.99 / Count)

FREE Returns

FREE delivery **Saturday, December 10**. Order within **12 hrs 19 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from   Amazon
Sold by   OlyPegic

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

PAW BRANDS PupProtector Car Seat Cover
26
$44.00  prime

Sponsored

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

Pet Supplies   Pet Profiles   Dogs   Cats   Fish & Aquatics   Small Animals   Birds   Reptiles   Horses   Deals & Coupons   Pet Care Tips

Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets Up t...   Save 39%   676   $35.99  $58.99  prime   Savings & Sales

Sponsored

Pet Supplies > Dogs > Carriers & Travel Products > Car Travel Accessories > Booster & Car Seats

Roll over image to zoom in

## Checkout (1 item)



| 1 | **Shipping address** | <br>MIAMI, FL 33142<br>Add delivery instructions | Change |
|---|---|---|---|

| 2 | **Payment method** | VISA **Visa** ending in 27<br>**Billing address:** Same as shipping address. | Change |

Add a gift card or promotion code or voucher

| Enter code | Apply |

3   **Review items and shipping**

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 10, 2022** If you order in the next 12 hours and 18 minutes (Details)
Items shipped from Amazon.com



**Pet Car Booster Seat Small Dogs Cat Armrest Booster Seat for Car, Middle Console Dog Car Seat Center Console Doggie Seat**
**$44.99**
& **FREE Returns**
Qty: 1
Sold by: OlyPegic
🎁 Add gift options

**Choose your Prime delivery option:**

○ **Saturday, Dec. 10**
FREE Prime Delivery

○ **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
**Change delivery day**

○ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
**Details**

| Place your order | **Order total: $48.14**<br>By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.** |

---

**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

### Order Summary

| Items: | $44.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $44.99 |
| Estimated tax to be collected: | $3.15 |
| **Order total:** | **$48.14** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

---

\*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **280**

Store Name:  **yunshanyun**



Deliver to HILDA
Miami 33142
All

EN
Hello, Hilda
Account & Lists
Returns
& Orders
1

Subtotal
$35.99

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video

prime THURSDAY NIGHT FOOTBALL 07 : 20 : 28

# yunshanyun

Visit the yunshanyun storefront

**67% positive** lifetime (3 total ratings)

## About Seller

yunshanyun is committed to providing each customer with the highest standard of customer service.

**Have a question for yunshanyun?**

Ask a question

## Feedback

3.7 out of 5

3 ratings

Lifetime

3 total feedbacks in Lifetime

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 33% |

"all good"

By Amazon Customer on November 26, 2022.

"Will never buy again"

By patrice on November 25, 2022.

"Very sturdy. Easy to clean"

By Cheryl kilgore on March 24, 2022.

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Guangzhoushiyunshanyunmaoyiyouxiangongsi
**Business Address:**
heguanglu137hao103fang2210hao
Guangzhoushi
Tianhequ
Guangdongsheng
510665
CN

Deliver to HILDA
Miami 33142    All    Dog Booster Seat    EN    Hello, Hilda    Returns    1
Account & Lists    & Orders

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video    prime THURSDAY NIGHT FOOTBALL    07 : 21 : 43

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improver

Intercoms wireless for home 1 Mile    Wuloo    1,721    $124.97  prime
Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



nsole Dog
l Dog Cat
eat on Car
etachable
et Car Seat
y Tethers
nteractive
Seat
r Small Dog
ling

$39.22

Roll over image to zoom in



$39.22

FREE delivery **December 30 - January 23**. Details

Or fastest delivery **December 14 - 16**. Details

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    yunshanyun
Sold by       yunshanyun

Return policy: Returnable until Jan 31, 2023

**Add to List**

ry day at Amazon
tore Card.

Extra Savings Promotion Available
**1 Applicable Promotion**

| Color | Polka |
|---|---|
| Material | Cotton |
| Brand | Nirelief |
| Item Dimensions LxWxH | 7.87 x 7.87 x 7.87 inches |
| Maximum Weight Recommendation | 11 Pounds |

Have one to sell?

**Sell on Amazon**

### About this item

- 【CAR SEAT FOR SMALL DOGS】: This is a car seat specially designed for small pets, perfect for puppies and cats. There are individual differences in pets, so measure the length, width and weight of your pet before purchasing. Only suitable for small pets up to 11 lbs (weight) / 12 in (30cm)(length) / 5.5 in(14cm)(width). If your dog's back is longer than 12 in, it is not suitable to lie down, only sit. Car armrest dog seat is only suitable for small pets. Please refer to size drawing for

- 【EASY TO ASSEMBLE, FITS MOST VEHICLES】: The center console pet seat can be quickly installed on most armrests or rear armrests as needed without taking up the space of the car seat. Fits most cars and SUVs. Please note that it is suitable for single door armrest box and double door armrest box. The

# Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 | Change |
|---|---|---|---|

Add delivery instructions

| 2 | **Payment method** | VISA Visa ending in ■27 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |

---

### 3  Review items and shipping

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Estimated delivery: Dec. 30, 2022 – Jan. 23, 2023**
Items shipped from yunshanyun



**Center Console Dog Seat Small Dog Cat Booster Seat on Car Armrest Detachable Console Pet Car Seat with Safety Tethers Non-slip Interactive Pet Travel Seat Perfect for Small Dog Cats Traveling**
$39.22
Qty: 1
Sold by: yunshanyun

Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
- ○ **Wednesday, Dec. 14 – Friday, Dec. 16**
  $23.99 - Expedited Shipping
- ● **Friday, Dec. 30 – Monday, Jan. 23**
  FREE Standard Shipping

---

| Place your order | **Order total: $41.97**
By placing your order, you agree to Amazon's privacy notice and conditions of use. |

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.22 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.22 |
| Estimated tax to be collected:* | $2.75 |
| **Order total:** | **$41.97** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **281**

Store Name:  **BEBOORE**

Hello
Select your address

All ▾

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All    Epic Deals    Holiday Gift Guide    Gift Cards    Best Sellers    Amazon Basics

prime  THURSDAY NIGHT FOOTBALL    31 : 44 : 29

# BEBOORE

Visit the BEBOORE storefront

**100% positive** in the last 12 months (14 ratings)

## About Seller

BEBOORE is committed to providing each customer with the highest standard of customer service.

**Have a question for BEBOORE?**

| Ask a question |

## Feedback

"Product is very soft and my kitten really loves it. "

By SusieQ in Illinois on December 5, 2022.

"My cat was happy to get its new bed "

By Tamiko on December 3, 2022.

"Excellent seller! "

By Beverly Dávila on December 3, 2022.

"Lovely warm coat for my little doggy. Love the back zipper and sturdy rings for the leash. "

By AD Gibson on December 3, 2022.

"Very stylish! My grandfur baby loves it! "

By Sandra on November 29, 2022.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 100% |
| Neutral | 0% | 0% | 0% | 0% |
| Negative | 0% | 0% | 0% | 0% |
| Count | 8 | 11 | 14 | 14 |

Previous  Next

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yizhu
**Business Address:**
唐延南路十一号逸翠园i都会3幢1单元7层10737
西安
雁塔区
陕西
710076
CN

12/7/22, 4:42 PM    Amazon.com: Beboore Dog Car Seat, Detachable and Washable Dog Booster Seat, Center Console Dog Carseat for Small Dog…

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 43 of 122

Hello
Select your address    All ▾    Dog Booster Seat    EN ▾    Hello, sign in    Returns
Account & Lists ▾    & Orders    0

prime THURSDAY NIGHT FOOTBALL    31 : 46 : 40

All    Epic Deals    Holiday Gift Guide    Gift Cards    Best Sellers    Amazon Basics    Customer Service    Pet Supplies    Pet Profiles    Dogs ▾    Cats ▾    Fish & Aquatics ▾    Small Animals ▾    Birds ▾    Reptiles ▾    Horses ▾    Deals & Coupons    Pet Care Tips    Subscribe & Save

Yokee    Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster    Save 46%    676    $37.99    $70.99  ✓prime    Savings & Sales    Sponsored
Seat for Small Pets Up to 12 Lbs, Center Console Dogs and Cats…

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

eboore Dog Car Seat,
etachable and
ashable Dog Booster
eat, Center Console
og Carseat for Small
ogs Cats Under 15
s, Portable Travel
ag with Storage
ockets and Clip-On
eash

t the Beboore Store
2 ratings

$9.99 ($39.99 / Count)

FREE Returns

Get $60 off instantly: Pay $0.00 upon
approval for the Amazon Rewards Visa
Card. No annual fee.

Roll over image to zoom in

    2 VIDEOS

**Material Type:**

Cotton

| | |
|---|---|
| Color | Grey |
| Material | Cotton |
| Brand | Beboore |
| Maximum Weight Recommendation | 15 Pounds |
| Target Species | Dog |

**About this item**

- Keep Your Pet Safe: Beboore dog
  booster car seat features with a clip-
  on safety leash which avoid the pet
  jump out. Also, non-slip rubber dots
  under bottom make the pet seat
  fixed. So you don't need to worry
  about your pet distracting you while
  driving.
- Premium Materials: Adpot
  environmental sponge to fill side of
  the dog car seat which keep it in
  good shape. Also cotton blended
  cover and PP cotton filling provide
  your pet a super soft, comfy ride.
- Size and Protable: The booster pet
  car seat is 16.54x7.87x8.67 inches
  which is recommended for small
  dog or cat under 15 lbs. And the
  seat is designed with comfortable
  shoulder strap. So you can use it as
  a dog car seat, a pet carrier bag or a
  shoulder pet bag.



$39.99 ($39.99 / Count)

FREE Returns

FREE delivery **Tuesday,
December 13**

Or fastest delivery **Saturday,
December 10**. Order within 7
hrs 32 mins

**Arrives before Christmas**

Select delivery location

Only 9 left in stock -
order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    BEBOORE

Return policy: Returnable until
Jan 31, 2023

Enjoy fast, FREE
delivery, exclusive
deals and award-
winning movies & TV
shows with Prime

Try Prime and start saving today
with Fast, FREE Delivery

☐ Add a gift receipt for easy
returns

Add to List

Have one to sell?

Sell on Amazon

Savings & Sales



Yokee
PET SUPPLY

Save 18%

Yokee Dog Car Seat, Fully Detachabl…
676
$37.90    $45.99  ✓prime

Sponsored



## Checkout (1 item)

| | | | |
|---|---|---|---|
| 1 | **Shipping address** |  MIAMI, FL 33142 <br> Add delivery instructions | Change |
| 2 | **Payment method** | VISA Visa ending in ██27 <br> Billing address: Same as shipping address. | Change |

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

3 **Review items and shipping**

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 9, 2022** If you order in the next 7 hours and 58 minutes (Details)
Items shipped from Amazon.com



**Beboore Dog Car Seat, Detachable and Washable Dog Booster Seat, Center Console Dog Carseat for Small Dogs Cats Under 15 lbs, Portable Travel Bag with Storage Pockets and Clip-On Leash**
$39.99
& FREE Returns
Qty: 1
Sold by: BEBOORE
🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Friday, Dec. 9**
FREE Prime Delivery

○ **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
Some orders may arrive a day early.
Change delivery day

○ **Thursday, Dec. 15**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

---

Place your order

**Order total: $42.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$42.79** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **282**

Store Name:  **BINCH**

Deliver to HILDA
Miami 33142

All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders

2

Subtotal
$67.98

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime | THURSDAY NIGHT FOOTBALL    31 : 42 : 17

Only 9 left in
stock - order
soon.

# BINCH

Visit the BINCH storefront

**95% positive** lifetime (347 total ratings)

## About Seller

Shenzhen BNCHI E-Commerce Co., Ltd., focuses on R&D and sales of phone accessories, mainly related to products, mobile phone watch wireless charging Stand, wireless charger, earphone, data cable, Bluetooth audio, mobile phone tempered film, phone case, data cable, etc. Various mobile phone accessories

**Have a question for BINCH?**

Ask a question

## Feedback

4.7 out of 5

Lifetime

347 ratings

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 10% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 3% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**347 total feedbacks in Lifetime**

"Shipped as promised "

By Lea Wilkins on June 3, 2022.

"fast shipping great price. "

By Keith Jones on May 11, 2022.

"~~Too close to me~~ "

By Brina on May 1, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~Return process stated nothing about having to have the item in a box to return at the approved UPSstore, however, UPS charged me $6 for box, $1.70 for pack mate...~~ "
Read more

By Sheri on April 9, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I will need to return it . The product is fine but my dog is afraid to be in it. "

By Angela Kralicek on April 2, 2022.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshibenchidianzishangwuyouxiangongsi
**Business Address:**
    No.1015 10 floor Huafeng International Commercial Building
    Shenzhen baoanqu
    Guangdong



Yokee Dog Car Seat, Fully Detachable and    Save 18%    676    $37.90  $45.99  ✓prime    Savings & Sales
Washable Dog Booster Seat for Small Pets U...
Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

CHI Dog Cat pet car seat,Car tral Control Dog Kennel, pet ety seat, Dog cat Booster t,Doghouse for Travelling, pet nest,Suitable for Small gs, Cats or Small Pets

The BNCHI Store
75 ratings

$29⁹⁹ ($29.99 / Count)

FREE Returns

5% back every day at Amazon with your Prime Store Card.

Pattern Name: **round**

| round | square |
| --- | --- |
| $29.99 | $29.99 |
| ($29.99 / Count) | ($29.99 / Count) |

| Color | grey |
| --- | --- |
| Material | Cotton |
| Brand | BNCHI |
| Maximum Weight Recommendation | 13 Pounds |
| Strap Type | Adjustable |

## About this item

- Designed for small dogs:This is a dog car seats for small dogs.which can be placed on the armrest of the car or on the armrest of the back seat, which solves the problem of no pet seat in the car when traveling. Recommended for pets under 13 lbs. (Below 9 lbs is the most suitable). Pet length is not recommended to exceed 13 in, the width does not exceed 6 in ,Please see the pictures for details.
- Interaction Safety Seat : This high-end pet car seat equipped with high-quality seat belts and well protect your dogs/cats ,ensure their safety in the seat. It can be placed on the armrest in the car, Or on the armrest of the back seat to increase the intimacy between the pet and you, Your pet can enjoy the scenery and have enough security.
- Durable&Removable washing :The dog booster car seat is made of sturdy material , which is stable in shape and firm, no matter how the dog moves, it is not easy to deform. Zipper design it can be completely disassembled by opening the zipper, Removable washable, environmentally friendly and clean .
- Wide field of vision:  Our pet car seat fits most cars, trucks, cars and SUVs.Increase the intimacy between you and your pet so that your pet can



$29⁹⁹ ($29.99 / Count)

FREE Returns

FREE delivery **Saturday, December 10**. Order within **12 hrs 43 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    BINCH

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



PAW BRANDS PupProtector Car Seat Cover
26
$44⁰⁰  ✓prime

Sponsored



# Checkout (1 item)

| 1 | **Shipping address** |  MIAMI, FL 33142 | Change |
|---|---|---|---|

Add delivery instructions

| 2 | **Payment method** | VISA  Visa ending in 27 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

3    **Review items and shipping**

> ## Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

> **Get a $2 digital reward with FREE No-Rush Shipping.**
> Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 10, 2022** If you order in the next 12 hours and 40 minutes (Details)
Items shipped from Amazon.com



**BNCHI Dog Cat pet car seat,Car Central Control Dog Kennel, pet Safety seat, Dog cat Booster seat,Doghouse for Travelling, Car pet nest,Suitable for Small Dogs, Cats or Small Pets (Round)**
$29.99
& FREE Returns
Qty: 1
Sold by: BINCH
🎁 Add gift options

**Choose your Prime delivery option:**

- ● **Saturday, Dec. 10**
  FREE Prime Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  **Some orders may arrive a day early.**
  Change delivery day
- ○ **Thursday, Dec. 15**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

[ Place your order ]

**Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---



[ **Place your order** ]

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

### Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **283**

Store Name:  **Carperipher**

Deliver to HILDA
Miami 33142

All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders

1

Subtotal
$29.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime   THURSDAY NIGHT FOOTBALL   31 : 24 : 13

# Carperipher

Visit the Carperipher storefront

**100% positive** in the last 12 months (36 ratings)

## About Seller

Carperipher is committed to providing each customer with the highest standard of customer service.

**Have a question for Carperipher?**

Ask a question

## Feedback

| | | |
|---|---|---|
| 4.9 out of 5 | 12 months | |
| 36 ratings | | |

**36 total feedbacks in 12 months**

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"Worked better than I had Hoped for. "

By Brian Shelley on November 25, 2022.

"fast overseas shipping "

By Nicolas on November 5, 2022.

"~~The scrubber was missing. The item itself is great~~"

By Peggy on November 1, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Great product and easy to use. "

By Jose on October 15, 2022.

"Smells good. Long lasting "

By Franklin R. on October 5, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Wu Hai Qiong
**Business Address:**
    shenzhenshi qianhai shenggang hezuoqu
    qianhaiwan 1lu 1hao Adong 201
    shenzhen
    guangdong
    518000
    CN

## Shipping Policies

## Other Policies

12/7/22, 1:35 PM Amazon.com: Center Console Dog Seat ,Car Puppy Armrest Booster Seat,Car Pet Seat, Washable Dog Cat Console Booster S…

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 51 of 122



THURSDAY NIGHT FOOTBALL 31 : 26 : 04



Save 46%    676    $37.99 $70.99 prime    Savings & Sales

Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

# Center Console Dog Seat ,Car Puppy Armrest Booster Seat,Car Pet Seat, Washable Dog Cat Console Booster Seat Bed with Safety Leash, Pet Car Seat Travel Carrier Bag for Small Dogs Cats

Brand: Carperipher

2 ratings

$29.99 ($29.99 / Count)

FREE Returns

Coupon: ✂  Apply 10% coupon    Terms

**Get a $8 bonus when you reload $100 or more to your gift card balance (Restrictions apply).**

| | |
|---|---|
| Color | Blue |
| Material | Cotton |
| Brand | Carperipher |
| Maximum Weight Recommendation | 8 Pounds |
| Strap Type | Adjustable |

## About this item

- Sturdy Enough & Easy To Use - The pet car seat uses wear-resistant & bite-resistant fabric in external and lined with soft cotton and high-density compressible sponges. sturdy foam - which is stable in shape and firm, no matter how the dog moves, it is not easy to deform
- Better View & Safe Travel - Small pets(dogs,cats) can stay by our side, pets can look out the window and into the distance, staying on the console seat can keep them quiet and happy.Use the safety leash to keep pet secure; Velcro secure straps can be adjusted according to the size of the center console to fix the seat on the car armrest tightly and stable
- Easy to Clean and Assemble - The pet car booster seat with zipper & velcro design, it can be completely disassembled by opening the zipper, Removable washable, easy to clean.After you receive the seat, you can unfold the seat, squeeze it appropriately.The shoulder straps are designed for your to carry it on the shoulders as a pet carrier bag or a shoulder pet bag.The side pocket allows you to carry some pet belongs
- Suitable For Small Dogs Cats - This console pet booster seat is recommended for pets about 6-8 lbs. Only for small pets, not suitable for fat and large pets  (Below 11 lbs is the most suitable). Pet length is not recommended to exceed 12.9

$29.99 ($29.99 / Count)

FREE Returns

FREE delivery **Wednesday, December 14**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    Carperipher

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



PAW BRANDS PupProtector Trunk Cover
$54.00 prime

Sponsored



in(33cm), the width does not exceed 4.7 in (12cm). Please measure your pet before purchase

- For Most Single/Double Door Armrest - Recommend that you measure your car's console first, So that the seat you buy can match your center console smoothly. Please note that the distance between the two seats should be greater than 19cm (most cars can achieve it) Available for most cars, trucks, automotive and SUV

Report incorrect product information.

 PAW BRANDS PupProtector Car Seat Cover
26
$44.00 ✓prime
⭐⭐⭐⭐⭐

Sponsored

## Buy it with

 +  + 

Total price: $59.92

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- ☑ **This item:** Center Console Dog Seat ,Car Puppy Armrest Booster Seat,Car Pet Seat, Washable Dog Cat Console Boost... $29.99 ($29.99/Count)
- ☑ TOMKAS Dog Sling Carrier for Small Dogs Puppy Carrier for Small Dogs $19.99
- ☑ Hurray 3 Pack Puppy Chew Toys for Teething Puppies, Puppy Teething Toys, 360° Clean Pet Teeth & Soothe Pain of ... $9.94 ($3.31/Count)

## Products related to this item

Sponsored ⓘ

Page 1 of 58



Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets U...
673
Limited time deal
$37.99
List: $59.99 (37% off)



Center Console Dog Seat,Small Dog Car Seat,Console Pet Car Seats for Small...
16
$34.99 ($34.99/Count)



Dog Car Seat for Small Dogs-Pet Car Seats Small Dogs Up to 12 lB, Console Pet Car S...
44
$35.99 ($35.99/Count)



Snoozer Console Pet Car Seat Cream Fur, Small, Denim
4,597
$52.95



HIFUAR Pet Car Seat Small Dogs Booster Seat for Car,Middle Conso...
596
Amazon's Choice
Booster & Car Seats
$39.99 ($39.99...

## More in this color

Sponsored ⓘ

Page 1 of 7

Subtotal
$29.99





**Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets U...**
673
~~List: $58.99~~
**$35.99**
Limited time deal
List: $58.99 (39% off)



**Octhems Small Dog Cat Booster Seat ON Car Armrest Perfect for Small Pets , Suitable...**
250
**$32.99**



**SETHOUS Small Dog Cat Car Seat Pet Car Booster Seat Water-Proof Car Seat or Travel ...**
47
**$31.99**



**Chyoutter Dog Car Seat, Pet Booster Seat Dog Bed Pet Travel Safety Car Seat with...**
45
**$40.99**



**CuteJerryer Small Car Seat,Dog Booster Front or Back Seat Small Dogs , Trav...**
2
**$39.91** ($39.91
Save 20% with coupon

Subtotal
**$29.99**

---

## Product Description

**CENTER CONSOLE CAR SEAT FOR SMALL DOG & CAT**







**Easy to assemble**
- This console dog car seat can Install in a few mins.Fit for both single door armrest or double door armrest.



**Fixed Velcro**
- The console car armrest of the seat can be buckled and unfastened easily,to facilitate the in and out of your pet



**Storage Pocket**
- The side pocket allows you to carry some pet belongs.



# Checkout (1 item)

| 1 | **Shipping address** |                               MIAMI, FL 33142                              Add delivery instructions | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $29.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $2.10 |
| **Order total:** | **$32.09** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| 2 | **Payment method** | VISA **Visa** ending in 27 | Change |

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[Enter code]  [Apply]

| 3 | **Review items and shipping** | | |

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.



Earn 5% back every day at Amazon with your Prime Store Card.

[Learn more]

**Delivery: Dec. 14, 2022**
Items shipped from Amazon.com



Center Console Dog Seat ,Car Puppy Armrest Booster Seat,Car Pet Seat, Washable Dog Cat Console Booster Seat Bed with Safety Leash, Pet Car Seat Travel Carrier Bag for Small Dogs Cats
$29.99
& FREE Returns
Qty: 1
Sold by: Carperipher
🎁 Add gift options

**Choose your Prime delivery option:**

○ **Wednesday, Dec. 14**
FREE Prime Delivery

○ **Wednesday, Dec. 14**
FREE Prime Delivery

○ **Monday, Dec. 19**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

[Place your order]  **Order total: $32.09**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **284**

Store Name:  **Chengtuo Direct**

Deliver to HILDA
Miami 33142

All ▼

EN ▼    Hello, Hilda
Account & Lists ▼    Returns
& Orders    1

Subtotal
$29.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    31 : 21 : 55

# Chengtuo Direct

Visit the Chengtuo Direct storefront

**81% positive** in the last 12 months (31 ratings)

## About Seller

Chengtuo Direct is committed to providing each customer with the highest standard of customer service.

**Have a question for Chengtuo Direct?**

Ask a question

## Feedback

4.2 out of 5
31 ratings

12 months

31 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 10% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 16% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

" Great "

By Stacey P. on December 4, 2022.

~~" The way they packaged it probably is what destroyed the foam in the seat. "~~

By Deborah H Stangle on November 30, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" The foam in this item has not expanded AT ALL. It is complete useless. I will be returning it. "

By ARdells on November 27, 2022.

" Our small Beagle seems to love the seat. "

By Walt S on November 19, 2022.

" Comfortable dog seat, very quick shipment "

By Rita McGinley on November 18, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xuanenchengtuomaoyiyouxiangongsi
**Business Address:**
沙道沟镇核桃湾村四组十八号
恩施市
宣恩县
湖北省
445512
CN

## Shipping Policies

12/7/22, 9:07 AM    Amazon.com: Domidooog Elevated Comfortable Detachable Washable Dog Car Seat,Pet Bucket Booster Seat for Small Dogs up to 30 lb, in a Front Seats and ...

Case 1:22-CV-24013-RNS  Document 128  Entered on FLSD Docket 12/20/2022  Page 57 of 122





## Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 Add delivery instructions | Change |

| 2 | **Payment method** | VISA Visa ending in 27 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

[ Enter code ]  [ Apply ]

| 3 | **Review items and shipping** |

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 8, 2022** If you order in the next 12 hours and 21 minutes (Details)
Items shipped from Amazon.com



**Domidooog Elevated Dog Car Seat,Pet Bucket Booster Seat Bed for Small Dogs up to 30 lb,for Front Seats and Back Seats,Safety and Comfortable,Fully Detachable and Washable,Easy Cleaning(View I-Black)**
$67.09
& FREE Returns
Qty: 1
Sold by: Chengtuo Direct
🎁 Add gift options

**Choose your Prime delivery option:**
- ● **Tomorrow, Dec. 8**
  FREE One-Day Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  **Some orders may arrive a day early.**
  Change delivery day
- ○ **Thursday, Dec. 15**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

---

[ Place your order ]  **Order total: $71.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar — Order Summary

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $67.09 |
| Shipping & handling: | $0.00 |
| Total before tax: | $67.09 |
| Estimated tax to be collected: | $4.70 |

**Order total: $71.79**

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Defendant No.: **285**

Store Name:  **Nibesser Direct**

Deliver to HILDA
Miami 33142

All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders    1

Subtotal
$47.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime   THURSDAY NIGHT FOOTBALL    07 : 23 : 51

# Nibesser Direct

Visit the Nibesser Direct storefront

**94% positive** in the last 12 months (49 ratings)

## About Seller

Nibesser Direct is committed to providing each customer with the highest standard of customer service.

**Have a question for Nibesser Direct?**

Ask a question

## Feedback

4.8 out of 5    12 months

49 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 6% |
| 3 star | | 4% |
| 2 star | | 0% |
| 1 star | | 2% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

49 total feedbacks in 12 months

"Super happy with this purchase! Good quality"

By Amazon Customer on December 6, 2022.

"Bought it for my daughter's cat, he loves it !"

By Cristine D Matossian on December 2, 2022.

"This bed is really cute and my cat loves it. It is well made and I like that it can unzip after Christmas to be a regular bed"

By Daisy Davis on November 30, 2022.

"Light and great face coverage from the sun"

By 22222pc on November 28, 2022.

"Love it!"

By paulambinus on November 26, 2022.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Hangzhou mouxiao shangmao Co.,ltd
**Business Address:**
   Xihuqu Cuiyuanjiedao Tianmushanlu248hao Huahongdasha2haolou6
   Hang Zhou Shi
   Zhe Jiang Sheng
   310000
   CN

## Shipping Policies

## Other Policies



Deliver to HILDA
Miami 33142

All  Dog Booster Seat

EN  Hello, Hilda
Account & Lists

Returns
& Orders   1

Subtotal
$47.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime THURSDAY NIGHT FOOTBALL   07:24:31

Pet Supplies   Pet Profiles   Dogs   Cats   Fish & Aquatics   Small Animals   Birds   Reptiles   Horses   Deals & Coupons   Pet Care Tips

SWIHELP                    Dog Car Seat                         $17.99  prime

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored

ESSER Dog Car Seats for
all Dogs, Console Dog Car
t, Arm Rest Dog Booster
t Non-Slip Pet Cat Car Seat
e Comfortable Removable
er Safety Tethers Included

the NIBESSER Store
110 ratings

% $35⁹⁹ ($35.99 / Count)
9.99 ⓘ

One-Day
FREE Returns

Exclusive Prime price

Coupon ▭  Apply 10% coupon  Terms

Earn 5% back every day at Amazon with your Prime
Store Card.

Color: Grey Wavy

| | |
|---|---|
| Color | Grey Wavy |
| Material | Polyester |
| Brand | NIBESSER |
| Maximum Weight Recommendation | 13.5 Pounds |
| Strap Type | Adjustable |

Roll over image to zoom in

2 VIDEOS

$35⁹⁹ ($35.99 / Count)

One-Day
FREE Returns

FREE delivery **Tomorrow,
December 9.** Order within **12
hrs 24 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      Nibesser Direct

Return policy: Returnable until
Jan 31, 2023

☐ Add a gift receipt for easy
returns

Add to List

**About this item**

- 🐾 Suitable Size: The size of the dog car seat is 18.9"
  x10.6" x9" (L x W x H).This dog car seat is suitable for
  small dogs under 11 lbs and most cats under
  13.5lbs. On the dog car seat, your pets feel safe and
  there is excellent support for the head, hips, and
  bones. ❤️Note: It only can be placed on the armrest
  of the car or on the armrest of the back seat.Please
  measure the size of your dog and the console before
  purchasing.

- 🐾 Safe and Durable: The console dog car seat is
  made of high-quality polyester-cotton and sponge,
  not easy to deform. The high-density sponge can
  absorb external forces and provide emergency
  braking protection for dogs when the car shakes and
  stops suddenly. It fills with a soft sponge and keeps
  your pet warm and cozy. The design of the bottom is
  non-slip, effectively ensuring pet safety while
  driving.

- 🐾 Upgrade Velcro Design & Super Comfortable:
  Upgraded Velcro straps can fix the seat more firmly
  on the central control,reduced shock of the dog seat.
  It is designed to fit most cars (see the size guide in
  the picture) and can be used both on single arm-rest
  and double arm-rest. You can decide whether to
  unbutton the front button of the console pet car
  seat to unlock the different positions of the dog in
  the pet car armrest seat, making the dog feel more
  comfortable!

Have one to sell?

Sell on Amazon

5% off coupon



F2F Dog Grooming Hammock for...
101
$20⁹⁹  prime

Sponsored

## Checkout (1 item)



| | | |
|---|---|---|
| 1 **Shipping address** |   ████████████  ████████████  MIAMI, FL 33142  Add delivery instructions  🟠 Or pick up near this address - See nearby pickup locations | Change |

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $35.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $35.99 |
| Estimated tax to be collected: | $2.52 |
| **Order total:** | **$38.51** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

| | | |
|---|---|---|
| 2 **Payment method** | VISA **Visa** ending in ██27  **Billing address:** Same as shipping address. | Change |

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

3 **Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> ### Delivery option updated
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Dec. 9, 2022** If you order in the next 12 hours and 22 minutes (Details)
Items shipped from Amazon.com



**NIBESSER Console Dog Car Seat, Arm Rest Dog Booster Seat Dog Car Seats for Small Dogs Non-Slip Pet Cat Car Seat Safe Comfortable Removable Cover Safety Tethers Included**
**$35.99**
Exclusive Prime price
& FREE Returns
[ Qty: 1 ]
Sold by: Nibesser Direct
🎁 Add gift options

**Choose your Prime delivery option:**

🔘 **Tomorrow, Dec. 9**
FREE One-Day Delivery

⚪ **Monday, Dec. 12**
FREE Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
Some orders may arrive a day early.
Change delivery day

⚪ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

**Place your order**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order total: $38.51**

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Defendant No.: **286**

Store Name:  **Nantong Topco Trading Co., Ltd.**

12/8/22, 1:38 AM                Amazon.com Seller Profile: Nantong Topco Trading Co., Ltd.

Case 1:22-cv-24013-RNS   Document 12-8   Entered on FLSD Docket 12/20/2022   Page 64 of 122



# Nantong Topco Trading Co., Ltd.

Visit the Nantong Topco Trading Co., Ltd. storefront

**83% positive** in the last 12 months (18 ratings)

## About Seller

Nantong Topco Trading Co., Ltd. is committed to providing each customer with the highest standard of customer service.

**Have a question for Nantong Topco Trading Co., Ltd.?**

Ask a question

## Feedback

4.6 out of 5

18 ratings

12 months



5 star    83%
4 star    0%
3 star    11%
2 star    0%
1 star    6%

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

18 total feedbacks in 12 months

"Is there a way i can switch the lights was not the colors i expected ?? "

By Chichi on December 6, 2022.

"Product as described "

By patrick w. on December 3, 2022.

"Great product for a great price "

By Santiago on November 27, 2022.

"~~Returned item via UPS on 18 Nov 2022. TrCking DLGcFvJ4RRMA. What is the status I haven't confirmation.~~ "

By J.E. on November 21, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Pleased! "

By Ronald N. on November 11, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Nantong Topco Trading Co., Ltd.-WeiXia
**Business Address:**
　南通市崇川区八仙城四号区二层店面房4211室
　南通市
　崇川区
　江苏省
　226001
　CN

## Shipping Policies



Deliver to HILDA
Miami 33142    All ▾    pet seat

EN ▾    Hello, Hilda
Account & Lists ▾    Returns & Orders    1    Subtotal
$44.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

BAGLHER   BAGLHER Cat Carrier Backpack Bubble - Airline-Approved Dog Backpack Carrier for Small Pets Puppies Dogs Bunny,Space Capsul…   28   $29.99 ✓prime   5% off coupon



Roll over image to zoom in

VIDEO

Sponsored

…OKE Console Dog Car Seat, …teractive Dog Console Car …t with Safety Tether, Travel …ety Seat, Small Pet Car …rier, Great for Small Dogs … Cats

TUOKE    3 ratings

47.99  ($47.99 / Count)

…Returns

…% back every day at Amazon with your Prime Store Card.

**Pattern Name: Black**

| Black $47.99 ($47.99 / Count) | Black and White $45.99 ($45.99 / Count) |
|---|---|

| **Color** | BLACK |
| **Brand** | TUOKE |
| **Strap Type** | Adjustable |
| **Target Species** | Dog |

## About this item

- Multifunctional use: It can be used as a pet car seat, pet carrying bag, and pet outdoor temporary nest. 360-degree high-position panoramic landscape design increases the fun of small pets traveling
- Novel design: safety zipper mesh and anti-escape hook design, easy to appease and control active pets and drive safely. There are stiff and soft padding around to protect pets and effectively reduce the impact of emergencies on pets while driving
- High Quality Material: Double-sided inner pad, suitable for different seasons. All-around bite-resistant waterproof fabric
- Strong practicality: The compact seat design reduces motion sickness caused by shaking. Smooth and durable, it matches the interior of the car better. Detachable design for easy cleaning
- Space upgrade: The pockets on both sides increase the storage space in the car, the bottom anti-slip fabric + elastic fixing belt design, double fixation does not shift, the handle design on both sides, the short-distance travel is easier

Report incorrect product information.

$47.99 ($47.99 / Count)

FREE Returns

FREE delivery **Sunday, December 11.** Order within **12 hrs 29 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   Nantong Topco Tradin…

Details

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List



Have one to sell?

Sell on Amazon



Double Pet Strollers for Dogs and…
542
$193⁵⁴ ✓prime

Sponsored

# Checkout (1 item)



| 1 | **Shipping address** |  MIAMI, FL 33142 Add delivery instructions | Change |

| 2 | **Payment method** | **VISA** Visa ending in 27    Billing address: Same as shipping address. | Change |

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3**    **Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

> ### Delivery option updated
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Dec. 11, 2022** If you order in the next 12 hours and 25 minutes (Details)
Items shipped from Amazon.com



**TUOKE Console Dog Car Seat, Interactive Dog Console Car Seat with Safety Tether, Travel Safety Seat, Small Pet Car Carrier, Great for Small Dogs and Cats (Black)**
**$47.99**
& FREE Returns
Qty: 1
Sold by: Nantong Topco Trading Co., Ltd.
🎁 Add gift options

**Choose your Prime delivery option:**
- ● **Sunday, Dec. 11**
  FREE Prime Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  Some orders may arrive a day early.
  Change delivery day
- ○ **Friday, Dec. 16**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

[ Place your order ]    **Order total: $51.35**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

---

### Order Summary

| | |
|---|---|
| Items: | $47.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $47.99 |
| Estimated tax to be collected: | $3.36 |
| **Order total:** | **$51.35** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

[ Place your order ]
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

# Defendant No.: **287**

# Store Name:  **MOKIMA**

Deliver to HILDA
Miami 33142                    All ▾

EN ▾    Hello, Hilda
Account & Lists ▾    Returns & Orders    1

Subtotal
$44.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    07 : 30 : 19

# MOKIMA

Visit the MOKIMA storefront

**60% positive** lifetime (5 total ratings)

## About Seller

MOKIMA is committed to providing each customer with the highest standard of customer service.

Have a question for MOKIMA?

Ask a question

## Feedback

5 ratings        3.6 out of 5        Lifetime

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 20% |
| 1 star | | 20% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

5 total feedbacks in Lifetime

"Well built, very comfortable for my 11 lbs mini Daschhound. "

By Kayla24 on August 5, 2022.

"This package had already been opened and there are no instructions with the item. "

By Barbara Dupuy on June 14, 2022.

"Very nice dog bed. "

By Maria C. on May 7, 2022.

"Doesn't sit well en the console. "

By Antonieta M. on December 7, 2021.

"This plant stand is small and works well with small potted plants. I have it in front of a sliding door. If you only have regualr window, you will need to place… "

Read more

By Shirley G on October 7, 2021.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Mokima LLC
**Business Address:**
4367 SUN CENTER RD
Mulberry
florida
33860-4524
US

## Shipping Policies

## Other Policies

Amazon.com Seller Profile: DOBLOK

### Help

### Products

[See all products](#) currently offered by the seller.

[Leave seller feedback](#)    [Tell us what you think about this page](#)

Subtotal
**$44.99**



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Sustainability | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Become an Affiliate | Shop with Points | Amazon Prime |
| Investor Relations | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Science | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| | Self-Publish with Us | | Amazon Assistant |
| | Host an Amazon Hub | | Help |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances |
| Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store |
| Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door |
| | PillPack Pharmacy Simplified | Amazon Renewed | | | | |

Dog Car Seat for Comfort and Safe Travel
608 $39.99 prime

Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Roll over image to zoom in

# all Dog Car Seat Pet Armrest oster Car Center Console vel Deluxe Detachable ppy Comfortable Seat with On Leash & Pocket

he MOKIMA Store
46 ratings

99 ($44.99 / Count)

FREE Returns
5% back every day at Amazon with your Prime Card.
Local Business

Pattern Name: **Brown**

| Brown | Grey |
|---|---|
| $44.99 ($44.99 / Count) | $44.99 ($44.99 / Count) |

| | |
|---|---|
| **Color** | Black/ Brown |
| **Brand** | MOKIMA |
| **Maximum Weight Recommendation** | 12 Pounds |
| **Target Species** | Dog |

## About this item

- SAFE: Our dog car Booster seat is a special high-end pet car seat equipped with high-quality seat belts and well protect your dogs/cats. It can be placed on the front or back armrest to increase the intimacy between you and your pet.
- DURABLE: Our dog car booster is made of sturdy material , which is stable in shape and firm, no matter how the dog moves, it is not easy to deform. Your small pets(dogs, cats) can stay by our side, pets can look out the window and into the distance, staying on the console seat can keep them quiet and happy.
- WASHABLE & DETACHABLE: Our dog car booster with Zipper design, it can be completely disassembled by opening the zipper, Removable washable, easy to clean. After you receive the seat, you can unfold the seat, squeeze it appropriately, and squeeze out the shape you want (length * width can float within a certain range).
- PET SMART: Our dog car booster can cling tightly in your car's armrest, the Clip On Hook prevents the pet shaking off our Falling out. Recommended for pets under 12 lbs. Only for small pets, not suitable for fat and large pets (Below 8 lbs. is the most suitable). Pet length is not recommended to exceed 13.4 inches, the width does not exceed 6.3 inches.

$44.99 ($44.99 / Count)

FREE Returns

FREE delivery **Saturday, December 10**. Order within 8 hrs 31 mins

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by MOKIMA
Packaging Shows what's inside. It…

Details

Return policy: Returnable until Jan 31, 2023

Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

Savings & Sales

**Raised booster with a view. Help with carsickness.**
Save 26%
NOVOLAB Puppy Car Seat Upgrade …
1,128
$36.99 $49.99 prime
Sponsored



Defendant No.: **288**

Store Name:  **PetsClub Store**



12/19/22, 1:28 AM
Puppy Travel Car Carrier Bed Car Armrest with Removable Washable Cover Dog Car Safety Seats for Cat and Small Dog Acce...

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 73 of 122



Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

**PetsClub Store**
91.9% Positive feedback
**+ Follow**
**3855** Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback



Puppy Travel Car Carrier Bed Car Armrest with Removable Washable Cover Dog Car Safety Seats for Cat and Small Dog Accessories

## US $26.85 ~~US $48.82~~ -45%

US $3.00 off Orders over US $4.00  Get coupons

Color: plant pattern



Quantity:
− 1 +  Additional 5% off (5 Pieces or more)
500 Pieces available

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on **Jan 15**

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee

---

## PetsClub Store

**PetsClub Store**
91.9% Positive Feedback
3855 Followers
💬 Contact
+ Follow   Visit Store



US $5.11   US $4.92   US $10.34   US $8.18   US $12.46   US $9.79

Store Categories

▾ Festive party supplies
  Christmas Decorations
  Other
▸ Dog Supplies
  Dog Bed
  Dog Clothes
  Dogs Training
  Dog Toys
  Dog Boots
  Dog Cleaning Supplies
  Dog Hat
  Feeding supplies
  Dog Glasses
  Dog Fences

**DESCRIPTION**  CUSTOMER REVIEWS (0)  SPECIFICATIONS

Report Item



Defendant No.: **289**

Store Name:  **lucosiu**





Deliver to HILDA
Miami 33142
All
EN
Hello, Hilda
Account & Lists
Returns
& Orders
1
Subtotal
$24.84

All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video

THURSDAY NIGHT FOOTBALL 07 : 35 : 43

# lucosiu

Visit the lucosiu storefront

**100% positive** lifetime (12 total ratings)

## About Seller

lucosiu is committed to providing each customer with the highest standard of customer service.

**Have a question for lucosiu?**

Ask a question

## Feedback

4.9 out of 5
12 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 92% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

12 total feedbacks in Lifetime

“no probelm with seller only prooduct. it sucks! ”

By Tommisue Sparks on December 7, 2022.

“It's great ”

By Melissa Bean on December 7, 2022.

“~~haven't received my refund and I'm super * off.~~ ”

By Amazon Customer on November 23, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

“Good customer service ”

By Amazon Customer on November 15, 2022.

“Item just as described. I'd Highly recommend! ”

By Manuel E on October 11, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** danyangshidingshengbaihuomaoyiyouxiangongsi
**Business Address:**
jinglincunbuweiwancun70-1
danyangshiquajiedao
zhenjiangshi
jiangsusheng
212324
CN

## Shipping Policies

## Other Policies

Deliver to HILDA
Miami 33142

All ▾   pet seat

EN ▾   Hello, Hilda
Account & Lists ▾

Returns
& Orders   1

Subtotal
$24.84

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

prime THURSDAY NIGHT FOOTBALL   07 : 36 : 01

Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets Up t...   Save 37%   678   $37.99 $59.99 ✔prime   Savings & Sales   Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



Roll over image to zoom in

## Small Dog Car Booster Seat on Car Armrest for Small Pets, Removable Washable Pet Center Console Travel Carrier Cat Pet Accessories

Brand: LUCOSIU

11 ratings

**$39.99** ($39.99 / Count)

One-Day

FREE Returns

Earn 5% back every day at Amazon with your Prime Store Card.

**Color: Grey**

| | |
|---|---|
| **Color** | Grey |
| **Brand** | LUCOSIU |
| **Maximum Weight Recommendation** | 12 Pounds |
| **Target Species** | Dog |

### About this item

- SMALL DOG CAR SEAT: It is a car seat for small dogs, which solves the problem of no pet seat in the car when traveling. It's recommended for small pets and it can fit up to a dog or cat that the back length less than 13 inches and weight less than 13lbs
- INTERACTION SAFETY SEAT: The pet car seat equipped with high-quality seat belts and well protect your dogs or cats. It can be placed on the armrest in the car, or on the armrest of the back seat to increase the intimacy between the pet and you, Your pet can enjoy the scenery and have enough security.
- PREVENTS DISTRACTED DOG CAR SEAT: The booster car seat is made of sturdy material, which is stable in shape and firm, no matter how the dog moves, it is not easy to deform. Equipped with a pet harness hook to prevent your pet from running out. While ensuring the safety of pets, prevent pets from disturbing driving.
- SAVE SPACE: With our pet booster seat for car, the car space will no longer be occupied (especially the space car), you can touch or watch your pet at any time, and you can also sit on the copilot to feed him
- AFTER SALE: Please confirm that the distance between the two seats should be greater than 19 cm (most cars can achieve it). If you have any questions after receiving the item, please feel free to contact us and we will reply within 24 hours.

### Customer ratings by feature

Easy to install   5.0

**$39.99** ($39.99 / Count)

One-Day

FREE Returns

FREE delivery **Tomorrow, December 9.** Order within **6 hrs 21 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   lucosiu

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



PAW BRANDS PupProtector Car Seat Cover

26

$44.00 ✔prime

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** | MIAMI, FL 33142<br>Add delivery instructions | Change |
|---|---|---|---|

**2  Payment method**

VISA  Visa ending in ████27                        Change

**Billing address:** Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Review items and shipping**

> **Before you place your order:**
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

> **Get a $2 digital reward with FREE No-Rush Shipping.**
> Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 9, 2022** If you order in the next 6 hours and 20 minutes (Details)
Items shipped from Amazon.com



**Small Dog Car Booster Seat on Car Armrest for Small Pets, Removable Washable Pet Center Console Travel Carrier Cat Pet Accessories**
**$39.99**
& FREE Returns
Qty: 1
Sold by: lucosiu
🎁 Add gift options

**Choose your Prime delivery option:**

○ **Tomorrow, Dec. 9**
FREE One-Day Delivery

○ **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

○ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

**Place your order**

**Order total: $42.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$42.79** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **290**

Store Name:  **LiuFJJMY**



Deliver to HILDA Miami 33142 | All | EN | Hello, Hilda Account & Lists | Returns & Orders | 1 | Subtotal $39.99

All | Epic Deals | Holiday Gift Guide | Customer Service | Buy Again | Prime Video | prime THURSDAY NIGHT FOOTBALL 07 : 39 : 53

# LiuFJJMY

Visit the LiuFJJMY storefront

**58% positive** in the last 12 months (12 ratings)

## About Seller

LiuFJJMY is committed to providing each customer with the highest standard of customer service.

**Have a question for LiuFJJMY?**

Ask a question

## Feedback

3.3 out of 5

12 ratings

12 months

| Rating | Percent |
|---|---|
| 5 star | 58% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 42% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

12 total feedbacks in 12 months

"Got here sooner than I thought. Alot for the money. Works great with my sand in my reptile tank. Thank you"

By April Waters on December 1, 2022.

"Terrible!"

By TGrayer on November 21, 2022.

"This seller advertised someone else wig and sent a synthetic wig terrible company"

By Devita Williams on October 20, 2022.

"This company has done nothing and Amazon as well as the company knows the item is wrong and refuse to refund my money, I am very unhappy, poor business skills"

By Paula A. on October 18, 2022.

"was not human hair, SCAM"

By Tiffany on October 5, 2022.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** quang zhou ju ji mao yi you xian gong si

12/8/22, 9:51 AM Amazon.com: Armrest Dog Cat Car Seat, Dog Travel Crate,Center Console Small Dog Travel Booster Seat, Pet Puppy Cats Sea…

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 81 of 122

Deliver to HILDA
Miami 33142 | All ⌄ | Dog Booster Seat | EN | Hello, Hilda
Account & Lists ⌄ | Returns
& Orders | 1

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video   | prime THURSDAY NIGHT FOOTBALL | 07 : 41 : 28

Toys & Games   Holiday Toy List   Shop by Age   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys

Yokee | Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets Up t… | Save 37% | 678 | $37.99 $59.99 ✓prime | Savings & Sales | Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



Roll over image to zoom in

# Armrest Dog Cat Car Seat, Dog Travel Crate,Center Console Small Dog Travel Booster Seat, Pet Puppy Cats Seats Waterproof Comfortable Removable with Tether, Dog Travel Carriers,Dog Travel Cage

Brand: ESiiFuu

## $24.84

**Earn 5% back every day at Amazon** with your Prime Store Card.

Extra Savings Promotion Available
1 Applicable Promotion

| Color | 植物图案+规格:42*23*240.7 |
| --- | --- |
| Material | Polyester |
| Brand | ESiiFuu |
| Item Dimensions LxWxH | 16.54 x 9.06 x 9.45 inches |
| Maximum Weight Recommendation | 12 Pounds |

## About this item

- With our pet seat, you can save space in the car. You can touch your pet at any time, or you can sit on the co-pilot and feed him snacks. (Be careful not to distract the driver, please always drive carefully.)
- It can be placed on the armrest box in the front or on the armrest in the back seat to increase the intimacy between your pet and you, so that your cute pet will have enough sense of security while enjoying the scenery.
- The exterior of this center console pet cushion is made of polyester cloth, and the interior is filled with cotton. The zipper design can be folded for easy cleaning. The green plant prints are cute and lively, suitable for kittens and puppies under 12 pounds.
- Our dog car seats are equipped with seat belts to help them stay in place safely. It protects your pet dogs well and ensures their safety in the seat. Don't worry about pets disturbing you while driving, so it also helps to improve your driving safety.
- The size of the pet seat is 43*23*24cm. Measure the size of your center console before purchasing.

Report incorrect product information.

## Higher rated item to consider

Amazon's Choice ▶

$24.84

FREE delivery **December 30 - January 24**. Details

Or fastest delivery **December 14 - 19**. Details

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   LiuFJJMY
Sold by   LiuFJJMY

Return policy: Returnable until Jan 31, 2023

Add to List

Add to Registry & Gifting

Have one to sell?

Sell on Amazon

Savings & Sales



Yokee
PET SUPPLY

**Save 46%**
Yokee Dog Car Seat, Fully Detachabl…
678
$37.99 $70.99 ✓prime

Sponsored

# Checkout (1 item)



| | | |
|---|---|---|

**1** **Shipping address**



MIAMI, FL 33142
Add delivery instructions

**Change**

**2** **Payment method**

VISA **Visa** ending in ⬛27

Billing address: Same as shipping address.

**Change**

Add a gift card or promotion code or voucher

Enter code    **Apply**

**3** **Review items and shipping**

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 30, 2022 - Jan. 24, 2023**
Items shipped from LiuFJJMY



**Armrest Dog Cat Car Seat, Dog Travel Crate,Center Console Small Dog Travel Booster Seat, Pet Puppy Cats Seats Waterproof Comfortable Removable with Tether, Dog Travel Carriers,Dog Travel Cage**
ESiiFuu
**$24.84**

Qty: 1

Sold by: LiuFJJMY

Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**

○ **Wednesday, Dec. 14 – Monday, Dec. 19**
$29.99 - Expedited Shipping

● **Friday, Dec. 30 – Tuesday, Jan. 24**
FREE Standard Shipping

**Place your order**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

**Order total: $26.58**



**Place your order**

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| | |
|---|---|
| Items: | $24.84 |
| Shipping & handling: | $0.00 |
| Total before tax: | $24.84 |
| Estimated tax to be collected:* | $1.74 |
| **Order total:** | **$26.58** |

**How are shipping costs calculated?**
**Why didn't I qualify for Prime Shipping?**

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **291**

Store Name:  **Gowgelit**

Deliver to HILDA
Miami 33142

All ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders

1

EN ▾

Subtotal
$49.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime  THURSDAY NIGHT FOOTBALL   30 : 49 : 10

# Gowgelit

Visit the Gowgelit storefront

Just launched   No feedback yet

## About Seller

Gowgelit is committed to providing each customer with the highest standard of customer service.

Have a question for Gowgelit?

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Ganzhou Jutao Maoyi Youxian Gongsi
**Business Address:**
荔湾区花地街道
恒荔湾畔A2-1908
广州市
广东省
510370
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback   Tell us what you think about this page

## More items to explore



Deliver to HILDA Miami 33142 | All ▾ | Dog Booster Seat | EN ▾ | Hello, Hilda Account & Lists ▾ | Returns & Orders | Subtotal $49.99

All  Epic Deals  Holiday Gift Guide  Customer Service  Buy Again  Prime Video

Pet Supplies  Pet Profiles  Dogs ▾  Cats ▾  Fish & Aquatics ▾  Small Animals ▾  Birds ▾  Reptiles ▾  Horses ▾  Deals & Coupons  Pet Care Tips

PAW BRANDS PupProtector Car Seat Cover  26  $44.00 ✓prime

Dog Car Seat on Central Console Armrest, Pet Car Seat with Seat Belt and Harness, Anti-Collapse Small Dog Car Seat, Detachable Dog Booster Seat for Most Cars

Brand: Gowgelit

$67.99 ($67.99 / Count)

FREE Returns

Earn 5% back every day at Amazon with your Prime Store Card.

Roll over image to zoom in

## Enhance your purchase

**Payment plans**
2 options from $11.33/mo (6 mo) with 0% APR

One-time payment
$67.99

**Amazon Store Card** (ending with 6573)  Learn more
$11.33/mo (6 mo) Interest: $0.00 (0% APR)
- Cannot be combined with any % back
- Financing option applies to final order total amount

**Affirm** (approval required)  Learn more
$12.35/mo or less (6 mo) (10-30% APR)
- Checking your eligibility will not affect your credit
- Payment plan applies to entire cart
- No late fees

Compare all 2 plans

| Color | Gray |
| --- | --- |
| Material | Cotton |
| Brand | Gowgelit |
| Item Dimensions LxWxH | 16.54 x 7.87 x 8.66 inches |
| Maximum Weight Recommendation | 13 Pounds |

## About this item
- 【Safe & Stable】: There are 2 slipping-resistant straps for safety and stability, and EPE foam sides for strong cushioning and shockproof capabilities.

Sponsored

$67.99 ($67.99 / Count)

FREE Returns

FREE delivery **Friday, December 9**. Order within **11 hrs 52 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  Amazon
Sold by  Gowgelit

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon



$8 off coupon

Dog Car Seat, Pet Booster Seat for...  108
$86.99 ✓prime

Sponsored



# Checkout (1 item)

| 1 | **Shipping address** |  | Change |
|---|---|---|---|

MIAMI, FL 33142
Add delivery instructions

| 2 | **Payment method** | VISA **Visa** ending in ⬛27 | Change |

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code    Apply

**3    Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

> ### Delivery option updated
> Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Dec. 9, 2022** If you order in the next 11 hours and 47 minutes (Details)
Items shipped from Amazon.com



**Dog Car Seat on Central Console Armrest, Pet Car Seat with Seat Belt and Harness, Anti-Collapse Small Dog Car Seat, Detachable Dog Booster Seat for Most Cars**
$67.99
& FREE Returns

Qty: 1

Sold by: Gowgelit

🎁 Add gift options

**Choose your Prime delivery option:**
- ○ **Friday, Dec. 9**
  FREE Prime Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  **Some orders may arrive a day early.**
  Change delivery day
- ○ **Thursday, Dec. 15**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  Details

Place your order

**Order total: $72.75**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

### Order Summary (sidebar)

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Items: | $67.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $67.99 |
| Estimated tax to be collected: | $4.76 |
| **Order total:** | **$72.75** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **292**

Store Name:  **guixiulindianzi**

Deliver to HILDA
Miami 33142

All ▾

EN ▾    Hello, Hilda
Account & Lists ▾    Returns & Orders    🛒 1

Subtotal
$67.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    30 : 45 : 10

# guixiulindianzi

Visit the guixiulindianzi storefront

**70% positive** lifetime (10 total ratings)

## About Seller

guixiulindianzi is committed to providing each customer with the highest standard of customer service.

**Have a question for guixiulindianzi?**

[ Ask a question ]

## Feedback

3.8 out of 5    [ Lifetime ]

10 ratings

**10 total feedbacks in Lifetime**

| | | |
|---|---|---|
| 5 star | ▬▬▬▬ | 70% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▬ | 30% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

"Really nice little petite bows! Very impressed with these cute little bows! Well made, lots of adhesive on the sticky tab. The little bows really accent my smal…"
Read more
By Audrey on July 21, 2022.

"Which it were a little sturdier but for the price it is good"
By C L on July 4, 2022.

"I like it"
By Diane Meserve on May 1, 2022.

"The first order was defected and I request a replacement but I never received it. Probably not the sellers fault but it's very inconvenient. They said they refu…"
Read more
By Julie on April 26, 2022.

"Beautiful polished pieces!"
By Gerald B. on April 11, 2022.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

**Detailed Seller Information**

12/7/22, 11:24 AM    Amazon.com: Ruluti Car Pet Safety Seat Auto Seat Center Console Dog Cat Nest Pad Portable Removable Pet Carrier Bag Puppy Bo...

Case 1:22-cv-24013-RNS Document 18-8 Entered on FLSD Docket 12/20/2022 Page 89 of 122

Deliver to HILDA
Miami 33142

All ▾    Dog Booster Seat

EN ▾    Hello, Hilda
Account & Lists ▾

Returns
& Orders    1

Subtotal
$67.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime  THURSDAY NIGHT FOOTBALL    30 : 47 : 02

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improve

Yokee Small Dog Booster Seat - Dog Booster Seats for Small Dogs Console Dog Car Seat Middle Console Doggie Car Seat Pet Car Booster Seat Puppy Travel Car Carrier Bed    45    $45.99 ✔prime

Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



Roll over image to zoom in



# Car Pet Safety Seat Auto Seat Center Console Dog Cat Nest Pad Portable Removable Pet Carrier Bag Puppy Booster for Automobile

Brand: Ruluti

$35.28

**Earn 5% back every day at Amazon**
with your Prime Store Card.

| Color | Grey |
| --- | --- |
| Material | Polyester |
| Brand | Ruluti |
| Item Dimensions LxWxH | 5 x 5 x 5 inches |

## About this item

- It can effectively reduce the bumps caused by the collision between pets and the seat, their safety during travel, and reduce.
- The size of the car pet safety seat is 40*22*20cm, and the structure is exquisite and just fits into the position of the car center console. It is specially designed for small dogs and cats.
- Keeping your dog in your lap while driving is not safe, but with these dog car seats you can knowing your pup is safe and comfortable in his safety dog car seat.
- The ultra-wide-angle field of view can make your pet more at ease,reduce the of riding a car.

Report incorrect product information.

$35.28

$9.99 delivery **December 29 - January 23**. Details

**Arrives after Christmas**. Need a gift sooner? Send an Amazon Gift Card instantly by email or SMS.

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    guixiulindianzi
Sold by    guixiulindianzi

Return policy: Returnable until Jan 31, 2023

Add to List

Have one to sell?

Sell on Amazon



Yokee Small Dog Booster Seat - Do...
45
$45.99 ✔prime

Sponsored

    10% off coupon

Yokee Small Dog Booster Seat - Dog Booster Seats for Small Dogs Console Dog Car Seat Middle Console Doggi...
45
$45.99 ✔prime

Sponsored

## Checkout (1 item)



| 1 | **Shipping address** | <br>MIAMI, FL 33142<br>Add delivery instructions | Change |

| 2 | **Payment method** |  **Visa** ending in 27<br>Billing address: Same as shipping address. | Change |

Add a gift card or promotion code or voucher

| Enter code | Apply |

3    **Review items and shipping**

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 29, 2022 - Jan. 23, 2023**
Items shipped from guixiulindianzi

 **Car Pet Safety Seat Auto Seat Center Console Dog Cat Nest Pad Portable Removable Pet Carrier Bag Puppy Booster for Automobile**
**$35.28**
Qty: 1
Sold by: guixiulindianzi
Not eligible for Amazon Prime (Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec. 29 - Monday, Jan. 23**
$9.99 - Standard Shipping

---

| **Place your order** | **Order total: $47.74**<br>By placing your order, you agree to Amazon's privacy notice and conditions of use. |

### Order Summary (sidebar)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $35.28 |
| Shipping & handling: | $9.99 |
| Total before tax: | $45.27 |
| Estimated tax to be collected:* | $2.47 |
| **Order total:** | **$47.74** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **293**

Store Name:  **Hakimroom**

# Hakimroom

Visit the Hakimroom storefront

★★★★½  |  **89% positive** lifetime (294 total ratings)

## About Seller

Hkim is a motorcycle bag supplies business established in 2015 in Guangdong, China. We specialize in motorcycle and dirtbike bag products.we have made great success in the first 3 years, and we will continued to grow at a rapid pace and are on track to launch several new product lines every year.

### Have a question for Hakimroom?

Ask a question

## Feedback

★★★★☆  4.5 out of  5
294 ratings

Lifetime ▾

**294 total feedbacks in Lifetime**

| | |
|---|---|
| 5 star | 79% |
| 4 star | 10% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 8% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

★★★★☆  " Good bag for the price. "
By Jeff on September 18, 2022.

★★★★★  " Nice product. It is smaller than I visioned. Only down side is that you have to unclip bag to expand "
By Bob on September 14, 2022.

★★★★☆  " Good size "
By Jeffery Jefferson on August 6, 2022.

★★★★☆  " nice product, just missing some parts "
By Amazon Customer on July 15, 2022.

★★★★★  " Larger than expected, easy to install, would buy again "
By Dan Samudiooooo on July 13, 2022.

Previous  Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshilejiemaoyiyouxiangongsi





Roll over image to zoom in



## Meago Dog Cat Booster Seat on Car Armrest Box Perfect for Small Pet, Suitable for Most Car Deluxe Interactive Pet Seat (Beige)

Brand: Meago

⭐⭐⭐☆☆ ▼    9 ratings

$39⁹⁰

✓prime

FREE Returns ▼

 Searching 🔲 S+

Thank you for being a Prime member. Get a $150 Gift Card: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

**Pattern Name: White**

| Plaid | White |
|---|---|
| $41.90 | $39.90 |
| ✓prime | ✓prime |

| | |
|---|---|
| **Color** | Beige |
| **Material** | Polyester |
| **Brand** | Meago |
| **Maximum Weight Recommendation** | 13.3 Pounds |
| **Strap Type** | Adjustable |

### About this item

- This is a dog car seat for small dogs. It can be placed on the armrest in the car. Or on the armrest of the back seat to increasing the intimacy between the pet and you. Your pet can enjoy the scenery and have enough security.
- This dog car seat has 2 fixing straps. It allows the seats more fits tightly on the car armrest to prevent shaking and falling off, improve stability and better protect the safety of your dog.
- The Pet car seat is made from waterproof high strength pure cotton, which is hypoallergenic and does not contain any toxic or harmful materials. Zipper design can be separated for easy cleaning.
- With this pet car seat, the car space will no longer be occupied (especially the space car), you can touch or watch your pet at any time, and you can also sit on the co-pilot to feed it.
- This Pet seat can cling tightly to your Car armrest, suitable for size: dog with back length less than 40cm (15.7 inches)and weight less than 5.5kg(12.15lb), or cat less than 6kg (13.3lb)
- Special features: Adjustable

⚑ Report incorrect product information.

**Buy it with**



$39⁹⁰

✓prime

FREE Returns ▼

FREE delivery **Saturday, December 24.** Order within **12 hrs 29 mins**

**Arrives before Christmas**

📍 Deliver to Felipe - Miami 33156

**In Stock.**

Qty: 1 ▼

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by    Hakimroom
Packaging    Shows what's inside. It...

Details

Return policy: Returnable until Jan 31, 2023 ▼

☐ Add a gift receipt for easy returns

Add to List ▼

Add to Baby Registry

Add to Registry & Gifting ▼

Have one to sell?

Sell on Amazon

## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | ▇▇▇▇▇▇▇ <br> MIAMI, FL 33142 <br> Add delivery instructions | Change |

**2** **Payment method**  VISA ▇▇▇▇▇▇▇  Change

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

**3** **Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Delivery: Dec. 8, 2022** If you order in the next 3 hours and 55 minutes (Details)
Items shipped from Amazon.com



**Meago Dog Cat Booster Seat on Car Armrest Box Perfect for Small Pet, Suitable for Most Car Deluxe Interactive Pet Seat (Beige)**
$57.99
& FREE Returns
Qty: 1
Sold by: Hakimroom

[ 🎁 Add gift options ]

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose a delivery option:**

◉ **Tomorrow, Dec. 8**
FREE One-Day Delivery

○ **Monday, Dec. 12**
FREE Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

○ **Thursday, Dec. 15**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

[ Place your order ] **Order total: $62.05**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

#### Order Summary

| | |
|---|---|
| Items: | $57.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $57.99 |
| Estimated tax to be collected: | $4.06 |
| **Order total:** | **$62.05** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **294**

Store Name:  **Healnat**

Previous **Next**

Hello
Select your address

All

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

All   Epic Deals   Holiday Gift Guide   Gift Cards   Best Sellers   Amazon Basics

prime   THURSDAY NIGHT FOOTBALL   08 : 38 : 19

# Healnat

Visit the Healnat storefront

**100% positive** in the last 12 months (36 ratings)

## About Seller

Healnat is committed to providing each customer with the highest standard of customer service.

**Have a question for Healnat?**

Ask a question

## Feedback

"Kinda a flimsy. Beats nothing I guess. "

By Mitchell on December 4, 2022.

"Little thin, but serves its purpose "

By Amazon Customer on December 3, 2022.

"Prompt delivery and item as described. "

By Lucy on November 21, 2022.

"very good great product "

By Kindle Customer on November 17, 2022.

"I can't wait to put this under my kitchen sink to give me peace of mind about water leaks. I like the fact that you can put this around the sink pipes. "

By luv2sew56 on November 11, 2022.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | 100% | 100% | 100% | 87% |
| Neutral | 0% | 0% | 0% | 2% |
| Negative | 0% | 0% | 0% | 11% |
| Count | 6 | 19 | 36 | 84 |

Previous Next

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Tinton,LLC
**Business Address:**
中央美域5栋201室
合肥市
蜀山区
安徽省
230000
CN

12/8/22, 1:25 PM Amazon.com : Console Dog Car Seat Booster- for Small Dog Cat Puppy Under 13.5lb, Middle Console Armrest Doggy Trav...

Case 1:22-cv-24013-RNS Document 128 Entered on FLSD Docket 12/20/2022 Page 97 of 122







Roll over image to zoom in

     

3 VIDEOS

Console Dog Car Seat et Booster - for Small og Cat Puppy Under 3.5lb, Middle Console rmrest Doggy Travel ed Front Carseats arrier Bag for nihuahua, Shih tzu, rkie, Poodle, achshund

and: HEALNAT

77 ratings

al

5% $36^{74} ($36.74 / Count)

$48.99

REE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Pattern Name: **Black with Pattern**

| Black with Pattern |
| $36.74 |
| ($36.74 / Count) |

| Striped |
| $36.70 |
| ($36.70 / Count) |

| Color | black |
| Brand | HEALNAT |
| Maximum Weight Recommendation | 13.5 Pounds |
| Strap Type | Adjustable |
| Target Species | Dog |

### About this item

- SAFE PET TRAVEL: Protect your furbaby with his/her own car seat. Includes soft pillow to cushion your pet, comfy and has a leash/collar strap to keep your dog in place, provides security and stability to relieve anxiety and motion sickness in the car.
- ROOMY AND STURDY: The pet carseats for small dogs under 13.5lb. He/she would love the middle console elevated seat next to you. He was able to snuggle at the bottom of the seat to sleep for trip if he/she is under 8.8lbs (4kg) .

$36^{74} ($36.74 / Count)

FREE Returns

FREE delivery **Wednesday, December 14**

Or fastest delivery **Sunday, December 11**. Order within **13 hrs 40 mins**

**Arrives before Christmas**

Select delivery location

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from   Amazon
Sold by      Healnat
Packaging    Shows what's inside. It...

Details

Return policy: Returnable until Jan 31, 2023

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | [black bar] <br> MIAMI, FL 33142 <br> Add delivery instructions |

Change

| | | |
|---|---|---|
| **2** | **Payment method** | VISA Visa ending in ████7 |

Change

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code    Apply

**3**   **Review items and shipping**

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

**Get a $2 digital reward with FREE No-Rush Shipping.** Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 11, 2022** If you order in the next 13 hours and 36 minutes (Details)

Items shipped from Amazon.com



**Console Dog Car Seat Pet Booster - for Small Dog Cat Puppy Under 13.5lb, Middle Console Armrest Doggy Travel Bed Front Carseats Carrier Bag for Chihuahua, Shih tzu, Yorkie, Poodle, Dachshund (Black)**

**$36.74**
& FREE Returns

Qty: 1

Sold by: Healnat

Add gift options

**Item arrives in packaging that shows what's inside. To hide it, choose Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**

◉ **Sunday, Dec. 11**
   FREE Prime Delivery

○ **Monday, Dec. 12**
   FREE  Amazon Day Delivery
   Get your orders together in fewer boxes and deliveries.
   **Some orders may arrive a day early.**
   Change delivery day

○ **Friday, Dec. 16**
   FREE No-Rush Shipping
   Get a $2 reward for select digital purchases. One reward per purchase.
   Details

---

**Place your order**

**Order total: $39.31**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $36.74 |
| Shipping & handling: | $0.00 |
| Total before tax: | $36.74 |
| Estimated tax to be collected: | $2.57 |
| **Order total:** | **$39.31** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

Defendant No.: **295**

Store Name:  **INKUISI**

Amazon.com Seller Profile: INKUISI

Deliver to HILDA
Miami 33142

All ▾

EN ▾  Hello, Hilda
Account & Lists ▾

Returns
& Orders  4

Subtotal
$97.84

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime THURSDAY NIGHT FOOTBALL   08 : 31 : 33

# INKUISI

Visit the INKUISI storefront

**80% positive** in the last 12 months (50 ratings)

## About Seller

INKUISI is committed to providing each customer with the highest standard of customer service.

**Have a question for INKUISI?**

Ask a question

## Feedback

4.2 out of 5

12 months

50 ratings

50 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 8% |
| 3 star | | 4% |
| 2 star | | 4% |
| 1 star | | 12% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

" Packaged well, fast delivery! "
By Kim M on December 7, 2022.

" No issues - quick delivery "
By Mallory R. on December 5, 2022.

" Arrived as promised "
By Stephen G. Carl on December 5, 2022.

" Bought for a gift "
By Louise Roman on December 5, 2022.

" Just what I wanted at a great price. "
By KATHLEEN MCGOWAN on November 24, 2022.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xiamen jimeiqu yingkuisi wangluokejiyouxiangongsi
**Business Address:**
珩源路535号204室
厦门市
集美区
福建省
361021
CN

## Shipping Policies

## Other Policies

Help

Deliver to HILDA Miami 33142 | All | Dog Booster Seat | EN | Hello, Hilda Account & Lists | Returns & Orders | 4

All | Epic Deals | Holiday Gift Guide | Customer Service | Buy Again | Prime Video | prime THURSDAY NIGHT FOOTBALL 08 : 32 : 24

Pet Supplies | Pet Profiles | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Deals & Coupons | Pet Care Tips

Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets U… Save 46% 678 $37.99 ~~$70.99~~ prime Savings & Sales

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored

Roll over image to zoom in

VIDEO

# …CONG Dog Car Seats for …ll Dogs, Center Console …s and Cats Car Seat with …d Velcro and Safety Tethers …to 12 Lbs, Detachable and …hable Dog Booster Seat …able for Most Family Cars

…e NEECONG Store

$32.99 ($32.99 / Count)

Coupon: Apply 40% coupon Terms

**Earn 5% back every day at Amazon** with your Prime Store Card.

| | |
|---|---|
| **Color** | Grey |
| **Material** | Polyester |
| **Brand** | NEECONG |
| **Item Dimensions LxWxH** | 17 x 9.8 x 8.4 inches |
| **Maximum Weight Recommendation** | 12 Pounds |

$32.99 ($32.99 / Count)

FREE Prime delivery **December 15 - 19**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by INKUISI

Return policy: Returnable until Jan 31, 2023

Add a gift receipt for easy returns

Add to List

## About this item

- 【Solve anxiety】Most pets are not used to taking cars. They will be anxious if left in the back seat. Pet safety seats are designed to let your dog accompany in a position closer to the owner. And pets can enjoy the scenery and have enough security.
- 【Suitable for small pets】Recommendation: Dog weighing less than 12 pounds, cat weighing less than 13 pounds. This is a pet car booster seat. Due to individual differences in pet, please measure your pet's back length and other dimensions before purchasing.
- 【Product composition】The side is made of wear-resistant and waterproof Oxford fabric, the filler is high-quality PP cotton, anti slip rubber is set at the bottom and HOOk&LOOP prevent shaking off and droping out.
- 【Detachable and washable】This dogs seats is detachable and washable. The zipper design is removable and easy to clean. Usually, the cushion is easy to get dirty, so it is necessary to be removable for cleaning.
- 【Best Service】Please read the pictures carefully and instructional video. Provides a true satisfaction guarantee and don't hesitate to contact us if there is any problem.

Report incorrect product information.

Have one to sell?

Sell on Amazon

5% off coupon

F2F Dog Grooming Hammock for…
101
$20.99 prime
Sponsored

## Higher rated item to consider



# Checkout (1 item)



| **1** | **Shipping address** | <br>MIAMI, FL 33142<br>Add delivery instructions<br>🔶 Or pick up near this address - See nearby pickup locations | Change |
|---|---|---|---|

| **2** | **Payment method** | **VISA** Visa ending ████27<br>Billing address: Same as shipping address. | Change |
|---|---|---|---|

Add a gift card or promotion code or voucher

| Enter code | Apply |
|---|---|

## 3 Review items and shipping

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.



**Earn 5% back every day at Amazon with your Prime Store Card.**  [ Learn more ]

**Estimated delivery: Dec. 15, 2022 - Dec. 19, 2022**

Items shipped from Amazon.com



**NEECONG Dog Car Seats for Small Dogs, Center Console Dogs and Cats Car Seat with Fixed Velcro and Safety Tethers Up to 12 Lbs, Detachable and Washable Dog Booster Seat Suitable for Most Family Cars**

**$32.99** Prime FREE Delivery

Qty: 1

Sold by: INKUISI

[ 🎁 Add gift options ]

**Choose your Prime delivery option:**

🔘 **Thursday, Dec. 15 - Monday, Dec. 19**
FREE Prime Delivery

---

[ Place your order ]

**Order total: $35.30**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $32.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $32.99 |
| Estimated tax to be collected: | $2.31 |
| **Order total:** | **$35.30** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant No.: **296**

Store Name:  **Lingqi US**

12/8/22, 3:23 AM      Amazon.com Seller Profile: Lingqi US

Deliver to HILDA
Miami 33142   All

EN   Hello, Hilda
Account & Lists   Returns
& Orders   1

Subtotal
$39.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL   07 : 42 : 48

# Lingqi US

Visit the Lingqi US storefront

**100% positive** lifetime (3 total ratings)

## About Seller

Lingqi US is committed to providing each customer with the highest standard of customer service.

Have a question for Lingqi US?

Ask a question

## Feedback

3 ratings

5 out of   5    Lifetime

3 total feedbacks in Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"This is absolutely darling!!! It is a quality made dog carrier. Delivered fast. It's perfect!!! "

By Sheri orrick on October 24, 2022.

"Love it ,hope my dog does too "

By Kindle Customer on September 9, 2022.

"Love it and my dog actually likes it also "

By Ashley on September 4, 2022.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yiwu Lingqi Jewelry Co., Ltd.
**Business Address:**
江南三小区62幢2单元302室
义乌市
江东街道
浙江省
322000
CN

## Shipping Policies

## Other Policies

## Help

12/8/22, 2:43 PM · Amazon.com: Dog Seat for Car Armrest Pet Booster Car Seat Dog Carseat,Middle Console Puppy Car Seat for Small …

Case 1:22-cv-24013-RNS · Document 12-9 · Entered on FLSD Docket 12/20/2022 · Page 105 of 122



Deliver to HILDA
Miami 33142

All | pet seat

EN

Hello, Hilda
Account & Lists

Returns
& Orders    1

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

Pet Supplies   Pet Profiles   Dogs   Cats   Fish & Aquatics   Small Animals   Birds   Reptiles   Horses   Deals & Coupons   Pet Care Tips

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored



Roll over image to zoom in



Seat for Car Armrest Pet
Booster Car Seat Dog
Seat,Middle Console
ppy Car Seat for Small Dog
lbs (Grey+Blue)

he matsofamic Store
36 ratings

$39.99 ($39.99 / Count)

~~$42.99~~ ⓘ

One-Day

FREE Returns

5% back every day at Amazon with your Prime
Store Card.

| Color | Grey+Blue,White+Brown |
|---|---|
| Material | Cotton |
| Brand | MATSOFAMIC |
| Maximum Weight Recommendation | 8 Pounds |
| Care Instructions | Hand Wash Only |

### About this item

- 【Sturdy And Comfortable】When you need to take a puppy/kitten under 8 pounds on a road trip,this pet car seat is perfect for your furry child as an exclusive seat.The seat have a super soft cushion inside,your pet can sleep in it and relax of rest his head on the blue pillow when the owner drives.And since it's double-sided,one side dry breathable,the other side soft and warmth,so it can be used all year round.
- 【Does not occupy a car seat】This dog booster seat is attached to the car's center console with velcro straps,so this allows your puppy to sit higher and have a better view,allows dog to view the world through the windshield,also being close to owner.(Only suitable for the 3 common central control types mentioned in the picture,not suitable for special-shaped central control.)
- 【Size description】Due to individual differences in pets,and the size of the dog car seats for small dogs is fixed,different dogs have different spaces for their activities when they are in use,which does not affect normal use.For puppy around 3-4 pounds,he/she can comfortably curl up and rest in it,the seats also have extra space to put a blanket or small towel for easy replacement on a road trip in case of a pee accident or vomit .For puppy under 8 pounds,this seat is a slightly compact.
- 【Bringing more sense of security】This console dog car seat is well made and sturdy,the unique high-back design can prevents the pet from leaning back,and the built-in latch can ideal for keeping him in the booster seat and Limit your pet's range,without affecting the owner's driving.It also

$39.99 ($39.99 / Count)

One-Day

FREE Returns

FREE delivery **Tomorrow, December 9.** Order within **6 hrs 29 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Add to Cart

Buy Now

🔒 Secure transaction

| Ships from | Amazon |
|---|---|
| Sold by | Lingxi US |

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

## Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** | **Change** |

MIAMI, FL 33142

Add delivery instructions

🔶 Or pick up near this address - See nearby pickup locations

| | | |
|---|---|---|
| **2** | **Payment method** | **Change** |

VISA **Visa** ending ▮▮▮27

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

Enter code   [Apply]

**3**  **Review items and shipping**

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

### Delivery option updated

Your delivery options have changed based on your updated purchase selections. Please review before placing your order.

**Delivery: Dec. 9, 2022** If you order in the next 6 hours and 27 minutes (Details)
Items shipped from Amazon.com



**Dog Seat for Car Armrest Pet Car Booster Car Seat Dog Carseat Seat,Middle Console Puppy Car Seat for Small Dog 3-8 lbs (Grey+Blue)**
**$39.99**
& FREE Returns
Qty: 1
Sold by: Lingqi US
🎁 Add gift options

**Choose your Prime delivery option:**

🔵 **Tomorrow, Dec. 9**
FREE One-Day Delivery

⚪ **Monday, Dec. 12**
FREE  Amazon Day Delivery
Get your orders together in fewer boxes and deliveries.
**Some orders may arrive a day early.**
Change delivery day

⚪ **Friday, Dec. 16**
FREE No-Rush Shipping
Get a $2 reward for select digital purchases. One reward per purchase.
Details

**Place your order**
**Order total: $42.79**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$42.79** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Defendant No.: **297**

Store Name:  **JINLITECH**

Deliver to HILDA
Miami 33142

All ▾

EN ▾

Hello, Hilda
Account & Lists ▾

Returns
& Orders    1

Subtotal
$49.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime THURSDAY NIGHT FOOTBALL    08 : 20 : 31

# JINLITECH

Visit the JINLITECH storefront

**100% positive** lifetime (6 total ratings)

## About Seller

JINLITECH is committed to providing each customer with the highest standard of customer service.

**Have a question for JINLITECH?**

Ask a question

## Feedback

5 out of  5

Lifetime

6 total feedbacks in Lifetime

6 ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"arrived on time and it is just what we needed "

By Kathleen Accattatis on November 22, 2022.

"excellent "

By georgia d. on October 19, 2022.

"Looks great in my Jeep. Love the leather look! Great design and quality. "

By teresa Wooles on October 16, 2022.

"My lil guy loves it "

By Marcy D. on October 16, 2022.

~~"Zippers are not correct and won't stay zipped since they're backwards and this cannot be fixed it's an error in manufacturing. No response from seller when I se..."~~

Read more

By Adam & Chrissy Abigador on September 2, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenjinlikejiyouxiangongsi
**Business Address:**
　横岗街道六约社区地铁锦上花园1栋C座904
　深圳市
　龙岗区
　广东省
　518100
　CN



Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored



Roll over image to zoom in





Dog Cat Booster Car Car Armrest Center Dog Car Seat Puppy Secure Seat Perfect for Dogs Interactive Pet Seat others Washable Pet rrier

Store

36 ratings

$42.⁹⁹ ($42.99 / Count)

Pattern Name: **Black(Pu leather)**

| Black and White | Black(Pu leather) |
|---|---|
| $32.99 | $42.99 |
| ($32.99 / Count) | ($42.99 / Count) |

| Pu leather(Fold) |
|---|
| $49.99 |
| ($49.99 / Count) |

| Color | Black,Gray,Black and White |
|---|---|
| Material | Faux Leather |
| Brand | VEMJO |
| Maximum Weight Recommendation | 9 Pounds |
| Target Species | Dog |

**About this item**

- 【Better View, Solve Problem of Pet Car Ride】- Most pets are not used to riding in a car, pets will experience tension and discomfort when riding in a car. Pet safety seat are designed to let your dog accompany in a position closer to the owner. Better view can make pets more at ease,reduce the anxiety of riding a car.Dog seat belts designed to fit all cars, well protect your dogs and ensure their safety in the seat
- 【Interaction Seat,Save Space,Sturdy,Durable】- Small Dogs can be placed on the armrest in the car or on the back seat, Staying on the console can bring you and your puppy closer.Let your pet enjoy the scenery and have enough security while travelling. With our pet car seat, the car space will no longer be occupied , you can touch or watch your pet at any time
- 【Suitable For Small Dogs】- Recommended for pets up to 9 lbs. Only for small pets, not suitable

$42.⁹⁹ ($42.99 / Count)

FREE Returns

FREE delivery **Saturday, December 10**. Order within **10 hrs 21 mins**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

| Ships from | Amazon |
|---|---|
| Sold by | JINLITECH |

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

$10 off coupon



CuteJerryer Small Dog Car Seat,Dog...

108

$49.⁸⁹ ✓prime

Sponsored



# Checkout (1 item)

---

**1**  **Shipping address**

███████████████

MIAMI, FL 33142
Add delivery instructions

Change

---

**2**  **Payment method**

VISA  **Visa** ending in ██27

Change

**Billing address:** Same as shipping address.

**Add a gift card or promotion code or voucher**

| Enter code | Apply |

---

**3**  **Review items and shipping**

### Before you place your order:

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

---

**Get a $2 digital reward with FREE No-Rush Shipping.**
Select No-Rush Shipping below to receive a reward towards e-books, digital movies, and music.

**Delivery: Dec. 10, 2022** If you order in the next 10 hours and 19 minutes (Details)
Items shipped from Amazon.com



**VEMJO Dog Cat Booster Car Seat On Car Armrest Center Console Dog Car Seat Puppy Console Secure Seat Perfect for Small Dogs Interactive Pet Seat Safety Tethers Washable Dog Travel Carrier (Pu Leather)**
**$42.99**
& FREE Returns
Qty: 1
Sold by: JINLITECH
🎁 Add gift options

**Choose your Prime delivery option:**
- ⦿ **Saturday, Dec. 10**
  FREE Prime Delivery
- ○ **Monday, Dec. 12**
  FREE  Amazon Day Delivery
  Get your orders together in fewer boxes and deliveries.
  Some orders may arrive a day early.
  **Change delivery day**
- ○ **Friday, Dec. 16**
  FREE No-Rush Shipping
  Get a $2 reward for select digital purchases. One reward per purchase.
  **Details**

---

| Place your order | **Order total: $46.00**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**. |

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**



| **Place your order** |

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| Items: | $42.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $42.99 |
| Estimated tax to be collected: | $3.01 |
| **Order total:** | **$46.00** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

Defendant No.: **298**

Store Name:  **Rocita Home**

Deliver to HILDA
Miami 33142    All ▾

EN ▾    Hello, Hilda
Account & Lists ▾    Returns
& Orders    1

Subtotal
$41.99

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

prime  THURSDAY
NIGHT
FOOTBALL    07 : 49 : 22

Only 5 left in
stock - order
soon.

## Rocita Home

Visit the Rocita Home storefront

**64% positive** in the last 12 months (36 ratings)

### About Seller

Rocita Home is committed to providing each customer with the highest standard of customer
service.

**Have a question for Rocita Home?**

Ask a question

### Feedback

**3.6 out of  5**    12 months

36 ratings

36 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 6% |
| 3 star | | 6% |
| 2 star | | 3% |
| 1 star | | 28% |

Learn more about how seller feedback works on
Amazon

**Share your thoughts with other customers**

Leave seller feedback

"The mold is nicely made but it is huge! The dimensions said
1x1x1 but this mold is almost 4 inches tall! "
By Melony Poorman on December 3, 2022.

"Very nice "
By ken leonard on December 1, 2022.

"The thi g won't even screw on to turn it on..it's worthless "
By Daddy45 on November 30, 2022.

"Listed as an 8TB drive, but it's 2 TB. And no matter how it's
formatted, I couldn't make it consistently copy large file
transfers. But the price was really att... "
Read more
By gifford_14 on November 25, 2022.

"Thanks! "
By gX on November 24, 2022.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the
timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you
are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** chenghuaquhaoronqyueshumachanpinjinqyinqbu

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2023 Page 113 of 122

Deliver to HILDA
Miami 33142

All | Dog Booster Seat

EN | Hello, Hilda
Account & Lists | Returns
& Orders | 1

Subtotal
$41.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime THURSDAY NIGHT FOOTBALL   07 : 49 : 52

Amazon Home   Shop by Room   Discover   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Only 5 left in stock - order soon.

411

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats

Sponsored



Roll over image to zoom in

      

## KUYYFDS Pet Console Seat for Car Puppy Cat Booster Seat on Car Armrest Small Animal Travel Carrier Bed Booster Seats

Brand: KUYYFDS

$27.73

Earn 5% back every day at Amazon
with your Prime Store Card.

| Color | Beige |
|---|---|
| Material | Cotton |
| Brand | KUYYFDS |
| Item Dimensions LxWxH | 16.54 x 7.87 x 8.66 inches |
| Target Species | Cat |

### About this item

- Interactive seat: This is a special pet car seat. It can be placed on the armrest in the car or on the armrest of the back seat to increase the intimacy between your pet and you.
- Soft: The pet car seat is filled with soft PP cotton that makes this pet car seat have good filling elasticity, thick and full, fluffy and soft, and care for your pet's skin.
- Durable: This pet booster seat for car is made of durable fabric, strong, durable, and has long service time.
- Save space: With thispet car console seat, the car space is no longer occupied. You can touch or watch your pet at any time, and you can also sit on the co-pilot and feed him.
- Elastic seat belt: The elastic seat belt of the dog booster seat fixes the seat firmly and stably to prevent it from sliding in the car. It is suitable for most cars.

Report incorrect product information.

$27.73

FREE delivery December 30 - January 23. Details

Or fastest delivery December 14 - 16. Details

Arrives before Christmas

Deliver to HILDA - Miami 33142

In Stock.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Rocita Home
Sold by   Rocita Home

Return policy: Returnable until Jan 31, 2023

Add to List

Have one to sell?

Sell on Amazon

5% off coupon



Vamtnner Dog Car Seat for…
261
$79.95 ✓prime

Sponsored

## Checkout (1 item)



| | | |
|---|---|---|
| 1 | **Shipping address** | ████████ ▇▇▇▇▇▇<br>MIAMI, FL 33142<br>Add delivery instructions |
| 2 | **Payment method** | VISA Visa ending i██27 |

**Change** (Shipping address)

**Change** (Payment method)

Billing address: Same as shipping address.

Add a gift card or promotion code or voucher

Enter code    Apply

3   **Review items and shipping**

> **Before you place your order:**
>
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

**Estimated delivery: Dec. 30, 2022 - Jan. 23, 2023**
Items shipped from Rocita Home



**KUYYFDS Pet Console Seat for Car Puppy Cat Booster Seat on Car Armrest Small Animal Travel Carrier Bed Booster Seats**
**$27.73**
Qty: 1
Sold by: Rocita Home
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**

○ **Wednesday, Dec. 14 - Friday, Dec. 16**
  $29.99 - Expedited Shipping

● **Friday, Dec. 30 - Monday, Jan. 23**
  FREE Standard Shipping

Place your order

**Order total: $29.67**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use**.

---

### Place your order

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

### Order Summary

| | |
|---|---|
| Items: | $27.73 |
| Shipping & handling: | $0.00 |
| Total before tax: | $27.73 |
| Estimated tax to be collected:* | $1.94 |
| **Order total:** | **$29.67** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **299**

Store Name:  **KKRDH**



Deliver to HILDA Miami 33142 | All | EN | Hello, Hilda Account & Lists | Returns & Orders | 1 | Subtotal $49.99

All | Epic Deals | Holiday Gift Guide | Customer Service | Buy Again | Prime Video

prime THURSDAY NIGHT FOOTBALL 08 : 11 : 48

# KKRDH

Visit the KKRDH storefront

**100% positive** lifetime (5 total ratings)

## About Seller

KKRDH is committed to providing each customer with the highest standard of customer service.

**Have a question for KKRDH?**

Ask a question

## Feedback

5 out of 5

5 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

5 total feedbacks in Lifetime

“Work well ”

By Amazon Customer on October 24, 2022.

“Just fine. Will be very handy. Thanks ”

By Jay on October 15, 2022.

“The package had more than what was listed and arrived on time, it's great. ”

By Ramy Botross on September 22, 2022.

“Just fine. ”

By Gregory Mathiesen on September 20, 2022.

“This one can cat the plastic wrap very neatly. Recommend ! ”

By Mike Restaino on August 3, 2022.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Chengdu Zhengde Tianming Technology Co., Ltd.
**Business Address:**
成都市青羊区光华南三路88号1栋6层613号
成都市
青羊区
四川省
610074
CN

## Shipping Policies

## Other Policies

## Help

12/8/22, 11:22 AM — amazon.com: ...e Dog Car Seat, Detachable and Washable Booster Seat for Small Pets Up to 12 Lbs, Center Console Dogs and C...

Case 1:22-cv-24013-RNS Document 12-8 Entered on FLSD Docket 12/20/2022 Page 117 of 122



Deliver to HILDA
Miami 33142

All ▾    pet seat

EN ▾   Hello, Hilda
Account & Lists ▾

Returns
& Orders   1

Subtotal
$49.99

prime   THURSDAY NIGHT FOOTBALL   08 : 12 : 34

All    Epic Deals    Holiday Gift Guide    Customer Service    Buy Again    Prime Video

Pet Supplies    Pet Profiles    Dogs ▾    Cats ▾    Fish & Aquatics ▾    Small Animals ▾    Birds ▾    Reptiles ▾    Horses ▾    Deals & Coupons    Pet Care Tips

Yokee Dog Car Seat, Fully Detachable and Washable Dog Booster Seat for Small Pets Up to...    Save 39%    676    $35.99 $58.99 ✓prime    Savings & Sales    Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats




...g Car Seat, Detachable and
...shable Booster Seat for
...all Pets Up to 12 Lbs, Center
...nsole Dogs and Cats Car Seat
...h Fixed Velcro and Straps,
..., Car, Home, Travel(Gray)

...the KKRDHR Store

...$39.99 ($39.99 / Count)

FREE Returns

**Coupon** 🏷 Apply 5% coupon   Terms

Earn 5% back every day at Amazon with your Prime Store Card.

Roll over image to zoom in

| Color | gray |
|---|---|
| Material | Cotton |
| Brand | KKRDHR |
| Item Dimensions LxWxH | 15.75 x 7.87 x 3.15 inches |
| Maximum Weight Recommendation | 12 Pounds |

## About this item

- 【Interaction Seat】: Let your pet enjoy the beautiful scenery along the way with you in a comfortable seat, you can interact with your pet at any time, and enhance the intimacy between your pet and you. At the same time, it does not occupy your passenger seat, saving you space
- 【Check the Size】: The Dog Booster Seat size is 16.5*8.7*7.9 inch, for Small Pets Up to 12 Lbs. The distance between the two seats should be more than 7.5 inches (most cars can do it), please measure your car armrests and pets before buying.
- 【Easy to Use】: This center console pet seat is removable and washable. Zipper and Velcro design make this pet seat easy to remove and clean.
- 【Suitable for Most Cars】: Our console dog car seat is suitable for most cars/SUVs, it can fit tightly on your car armrest, and it is equipped with a pet harness hook to prevent your pet from jumping out. Provide you with a warm mobile home that is not only comfortable but also safe for your pets
- 【prime material】This dog car seat is made of high quality pure cotton material, the memory foam is wrapped in durable pure cotton fabric to make it look fuller. Wear-resistant and bite-resistant, not easy to deform. The small pillow in the front section allows pets to rely on and is more comfortable

Report incorrect product information.

### Higher rated item to consider

Amazon's Choice ▸



$39.99 ($39.99 / Count)

FREE Returns

FREE Prime delivery **Tuesday, December 20**

Arrives before Christmas

Deliver to HILDA - Miami 33142

Only 8 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    KKRDH

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Savings & Sales

**Raised booster with a view. Help with carsickness.**

Save 26%
NOVOLAB Puppy Car Seat Upgrade ...    1,128
$36.99 $49.99 ✓prime

Sponsored

# Checkout (1 item)



| | | |
|---|---|---|
| **1** | **Shipping address** |  |

**1  Shipping address**

████████████
MIAMI, FL 33142

Add delivery instructions

Change

**2  Payment method**

VISA  Visa ending in •••27

**Billing address:** Same as shipping address.

Change

Add a gift card or promotion code or voucher

Enter code    Apply

**3  Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.



**Earn 5% back every day at Amazon with your Prime Store Card.**    Learn more

**Delivery: Dec. 20, 2022**
Items shipped from Amazon.com



**Dog Car Seat, Detachable and Washable Booster Seat for Small Pets Up to 12 Lbs, Center Console Dogs and Cats Car Seat with Fixed Velcro and Straps, Fits Car, Home, Travel(Gray)**
**$39.99** Prime FREE Delivery & **FREE Returns**
Qty: 1
Sold by: KKRDH

🎁 Add gift options

**Choose your Prime delivery option:**
- 🔵 **Tuesday, Dec. 20**
  FREE Prime Delivery
- ⚪ **Tuesday, Dec. 20**
  FREE Prime Delivery

Place your order

**Order total: $42.79**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

---

Place your order

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$42.79** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**

Defendant No.: **300**

Store Name:  **Kondyfayo Design**





Deliver to HILDA
Miami 33142
All
EN
Hello, Hilda
Account & Lists
Returns
& Orders
1
Subtotal
$49.99
All Epic Deals Holiday Gift Guide Customer Service Buy Again Prime Video
prime THURSDAY NIGHT FOOTBALL 08 : 11 : 48

# KKRDH

Visit the KKRDH storefront

**100% positive** lifetime (5 total ratings)

## About Seller

KKRDH is committed to providing each customer with the highest standard of customer service.

**Have a question for KKRDH?**

Ask a question

## Feedback

5 out of 5

5 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

5 total feedbacks in Lifetime

"Work well"

By Amazon Customer on October 24, 2022.

"Just fine. Will be very handy. Thanks"

By Jay on October 15, 2022.

"The package had more than what was listed and arrived on time, it's great."

By Ramy Botross on September 22, 2022.

"Just fine."

By Gregory Mathiesen on September 20, 2022.

"This one can cat the plastic wrap very neatly. Recommend !"

By Mike Restaino on August 3, 2022.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Chengdu Zhengde Tianming Technology Co., Ltd.
**Business Address:**
成都市青羊区光华南三路88号1栋6层613号
成都市
青羊区
四川省
610074
CN

## Shipping Policies

## Other Policies

## Help

Deliver to HILDA
Miami 33142

All ▾   pet seat

EN ▾   Hello, Hilda
Account & Lists ▾

Returns
& Orders   1

Subtotal
$49.99

All   Epic Deals   Holiday Gift Guide   Customer Service   Buy Again   Prime Video

prime THURSDAY NIGHT FOOTBALL   08 : 12 : 34

Pet Supplies   Pet Profiles   Dogs ▾   Cats ▾   Fish & Aquatics ▾   Small Animals ▾   Birds ▾   Reptiles ▾   Horses ▾   Deals & Coupons   Pet Care Tips

Yokee   Yokee Dog Car Seat, Fully Detachable and
Washable Dog Booster Seat for Small Pets Up to...   Save 39%   676   $35⁹⁹  $58.99  ✔prime   Savings & Sales
Sponsored

Pet Supplies › Dogs › Carriers & Travel Products › Car Travel Accessories › Booster & Car Seats



Roll over image to zoom in

g Car Seat, Detachable and
shable Booster Seat for
all Pets Up to 12 Lbs, Center
nsole Dogs and Cats Car Seat
h Fixed Velcro and Straps,
, Car, Home, Travel(Gray)

the KKRDHR Store

$39⁹⁹ ($39.99 / Count)

FREE Returns

Coupon 🏷 Apply 5% coupon   Terms

Earn 5% back every day at Amazon with your Prime
Store Card.

| | |
|---|---|
| Color | gray |
| Material | Cotton |
| Brand | KKRDHR |
| Item Dimensions LxWxH | 15.75 x 7.87 x 3.15 inches |
| Maximum Weight Recommendation | 12 Pounds |

## About this item

- 【Interaction Seat】: Let your pet enjoy the beautiful scenery along the way with you in a comfortable seat, you can interact with your pet at any time, and enhance the intimacy between your pet and you. At the same time, it does not occupy your passenger seat, saving you space
- 【Check the Size】: The Dog Booster Seat size is 16.5*8.7*7.9 inch, for Small Pets Up to 12 Lbs. The distance between the two seats should be more than 7.5 inches (most cars can do it), please measure your car armrests and pets before buying.
- 【Easy to Use】: This center console pet seat is removable and washable. Zipper and Velcro design make this pet seat easy to remove and clean.
- 【Suitable for Most Cars】: Our console dog car seat is suitable for most cars/SUVs, it can fit tightly on your car armrest, and it is equipped with a pet harness hook to prevent your pet from jumping out. Provide you with a warm mobile home that is not only comfortable but also safe for your pets
- 【prime material】This dog car seat is made of high quality pure cotton material, the memory foam is wrapped in durable pure cotton fabric to make it look fuller. Wear-resistant and bite-resistant, not easy to deform. The small pillow in the front section allows pets to rely on and is more comfortable

Report incorrect product information.

### Higher rated item to consider

Amazon's Choice ▼

$39⁹⁹ ($39.99 / Count)

FREE Returns

FREE Prime delivery **Tuesday, December 20**

**Arrives before Christmas**

Deliver to HILDA - Miami 33142

Only 8 left in stock - order soon.

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Amazon
Sold by   KKRDH

Return policy: Returnable until Jan 31, 2023

☐ Add a gift receipt for easy returns

Add to List



Have one to sell?

Sell on Amazon

Savings & Sales

**Raised booster with a view. Help with carsickness.**
Save 26%
NOVOLAB Puppy Car Seat Upgrade ...
1,128
$36⁹⁹  $49.99  ✔prime
Sponsored

# Checkout (1 item)



---

| 1 | **Shipping address** | ████████████████<br>MIAMI, FL 33142<br>Add delivery instructions | Change |
|---|---|---|---|

---

| 2 | **Payment method** | VISA Visa ending in 27<br>Billing address: Same as shipping address.<br><br>Add a gift card or promotion code or voucher<br>[ Enter code ] [ Apply ] | Change |
|---|---|---|---|

---

3   **Review items and shipping**

> ### Before you place your order:
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.



Earn 5% back every day at Amazon with your Prime Store Card.

[ Learn more ]

**Delivery: Dec. 20, 2022**
Items shipped from Amazon.com



**Dog Car Seat, Detachable and Washable Booster Seat for Small Pets Up to 12 Lbs, Center Console Dogs and Cats Car Seat with Fixed Velcro and Straps, Fits Car, Home, Travel(Gray)**
**$39.99** Prime FREE Delivery
& FREE Returns
[ Qty: 1 ]
Sold by: KKRDH
[ 🎁 Add gift options ]

**Choose your Prime delivery option:**
- ◉ **Tuesday, Dec. 20**
  FREE Prime Delivery
- ○ **Tuesday, Dec. 20**
  FREE Prime Delivery

---

[ Place your order ]   **Order total: $42.79**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

---

[ Place your order ]

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

### Order Summary

| | |
|---|---|
| Items: | $39.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.99 |
| Estimated tax to be collected: | $2.80 |
| **Order total:** | **$42.79** |

**How are shipping costs calculated?**

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? **See tax and seller information.**

Need help? Check our **Help pages** or **contact us**

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

**Important information about sales tax you may owe in your state**

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's **Returns Policy.**

Need to add more items to your order? Continue shopping on the **Amazon.com homepage.**