Defendant No.: **301**

Store Name:  **Expectation**





Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

**AliExpress**

Expectation
91.8% Positive feedback

+ Follow
5420 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Tools ⌄ | Measurement & Analysis Instrument ⌄ | Feedback





Dog Safe Car Seat Carrying House Central Control Armrest Box Booster Anti Slip Travel Puppy Pet Carrier Kennel Bed



Enjoy special discounts!

**US $20.13**
US $41.09  -51%

New User Deal

Store Discount: Buy 3 get 2% off ⌄

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

Color: Bone

Quantity: − 1 +    Additional 1% off (2 Pieces or more)
9997 Pieces available

Ships to ⊙ Miami, Florida, United States

🚚 **12-Day Delivery**
**Free Shipping**
From China to Miami via AliExpress Selection Standard
Estimated delivery on Jan 12

On-time guarantee

More options ⌄

**Buy Now** | **Add to Cart** | ♡

🛡 **75-Day Buyer Protection**
Money back guarantee



Welcome CSV/Excel Dropshipping Best Service for you

**Expectation Dropshipping store**

**Store Categories**

▸ Brand
 ANENG
 HILDA

▾ Measurem
 ent & Anal
 ysis Instru
 ment

 Timers &
 Counters
 Measuring
 & Gauging
 Tools
 Pressure
 Measuring
 Instruments
 Testing
 Equipment
 Optical
 Instruments

**Expectation**
91.8% Positive Feedback
5420 Followers

💬 Contact

+ Follow | Visit Store

US $0.54 | US $0.62 | US $0.89 | US $0.72 | US $0.65 | US $8.82

Report Item

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS



Defendant No.: **302**

Store Name:  **Exquisite Decor Store**

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD







Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

**Exquisite Decor Store**
91.3% Positive feedback

+ Follow

**1274** Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Home Decor ⌄ | New Arrivals | Feedback



Portable Dog Car Seat Center Console Booster Seat Pet Carrier Bed Kennel for Travel Outdoor Small Medium Dogs Puppy Supplies

1 order

Enjoy special discounts!

**US $10.58**  US $18.24  -42%

New User Deal

Store Discount: Buy 2 get 3% off ⌄

US $3.00 off Orders over US $4.00 | US $12.00 Off Store Coupon | Get coupons

Color: Brown

Quantity:
− 1 + 999 Pieces available

Ships to ⦿ Miami, Florida, United States

**Shipping: $13.96**
Estimated delivery on Jan 17
From **China** to Miami via AliExpress Standard Shipping

More options ⌄

Buy Now | Add to Cart | ♡ 3

🛡 **75-Day Buyer Protection**
Money back guarantee



US $3.01 | US $6.04 | US $12.52 | US $3.87 | US $10.40 | US $3.93

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Defendant No.: **303**

Store Name:  **Falala Pets Life Store**

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress | In this store    🛒 0

Falala Pets Life Store    Open 3 year(s)    🏅 Gold    96.1%  Positive feedback ⌃    FOLLOW    5040 Followers

## Falala Pets Life Store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



**US $6.00**
Spend US $100.00, Get US $6.00 off(excludes shipping costs)
Expires 2023/02/28
LPXARY2GBP3Y    Collect

**US $3.00**
Spend US $50.00, Get US $3.00 off(excludes shipping costs)
Expires 2023/02/28
J0BHH1KHRODE    Collect

**US $1.00**
Spend US $30.00, Get US $1.00 off(excludes shipping costs)
Expires 2023/02/28
8SF1QX4G1X4F    Collect

## Follow store & get a discount    + Follow



**US $1.00**
Spend US $10.00, Get US $1.00 off(excludes shipping costs)
Expires 2023/01/31
X

## Bundle Deals
Buy more to save up to *2%*


Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest B...
**US $19.23**
11 sold


Winter Dog Clothes Chihuahua Soft Puppy Kitten Kitten High Collar Solid Col...
**US $0.01**
US $6.68
6813 sold


NEW Pet Dog Carrier Backpack Bag Por... Bag Pet Dog Front...
**US $12.51**
12 sold

View More

12/18/22, 2:44 PM Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Cat T...

Case 1:22-cv-24013-RNS Document 12-9 Entered on FLSD Docket 12/20/2022 Page 11 of 148



Sell on AliExpress ⌄    Help ⌄    Buyer Protection    📱 App    🇺🇸 / Miami / English / USD ⌄    ♡ Wish List    👤 Account ⌄

**AliExpress**    **Falala Pets Life Store** ⌄
⭐ Top Brand    96.1% Positive feedback
• Follow
**5040** Followers

I'm shopping for...    🔍


On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



      

Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Cat Travel

US $5 off every US $40 spent on promo | 🟡 Extra 2% Off

⭐⭐⭐⭐⭐ 5.0 ⌄    1 Review    11 orders

*Enjoy special discounts!*
**US $19.23**    **New User Deal**
US $28.28  -32%

Store Discount: Buy 3 get 2% off ⌄

🎟 US $3.00 off Orders over US $4.00    🎟 US $6.00 Off Store Coupon    Get coupons

Color: 1

    

Size: 42x25x20cm

42x25x20cm

Quantity:

➖ 1 ➕    998 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now**    **Add to Cart**    ♡ 42

🛡 **75-Day Buyer Protection**
Money back guarantee

## Falala Pets Life Store



**Store Categories**

- Pet toy
- Pet feeding equipment
- Pet Cleaning Tool
- Pet Clothes
- Pet carrier
- Aquarium
- Pet Beauty
- Pet Collars, Harnesses & Leads
- Pet bed
- Others

**Falala Pets Life Store**
⭐ Top Brands
96.1% Positive feedback
5040 Followers
💬 Contact
+ Follow    Visit Store

US $1.98    US $5.09    US $7.44    US $8.42    US $3.40    US $4...

**DESCRIPTION**    CUSTOMER REVIEWS (1)    SPECIFICATIONS





Defendant No.: **304**

Store Name:  **FisPet Store**

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

☰ | I'm shopping for... | On AliExpress | In this store | 🔴 0

**FisPet Store** 95.7% Positive feedback ⌃ | FOLLOW | 47 Followers

## FisPet Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |



**US $7.00**
Spend US $99.00, Get US $7.00 off(excludes shipping costs)
Expires 2023/01/31
I4W0VG74BXR4 — Collect

**US $5.00**
Spend US $40.00, Get US $5.00 off(excludes shipping costs)
Expires 2023/01/31
Z6TJOPYEJNCL — Collect

**US $2.00**
Spend US $22.00, Get US $2.00 off(excludes shipping costs)
Expires 2023/01/31
FAQ0ORQL1ULC — Collect

›

## Hot deals


1
15bag/Roll Dog Cat Poop Bag Collector Pet Pick Up Degradable Garbage Bag...
*US $2.25*


2
Pet Cat Double Bowl Eco-friendly PP Material Cartoon Cat Face Shape Food Water...
*US $4.04*


Pet Halloween Set Funny Hat Scarf P... Dog Headdress C...
*US $3.25*

## Deals by category


Pet snack bag


Pet car bag car mat


Pet trolley case&chest

## Hot Products



12/18/22, 2:55 PM Pet Dog Car Safety Seat Portable Detachable Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog C...

Case 1:22-cv-24013-RNS Document 12-9 Entered on FLSD Docket 12/20/2022 Page 15 of
148



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**FisPet Store**
95.7% Positive feedback

+ Follow
47 Followers

I'm shopping for...

0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



     

Pet Dog Car Safety Seat Portable Detachable Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Cat Trave

US $5 off every US $40 spent on promo

**US $27.61** U̶S̶ ̶$̶3̶9̶.̶4̶5̶ **-30%**

: US $3.00 off Orders over US $4.00 | US $7.00 Off Store Coupon | Get coupons

**Color:** Navy blue



**Size:** 45-20-22cm

45-20-22cm

**Quantity:**

⊖ 1 ⊕ 100 Pieces available

Ships to ⦿ Miami, Florida, United States

**Shipping:** $1.22
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now** | **Add to Cart** | ♡


**75-Day Buyer Protection**
Money back guarantee

## FisPet Store

**Store Categories**

⌄ Cat Dog Glass
es & Collar

Pet hat scarf
wig

Pet glasses

⌄ Cat Dog Groo
ming Supplie
s

Pet comb

Pet nail
clipper

Pet protection
ring

Pet
toothbrush
toothpaste

Pet hair
removal knife

Pet shower
brush gloves

**FisPet Store**
95.7% Positive Feedback
47 Followers

💬 Contact

+ Follow | Visit Store



US $1.08 | US $1.71 | US $14.76 | US $8.12 | US $1.92 | US $7.17

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS

Repor



Defendant No.: **305**

Store Name:  **Friend of mankind Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for... | On AliExpress | In this store | 🔴 0

Friend of mankind Store | Open 1 year(s) | 92.6% Positive feedback ⌃ | FOLLOW 404 Followers

## FRIEND OF MANKING STORE

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrival ⌄ | Feedback



US $1.00
Spend US $1.01, Get US $1.00 off(excludes shipping costs)
Expires 2022/12/31
E3I5TEJ505LM

Collect



Pet Trim | Pet Carrier | Pet collars | Pet bed | Pet clothes | Pet toy | Pet feed

## Hot deals



Pet Dog Cat Warm Bed Winter Lovely Dog Bed Soft Material Pet Nest Cute Paw...

US $5.65



Pet Cat Dog Wall Holder Adjustable Height Blue China Ceramics Feeding Bowls An...

US $9.69



Cat Litter To Keep Closed House Vill Seasons Available

US $26.32

**AliExpress**

**Friend of mankind Store**
92.6% Positive feedback

+ Follow
**404** Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrival ⌄ | Feedback



     

Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Pet Car Seat

US $5 off every US $40 spent on promo

★★★★★ 5.0 ⌄  1 Review  7 orders

US $12.46  US $18.60  -33%

Store Discount: Buy 2 get 3% off ⌄

US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color: Square grey

 

Size: 42x20x22cm

42x20x22cm

Quantity:
− 1 +   Additional 3% off (2 Pieces or more)
2978 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping:** $11.63
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

Buy Now | Add to Cart | ♡ 126

🛡 **75-Day Buyer Protection**
Money back guarantee



FRIEND OF MANKING STORE

US $8.99 | US $7.48 | US $17.15 | US $42.21 | US $8.27 | US $4.57

**DESCRIPTION** | CUSTOMER REVIEWS (1) | SPECIFICATIONS | Report Item



Defendant No.: **306**

Store Name:  **Funny Gifts Store**

Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress  In this store    0

Funny Gifts Store    Open 7 year(s)    94.1%  Positive feedback    FOLLOW    15730 Followers

### Funny Gifts Store
SupportDropshipping/Csv/Excel/Wholesale

🛒 + ♡ = $5

Store Home    Products ⌄    Sale Items    Top Selling    New Arrivals    Festive & Party Sup... ⌄    Feedback

Black Friday Promotion 2022

BLACK FRIDAY SALE

DISCOUNT UP TO 50%

2022.11.24 -11.29



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress** | **Funny Gifts Store** | +Follow | 🛒 **0**
94.1% Positive feedback | 15730 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Festive & Party Supplies ⌄ | Feedback







Pet Dog Car Carrier Seat Bag Detachable Basket Safety Travelling Hanging Bags Dog Seat Bag Basket Cat Carrier Car Pet Trusted

**US $19.02**  ~~US $27.17~~  **-30%**

⚡ US $3.00 off Orders over US $4.00   Get coupons

Color: 1pc

Quantity:
⊖ 1 ⊕   999 pieces at most per customer

Ships to 📍 Miami, Florida, United States

🚚 **12-Day Delivery**
**Free Shipping**
From China to Miami via AliExpress Selection Standard
Estimated delivery on Jan 12
On-time guarantee

More options ⌄

**Buy Now** | **Add to Cart** | ♡ 2

🛡 **75-Day Buyer Protection**
Money back guarantee



**Funny Gifts Store**
SupportDropshipping/Csv/Excel/Wholesale
🛒 + ♡ = $5

US $2.13 | US $1.69 | US $7.78 | US $5.76 | US $21.17 | US $2.16

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Defendant No.: **307**

Store Name:  **HANTAJANSS Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for... | On AliExpress | In this store | 0

HANTAJANSS Store | Open 4 year(s) | 97.2% Positive feedback | FOLLOW | 1448 Followers

### HANTAJANSS Store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Drop shipping | Feedback



Autumn

Let pets have simple happin

HANTAJANS

12/18/22, 3:24 PM    Car Kennel Safety Seat Car Central Control Portable Universal Vehicle Armrest Box Pet Dog Carrier Seat Pet Supplies 2021 - D...

Case 1:22-cv-24013-RNS   Document 12-9   Entered on FLSD Docket 12/20/2022   Page 27 of 148









## Shipping Address

███████████████████

Miami, Florida, United States, 33156

Change

## Payment Methods

Select Payment Method

🚚 **HANTAJANSS Store**

Car Kennel Safety Seat Car Central Control Portable Universal Vehicle Armrest Box Pet Dog...

gray,China

**US $23.92**

⊖ 1 ⊕

Shipping: US $4.86
Estimated delivery on **Jan 14**

### Summary

| | |
|---|---|
| Total item costs | US $2 |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⑦ | US $ |
| **Total** | **US** |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

🛡 **AliExpress**

AliExpress keeps your information and payme

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play    App Store    AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙B2-20120091-8 浙公网安备 33010802002248号

Defendant No.: **308**

Store Name:  **Helen Pet Life Pavilion Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress | In this store    0

Helen Pet Life Pavilion Store    85.7% Positive feedback    FOLLOW | 170 Followers

# Helen Pet Life Pavilion Store

| Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback |



**US $4.00**
Spend US $40.00, Get US $4.00 off(excludes shipping costs)
Expires 2022/12/31
S4VL3OAYM2P2    Collect

**US $2.00**
Spend US $20.00, Get US $2.00 off(excludes shipping costs)
Expires 2022/12/31
FQNMJTE4R2XO    Collect

**US $1.00**
Spend US $10.00, Get US $1.00 off(excludes shipping costs)
Expires 2022/12/31
S0XH5G6J2AXJ    Collect

## Hot deals



1. Fashion Designer Dog Cat Traction Rope Chest Strap Inverted Triangle Suit Frenc...
**US $9.33**

2. Autumn Winter Warm Dog Clothes Designer Sweater Schnauzer French Bulldog...
**US $14.73**

Luxury Dog Cloth... Winter Warm For... Down Jacket Fren...
**US $14.84**

## Deals by category

Autumn And Winter

Spring And Summer

Autumn And Winter

## New Arrivals



NEW
Designer Pet Bags Luxury Cat Carrier Puppy Handbag...
**US $22.97**

NEW
Fashion Pet Bag Cat Carrier Portable Puppy Handbag...
**US $46.37**

Pet Products Cat Carrier Pet Bag Portable Puppy Handba...
**US $35.59**

NEW
New Big Capacity Bucket Pet Bag Portable Outdoor Cat...
**US $17.23**

NEW
Fashion Pet Bag W... Breathable Outdoor...
**US $16.58**

12/18/21, 3:26 PM    New Dog Car Safety Seat Kitten Cushion Pet Bed Fabric Easy To Clean Removable Kennel Cat Armrest Box Carrier Travel Pet I...

Case 1:22-cv-24013-RNG   Document 129   Entered on FLSD Docket 12/20/2022   Page 31 of 148



**Helen Pet Life Pavilion Store**
85.7% Positive feedback

+ Follow
170 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback



     

New Dog Car Safety Seat Kitten Cushion Pet Bed Fabric Easy To Clean Removable Kennel Cat Armrest Box Carrier Travel Pet Items

US $5 off every US $40 spent on promo

**US $25.75**   US $42.92   -40%

Store Discount: Get US $1.00 off orders over US $30.00 ⌄

US $3.00 off Orders over US $4.00 | US $4.00 Off Store Coupon | Get coupons

Color: Sapphire

  

Quantity:
⊖ 1 ⊕    Additional 3% off (2 Pieces or more)
50 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

| Buy Now | Add to Cart | ♡ |

🛡 **75-Day Buyer Protection**
Money back guarantee

# Helen Pet Life Pavilion Store

     

US $9.80 | US $11.65 | US $13.23 | US $21.40 | US $14.84 | US $15.74

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



# Defendant No.: **309**

# Store Name: **HomeDecorLover Store**





Case 0:22-cv-24013-RNS   Document 13-8   Entered on FLSD Docket 12/29/2022   Page 35 of 148





### Dog Console Car Booster Seat Breathable Pet Nest Bag for Small Doggies with Adjustable Strap

5 orders

**US $11.95**  US $23.43  -49%

US $3.00 off Orders over US $4.00    US $5.00 Off Store Coupon   Get coupons

Quantity:
1    999 Pieces available

Ships to  Miami, Florida, United States

**Shipping: $12.78**
Estimated delivery on Jan 17
From China to Miami via AliExpress Standard Shipping                    More options

**Buy Now**    **Add to Cart**    ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee



**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS                              Report Item

**Description:**
Pet Protection: This dog car seat can protect your car seat from scratch,hair, smell and dirt as well as keep your pet more safe.
Design: Durable, easy to clean, buttom anti slip, adjustable design, safety and stable. The zipper closure design allows pets to enter and exit the seat easily.
Purpose: Suit for small dog puppy, cat kitten pet small animals. It can be placed on the console in the car to increase the intimacy between your pet and you, pet also can enjoy the scenery and feel safe enough.
Size: 25x45x23cm/9.84x17.72x9.06inch, the car space will no longer be occupied.
Convenient: Can touch or watch your pet at any time, and you can also sit on the copilot to feed him.
**Specification:**
Material: 300D cationic polyester fabric
Color: Grey
Placement: Car Control Console
Scene: Car, Outdoor, Travel
**Size Chart:**
25x45x23cm/9.84x17.72x9.06inch
**Package Includes:**
1 Piece Car Control Console Pet Nest
**Note:**



Defendant No.: **310**

Store Name:  **Homeware Center Store**



☰ ▾ | I'm shopping for... | On AliExpress | In this store | 🛒 0

Homeware Center Store | Open 4 year(s) | **94.9%** Positive feedback ⌃ | FOLLOW | 1715 Followers

**Homeware Center Store**
Support CSV/Excel Dropshipping
Oversea warehouse for US UK ES FR AU CA RU CZ

| Store Home | Products ▾ | Sale Items | Top Selling | Arts,Crafts & Sewing ▾ | New Arrivals | Feedback |



H·A·P·P·Y    N·E·W    Y·E·A·R
2022
TIME : 2021-12-06 00:00:00 -2021-12-10 23:59:59



$1 OFF $29 TO RECEIVE ▶



$2 OFF $55 TO RECEIVE ▶



$3 OFF $9 TO RECEIVE ▶

## Hot deals



1
Creative Non-perforated Bathroom Magnetic Soap Holder Toilet Wall Hanging...
US $5.13



2
Christmas Snack Stand Two-Tier Food Serving Tray Cupcake Holder Dessert...
US $6.22



High Quality 6pcs Wrench Drill Set H Tapping Tools Ma...
US $1.33

## New Arrivals



12/18/22, 3:28 PM    Puppy Cat Bed for Car Portable Travel Dog Carrier Bed Protector for Small Dogs Safety Car Central Control Pet Seat - AliExpr...

Case 1:22-cv-24013-RNS Document 12-9 Entered on FLSD Docket 12/20/2022 Page 39 of 148









Defendant No.: **311**

Store Name:  **Homyl 242 Store**

Homyl 242 Store - Amazing products with exclusive discounts on AliExpress

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

☰ ▾ | I'm shopping for... | On AliExpress | In this store | 🛒 0

Homyl 242 Store | Open **1 year(s)** | **90.7%** Positive feedback ⌃ | FOLLOW | 630 Followers

## Homyl 242 Store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback

| US $10.00 | US $8.00 | US $5.00 |
|---|---|---|
| Spend US $399.00, Get US $10.00 off(excludes shipping costs) | Spend US $299.00, Get US $8.00 off(excludes shipping costs) | Spend US $99.00, Get US $5.00 off(excludes shipping costs) |
| Expires 2023/01/31 | Expires 2023/01/31 | Expires 2023/01/31 |
| WE5BW9C6393F  Collect | 6TMH394SMECQ  Collect | 8G56LNDYRH3M  Collect |



**Artificial Flower Arch Decor for Wedding Party**

12/18/22, 2:12 PM    Dog Car Seat, Pet Booster Seat, Removable Washable Pet Safety Car Seat, Pet Travel Carrier Bed for Small Medium Dogs| - ...

Case 1:22-cv-24013-RNS    Document 12-0    Entered on FLSD Docket 12/20/2022    Page 43 of 148



Sell on AliExpress    Help    Buyer Protection    App    🇺🇸 / Miami / English /  USD    Wish List    Account

## AliExpress

**Homyl 242 Store**
90.7% Positive feedback
+ Follow
630 Followers

I'm shopping for...    0
On AliExpress    In this store

Store Home    Products ∨    Sale Items    Top Selling    Feedback





Dog Car Seat, Pet Booster Seat, Removable Washable Pet Safety Car Seat, Pet Travel Carrier Bed for Small Medium Dogs

Enjoy special discounts!
**US $8.23**    New User Deal
US $14.70  -44%

Store Discount: Buy 2 get 3% off ∨

US $3.00 off Orders over US $4.00    US $10.00 Off Store Coupon    Get coupons

Quantity:
−  1  +    Additional 3% off (2 Pieces or more)
999 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: $10.86**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14        More options ∨

Buy Now    Add to Cart    ♡

🛡 75-Day Buyer Protection
Money back guarantee

## Homyl 242 Store



Store Categories

- Home & Garden
  - Home Decor
  - Household Merchandises
  - Kitchen,Dining & Bar
  - Pet Products
  - Arts,Crafts & Sewing
  - Garden Supplies
  - Merry Christmas
  - Home Textile
  - Home Storage & Organization
  - Festive & Party Supplies
- Lights & Lighting
  - Special Engineering Lighting
  - Professional Light
  - Lighting Accessories
  - Portable Lighting

US $3.39    US $8.93    US $2.83    US $2.63    US $12.84    US $8.26

DESCRIPTION    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item



# AliExpress

### Shipping Address

Miami, Florida, United States, 33156

Change

### Payment Methods

Select Payment Method

Homyl 242 Store

Dog Car Seat, Pet Booster Seat, Removable Washable Pet Safety Car Seat, Pet Travel Carrie...

US $8.23

−  1  +

Shipping: US $10.86
Estimated delivery on **Jan 14**

### Summary

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $1 |
| Tax ? | US $ |
| **Total** | US $ |

**Place order**

Upon clicking 'Place Order', I confirm I have read and acknowledged **all terms and policies**.

AliExpress

AliExpress keeps your information and payme

---

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

    

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8  浙公网安备 33010802002248号

Defendant No.: **312**

Store Name:  **HOOPET**









Sell on AliExpress | Help | Buyer Protection | App | Miami / English / USD | Wish List | Account

**AliExpress**

**HOOPET**
96.9% Positive feedback

+Follow
389620 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products | Sale Items | Top Selling | Warehouse in Euprope(dropship) | New Arrivals | Feedback

## Beige



22cm/8.7in
42cm/16.5in
20cm/7.9in

**Suitable for kittens and dogs below 6kg / 13.2lbs.**

     

HOOPET Dog Car Seat Portable Cat Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector For Chihuahua

US $5 off every US $40 spent on promo | Extra 1% Off

1 order

**US $26.03** ~~US $40.67~~ -36%

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon  Get coupons

Color: Beige

     

 

Size: 42x20x22cm

42x20x22cm

Quantity:
− 1 + 500 Pieces available

Ships to Miami, Florida, United States

**Free Shipping**
Estimated delivery on Jan 17
From China to Miami via AliExpress Standard Shipping

More options

**Buy Now** | **Add to Cart** | ♡ 20

🛡 **75-Day Buyer Protection**
Money back guarantee



**HOOPET Official Store**
Dropshipping, Wholesale, OSV/FXCFL Order Are Available

E-mail:[email protected]  WeChat:aihoopet

**Store Categories**
- New Arrivals
- Warehouse in Europe(drops hip)
- $0-$5 Items
- Pet Bed
  - Dog & Cat Bed
  - Cat Bed & Mat
  - Dog Bed & Mat
- Outdoor Sup plies
  - Carries & Bags

**HOOPET**
96.9% Positive Feedback
389.6K Followers

💬 Contact

+Follow | Visit Store

US $10.14 | US $9.90 | US $11.60 | US $19.49 | US $6.62 | US $23.11

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Defendant No.: **313**

Store Name:  **House for Pets Store**















Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**House for Pets Store**
96.5% Positive feedback
+ Follow
**3435** Followers

I'm shopping for...  1

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback







Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector For Small Dog Cat Chihuahua

⊕ Extra 1% Off

Enjoy special discounts!
**US $14.18**
US $19.43 -27%
New User Deal

Store Discount: Buy 2 get 3% off ⌄

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

**Color:** Khaki

Quantity:
⊖ 1 ⊕  Additional 1% off (2 Pieces or more)
999 Pieces available

Ships to ⊙ Miami, Florida, United States

**Shipping: $20.78**
From United States to Miami via USPS
Estimated delivery: 4-13 days
More options ⌄

**Buy Now** | **Add to Cart** | ♡

🛡 **15-Day Buyer Protection**
Money back guarantee



| | | | | | |
|---|---|---|---|---|---|
| US $2.28 | US $4.29 | US $0.57 | US $5.40 | US $8.05 | US $0.44 |

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Defendant No.: **314**

Store Name:  **HouseDaily Store**



HouseDaily Store    | Open 1 year(s) |    90.1% Positive feedback ✎    FOLLOW    257 Followers

## HouseDaily Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |

| US $5.00 | US $2.00 | US $1.00 |
|---|---|---|
| Spend US $100.00, Get US $5.00 off(excludes shipping costs) | Spend US $49.00, Get US $2.00 off(excludes shipping costs) | Spend US $15.00, Get US $1.00 off(excludes shipping costs) |
| Expires 2022/12/31 | Expires 2022/12/31 | Expires 2022/12/31 |
| FAXYUVQWRVWL    Collect | IY74H8A8IJOG    Collect | 8K6L97K6V0QP    Collect |



### Hot deals

| | | |
|---|---|---|
| 1 | 2 | |
| 12 Pieces Crystal Horse Carriage Candy Gift Boxes Party Favor Baby Shower… | Multi-Tool Wire Stripper Crimper Professional Cable Cutter Plier Multifunction f… | Cute Flower Pot R Shaped Storage B Container Small R |
| US $15.48 | US $2.04 | US $3.13 |

## Bundle Deals

Buy more to save up to *3%*



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**HouseDaily Store**
90.1% Positive feedback

+ Follow
257 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback





Breathable Car Control Console Pet Nest Cat Dog Booster Safety Seat Carrier Outdoor Travel Bed Accessories Durable Comfortable

**US $13.14**  US $23.90  -45%

Store Discount: Buy 2 get 3% off ⌄

US $3.00 off Orders over US $4.00 | US $5.00 Off Store Coupon | Get coupons

Quantity:
( − ) 1 ( + )  Additional 3% off (2 Pieces or more)
999 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: $12.78**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now** | **Add to Cart** | ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee

## HouseDaily Store



**HouseDaily Store**
90.1% Positive Feedback
257 Followers
💬 Contact

+ Follow | Visit Store

US $3.13 | US $2.27 | US $2.39 | US $2.47 | US $2.97 | US $8.03

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS

Report Item

**Description:**
This pets small dogs car seat carry basket made of high quality polyester, very strong, solid and durable.
Safety buckle, wear resistant, firm and durable.
Opening top to makes your furry friends comfortable breathable.
User friendly design: easy assembly and installation.
Elastic secure straps belts fix the seat tightly and stable to prevent it sliding in the car and fits for the armrest in the most cars.

**Specification:**
Material: Polyester
Color: Gray
Size: 25x45x23cm/9.84x17.72x9.06inch

**Package Includes:**
1 Piece Pets Car Seat

**Note:**



Defendant No.: **315**

Store Name:  **Huanle life Store**







Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

# AliExpress

**Huanle life Store**
97.2% Positive feedback

+ Follow
**3496** Followers

I'm shopping for...

0

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | fans enjoy extra discount | Feedback





Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector Small Dog pet car safety seat

⊕ Extra 2% Off

Enjoy special discounts!

**US $19.32**
US $44.92  -57%

*New User Deal*



US $3.00 off Orders over US $4.00 | US $1.00 Off Store Coupon | Get coupons

Color: style2

   

Quantity:
 1     Additional 5% off (2 Pieces or more)
1000 Pieces available

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

Buy Now | Add to Cart | ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

Support Dropshipping **CSV/EXCEL**
Wholesale Disscount offer



US $3.25 | US $3.09 | US $3.87 | US $3.26 | US $4.70 | US $0.01

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS

Report Item



Defendant No.: **316**

Store Name: **inspaws Official Store**





12/18/22, 2:46 PM    Dog Cat Booster Seat ON Car Armrest Dog Carrier Protector Pet Car Seat Dog Bed For Travel Portable Deluxe Interactive Pet ...

Case 1:22-cv-24013-RNS   Document 12-9   Entered on FLSD Docket 12/20/2022   Page 63 of 148



Sell on AliExpress | Help | Buyer Protection | App   / Miami / English / USD     Wish List   Account



### inspaws Official Store
93.2% Positive feedback    +Follow    4874 Followers

Dog Cat Booster Seat ON Car Armrest Dog Carrier Protector Pet Car Seat Dog Bed For Travel Portable Deluxe Interactive Pet Kennel

2 orders

**US $26.05** ~~US $40.08~~ -35%

US $3.00 off Orders over US $4.00   Get coupons

Color: Universal Beige

Quantity:   1   998 Pieces available

Ships to Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 46

🛡 **75-Day Buyer Protection**
Money back guarantee



WHOLESALE | DROPSHIPPING

US $13.49    US $20.06    US $9.22    US $23.36    US $10.82    US $18.38

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS      Report Item





Defendant No.: **317**

Store Name:  **Kangfeile PetSupplies Store**











Defendant No.: **318**

Store Name:  **KAT GorgeousHome Store**



Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD













**Shipping Address**

█████████████

Miami, Florida, United States, 33156

Change

**Payment Methods**

Select Payment Method

KAT GorgeousHome Store



Dog Safe Car Seat Armrest Box Booster Puppy Pet Carriers Kennel Bed Bag Pets Carrying ...
Bone,China

US $17.59                                              —   1   +

Free Shipping
Estimated delivery on **Jan 11**
🚚 **12-day Delivery**

**Summary**

| | |
|---|---|
| Total item costs | US $1 |
| Promo Code | Enter code |
| Total shipping | |
| Tax ? | US $ |
| **Total** | **US** |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged **all terms and policies.**

AliExpress

AliExpress keeps your information and payme

**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**     **App Store**     **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙ICP备业务经营许可证
20120091-8  浙公网安备 33010802002248号

Defendant No.: **319**

Store Name:  **KOSIMIA GAMIA Store**

12/18/22, 1:05 PM    Case 1:22-cv-24013-RNS    KOSIMIA GAMIA Store - Amazing products with exclusive discounts on AliExpress
Document 2-9    Entered on FLSD Docket 12/20/2022    Page 74 of
148





Sell on AliExpress    Help    Buyer Protection    App    / Miami / English / USD    Wish List    Account

AliExpress   **KOSIMIA GAMIA Store**   **+ Follow**
92.1% Positive feedback   **599** Followers

I'm shopping for...   On AliExpress | In this store

Store Home | Products ⌄ | Sale Items ⌄ | Top Selling | Feedback



**Beige**

Suitable for kittens and dogs below 6kg/13.2lbs

22cm/8.7in
42cm/16.5in
20cm/7.9in

    

Pet Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Cat Travel Shoulder Bags

US $5 off every US $40 spent on promo

★★★★★ 5.0 ⌄  1 Review  12 orders

**US $23.80**  ~~US $27.67~~  -14%

Store Discount: Get US $1.00 off orders over US $50.00 ⌄

⊘ US $3.00 off Orders over US $4.00   Get coupons

Color: Beige

    

Quantity:
⊖ 1 ⊕  9999 Pieces available

Ships to ⊙ Miami, Florida, United States

**Shipping: $11.01**
From **United States** to **Miami** via USPS
Estimated delivery: **4-13** days

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 27

🛡 **15-Day Buyer Protection**
Money back guarantee



KOSIMIA GAMIA Store   12-24 Hours shipping
Support Dropshipping and CSV/ Excel File   WhatsAPP + 86 15119255093

US $20.16   US $24.45   US $12.87   US $77.31   US $68.71   US $56.33

**DESCRIPTION**    CUSTOMER REVIEWS (1)    SPECIFICATIONS                Report Item





Defendant No.: **320**

Store Name:  **Leading life Appliance Supplier Store Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD | Go to Glo

I'm shopping for...    On AliExpress  | In this store            ● 1

Leading life Appliance Supplier Store Store    Open 5 year(s)    91.2% Positive feedback ^    FOLLOW    1222 Followers

## Leading life Appliance Supplier Store Store

| Store Home | Products ˅ | Sale Items | Top Selling | Diamond Painting | Home&Garden ˅ | Feedback |

| US $3.00 | US $2.00 | US $1.00 |
|---|---|---|
| Spend US $89.00, Get US $3.00 off(excludes shipping costs) | Spend US $54.00, Get US $2.00 off(excludes shipping costs) | Spend US $27.00, Get US $1.00 off(excludes shipping costs) |
| Expires 2023/01/31 | Expires 2023/01/31 | Expires 2023/01/31 |
| FP3M3XMEJU8H   Collect | M7ZHH3RBC2TP   Collect | EDVXN5SHWLVK   Collect |



3 Way Diverter Valve G1/2 Valve Bathroom Shower Head Spray Nozzle Switch Adap

### Hot deals





Outdoors Folding Ping Pong Table Cover Oxford Cloth Waterproof Dust-proof...

US $7.75



12 Flags 3.2m Pennants Cotton Bunting Banner Flags Party Decor For Festival Bab...

US $0.01   ~~US $3.76~~    -99%



2/4pc Clips Kitche Rack Organizer Sp Holder Gripper Cl

US $0.33









## Shipping Address

█████████████

Miami, Florida, United States, 33156                    Change

## Payment Methods

Select Payment Method

Leading life Appliance Supplier Store Store

Portable Dog Safe Car Seat with Adjustable Straps Central Control Travel Pet Carriers Kenn...
Bone,United States

US $7.06                                                              −   1   +

Shipping: US $23.33
Estimated delivery on Feb 28                                                          >

## Summary

| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $2 |
| Tax ? | US $ |
| **Total** | **US $** |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store    AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers ·
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙icp电信业务经营许可证浙
B2-20120091-8    浙公网安备 33010802002248号

Defendant No.: **321**

Store Name:  **Lighting Global Store**



Lighting Global Store · Open 4 year(s) · 92.9% Positive feedback · FOLLOW · 1381 Followers

## Lighting Global Store

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Tools Supply ⌄ | Feedback |



**US $3.00**
Spend US $99.00, Get US $3.00 off(excludes shipping costs)
Expires 2023/01/31
38IWPSLWDFS4 — Collect

**US $2.00**
Spend US $39.00, Get US $2.00 off(excludes shipping costs)
Expires 2023/01/31
3FVZNQ2B3EBQ — Collect

**US $1.00**
Spend US $29.00, Get US $1.00 off(excludes shipping costs)
Expires 2023/01/31
WI1L0S2OGRDF — Collect





# Hot deals



3X 5X 10X 15X 20X Jeweler Watch Magnifier Tool Portable Monocular...
**US $0.01**
US $0.73 -98%

1pcs High Pressure Spray Tip Nozzle Tip With 1/4" Inch Fitting Male Thread Karcher...
**US $0.01**
US $0.87 -98%

50pcs/lot Candle W... for Candles Soy o... Form for Candle M...
**US $0.01**
US $1.06

# Bundle Deals



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**Lighting Global Store**
92.9% Positive feedback

**+ Follow**
**1381** Followers

I'm shopping for...

🔴 1

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Tools Supply ⌄ | Feedback



     

Dog Safe Car Seat Carrying House Central Control Armrest Box Booster Anti Slip Travel Puppy Pet Carrier Kennel Bed


Enjoy special discounts!

**US $20.13**
US $41.09 -51%

**New User Deal**

Store Discount: Buy 3 get 3% off ⌄

US $3.00 off Orders over US $4.00 | US $3.00 Off Store Coupon | Get coupons

**Color:** Bone

 

**Quantity:**
− 1 +    Additional 1% off (2 Pieces or more)
9997 Pieces available

Ships to 📍 Miami, Florida, United States

🚚 **12-Day Delivery**
**Free Shipping**
From **China** to Miami via AliExpress Selection Standard
Estimated delivery on Jan 11
On-time guarantee

More options ⌄

**Buy Now** | **Add to Cart** | ♡

🛡 **75-Day Buyer Protection**
Money back guarantee

## Lighting Global Store



| US $0.81 | US $9.58 | US $0.21 | US $66.26 | US $0.64 | US $1.99 |

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Defendant No.: **322**

Store Name:  **Lingling Adornment Store**

Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress    In this store

Lingling Adornment Store    Open 1 year(s)    89.5% Positive feedback    FOLLOW    88 Followers

## Lingling Adornment Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |

**US $50.00**
Spend US $999.00, Get US $50.00 off(excludes shipping costs)
Expires 2022/12/31
2AVZY2AETH2H    Collect

**US $10.00**
Spend US $299.00, Get US $10.00 off(excludes shipping costs)
Expires 2022/12/31
NOSSXAEGLWXS    Collect

**US $5.00**
Spend US $99.00, Get US $5.00 off(excludes shipping costs)
Expires 2022/12/31
66WCMC56MNPZ    Collect



## 11.11 Sales
### SAVE MORE WITH PROMO CODE

 **Spain**

| € 35-4 | AEES4 |
| € 65-8 | AEES8 |
| € 100-10 | ES10 |
| € 100-13 | AEES13 |
| € 200-20 | ES20 |
| € 200-30 | AEES30 |
| € 300-30 | ES30 |

 **France**

| € 35-3 | AEFR3 |
| € 100-10 | FR10 |
| € 200-20 | FR20 |

| € 300-30 | FR30 |
| ··· comming soon |

 **America**

| $150-15 | US15 |
| $350-40 | US40 |

 **Brazil**

| R$1200-120 | mundoali120 |
| R$3000-350 | mundoali350 |
| ··· comming soon |

**Korea**

| 20-3 | AEKR3B |
| 80-12 | AEKR12A |

| 35-5 | AEKR5A |
| 250-35 | AEKR35 |

| 50-7 | AEKR7A |
| ··· comming soon |

## Hot deals


1
Advent Calendar to Fill Large Wall Hanging with Pockets Fillable Xmas Advent Count...
*US $7.38*


2
360 Degree Rotating Storage Tube Craft with Removable Bins for Home Desktop
*US $7.98*


Insulated Double Tumbler Cup with Straw Glittering Si...
*US $2.27*

Case 1:22-cv-24013-RNS   Document 129   Entered on FLSD Docket 12/20/2022   Page 87 of 148



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**   **Lingling Adornment Store**
89.5% Positive feedback

+ Follow
**88** Followers

I'm shopping for...   On AliExpress   In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



Portable Dog Car Carrier Soft Safety Pet Booster Seat for Small Pets Car Armrest Cage House Bed Pet Car Seat Travel Seat

**US $9.71**   ~~US $13.68~~   -29%

Store Discount: Buy 2 get 3% off ⌄

US $3.00 off Orders over US $4.00   US $50.00 Off Store Coupon   Get coupons

Quantity:

− 1 +   999 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: $9.54**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 1

✓ **75-Day Buyer Protection**
Money back guarantee

---

## Lingling Adornment Store



**Store Categories**

▾ Home Improvement
  Bathroom Fixture
  Doors, Gates & Windows
  Hardware
  Family Intelligence System
  Painting Supplies & Wall Treatments
  Electrical Equipment & Supplies
  Kitchen Fixture
  Heating, Cooling & Vents
  Plumbing
▾ Home & Garden
  Home Decor
  Garden Supplies

**Lingling Adornmen...**
89.5% Positive Feedback
88 Followers
🔵 Contact
+ Follow   Visit Store

US $11.17   US $0.94   US $3.81   US $2.33   US $0.82   US $1.45

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS    Report Item





Defendant No.: **323**

Store Name:  **LINKMENOW Store**



Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

LINKMENOW Store    Open 1 year(s)    93.0% Positive feedback    FOLLOW    128 Followers

## LINKMENOW Store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback

### Hot deals

| 1 | 100g Multipurpose Cleaner Cream Powerful Steel Cookware Clean Paste... | US $1.47 |
| 2 | Green Eucalyptus Wreath With Welcome Sign Artificial Eucalyptus Wreath Spring... | US $3.83 |
| | Christmas Scarf Li Deer Ornament L Deer With LED Str | US $2.81 |

## Deals by category

 Default group

 Pet Clothes

 Halloween

### New Arrivals



| NEW | NEW | NEW | NEW | NEW |
| Portable Gas Cooker Stove Cassette Butane Gas Stove... | Adjustable Foot Rest Portable Travel Footrest Hammock Fe... | USB Rechargeable Portable Mini Hand Warmer Pocket... | Acrylic Vases Wedding Centerpieces For Tables Clea... | Colorful Auto Rotat Disco Ball Light Str |
| US $9.82 | US $2.47 | US $3.98 | US $5.10 | US $1.00 |

## PICKED FOR YOU



Sell on AliExpress | Help | Buyer Protection | App | / Miami / English / USD | Wish List | Account

# AliExpress

**LINKMENOW Store**
93.0% Positive feedback

+ Follow
**128** Followers

On AliExpress | In this store

Store Home | Products ▾ | Sale Items | Top Selling | Feedback



A

     

Small Puppy Cat Bed Car Control Console Pet Nest Portable Car Armrest Dog Cat Mat Travel Bed Safety Car Central Control Pet Seat

⊕ Extra 3% Off

2 orders

**US $8.69** ~~US $18.48~~ -53%

⚡ US $3.00 off Orders over US $4.00   Get coupons

Color: plant

     



Quantity:
 1    Additional 2% off (2 Pieces or more)
9999 Pieces available

Ships to ⊙ Miami, Florida, United States

**Shipping: $10.63**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

 Buy Now    Add to Cart    ♡ 18

🛡 **75-Day Buyer Protection**
Money back guarantee

## LINKMENOW Store



US $3.14 | US $3.65 | US $2.41 | US $1.18 | US $7.06 | US $2.71

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item





Shipping Address

Miami, Florida, United States, 33156

Change

**Payment Methods**

Select Payment Method

LINKMENOW Store

Small Puppy Cat Bed Car Control Console Pet Nest Portable Car Armrest Dog Cat Mat Trav...
plant,China

US $8.69                                                                  —    1    +

A

Shipping: US $10.63
Estimated delivery on **Jan 14**

**Summary**

| | |
|---|---|
| Total item costs | US $ |
| Promo Code | Enter code |
| Total shipping | US $1 |
| Tax ? | US $ |
| **Total** | US $ |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged **all terms and policies**.

AliExpress

AliExpress keeps your information and payme

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store    AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Customers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙ICP备业务经营许可证浙
20120091-8   浙公网安备 33010802002248号

Defendant No.: **324**

Store Name:  **luckpet Store**



12/18/22, 2:40 PM     2021 Car central control nest car mat portable dog kennel safety seat four seasons universal anti-dirty cat kennel pet supplies|...

Case 1:22-cv-24013-RNS   Document 12-9   Entered on FLSD Docket 12/20/2022   Page 95 of 148



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**luckpet Store**
88.7% Positive feedback

+ Follow

549 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback

Cream color



22cm

42cm   20cm

    

2021 Car central control nest car mat portable dog kennel safety seat four seasons universal anti-dirty cat kennel pet supplies

## US $31.58  ~~US $48.58~~ -35%

US $3.00 off Orders over US $4.00   Get coupons

Color: cream colour

 

Size: 42X20X22cm

42X20X22cm

Quantity:
−  1  +   4978 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on Jan 14

More options ⌄

**Buy Now**   **Add to Cart**   ♡ 521

🛡 **75-Day Buyer Protection**
Money back guarantee



e care for your pet's life    LUCKPET STORE

Pet cool bed    Pet soft blanket

US $12.97    US $14.98    US $4.78    US $6.90    US $7.98    US $11.58

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS    Report Item



Defendant No.: **325**

Store Name:  **Market Store**



Case 1:22-cv-24013-RNS   Document 1-9   Entered on FLSD Docket 12/20/2022   Page 99 of 148



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**Market Store**
93.5% Positive feedback
+ Follow
862 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Tools ⌄ | Lights ⌄ | Feedback





Dog Safe Car Seat Carrying House Central Control Armrest Box Booster Anti SIip Travel Puppy Pet Carrier Kennel Bed

US $5 off every US $40 spent on promo

**US $7.20**   US $10.44   -31%

Store Discount: Buy 2 get 2% off ⌄

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

**Color:** Bone



Quantity:
− 1 +    Additional 2% off (2 Pieces or more)
2999 Pieces available

Ships to 📍 Miami, Florida, United States
ⓘ This product can't be shipped to your address. Select another product or address.

Buy Now | Add to Cart | ♡ 1

🛡 **75-Day Buyer Protection**
Money back guarantee

---



**MARKET STORE**
SUPPORT CSV/EXCEL DROPSHIPPING

**Store Categories**

- Festival & Party Supplies
  - Artificial Decorations
  - Event & Party
  - Christmas
- Arts,Crafts & Sewing
  - Leathercraft
  - DIY Apparel
  - Sewing & Fabric
  - Embossing
  - Pottery & Ceramics
  - Arts, Crafts & Sewing Storage
  - Scrapbooking & Stamping
  - Needle Arts & Craft

**Market Store**
93.5% Positive Feedback
862 Followers
💬 Contact
+ Follow | Visit Store

US $0.95 | US $1.00 | US $0.53 | US $0.01 | US $0.01 | US $5.49

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item

**4 INCH ROUND DESKTOP CLOCK**
SILENT MUTE LUMINOUS ALARM CLOCK FASHION SIMPLE



Defendant No.: **326**

Store Name:  **Meritorious Store**



**Pet supplies**

12/19/22, 2:56 AM     Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector for Small Dog Chihuahua and Ted...

Case 1:22-cv-24013-RNS    Document 12-9    Entered on FLSD Docket 12/20/2023    Page 103 of 148



Sell on AliExpress     Help     Buyer Protection     App     🇺🇸 / Miami / English / USD     Wish List     Account

**AliExpress**

**Meritorious Store**
93.3% Positive feedback

+ Follow
267 Followers

I'm shopping for...    1

On AliExpress    In this store

Store Home     Products ▾     Sale Items     Top Selling     Feedback





   

Portable Cat Dog Bed Travel Central Control Car Safety Pet Seat Transport Dog Carrier Protector for Small Dog Chihuahua Teddy

⊕ Extra 1% Off

**US $31.96** ~~US $40.98~~ -22%

US $3.00 off Orders over US $4.00    Get coupons

Color: Pink

     

 

Size: 42x20x22cm

42x20x22cm 

Quantity:

⊖ 1 ⊕   100 Pieces available

Ships to ⊙ Miami, Florida, United States

**Shipping: $0.02**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options ⌄ 

**Buy Now**    **Add to Cart**    ♡ 4

🛡 **75-Day Buyer Protection**
Money back guarantee









## Meritorious Store

               

US $30.34    US $2.69    US $6.77    US $8.29    US $4.39    US $43.86

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS     Report Item





Defendant No.: **327**

Store Name:  **Mr. Coffey Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for...  On AliExpress | In this store  1

Mr. Coffey Store | Open **3 year(s)** | **90.2%** Positive feedback | FOLLOW | 2539 Followers

# Mr. Coffey Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |



**US $5.00**
Spend US $100.00, Get US $5.00 off(excludes shipping costs)
Expires 2022/12/31
TL6X56MHWULN  Collect



**US $2.00**
Spend US $45.00, Get US $2.00 off(excludes shipping costs)
Expires 2022/12/31
C4HFDQEN836X  Collect



## Hot deals

Flower Aromatic Toilet Gel Toilet Deodorant Cleaner Toilet Fragrance Remove...
*US $2.78*

Shoes Waterproof Glue, Quick-drying Special Glue, Repair Shoes, Professional...
*US $8.63*

50ml Crystal Epoxy AB Glue Quick-dry Glue Super Transp...
*US $9.77*

12/19/22, 8:18 AM
1pcs Car Mat Portable Dog Kennel Safety Seat Car Central Control Universal Vehicle Armrest Box Pet Dog Carrier Seat Pet Sup...

Case 1:22-cv-24013-RNS Document 13-9 Entered on FLSD Docket 12/20/2022 Page 107 of 148







1pcs Car Mat Portable Dog Kennel Safety Seat Car Central Control Universal Vehicle Armrest Box Pet Dog Carrier Seat Pet Supplies

## US $24.42  ~~US $40.70~~  -40%

US $3.00 off Orders over US $4.00    US $5.00 Off Store Coupon    Get coupons

Color: 02

Quantity: 1    1000 Pieces available

Ships to Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options

Buy Now    Add to Cart    ♡ 1

**75-Day Buyer Protection**
Money back guarantee



# Mr. Coffey Store

Mr. Coffey Store
90.2% Positive Feedback
2539 Followers
Contact
+ Follow    Visit Store

**Store Categories**
- Home Improvement &Tools
- Intelligent Appliances
- Kitchen Tools
- Bathroom Supplies
- Hand tool & Accessories
- Home Textile
- Lighting&LED
- Home Storage & Organization
  - Storage Boxes & Bin,Basket
  - Storage Rack & Hook
  - Bag & Clips
- Pet Produ

US $7.22    US $10.58    US $7.15    US $3.71    US $12.12    US $0.99

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item







**Shipping Address**

Miami, Florida, United States, 33156

Change

**Payment Methods**

Select Payment Method

🗔 Mr. Coffey Store

1pcs Car Mat Portable Dog Kennel Safety Seat Car Central Control Universal Vehicle Armre...
02,China

US $24.42                                                    −  1  +

**Free Shipping**
Estimated delivery on **Jan 15**                                           >

**Summary**

Total item costs                                    US $2

Promo Code                      Enter code

Total shipping

Tax ⓘ                                                        US $

**Total**                                                        US :

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged **all terms and policies.**

🛡 AliExpress

AliExpress keeps your information and payme

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

▶ Google Play     🍎 App Store     AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Customers ·
Conditions for EU/EEA/UK Consumers (Transactions) · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙B1-电信与信息业务经营许可证
20120091-8  浙公网安备 33010802002248号

Defendant No.: **328**

Store Name:  **Ordernow Store**



Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress    In this store    1

Ordernow Store    Open 9 year(s)    92.3% Positive feedback    FOLLOW    52833 Followers

**ORDERNOW**

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Pet Product ⌄ | Feedback

# PICKED FOR YOU



Pet Dog Car Seat Central Control Nonslip Dog Carrier Safe Car Armrest Box Kennel Bed for...

US $6.40



2pcs DIY Cake Pie Slicer Sheet Guide Cutter Cake Slicers 5 Layers Server Bread Cutting...

US $0.43



Mouse Cat Toys Wireless RC Mice Cat Toys Remote Control False Mouse Novelty RC Cat...

US $1.25



40 Pcs Mason Sugar Bowl Sticker DIY Kitchen Jam Jar Labels Sticker...

US $0.34



Plastic Cat Kitten Pet Play Balls With Jingle Bell Pounce Rattle Toy Plush Cat Toy Set Cat Toys...

US $0.01    US $0.71    -98%



Dog Cat Flap Door with 4 Way Security Lock Flap Door for Dog Cats Kitten ABS Plastic Sma...

US $0.99    US $5.81    -82%



10/15/20Pcs Natural Catnip Pet Cat Molar Toothpaste Stick Matatabi Actinidia Fruit...

US $0.01    US $0.28    -96%



DIY Low Calories Microwave Oven Potato Chips Maker Set Never Hu...

US $0.86











Sell on AliExpress    Help    Buyer Protection    App    🇺🇸 / Miami / English / USD    Wish List    Account

**Ordernow Store**
92.3% Positive feedback

+Follow
52833 Followers

I'm shopping for...

On AliExpress    In this store

Store Home    Products ⌄    Sale Items    Top Selling    New Arrivals    Pet Product ⌄    Feedback







Pet Dog Car Seat Central Control Nonslip Dog Carrier Safe Car Armrest Box Kennel Bed for Transportation Pet Supplies

⊕ **Extra 2% Off**

1 order

## US $18.05   ~~US $40.11~~  -55%

Store Discount: Buy 3 get 1% off ⌄

US $3.00 off Orders over US $4.00    US $1.00 Off Store Coupon    Get coupons

Color: Plant

  

Quantity:
− 1 +    Additional 1% off (2 Pieces or more)
9999 Pieces available

Ships to ⊙ Miami, Florida, United States

🚚 **12-Day Delivery**
**Free Shipping**
From China to Miami via AliExpress Selection Standard
Estimated delivery on Jan 12
On-time guarantee

More options ⌄

| Buy Now | Add to Cart | ♡ 2 |

🛡 **75-Day Buyer Protection**
Money back guarantee



**ORDERNOW**

US $0.13    US $0.01    US $0.72    US $0.57    US $0.01    US $1.65

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS    Report Item





Defendant No.: **329**

Store Name: **PATYOCAT Official Store**





12/19/22, 1:34 AM Portable Cat Carrier Bag Car Seat Pet Cat Bed Travel Central Control Non Slip Universal Vehicle Armrest Box Pet Cat Carrier S...

Case 1:22-CV-24013-RNS Document 12-9 Entered on FLSD Docket 12/20/2022 Page 115 of 148



Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**PATYOCAT Official Store**
Top Brand **95.4%** Positive feedback

+ Follow
**15490** Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ˅ | Sale Items | Top Selling | New Arrivals | Feedback






Portable Cat Carrier Bag Car Seat Pet Cat Bed Travel Central Control Non Slip Universal Vehicle Armrest Box Pet Cat Carrier Seat

US $5 off every US $40 spent on promo

 4.5 ˅ 14 Reviews 73 orders


**US $26.06** ~~US $52.12~~ -50%

US $3.00 Off Orders over US $4.00 | US $1.01 Off Store Coupon | Get coupons

Color: Beige 01


    



Quantity:
 1   997 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
Estimated delivery on Jan 17
From **China** to **Miami** via AliExpress Standard Shipping     More options ˅

 

 1836

🛡 **75-Day Buyer Protection**
Money back guarantee



**PATYOCAT Official ...**
⭐ Top Brands
95.4% Positive Feedback
15.5K Followers
💬 Contact
+ Follow | Visit Store

US $10.83    US $10.81    US $17.47    US $14.46    US $12.24    US $10.56

**DESCRIPTION** | CUSTOMER REVIEWS (14) | SPECIFICATIONS     Report Item

Store Categories
Cat Bed
Mat
Cat Carrier Bags
Cat Furniture & Scratchers
Cat Feeder&Water Fountain
Cat Bowls
Other supplies for





Defendant No.: **330**

Store Name:  **Pet Love it**



Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

Pet Love it    Open 8 year(s)    95.2% Positive feedback    FOLLOW    1807 Followers

Pet Love it

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback |



US $2.00
Spend US $30.00, Get US $2.00 off(excludes shipping costs)
Expires 2022/12/31
OF6TXYWLUCZI    Collect









Sell on AliExpress | Help | Buyer Protection | App | 🇺🇸 / Miami / English / USD | Wish List | Account

**AliExpress**

**Pet Love it**
95.2% Positive feedback

+ Follow
**1807** Followers

I'm shopping for...

On AliExpress | In this store

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Feedback |





Pet Dog Cat Carrier Car Luggage Car Cushion Safety Seat Center Control Nest cat carrier dog bag

US $5 off every US $40 spent on promo

**US $31.76**  US $40.72  **-22%**

US $3.00 off Orders over US $4.00 | US $2.00 Off Store Coupon | Get coupons

Color: Dark Brown

Quantity: − 1 + 99 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From **China** to **Miami** via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options ⌄

**Buy Now** | **Add to Cart** | ♡

🛡️ **75-Day Buyer Protection**
Money back guarantee

↩️ **Free Return**
Return without any reason for free within 15 days

---





## Pet Love it



**Store Categories**

Pet Shose & Sock
Cleaning & Trainning
Pet Beds
Pet Bowl
Pet Accessories
Fish
Pet Clothes
Dress
Sweater
T-Shirt
Jumpsuit
Hoodie

**Pet Love it**
95.2% Positive Feedback
1807 Followers
💬 Contact

+ Follow | Visit Store

US $2.45   US $4.34   US $9.17   US $7.67   US $8.86   US $10.18

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS | Report Item



Defendant No.: **331**

Store Name:  **Pet supplies grocery store Store**



Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress | In this store    1

Pet supplies grocery store Store    92.6% Positive feedback    FOLLOW    4610 Followers

## Pet supplies grocery store Store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback

**US $5.00**
Spend US $100.00, Get US $5.00 off(excludes shipping costs)
Expires 2023/01/05
F56QYZC1M1Cj    Collect

**US $2.50**
Spend US $55.00, Get US $2.50 off(excludes shipping costs)
Expires 2023/01/05
8UAL1NEMCWCY    Collect

**US $1.00**
Spend US $22.00, Get US $1.00 off(excludes shipping costs)
Expires 2023/01/05
F7F4FBQ9PQXE    Collect

## Hot deals


1
Pet Toy Training Called Dinner Small Bell Footprint Ring Dog Toys for Teddy...
US $0.87


2
New Fashion Winter Warm Pet Coats Dog Clothes for Small Medium Large Dogs...
US $10.79


Detachable Kitten Pet Toilet Basin Set Cat Cleaning Basin...
US $18.00

## Deals by category


Pet Bag


40%


Pet Pad

## PICKED FOR YOU


Portable Pet Car Seat Nonslip Dog Carriers Safe Car Armrest Box Kennel Bed for Small Dog Ca...


USB Rechargeable LED Night Safety Pet Collars Tube Flashing Glow Glowing Luminous Night...


Funny Dog Cat Handprint or Footprint Contactless Stamp Pad Toys 100% Non-toxic...


Pet Supplies Dog Waterproof Rain Reflective Rain Coat Hooded Jack...









## Shipping Address

███████████████████

Miami, Florida, United States, 33156                              Change

## Payment Methods

Select Payment Method

**Pet supplies grocery store Store**

Portable Pet Car Seat Nonslip Dog Carriers Safe Car Armrest Box Kennel Bed for Small Do...
A-Beige

US $24.74                                        —  1  +

**Free Shipping**
Estimated delivery on **Jan 15**                                        ›

## Summary

| | |
|---|---|
| Total item costs | US $2 |
| Promo Code | Enter code |
| Total shipping | |
| Tax ⍰ | US $ |
| **Total** | **US** |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged **all terms and policies**.

🛡 AliExpress

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai,
Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International,
AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

**Google Play**    **App Store**    **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Customers -
Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙B2-20120091-8  浙公网安备 33010802002248号

Defendant No.: **332**

Store Name:  **Petata Store**





Case 1:22-cv-24013-RNS  Document 13-9  Entered on FLSD Docket 12/20/2022  Page 127 of 148



Sell on AliExpress    Help    Buyer Protection    App    🇺🇸 / Miami / English / USD        Wish List    Account

**AliExpress**    **Petata Store**    + Follow            I'm shopping for...        1
                   98.1% Positive feedback    197 Followers
                                                                        On AliExpress | In this store

Store Home    Products ⌄    Sale Items    Top Selling    Feedback





Portable Dog Car Seat Bed Travel Central Control Car Safety Pet Seat Transport Dog Carry Protector For Small Dog Chihuahua Teddy



➕ Extra 3% Off

3 orders

Grab a great discount today

**US $27.71**            Holiday Deals Event
US $39.58  -30%         Ends in
                        Dec 23, 11:59 PM PT

US $3.00 off Orders over US $4.00    Get coupons

Color: Oval Beige





Quantity:
  −  1  +    Additional 5% off (2 Pieces or more)
                                  Only 10 left

Ships to 📍 Miami, Florida, United States

**Free Shipping**
Estimated delivery on Jan 17
From China to Miami via AliExpress Standard Shipping        More options ⌄

**Buy Now**    **Add to Cart**    ♡ 10

🛡 **75-Day Buyer Protection**
   Money back guarantee







## Petata Store

            

US $3.72    US $9.41    US $4.86    US $7.85    US $14.17    US $7.13

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS                Report Item





**Shipping Address**

John Doe   1 1111111111
8950 SW 74 CT / STE. 1804
Miami, Florida, United States, 33156

Change

**Payment Methods**

Select Payment Method

Petata Store

Portable Dog Car Seat Bed Travel Central Control Car Safety Pet Seat Transport Dog Carry ...
Oval Beige

US $27.71

— 1 +

Free Shipping
Estimated delivery on **Jan 17**

**Summary**

Total item costs                  US $2
Promo Code          Enter code
Total shipping
Tax ⑦                             US $

**Total**                         US $

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

AliExpress

AliExpress keeps your information and payme

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙B2-20120091-8 浙公网安备 33010802002248号

Defendant No.: **333**

Store Name:  **Pet-household Store**



Sell on AliExpress    Buyer Protection    Help    Save big on our app!    Ship to 🇺🇸 / USD

I'm shopping for...    On AliExpress   In this store   1

Pet-household Store    Open **1 year(s)**    **92.8%** Positive feedback    FOLLOW    184 Followers

## Pet-household Store

| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |



### Hot deals

Dog Summer Dress Cat Lace Skirt Pet Clothing Chihuahua Stripe Skirt Puppy Cat...
**US $4.70**

Dog Traction Rope Free hands Dog Leash with Waist Bag Pull dog Running...
**US $13.76**

2022 Dog Jacket N... Fleece Pet Clothes Cat Sweater Thick...
**US $10.32**

## Deals by category

 kennel

 bed

 Warm cushi...

## PICKED FOR YOU









Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box...
**US $36.85**

Pet accessories dog supplies dog food container Automatic dog feeder cat automati...
**US $20.25**

Sponge Dog Stairs Anti-slip Removable Dog Bed Stairs Soft Pet 3 Steps Stairs Ladder Cat...
**US $46.01**

Hand Braid Cat Bed Cat Nest Pup... Wear-Resistant cat toy Cat Sleepi...
**US $20.69**

12/19/22, 6:12 PM                    Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Small Dog Bed Puppy Travel K...

Case 1:22-cv-24013-RNS Document 12-0 Entered on FLSD Docket 12/20/2022 Page 131 of
148



Sell on AliExpress  |  Help  |  Buyer Protection  |  App  | 🇺🇸 / Miami / English / USD  |  Wish List  |  Account

**AliExpress**

**Pet-household Store**
92.8% Positive feedback

+ Follow
184 Followers

I'm shopping for...

On AliExpress | In this store

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Small Dog Bed Puppy Travel Kennel

9 orders

## US $36.85

⚡ US $3.00 off Orders over US $4.00   Get coupons

Color: printing





Quantity:

− 1 +   200 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: $3.26**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options ⌄

| Buy Now | Add to Cart | ♡ 18 |

🛡 **75-Day Buyer Protection**
Money back guarantee



---

## Pet-household Store



**Store Categories**

Pet toy
Dog toy
Leaking food toy
Training toys
Cat toy
tumbler
Cat tunnel toy

▾ Pet bed & mats
bed
blanket
Cat nest
kennel
Warm cushion
Cooling mat

**Pet-household Store**
92.8% Positive Feedback
184 Followers
💬 Contact

+ Follow | Visit Store

US $11.50   US $13.90   US $17.29   US $7.20   US $16.50   US $14.69

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS                    Report Item



Defendant No.: **334**

Store Name:  **PetLifeWell Store**







Sell on AliExpress   Help   Buyer Protection   App   🇺🇸 / Miami / English / USD   Wish List   Account

**AliExpress**   **PetLifeWell Store**
94.8% Positive feedback   + Follow   7543 Followers

I'm shopping for...   On AliExpress   In this store

Store Home   Products ⌄   Sale Items   Top Selling   Feedback

米黄色



22cm
42cm   20cm

     

Puppy Cat Bed for Car Portable Dog Bed Travel Dog Carrier Protector for Small Dogs Safety Car Central Control Pet Seat Chihuahua

US $5 off every US $40 spent on promo | ⊕ Extra 1% Off

★★★★☆ 3.7 ⌄   3 Reviews   8 orders


Enjoy special discounts!
US $24.44   US $35.42 -31%   New User Deal

Store Discount: Get US $1.00 off orders over US $35.00 ⌄

US $3.00 off Orders over US $4.00   Get coupons

Color: 3

    
    
 

Quantity:

− 1 +   2222 Pieces available

Ships to 📍 Miami, Florida, United States

**Free Shipping**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options ⌄

Buy Now   Add to Cart   ♡ 28

🛡 **75-Day Buyer Protection**
Money back guarantee

 **PETLIFEWELL Store**   Fast Delivery / Wholesale / Drop Shipping   

✕


US $4.76

US $2.55

US $2.94

US $4.35

US $3.78

US $2.79



Defendant No.: **335**

Store Name:  **PetLoveMe Store**



PetLo    Open 1 year(s)    Gold    98.0%    Positive feedback    FOLLOW    4993 Followers

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Oversea Warehouse | Feedback |

## Dropshipping



support drop shipping and we are happy to
 e you. We generally process orders within 24
rs and ship within 48 hours. We are committed
roviding you with great service at all times,
e is no minimum purchase quantity, you can
me, send us an order and we will process it. If
have any questions, please let me know.



Sell on AliExpress  |  Help  |  Buyer Protection  |  App  |  🇺🇸 / Miami / English / USD  |  Wish List  |  Account

**AliExpress**   **PetLoveMe Store**   Top Brand  98.0% Positive feedback   • Follow  4993 Followers

I'm shopping for...   On AliExpress   In this store

Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Oversea Warehouse | Feedback



Beige
Suitable for kittens and dogs below 6kg/13.2lbs
22cm/8.7in  42cm/16.5in  20cm/7.9in



### Portable Pet Dog Car Seat Central Control Nonslip Dog Carriers Safe Car Armrest Box Booster Kennel Bed For Small Dog Cat Travel

⊕ Extra 2% Off

★★★★★ 4.9 ⌄  62 Reviews  270 orders

**US $24.95**  US $47.98  -48%

US $3.00 off Orders over US $4.00   Get coupons

Color: Beige






Size: 42x20x22cm

42x20x22cm

Quantity: 1  9900 Pieces available

Ships to ⊙ Miami, Florida, United States

**Free Shipping**
Estimated delivery on Jan 17
From China to Miami via AliExpress Standard Shipping   More options ⌄

**Buy Now**   **Add to Cart**   ♡ 2370

🛡 75-Day Buyer Protection  Money back guarantee

  DROPSHIP  RU/ES/FR/UK/US/DE /PL/BR X-Days Delivery  +86 15757916218 





Defendant No.: **336**

Store Name:  **PetNewLife Store**

Sell on AliExpress | Buyer Protection | Help | Save big on our app! | Ship to 🇺🇸 / USD

I'm shopping for... | On AliExpress | In this store | 1

PetNewLife Store | Open **2 year(s)** | 🔥 **Gold** **96.5%** Positive feedback ⌃ | FOLLOW | 2564 Followers

## Pet New Life Store

House—Fast Delivery ✈ ping —CSV/Excel

| Store Home | Products ⌄ | Sale Items | Top Selling | New Arrivals | Dropshipping | Feedback |

**US $59.00**
Spend US $999.00, Get US $59.00 off(excludes shipping costs)
Expires 2022/12/31
EP1AZ264787W — Collect

**US $29.00**
Spend US $499.00, Get US $29.00 off(excludes shipping costs)
Expires 2022/12/31
LL89L8O4WDMC — Collect

**US $5.00**
Spend US $149.00, Get US $5.00 off(excludes shipping costs)
Expires 2022/12/31
HPUCUONRXYRI — Collect

›

## Hot deals



Cat Brush Pet Grooming Brush for Cats Remove Hairs Pet Cat Hair Remover Pets...
**US $0.01**   US $8.36   -99%

Hanging Cat Bed Pet Cats Hammock Aerial Pet Bed House Kitten Climbing Fram...
**US $8.09**   US $17.27   -53%

Dog Bathrobe Pet Coat Clothes Micr Absorbent Beach
**US $3.53**   US $10.76

## New Arrivals

Dog Car Seat Safety Car Central Cat Dog Bed Portable...
**US $4.50**

Winter Warm Dog Bed Mat Thickened Dog Sofa Mat For...
**US $29.00**

Warm Plush Cat Bed House Detachable Soft Pet Cushion...
**US $19.43**

Fun Dog Toy Donkey Shape Corduroy Chew Toy For Dogs...
**US $4.60**

Fun Cat Toy Donkey Corduroy Chew Toy
**US $4.60**

## Cat Bed
Cat Hammock

12/19/22, 4:41 AM · Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog Carrier for Small Dogs Cats Outdoor Travel Dog Car Travel Acces...

Case 1:22-cv-24013-RNS Document 12-9 Entered on FLSD Docket 12/20/2022 Page 143 of 148



Sell on AliExpress ⌄   Help ⌄   Buyer Protection   📱 App   🇺🇸 / Miami / English / USD ⌄    💙 Wish List   👤 Account ⌄

**AliExpress®**

**PetNewLife Store** ⌄
🏅 Top Brand   **96.5%** Positive feedback

● **+ Follow**
**2564** Followers

I'm shopping for...  🔍

On AliExpress | In this store

Store Home    Products ⌄    Sale Items    Top Selling    New Arrivals    Dropshiping    Feedback



Beige

Suitable for kittens and dogs below 6kg/13.2lbs

22cm/8.7in    42cm/16.5in    20cm/7.9in



Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog Carrier for Small Dogs Cats Outdoor Travel Dog Car Travel Accessories

⊕ **Extra 3% Off**

1 order

## US $22.50  ~~US $45.00~~ **-50%**

⑇ US $3.00 off Orders over US $4.00    ⑇ US $59.00 Off Store Coupon    Get coupons

**Color:** beige

    

**Size:** 42x22x20 CM

42x22x20 CM

**Quantity:**

⊖   1   ⊕    Additional 3% off (3 Pieces or more)
9999 Pieces available

Ships to 📍 Miami, Florida, United States

**Shipping: $7.38**
From **United States** to **Miami** via USPS
Estimated delivery: **4-13** days

More options ⌄

**Buy Now**    **Add to Cart**    💙 3

🛡 **15-Day Buyer Protection**
Money back guarantee



...use—Fast Delivery
ng —CSV/Excel

**Pet New Life Store**

**Follow me**
extra fan d

               

US $4.60    US $29.00    US $19.43    US $10.80    US $8.09    US $20.92

**DESCRIPTION**    CUSTOMER REVIEWS (0)    SPECIFICATIONS      Report Item





### Shipping Address

████████████

Miami, Florida, United States, 33156

Change

### Payment Methods

Select Payment Method

**PetNewLife Store**

Dog Car Seat Safety Car Central Cat Dog Bed Portable Dog Carrier for Small Dogs Cats Out...

beige,42x22x20 CM,United States

US $22.50

−  1  +

Shipping: US $7.38
Estimated Delivery Time:4-13 Days

### Summary

| Total item costs | US $2 |
| Promo Code | Enter code |
| Total shipping | US $ |
| Tax ⓘ | US $ |
| **Total** | **US** |

**Place order**

Upon clicking 'Place Order', I confirm I have read an
acknowledged all terms and policies.

**AliExpress**

AliExpress keeps your information and payme

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play  App Store  AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Customers - Conditions for EU/EEA/UK Consumers (Transactions) - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 浙ICP备业务经营许可证 20120091-8  浙公网安备 33010802002248号

Defendant No.: **337**

Store Name:  **Pets' little planet Store**



Pets' little planet Store    Open 1 year(s)    94.3% Positive feedback ⌃    FOLLOW    807 Followers



| Store Home | Products ⌄ | Sale Items | Top Selling | Feedback |

**US $3.00**
Spend US $119.80, Get US $3.00 off(excludes shipping costs)
Expires 2022/12/31
FUGMWRB116OH    Collect

**US $2.00**
Spend US $79.80, Get US $2.00 off(excludes shipping costs)
Expires 2022/12/31
94VEG471YFQ4    Collect

**US $1.00**
Spend US $39.80, Get US $1.00 off(excludes shipping costs)
Expires 2022/12/31
O7DXDQ11TDHX    Collect



## Hot deals


Christmas Dog Clothes New Year Pets Dogs Clothing For Small Medium Dogs Costu...
**US $2.63**


Large Dog Diaper Sanitary Physiological Pants Washable Female Dog Underwear Pet...
**US $2.95**


New Summer Pur Puppy Blank Dog Clothes Soft Plain
**US $1.47**

12/19/23, 8:06 AM Car Mat Portable Dog Kennel Safety Seat Car Central Control Universal Vehicle Armrest Box Pet Dog Carrier Seat Cover Pet S...

Case 1:22-cv-24013-RNS Document 129 Entered on FLSD Docket 12/20/2023 Page 147 of 148





**Car Mat Portable Dog Kennel Safety Seat Car Central Control Universal Vehicle Armrest Box Pet Dog Carrier Seat Cover Pet Supplie**

**US $25.35** ~~US $46.09~~ -45%

Store Discount: Buy 3 get 5% off ⌄

: US $3.00 off Orders over US $4.00  : US $3.00 Off Store Coupon   Get coupons

Color: Beige

Quantity:
− 1 + 10000 Pieces available

Ships to  Miami, Florida, United States

**Shipping: $0.42**
From China to Miami via AliExpress Standard Shipping
Estimated delivery on Jan 15

More options ⌄

Buy Now | Add to Cart | ♡ 6

🛡 **75-Day Buyer Protection**
Money back guarantee



## Pets' little planet Store

**Store Categories**
- Pet Toys
- Pet Caps
- Pet Clothes
- Pet Bed
- Pet Leash
- Pet Carriers
- Pet Collar
- Pet Accessories
- Pet Shoes
- Pet Feeder
- Others

Pets' little planet St...
94.3% Positive Feedback
807 Followers
💬 Contact
+ Follow   Visit Store

US $2.05   US $4.89   US $3.52   US $2.82   US $2.84   US $1.14

**DESCRIPTION** | CUSTOMER REVIEWS (0) | SPECIFICATIONS        Report Item



