UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24013-RNS

CHENMING ZHOU,
    Plaintiff,

v.

GLOBAL SOLUTIONS REANY LLC, *ET AL*,

    Defendant.
_____/



## **DEFENDANT'S ANSWER TO THE AMENDED COMPLAINT**

Comes now, , by Global Solutions REANY LLC, doing business as and identified as defendant No. 246 "tlpsandco" and through his undersigned counsel, and files this answer to plaintiff's amended complaint, and states the following:

1. Defendant denies the allegations contained in paragraph 1.

2. Defendant denies the allegations contained in paragraph 2.

3. Defendant is without knowledge as to the allegations contained in paragraph 3.

1. Defendant is without knowledge as to the allegations contained in paragraph 4.

2. Defendant is without knowledge regarding the allegations contained in paragraph 5.

### The Parties

6. Defendant admits in part and denies in part the allegations contained in paragraph 6.

7. Defendant is without knowledge as to the allegations contained in paragraph 7.

8. Defendant is without knowledge as to the allegations contained in paragraph 8.

9. Defendant is without knowledge as to the allegations contained in paragraph 9.

10. Defendant is without knowledge as to the allegations contained in paragraph 10.

11. Defendant is without knowledge as to the allegations contained in paragraph 11.

12. Defendant denies the allegations contained in paragraph 12.

13. Defendant denies the allegations contained in paragraph 13.

14. Defendant denies the allegations contained in paragraph 14.

15. Defendant denies the allegations contained in paragraph 15.

16. Defendant denies the allegations contained in paragraph 16.

17. Defendant is without knowledge as to the allegations contained in paragraph 17.

18. Defendant is without knowledge as to the allegations contained in paragraph 18.

19. Defendant is without knowledge as to the allegations contained in paragraph 19.

20. Defendant is without knowledge as to the allegations contained in paragraph 20.

21. Defendant is without knowledge as to the allegations contained in paragraph 21.

22. Defendant denies the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

24. Defendant denies the allegations contained in paragraph 24.

25. Defendant denies the allegations contained in paragraph 25.

26. Defendant denies the allegations contained in paragraph 26.

3. Defendant is without knowledge as to the allegations contained in paragraph 27.

4. Defendant denies the allegations contained in paragraph 28.

5. Defendant denies the allegations contained in paragraph 29.

6. Defendant denies the allegations contained in paragraph 30.

7. Defendant denies the allegations contained in paragraph 31.

8. Defendant denies the allegations contained in paragraph 32.

9. Defendant denies the allegations contained in paragraph 33.

10. Defendant is without knowledge as to the allegations contained in paragraph 34.

11. Defendant denies the allegations contained in paragraph 33.

## First Cause of Action

12. Defendant restates his answers to those allegations contained in paragraphs 1 through 35 as if set forth fully herein.

13. Defendant denies the allegations contained in paragraph 35.

14. Defendant denies the allegations contained in paragraph 38.

15. Defendant denies the allegations contained in paragraph 39.

16. Defendant denies the allegations contained in paragraph 40.

17. Defendant denies the allegations contained in paragraph 41.

18. Defendant denies the allegations contained in paragraph 42.

19. Defendant denies the allegations contained in paragraph 43.

20. Defendant denies the allegations contained in paragraph 44.

21. Defendant denies the allegations contained in paragraph 45.

22. Defendant denies the allegations contained in paragraph 46.

23. Defendant denies the allegations contained in paragraph 47.

24. Defendant denies the allegations contained in paragraph 48.

25. Defendant denies the allegations contained in paragraph 49.

1. Defendant denies the allegations contained in paragraph 50.

Prayer for Relief

51. Defendant hereby requests this Court enter judgment in favor of the defendant and against plaintiff and award defendant all costs, legal fees, and such other relief as may be appropriate.

### Affirmative Defenses

The defendant hereby asserts and alleges the following affirmative defenses to the claims set forth in plaintiff's complaint:

### First Affirmative Defense

Plaintiff has failed to state a claim upon which relief may be granted (*i.e.* failed to state a cause of action) with respect to the above allegations.

### Second Affirmative Defense

Plaintiff's purported claims for relief are barred in whole or in part by the doctrine of latches. Plaintiff intentionally and without just cause, permitted an unreasonable delay in pursuing its claim against the defendant.

### Reservation of Right to Supplement Defenses

The facts having not been fully developed, defendant reserves the right to supplement his answer with any additional affirmative defenses that might later become known.

### Demand for Jury Trial

Defendant hereby demands that any and all issues raised in this cause shall be resolved by jury trial.

Respectfully submitted,

*Shareen C. Raikes* 1/23/2023
/s/ Shareen Raikes
SHAREEN RAIKES (*Pro Se*)
Global Solutions REANY LLC
100 Debs Pl Apt 7B
Bronx, NY 10475
nycr1285@gmail.com
(347) 219-4819
Defendant, *Pro Se.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 23**, I electronically filed the foregoing document with the Clerk of the Court by first class mail on Chambers and on opposing counsel via first class mail and electronic mail.

**Rubio & Associates**
Attorney's for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
litigation@rubiolawpllc.com

___/s/ Shareen Raikes_____
SHAREEN RAIKES (*Pro Se*)