UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24013

CHENMING ZHOU,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.

_____/

## **CERTIFICATION OF JIYUAN ZHANG, ESQ**

Jiyuan Zhang, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of New York State Bar, the Southern District of New York, Eastern District of New York, and Northern District of Illinois; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Jiyuan Zhang*
