### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
### MIAMI-DADE DIVISION

XYZ CORPORATION,

Plaintiff

v

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDEN-TIFIE ON SCHEDULE "A",

Defendant/

_____/

**CASE NO.**: 1:22-cv-24013-RNS

## **UNOPPOSED MOTION TO EXTEND TIME**

Defendants, Def. No. 298, Rocita Home, Def. No. 290, LiuFJJMY, Def. No. 39, thomilliom, Def. No. 280, yunshanyun, Def. No. 299, KKRDH, Def. No. 19, FFSURE, Def. No. 297, JINLITECH, Def. No. 281, BEBOORE, Def. No. 291, Gowgelit, Def. No. 300, Kondyfayo design, Def. No. 181, comm1a, (collectively "11 Defendants"), by and through the undersigned counsel, hereby moves this Court for an extension of time to answer or otherwise respond to the pleading pursuant to Fed. R. Civ. P 6(b) for two weeks until March 6, 2023 to the Am. Complaint [DE 10-2]. And states as follows:

1. The undersigned counsel was retained on 22nd Feb, 2023.

2. The patent issue is a complex issue for the undersigned since it needs substantial amount of time in researching relevant prior arts and patents.

3. The undersigned requests the deadline to respond to the Amended Complaint be extended to Mar. 6, 2023.

/s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC 15750
SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF GOOD-FAITH CONFERENCE**

I certify that I have conferred with the opposing party in good-faith via phone and via email to solve the issues and the opposing party. Opposing party did not oppose an extension through March 6, 2023 to respond to the complaint.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on this Feb. 23, 2023.

/s/ Jianyin Liu
Jianyin Liu, Esq.