**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

XYZ CORPORATION,

Plaintiff

v

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIE ON SCHEDULE "A",

Defendant/

_____/

**CASE NO.**: 1:22-cv-24013-RNS

**ANSWER TO COMPLAINT**

The defendants, Def. No. 298, Rocita Home, Def. No. 290, LiuFJJMY, Def. No. 39, thomilliom, Def. No. 280, yunshanyun, Def. No. 299, KKRDH, Def. No. 19, FFSURE, Def. No. 297, JINLITECH, Def. No. 281, BEBOORE, Def. No. 291, Gowgelit, Def. No. 300, Kondyfayo design, Def. No. 181, comm1a, (collectively "11 Defendants"), by and through its undersigned counsel, hereby answers to the Complaint [DE 1] and states as follows:

**INTRODUCTION**

1. No answer is required. Upon information and belief, admitted.

2. Upon information and belief, admitted.

3. Denied.

4. Denied.

5. No answer is required. If an answer is needed, denied.

## PARTIES

6. No answer is required. Upon information and belief, admitted.

7. No answer is required. Upon information and belief, admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

13. Denied.

14. Admitted.

15. Admitted.

16. Admitted.

## GENERAL ALLEGATIONS

17. No answer is required. If an answer is needed, denied.

18. No answer is required. If an answer is needed, denied.

19. No answer is required. Upon information and belief, admitted.

20. No answer is required.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

### COUNT I
### INFRINGEMENT OF UNITED STATES PATENT
### 35 U.S.C. § 271

35. No answer is required. If an answer is needed, denied.

36. No answer is required. Upon information and belief, admitted.

37. No answer is required. Upon information and belief, admitted.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

## AFFIRAMTIVE DEFENSE

## AFFIRMATIVE DEFENSE ONE -PRIOR ART

50. Plaintiff failed to disclose in its patent the prior art of US 5005526 (see Exhibit A), US 5551373 (see Exhibit B) and US 7383789 (see Exhibit C), all of which have similar designs to Plaintiff's patent.

51. Defendants' products were based on the ideas of such prior arts.

52. Thus, Defendants did not infringe Plaintiff's patent.

53. Defendants reserves the right to disclose more prior arts.

### AFFIRMATIVE DEFENSE TWO - INVALIDITY FOR LACK OF NOVELTY

54. Plaintiff's patent at issue lacks novelty by making slight changes to the prior arts mentioned in Affirmative Defense One. Thus, it can be anticipated that the walls of the container as patented in Plaintiff's patent will be raised. "However, the presumption would not protect the patent from affirmative defenses to infringement that North American might raise, including invalidity for lack of novelty or obviousness, if those affirmative defenses were proven by clear and convincing evidence." *North American Oil Company v. Star Brite Distributing*, Civil Action No. 1:98-CV-1589-RWS, at *1 (N.D. Ga. Mar. 29, 2001), quoting Jervis B. Webb Co. v. Southern Sys., Inc., 742 F.2d 1388, 1392 n. 4 (Fed. Cir. 1984) (noting that presumption remains intact throughout litigation and clear and convincing evidence standard applies).

### AFFIRMATIVE DEFENSE THREE - OBVIOUSNESS

55. The differences between Plaintiff's patent and the prior arts mentioned above are such that the Plaintiff's patent as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

Respectfully submitted on March 7, 2023.

/s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC 15750
SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on this 7th March, 2023.

/s/ Jianyin Liu
Jianyin Liu, Esq.

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

| | |
|---|---|
| Def. No. 298, Rocita Home, Def. No. 290, LiuFJJMY, Def. No. 39, thomilliom, Def. No. 280, yunshanyun, Def. No. 299, KKRDH, Def. No. 19, FFSURE, Def. No. 297, JINLITECH, Def. No. 281, BEBOORE, Def. No. 291, Gowgelit, Def. No. 300, Kondyfayo design, Def. No. 181, comm1a, | **CASE NO.**: 1:22-cv-24013-RNS |

Counter-Plaintiffs

v

XYZ CORPORATION,

Counter- Defendant/

_____/

**COUNTER-CLAIM**

The defendants, Def. No. 298, Rocita Home, Def. No. 290, LiuFJJMY, Def. No. 39, thomilliom, Def. No. 280, yunshanyun, Def. No. 299, KKRDH, Def. No. 19, FFSURE, Def. No. 297, JINLITECH, Def. No. 281, BEBOORE, Def. No. 291, Gowgelit, Def. No. 300, Kondyfayo design, Def. No. 181, comm1a, (collectively "11 Defendants"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 13, hereby file this Counter-Claim against the Plaintiff in this case, and state as follows:

**COUNT I - OBVIOUSNESS**

1. Plaintiff's claim for its Patent US D955,644 S ("`644 Patent") is invalid for failure to comply with one or more of the statutory provisions of 35 U.S.C. §§ 101, et seq., including without limitation §§ 102, 103, and/or 112.

2. More specifically and without limitation, the `644 Patent is invalid as anticipated pursuant to 35 U.S.C. § 102 or as obvious pursuant to 35 U.S.C. § 103 based upon the prior arts US 5005526, US5551373 and US738 3789, with little changes to the heights of the walls of the container and minor design changes.

3. This case is only at the pleading stage, and Defendants' investigation of the prior art is ongoing. Defendants reserve the right to rely upon additional prior art, consistent with any Local Patent Rules of the Southern District of Florida.

4. Due to Plaintiff's suit, Defendants suffered loss of sales, freeze of funds and loss of reputation with the platforms they are selling.

5. In addition, Counter-Plaintiffs have to hire the attorney herein to defend the lawsuit that incurred and will further incur attorney fees and court cost.

6. Prayer of Relief:

A. loss of sales, loss due to the freeze of fund;

B. Attorney fees and court costs.

    Respectfully submitted on March 7, 2023.

/s/ Jianyin Liu
FBN: 1007675

>Jianyin Liu, Esq.
>The Law Offices of James Liu, LLC 15750
>SW 92nd Ave Unit 20C
>Palmetto Bay, FL 33157
>Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on this 7th March, 2023.

>/s/ Jianyin Liu
>Jianyin Liu, Esq.