### UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI-DADE DIVISION

XYZ CORPORATION,
Plaintiff v

**CASE NO.**: 1:22-cv-24013-RNS

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants/

_____/

### **MOTION TO EXTEND TIME**

Defendants, Def. No. 298, Rocita Home, Def. No. 290, LiuFJJMY, Def. No. 39, thomilliom, Def. No. 280, yunshanyun, Def. No. 299, KKRDH, Def. No. 19, FFSURE, Def. No. 297, JINLITECH, Def. No. 281, BEBOORE, Def. No. 291, Gowgelit, Def. No. 300, Kondyfayo design, Def. No. 181, comm1a, (collectively "11 Defendants"), by and through the undersigned counsel, hereby moves this Court for an extension of time to answer or otherwise respond to the pleading pursuant to Fed. R. Civ. P 6(b) until March 8, 2023 to the Am. Complaint [DE 10-2]. And states as follows:

1. Order [DE 71] granted the 11Defendants' Motion to Extend [DE 69] and permitted the 11 Defendants to file a response before March 6, 2023.

2. The 11 Defendants could not agree to whether or not to file a counterclaim until today.

3. The undersigned should have filed a motion for extension before last night, however, he

suffered an eye allergy last night and failed to do so.

4. The undersigned requests the deadline to respond to the Amended Complaint be extended to

Mar. 8, 2023.


/s/ Jianyin Liu

FBN: 1007675

Jianyin Liu, Esq.

The Law Offices of James Liu, LLC

15750 SW 92nd Ave Unit 20C

Palmetto Bay, FL 33157

Ph: (305) 209 6188

**CERTIFICATE OF GOOD-FAITH CONFERENCE**

I certify that I have conferred with the opposing party in good-faith via phone (picked up by a paralegal) and via email to solve the issues and requested the the opposing counsel to reply to the undersigned's email by 3:00 pm on March 7, 2023. Since the 11 Defendants filed an answer, affirmative defenses and counterclaim on Mar. 7, 2023 already, the undersigned felt it is necessary to file this motion to extend time in an expedited way. Maybe due to the time constraint and short notice, the opposing party could not respond in time. Until 3:00 PM on Mar. 7, 2023, the undersigned has not received the opposing counsel's reply. Thus, this motion is filed without official answer from the opposing counsel. The undersigned apologized for the short notice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on this March 7, 2023.

/s/ Jianyin Liu
Jianyin Liu, Esq.