UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24013-RNS

CHENMING ZHOU,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

Xiaomo Store (Defendant No. 9 on Schedule "A" to the Complaint)

DingDong-Ringing (Defendant No. 15 on Schedule "A" to the Complaint)

ShangHaiOuLi (Defendant No. 16 on Schedule "A" to the Complaint)

Xinjiakio (Defendant No. 22 on Schedule "A" to the Complaint)

Yangfan (Defendant No. 25 on Schedule "A" to the Complaint)

Joyzone Store (Defendant No. 29 on Schedule "A" to the Complaint)

Deberían (Defendant No. 33 on Schedule "A" to the Complaint)

JIALI7SEC (Defendant No. 34 on Schedule "A" to the Complaint)

SIWODIOG Pet-Supplies (Defendant No. 41 on Schedule "A" to the Complaint)

Atril45 (Defendant No. 169 on Schedule "A" to the Complaint)

Keeper-mall (Defendant No. 210 on Schedule "A" to the Complaint)

lion.deals  (Defendant No. 217 on Schedule "A" to the Complaint)

monkey.deals (Defendant No. 221 on Schedule "A" to the Complaint)

Power-ful (Defendant No. 231 on Schedule "A" to the Complaint)

Zhilsy (Defendant No. 265 on Schedule "A" to the Complaint)

OlyPegic (Defendant No. 279 on Schedule "A" to the Complaint)

Respectfully submitted on this 17th day of March, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: apuentes@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Felipe Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
M. Arabella Puentes, Esq
Florida Bar No. 26825