United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Chenming Zhou, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-24013 -Civ-Scola |
| The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, Defendants. | ) ) ) ) |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Plaintiff's renewed motion for default final judgment (**ECF No. 131**) to United States Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida on September 6, 2023.

_____
Robert N. Scola, Jr.
United States District Court Judge