SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24013-RNS

CHENMING ZHOU,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT ORDER**

Plaintiff, Chenming Zhou, by and through undersigned counsel, hereby gives notice that the Defaulting Defendants[1] were served on October 11, 2023 with the Report and Recommendations on Renewed Motion for Default Judgment Against Certain Defaulted Defendants (ECF No. 138).

Respectfully submitted on this 23rd day of October, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059

---

[1] Defaulted Defendants listed in Schedule A of Plaintiff's Renewed Motion for Default Judgment (ECF No. 131-3).

1