United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Chenming Zhou, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-24013 -Civ-Scola |
| ) | |
| The Individuals, Partnerships and ) | |
| Unincorporated Associations Identified ) | |
| on Schedule A, Defendants. ) | |

## Order Adopting Report and Recommendations and Entering Final Default Judgment and Permanent Injunction

The Court referred Plaintiff Chenming Zhou's renewed motion for final default judgment (ECF No. 131) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. Judge Goodman issued his report, recommending that the Court grant Zhou's motion. (Rep. & Rec., ECF No. 138.) Although no objections have been filed, and the deadline to object has passed, the Court has nonetheless considered Judge Goodman's report on a de novo basis. After reviewing the report, the record, and the relevant legal authorities, the Court finds Judge Goodman's report and recommendations thorough, cogent, and compelling. The Court thus **adopts** the recommendations in full (**ECF No. 138**) and **grants** Zhou's renewed motion for default judgment (**ECF No. 131**) awarding damages and entering an injunction as set forth below.

The Court enters **final default judgment** in Plaintiff Chenming Zhou's favor in the amount of **the greater of $250 or the amounts restrained in the e-commerce accounts (totaling $145,163.92)**, as recommended by Judge Goodman, against the Defaulting Defendants listed in **Exhibit A** to this order. The Court also adopts Judge Goodman's recommendation as to permanent injunctive relief and orders as follows:

(1) Each Defaulting Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this order are hereby permanently restrained and enjoined from using Zhou's patent, United States Design Patent, No. US D 955,664S (hereinafter the "Patent"), including in marketing, advertising, soliciting, or display, derivative or directly, which is not directly authorized by Zhou.

(2) Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this permanent injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or

marketplace platforms, including but not limited to AliExpress, Amazon, Ebay, Joom, Wish, DHGate and Walmart, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") and their related companies and affiliates on which this Court imposed restraints under the preliminary injunction shall (A) immediately and permanently discontinue the use of Zhou's Patent, on or in connection with all internet based e-commerce stores owned and operated, or controlled by them, including the internet based ecommerce stores operating under the Seller IDs and (B) apply any funds currently in the Defaulting Defendants' financial accounts to satisfy the monetary judgments.

The Court directs the Clerk to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida on November 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

# Exhibit A

| Def No. | Defendant | Award |
|---|---|---|
| 4 | WOOFEELL US | $ 286.22 |
| 7 | WENTING-US | $ 1,890.53 |
| 5 | Gebang | $ 1,775.98 |
| 13 | xindianpu001 | $ 32,993.57 |
| 14 | Tripocleen | $ 649.77 |
| 20 | DANLAZA | $ 1,731.95 |
| 21 | Pehome | $ 470.21 |
| 27 | XGATML | $ 250.00 |
| 30 | Rhoseine Technology | $ 250.00 |
| 31 | Wilson SZ | $ 250.00 |
| 37 | PetEden | $ 526.01 |
| 42 | Hymar US | $ 250.00 |
| 32 | DBMBWNL品牌专卖店(已经备案品牌 跟售将会被投诉) | $ 1,443.58 |
| 44 | Tengleshop | $ 547.82 |
| 35 | SuHong Wen, 已备案品牌，请勿跟售，不撤销 | $ 1,650.33 |
| 45 | Efqwfwj | $ 621.57 |
| 48 | TYFeiYanCSJShangMaoYXGS | $ 250.00 |
| 49 | Seallls | $ 654.39 |
| 58 | Idohpt | $ 982.77 |
| 59 | perfect-deals-usa | $ 291.58 |
| 68 | norio-84 | $ 604.38 |
| 122 | QTYY | $ 52,518.57 |
| 136 | shenzhenshi beimaji | $ 21,835.06 |
| 166 | amiraabe-0 | $ 250.00 |
| 171 | beach_waves | $ 250.00 |

| 172 | beauty_land-572 | $ | 250.00 |
|---|---|---|---|
| 174 | bodiyabadanuradha | $ | 250.00 |
| 162 | Shenzhenshihaikuodongshangmaoyouxiangongsi | $ | 6,122.64 |
| 175 | buddvis_0 | $ | 250.00 |
| 164 | chongqinganuticanyinyouxiangongsi \| | $ | 250.00 |
| 178 | Liu Junhao | $ | 250.00 |
| 182 | damdasan-73 | $ | 250.00 |
| 187 | direct_mart_00 | $ | 250.00 |
| 194 | Forallabel | $ | 250.00 |
| 205 | inside_impression | $ | 250.00 |
| 220 | matam1454 | $ | 250.00 |
| 223 | mybrand_365 | $ | 250.00 |
| 225 | Newbaraoutlet | $ | 250.00 |
| 227 | Newnewshop | $ | 250.00 |
| 228 | no_limit_store | $ | 250.00 |
| 230 | Petysthings | $ | 250.00 |
| 234 | Rizikr | $ | 250.00 |
| 236 | sammiraculousshop | $ | 250.00 |
| 237 | satisfaction.store | $ | 250.00 |
| 238 | Shawashop | $ | 250.00 |
| 245 | thazoda-shop | $ | 250.00 |
| 64 | Theonemb | $ | 250.00 |
| 247 | top.electronics | $ | 250.00 |
| 248 | top_luxury_story | $ | 287.49 |
| 254 | was_eshop | $ | 250.00 |
| 260 | yoyo4533 | $ | 250.00 |
| 262 | Zacklove | $ | 250.00 |
| 263 | zed deals | $ | 250.00 |
| 183 | Danlover | $ | 250.00 |
| 196 | fotf9649 | $ | 250.00 |

| | | | |
|---|---|---|---:|
| 206 | insta-cart | $ | 1,899.75 |
| 250 | u1net88 | $ | 250.00 |
| 272 | SQing | $ | 250.00 |
| 274 | shenzhenshihouzhaobaozhuangcailiaoyouxiangongsi | $ | 261.01 |
| 275 | SeaFlying | $ | 3,177.60 |
| 276 | Nicaicai | $ | 1,142.03 |
| 282 | BINCH | $ | 1,049.11 |
| 293 | Hakimroom | $ | 250.00 |
| 317 | Kangfeile PetSupplies Store | $ | 250.00 |